AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Sheila J. Porter

      Plaintiff,

V.

Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County, and Correctional Medical Services, Inc.

      Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04-11935 DPW

TO: (Name and address of defendant)

Correctional Medical Services, Inc.
c/o CT Corporation System
101 Federal Street
Boston, MA. 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph F. Savage, Esq.
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA. 02110

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE  9-3-04

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | September 8, 2004 |
| NAME OF SERVER (PRINT)  Jill Sartori | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copies of summons and complaint with Yvette Concepcion of CT Corporation System, registered agent of Correctional Medical Services, Inc. at 101 Federal Street, Boston, MA 02110.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 8, 2004
        Date

Signature of Server

6 Beacon St, Boston, MA 02108
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.