UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA J. PORTER,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, SUFFOLK COUNTY, and CORRECTIONAL MEDICAL SERVICES, INC.,<br><br>    Defendants. | Civil Action No. 04-11935 DPW |

### STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS

The undersigned parties, by and through their counsel, hereby agree to extend the time within which Plaintiff Sheila J. Porter may oppose Defendants Andrea Cabral, Suffolk County Sheriff's Department and Suffolk County's Partial Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), from October 12, 2004, until October 26, 2004.

| | |
|---|---|
| **ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, and SUFFOLK COUNTY,** | **SHEILA J. PORTER,** |
| By their attorneys, | By her attorneys, |
| /s Ellen M. Caulo<br>Ellen M. Caulo, BBO #545250<br>Deputy General Counsel<br>Suffolk County Sheriff's Department<br>200 Nashua Street<br>Boston, MA  02114<br>(617) 989-6681 | /s Maura M. Jakola<br>Joseph F. Savage, Jr., BBO #443030<br>Jennifer M. Goddard, BBO #631144<br>Maura M. Jakola, BBO #654695<br>Testa, Hurwitz & Thibeault, LLP<br>125 High Street<br>Boston, MA  02110<br>(617) 248-7000 |

Dated:  October 6, 2004

9771\1.3126649_1