## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SHEILA PORTER,<br><br>          Plaintiff,<br><br>v.<br><br>ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, SUFFOLK, COUNTY and CORRECTIONAL MEDICAL SERVICES, INC.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 04-11935 DPW |

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff Sheila Porter and her counsel affirm that they have conferred: (1) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and (2) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


**SHEILA PORTER,**                                       **COUNSEL FOR PLAINTIFF**
                                                         **SHEILA PORTER,**



/s Sheila Porter                                         /s Maura M. Jakola
Sheila Porter                                            Joseph F. Savage, Jr., BBO #443030
                                                         Jennifer M. Goddard, BBO #631144
                                                         Maura M. Jakola, BBO #654695
                                                         Testa, Hurwitz & Thibeault, LLP
                                                         125 High Street, High Street Tower
                                                         Boston, MA  02110
                                                         (617) 248-7000

Dated:   October 28, 2004
9771/1.3136862v.1