**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SHEILA PORTER, <br>     Plaintiff <br><br> v. <br><br> ANDREA CABRAL, SUFFOLK <br> COUNTY SHERIFF'S DEPARTMENT, <br> SUFFOLK COUNTY, and <br> CORRECTIONAL MEDICAL <br> SERVICES, INC. <br>     Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 04-11935-DPW |

**Defendants Andrea Cabral, Suffolk County Sheriff's Department and Suffolk**
**County's Certifications Pursuant to Local Rule 16.1**

The undersigned certify that they have conferred with a view to establishing a

budget for the cost of conducting the litigation and have considered the resolution of the

litigation through the use of alternative dispute resolution programs such as those

outlined in Local Rule 16.4

_____
Gerard Horgan, Superintendent
Suffolk County Sheriff's Department

Date: 10/28/04

_____
Ellen M. Caulo
Deputy General Counsel

Date: 10/29/04