UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11935DPW

|  |  |
|---|---|
| SHEILA J. PORTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, SUFFOLK COUNTY, and CORRECTIONAL MEDICAL SERVICES, INC., | ) ) ) ) ) ) |
| Defendants. | ) ) |

## CERTIFICATION PURSUANT TO LOCAL RULES 16.1 AND 16.4

Pursuant to Local Rules 16.1 and 16.4, the defendant, Correctional Medical Services, Inc., and its counsel, Anderson, Adler, Cohen & Harvey, have conferred about the cost of the full course of this litigation and to consider the resolution of the litigation by use of alternative dispute resolution programs.

The Defendant,

_____
Todd Aschbacher
Assistant General Counsel
Correctional Medical Services, Inc.


Attorney for the Defendant:

_____
Alexandra B. Harvey
BBO No. 548944
ANDERSON, ADLER, COHEN
& HARVEY LLP
230 Congress Street, Tenth Floor
Boston, MA 02110
(617) 423-6674

## CERTIFICATE OF SERVICE

I, Alexandra B. Harvey, as attorney for the defendant, Correctional Medical Services, Inc., hereby certify that on November 1, 2004, I served a copy of the following document:

1) Certification Pursuant to Local Rules 16.1 and 16.4

by first class mail, postage prepaid, to counsel of record:

Joseph F. Savage, Jr., Esq.
Jennifer M. Goddard, Esq.
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Oliver Street Tower
Boston, MA 02110

Ellen Caulo, Esq.
Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA 02114

_____
Alexandra B. Harvey