UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11935DPW

| | |
|---|---|
| SHEILA J. PORTER, <br><br> Plaintiff, <br><br> v. <br><br> ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, SUFFOLK COUNTY, and CORRECTIONAL MEDICAL SERVICES, INC., <br><br> Defendants. | **CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)** |

Counsel for the defendant, Correctional Medical Services, Inc., hereby certifies that she conferred with counsel for the plaintiff, Sheila J. Porter, by telephone on October 27, 2004, in a good faith attempt to resolve or narrow the issues presented by Defendant Correctional Medical Services, Inc.'s Motion for Judgment on the Pleadings With Respect to Counts IV, V, VI and VII of Plaintiff's Complaint.

The Defendant,
CORRECTIONAL MEDICAL
SERVICES, INC.,
By its attorney,

_____
Alexandra B. Harvey, BBO # 548944
ADLER, COHEN, HARVEY,
  WAKEMAN & GUEKGUEZIAN, LLP
230 Congress Street
Boston, MA 02110
(617) 423-6674

## CERTIFICATE OF SERVICE

I, Alexandra B. Harvey, as attorney for the defendant, Correctional Medical Services, Inc., hereby certify that on November 1, 2004, I served a copy of the following document:

1) Defendant Correctional Medical Services, Inc.'s Motion For Judgment on the Pleadings With Respect to Counts IV, V, VI, and VII of Plaintiff's Complaint

2) Certificate pursuant to Local Rule 7.1(A)(2)

by first class mail, postage prepaid, to counsel of record:

Joseph F. Savage, Jr., Esq.
Jennifer M. Goddard, Esq.
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Oliver Street Tower
Boston, MA 02110

Ellen Caulo, Esq.
Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA 02114

_____
Alexandra B. Harvey