UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11935DPW

| | |
|---|---|
| SHEILA J. PORTER, | ) |
| Plaintiff, | ) |
| v. | ) |
| ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, SUFFOLK COUNTY, and CORRECTIONAL MEDICAL SERVICES, INC., | ) |
| Defendants. | ) |

## ASSENTED TO MOTION OF CORRECTIONAL MEDICAL SERVICES, INC. TO FILE AN AMENDED ANSWER TO THE PLAINTIFF'S COMPLAINT

Now come the parties in the above captioned action and move this Court to allow defendant, Correctional Medical Services, Inc. to file an amended answer to plaintiff's Complaint. As reason therefore, the parties state that defendant, Correctional Medical Services, Inc.'s original answer inadvertently included the name of an associate not yet admitted to practice before the United States District Court, District of Massachusetts.

The Plaintiff,
SHEILA J. PORTER,
By her attorneys,

Joseph F. Savage, Jr. BBO #443030
Jennifer M. Goddard BBO#631144
Testa, Hurwitz & Thibeault, LLP
125 High Street, Oliver Street Tower

The Defendant,
CORRECTIONAL MEDICAL SERVICES, INC.,
By its attorney,

Alexandra B. Harvey, BBO #548944
Adler, Cohen, Harvey, Wakeman
& Guekguezian LLP
230 Congress Street, 10th Floor

Boston, MA  02110  
(617) 248-7100  
The Defendants,  
ANDREA CABRAL, SUFFOLK COUNTY  
SHERRIFF'S DEPARTMENT and SUFFOLK COUNTY,  
By their attorney,

Boston, MA  02110  
(617) 423-6674

*Ellen M. Caulo/ABH*  
Ellen M. Caulo BBO #545250  
Deputy General Counsel  
Suffolk County Sheriff's Department  
200 Nashua Street  
Boston, MA 02114  
(617) 989-6681

2