

ANDREA J. CABRAL
SHERIFF

# Suffolk County Sheriff's Department



Jail
200 Nashua Street
Boston, MA 02114
(617) 635-1100

House of Correction
20 Bradston Street
Boston, MA 02118
(617) 635-1000

**BY FACSIMILE AND MAIL**

August 1, 2003

Joseph F. Savage, Jr., Esquire
Testa, Hurwitz & Thibeault
125 High Street
Boston, MA 02110-2704

Re: Sheila Porter

Dear Attorney Savage:

    In response to your letter dated July 30, 2003, in which you allege that you had not received a response to your July 14, 2003 letter, enclosed please find a copy of the letter mailed to you by first class mail on July 22, 2003. As noted in that letter, Ms. Porter is not an employee of the Suffolk County Sheriff's Department ("SCSD") and/or Suffolk County. Even if she were an employee of the SCSD, M.G. L. c. 149, Section 52C does not apply to public employees.

Very truly yours,

Anne P. Powers
General Counsel

# Suffolk County Sheriff's Department



**ANDREA J. CABRAL**
SHERIFF

Jail
200 Nashua Street
Boston, MA 02114
(617) 635-1100

House of Correction
20 Bradston Street
Boston, MA 02118
(617) 635-1000



**COPY**

July 22, 2003

Joseph F. Savage, Jr., Esquire
Testa, Hurwitz & Thibeault
125 High Street
Boston, MA 02110-2704

Re: <u>Sheila Porter</u>

Dear Attorney Savage:

    Sheriff Andrea J. Cabral has asked me to respond to your July 14, 2003 letter. The allegations contained therein are completely unfounded. With regard to your request for a "copy of Mrs. Porter's personnel file," please be advised that Mrs. Porter is not an employee of the Suffolk County Sheriff's Department and/or Suffolk County rather, she is an employee of Correctional Medical Services, Inc., 12647 Olive Boulevard, St. Louis, MO 63141.

Very truly yours,

Anne P. Powers
General Counsel