UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SHEILA J. PORTER,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, SUFFOLK COUNTY, and CORRECTIONAL MEDICAL SERVICES, INC.,**<br><br>**Defendants.** | **Civil Action No. 04-11935 DPW** |

**ASSENTED TO MOTION TO EXTEND TIME
TO RESPOND TO MOTION TO DISMISS**

Plaintiff Sheila J. Porter ("Plaintiff") hereby moves, with the assent of Defendants Andrea Cabral, Suffolk County Sheriff's Department and Suffolk County (collectively, "Defendants"), for leave to extend the time to oppose Defendants' Partial Motion to Dismiss the Plaintiff's Amended Complaint until January 11, 2005. As grounds for this motion, Plaintiff states as follows:

1. Plaintiff filed her Amended Complaint on December 3, 2004. Defendants thereafter filed their Partial Motion to Dismiss on December 13, 2004.

2. Plaintiff respectfully requests a brief extension of time to oppose Defendants' Partial Motion to Dismiss. Due to workload and scheduling conflicts, Plaintiff would like to extend the time to oppose until January 11, 2005. Defendants have assented to this extension and the instant Motion.

-2-

| | |
|---|---|
| **ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, and SUFFOLK COUNTY,** | **SHEILA J. PORTER,** |
| By their attorneys, | By her attorneys, |
| /s Ellen M. Caulo<br>Ellen M. Caulo, BBO #545250<br>Deputy General Counsel<br>Suffolk County Sheriff's Department<br>200 Nashua Street<br>Boston, MA  02114<br>(617) 989-6681 | /s Maura M. Jakola<br>Joseph F. Savage, Jr., BBO #443030<br>Jennifer M. Goddard, BBO #631144<br>Maura M. Jakola, BBO #654695<br>Testa, Hurwitz & Thibeault, LLP<br>125 High Street<br>Boston, MA  02110<br>(617) 248-7000 |

Dated:  December 28, 2004

9771\1.3161022_1