UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA J. PORTER,<br><br>       Plaintiff,<br><br>v.<br><br>ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, SUFFOLK COUNTY, and CORRECTIONAL MEDICAL SERVICES, INC.,<br><br>       Defendants. | Civil Action No. 04-11935 DPW |

**AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE OF COUNT VI OF PLAINTIFF'S AMENDED COMPLAINT AS ONLY AGAINST DEFENDANTS SUFFOLK COUNTY SHERIFF'S DEPARTMENT AND SUFFOLK COUNTY**

All parties to the above-captioned action hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that Count VI of Plaintiff's Amended Complaint, a claim for termination in violation of public policy, asserted in the above-captioned action against Defendants Suffolk County Sheriff's Department, Suffolk County, and Correctional Medical Services, Inc., is voluntarily dismissed, with prejudice, as only against Defendants Suffolk County Sheriff's Department and Suffolk County. Accordingly, Count VI will remain in this action as against Defendant Correctional Medical Services, Inc.

-2-

<div style="display: flex;">

<div>

**ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, and SUFFOLK COUNTY,**

By their attorney,

/s Ellen M. Caulo
Ellen M. Caulo, BBO #545250
Deputy General Counsel
Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA  02114
(617) 989-6681

</div>

<div>

**SHEILA J. PORTER,**

By her attorneys,

/s Maura M. Jakola
Joseph F. Savage, Jr., BBO #443030
Jennifer M. Goddard, BBO #631144
Maura M. Jakola, BBO #654695
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA  02110
(617) 248-7000

</div>

</div>

**CORRECTIONAL MEDICAL SERVICES, INC.,**

By its attorney,

/s Alexandra B. Harvey
Alexandra B. Harvey, BBO#548944
Adler, Cohen, Harvey,
   Wakeman & Guekguezian LLP
230 Congress Street
Boston, MA 02110
(617) 423-6674

Dated:  January 13, 2005

9771\1.3166705_1