UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11935DPW

| | |
|---|---|
| SHEILA J. PORTER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, SUFFOLK COUNTY, and CORRECTIONAL MEDICAL SERVICES, INC., | ) ) ) ) ) |
| | ) |
|     Defendants. | ) |

**NOTICE OF WITHDRAWL OF MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC. TO EXTEND TIME IN WHICH DEFENDANT MAY ANSWER PLAINTIFF'S INTERROGATORIES AND RESPOND TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS**

Now comes the defendant, Correctional Medical Services, Inc. ("CMS"), in the above captioned action and withdraws its motion to extend the time in which CMS may answer the plaintiff's interrogatories and respond to the plaintiff's requests for production of documents. As reason therefore, CMS states that the parties have now reached an agreement on the issue.

                                              The Defendant,
                                              CORRECTIONAL MEDICAL SERVICES, INC.,
                                              By its attorneys,

                                              ___s/Jennifer A. Norton_____
                                              Alexandra B. Harvey, BBO #548944
                                              Jennifer A. Norton, BBO# 658878
                                              Adler, Cohen, Harvey, Wakeman
                                              & Guekguezian LLP
                                              230 Congress Street, 10th Floor
                                              Boston, MA  02110
                                              (617) 423-6674