UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER,  )<br>  )<br>   Plaintiff  )<br>  )<br>   V.  )<br>  )<br>ANDREA CABRAL, SUFFOLK  )<br>COUNTY SHERIFF'S DEPARTMENT,  )<br>SUFFOLK COUNTY, and  )<br>CORRECTIONAL MEDICAL  )<br>SERVICES, INC.  )<br>  )<br>   Defendants  ) | Civil Action No. 04-11935-DPW |

**NOTICE OF APPEARANCE**

To the clerk of this Court and all parties of record:

Please enter the appearance of David S. Schumacher as counsel for plaintiff Sheila Porter in the above-entitled case.

                                                    Respectfully Submitted,

                                                    SHEILA PORTER

                                                    By her attorneys,

                                                   /s/ David S. Schumacher_____
                                                   Joseph F. Savage, Jr. (BBO #443030)
                                                   David S. Schumacher (BBO # 647917)
                                                   GOODWIN PROCTER LLP
                                                   Exchange Place
                                                   Boston, Massachusetts 02109-2881
                                                   (617) 570-1000

Dated: February 24, 2005

**Formatted:** Font: 8 pt

**Deleted:** LIBA/1478119.1