## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER,<br>    Plaintiff<br><br>v.<br><br>ANDREA CABRAL, SUFFOLK<br>COUNTY SHERIFF'S DEPARTMENT,<br>SUFFOLK COUNTY, and<br>CORRECTIONAL MEDICAL<br>SERVICES, INC.<br>    Defendants | Civil Action No. 04-11935-DPW |

## STIPULATION TO ENTER PROTECTIVE ORDER

The undersigned parties, by and through their counsel, hereby agree that the attached Protective Order governing the exchange of discovery between the parties and applicable to all proceedings in this action be issued by the Court.

| | |
|---|---|
| **ANDREA CABRAL, SUFFOK**<br>**COUNTY SHERIFF'S DEPARTMENT**<br>**And SUFFOLK COUNTY,**<br>By their attorney, | **SHEILA J. PORTER,**<br><br><br>By her attorneys, |
| /s Ellen M. Caulo<br>Ellen M. Caulo, BBO #545250<br>Deputy General Counsel<br>Suffolk County Sheriff's Department<br>200 Nashua Street<br>Boston, MA 02114<br>(617) 989-6681 | /s David Schumacher<br>David Schumacher, BBO #647917<br>Joseph Savage, Jr., BBO #443030<br>Goodwin Proctor LLP<br>Exchange Place<br>Boston, MA 02109<br>(617) 570-1000 |

**CORRECTIONAL MEDICAL SERVICES,**

By its attorneys,

/s Alexandra B. Harvey
Alexandra B. Harvey, BBO #548944
Jennifer A. Norton, BBO #658878
Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP

230 Congress Street
Boston, MA 02110
(617) 423-7152


Date: March 3, 2005