UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER,<br>    Plaintiff<br><br>v.<br><br>ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, SUFFOLK COUNTY, and CORRECTIONAL MEDICAL SERVICES, INC.<br>    Defendants | Civil Action No. 04-11935-DPW |

## STIPULATION TO ENTER PROTECTIVE ORDER

The undersigned parties, by and through their counsel, hereby agree that the attached Protective Order governing the exchange of discovery between the parties and applicable to all proceedings in this action be issued by the Court.

**ANDREA CABRAL, SUFFOK COUNTY SHERIFF'S DEPARTMENT And SUFFOLK COUNTY,**
By their attorney,

/s Ellen M. Caulo
Ellen M. Caulo, BBO #545250
Deputy General Counsel
Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA 02114
(617) 989-6681

**SHEILA J. PORTER,**

By her attorneys,

/s David Schumacher
David Schumacher, BBO #647917
Joseph Savage, Jr., BBO #443030
Goodwin Proctor LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

**CORRECTIONAL MEDICAL SERVICES,**

By its attorneys,

/s Alexandra B. Harvey
Alexandra B. Harvey, BBO #548944
Jennifer A. Norton, BBO #658878
Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP

230 Congress Street
Boston, MA 02110
(617) 423-7152


Date: March 3, 2005