UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA J. PORTER,<br><br>      Plaintiff,<br><br>vs.<br><br>ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, SUFFOLK COUNTY, and CORRECTIONAL MEDICAL SERVICES, INC.,<br><br>      Defendants. | Civil Action No. 04-11935 DPW |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), please enter the withdrawal of Jennifer M. Goddard as counsel of record for Plaintiff Sheila J. Porter. The law firm of Testa, Hurwitz & Thibeault, LLP is no longer counsel of record for Mrs. Porter. This case has been transferred to the law firm of Goodwin Procter LLP. Joseph F. Savage, Jr., formerly of Testa, Hurwitz & Thibeault, LLP, and David S. Schumacher, both attorneys with Goodwin Procter LLP, are counsel of record for Mrs. Porter.

Dated: March 11, 2005

/s Jennifer M. Goddard
Jennifer M. Goddard (BBO# 631144)
Testa, Hurwitz & Thibeault, LLP
(a limited liability partnership in dissolution)
125 High Street
Boston, Massachusetts 02110
(617) 248-7000

## **CERTIFICATE OF SERVICE**

      I, Jennifer M. Goddard, hereby certify on March 11, 2005, that I served a true and correct copy of the Notice of Withdrawal of Appearance by

first-class mail to:

Sheila J. Porter
22 Shore Drive
Upton, MA  01568

electronic filing with the Court to:

David S. Schumacher
Goodwin Procter LLP
Exchange Place
Boston, MA  02109

Joseph F. Savage, Jr.
Goodwin Procter LLP
Exchange Place
Boston, MA  02109

Alexandra B. Harvey, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP
230 Congress Street
Boston, MA 02110

Ellen M. Caulo, Esq.
Deputy General Counsel
Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA 02114

                                              /s Jennifer M. Goddard
                                              Jennifer M. Goddard, Esq.

3176818