## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER,<br>    Plaintiff<br><br>v.<br><br>ANDREA CABRAL, SUFFOLK<br>COUNTY SHERIFF'S DEPARTMENT,<br>SUFFOLK COUNTY, and<br>CORRECTIONAL MEDICAL<br>SERVICES, INC.<br>    Defendants | )<br>)<br>)<br>)<br>)   Civil Action No. 04-11935-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO QUASH

Now come the Defendants Andrea Cabral, Suffolk County Sheriff's Department, and Suffolk County and respectfully request that this Honorable Court quash two depositions noticed by the Plaintiff and scheduled for April 28 & 29, 2005. As reasons therefore the Defendants state that they have filed a Motion to Stay, under seal, on April 21, 2005. The Court has yet to rule on the Defendants Motion to Stay.

**Defendants Request A Hearing On Their Motion.**

                                      Respectfully submitted
                                      Andrea Cabral, Suffolk County Sheriff's
                                      Department, and Suffolk County
                                      By their attorney,

                                      /s/ Ellen M. Caulo
                                      Ellen M. Caulo
                                      BBO #545250
                                      Deputy General Counsel
                                      Suffolk County Sheriff's Department
                                      200 Nashua Street
                                      Boston, MA 02114
Date: April 21, 2005                    (617) 989-6681

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Counsel for the Defendant hereby certifies pursuant to Local Rule 7.1 that she has conferred with counsel for the Plaintiff and Co-Defendant CMS in an effort to resolve the issues raised by the instant motion.

                                        /s/Ellen M. Caulo
                                          Ellen M. Caulo