UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA J. PORTER<br><br>    Plaintiff,<br><br>v.<br><br>ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, SUFFOLK COUNTY and CORRECTIONAL MEDICAL SERVICES, INC.<br><br>    Defendants. | Civil Action No. 04-11935-DPW |

## AMENDED NOTICE OF DEPOSITION

TO:    Ellen M. Caulo, Esq.
Suffolk County Sheriff's Department
Office of the General Counsel
200 Nashua Street
Boston, MA 02114

Alexandra B. Harvey, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezan, LLP
230 Congress Street, 10th floor
Boston, MA 02110

PLEASE TAKE NOTICE that, on April 29, 2005, at 10:00 a.m., plaintiff Sheila J. Porter, by her counsel, will take the deposition upon oral examination of Sheriff Andrea J. Cabral at the offices of Goodwin Procter LLP, Exchange Place, Boston, MA 02109. The deposition shall be conducted before a notary public or other officer authorized to administer oaths and shall be recorded by stenographic means. The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

-2-

SHEILA J. PORTER

By her attorneys,

*[signature]*

Joseph F. Savage Jr. (BBO #443030)
David S. Schumacher (BBO #647917)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated: March 29, 2005

LIBA/1520684.1