UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11935DPW

| | |
|---|---|
| SHEILA J. PORTER, | ) |
|     Plaintiff, | ) |
| v. | ) |
| ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, SUFFOLK COUNTY, and CORRECTIONAL MEDICAL SERVICES, INC., | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE

*TO THE CLERK OF THE ABOVE NAMED COURT*:

    Please enter my appearance as counsel for the defendant, Correctional Medical Services, Inc., in addition to Alexandra B. Harvey, in the above-entitled case.

    The Defendant,
    CORRECTIONAL MEDICAL
    SERVICES, INC.,
    By its attorneys,

    /s/ Jennifer A. Norton
    Alexandra B. Harvey, BBO # 548944
    Jennifer A. Norton, BBO #658878
    ADLER, COHEN, HARVEY,
      WAKEMAN & GUEKGUEZIAN, LLP
    230 Congress Street
    Boston, MA  02110
    (617) 423-6674