UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA J. PORTER<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREA CABRAL, SUFFOLK COUNTY SHEIFF'S DEPARTMENT, SUFFOLK COUNTY and CORRECTIONAL MEDICAL SERVICES, INC.<br><br>　　　　　Defendants. | Civil Action No. 04-11935-DPW |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

Plaintiff Sheila J. Porter ("Mrs. Porter") and Defendants Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County and Correctional Medical Services, Inc. ("the parties") hereby jointly move for a one-month extension of the discovery deadline in this action. As grounds for this motion, the parties state as follows:

　　　　1.　　The initial Complaint in this action was filed on September 3, 2004. After motion practice and a hearing was conducted, an Amended Complaint was filed on December 3, 2004. Defendants filed their respective Answers to the Complaint on December 13, 2004.

　　　　2.　　On January 13, 2005, the Court issued an Amended Scheduling Order ("Order"). Pursuant to the Order, discovery was scheduled to be completed by May 31, 2005.

　　　　3.　　Since the issuance of the Order, the parties have diligently engaged in discovery, including interrogatories, document requests and depositions. In addition, several additional depositions are scheduled for later this month. Unfortunately, due to the numerous witnesses

involved in this dispute, scheduling delays and plaintiff's counsel's relocation to another law firm, the parties do not anticipate that they will be able to complete discovery by May 31st.

    4.    The parties are currently scheduling all remaining depositions and anticipate that a one-month extension, to June 30, 2005, will allow all discovery to be completed in this matter.

    5.    The remaining schedule contained in the Order will be unaffected by the extension requested in this Motion. For instance, expert discovery will still be completed by September 15, 2005 and motions for summary judgment will still be filed by October 17, 2005. Thus, the requested extension and modification will not prejudice any party and will require only minor adjustments of the Court's schedule.

    WHEREFORE the parties request that the Court grant a one-month extension to the discovery deadline to June 30, 2005.

Respectfully submitted,

| SHEILA J. PORTER | ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT and SUFFOLK COUNTY |
|---|---|
| By her attorneys, | By their attorney, |
| /s/ David S. Schumacher_____ | /s/ Ellen M. Caulo_____ |
| Joseph F. Savage Jr. (BBO #443030) | Ellen M. Caulo (BBO #545250) |
| David S. Schumacher (BBO #647917) | Deputy General Counsel |
| GOODWIN PROCTER LLP | Suffolk County Sheriff's Department |
| Exchange Place | 200 Nashua Street |
| Boston, MA 02109-2881 | Boston, MA 02114 |
| 617.570.1000 | (617) 989-6681 |

CORRECTIONAL MEDICAL SERVICES, INC.

By its attorneys,

*/s/ Alexandra B. Harvey*_____
Alexandra B. Harvey (BBO #548944)
Jennifer A. Norton (BBO #658878)
Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP
230 Congress Street
Boston, MA  02110
(617) 423-6674

Dated: May 12, 2005

### Local Rule 7.1(A)(2) Certification

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for Mrs. Porter has conferred in good faith with counsel for Defendants to resolve or narrow the issues raised in this motion, and that the parties jointly reached the agreement represented above.

### Certificate of Service

I hereby certify that a true copy of the above document was served upon counsel for defendants by facsimile and first-class mail on May 12, 2005.

*/s/ David S. Schumacher*_____
David S. Schumacher

LIBA/1538661.1