UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SHEILA J. PORTER
    Plaintiff,

v.

ANDREA CABRAL, SUFFOLK COUNTY
SHERIFF'S DEPARTMENT, SUFFOLK
COUNTY and CORRECTIONAL MEDICAL
SERVICES, INC.
    Defendants.

Civil Action No. 04-11935-DPW

JUDICIAL ORDER TO PRODUCE CERTIFIED MEDICAL RECORDS

This Court, *Douglas P. Woodlock* J., presiding, orders the Keeper of the Records for Prison Health Services, Inc., pursuant to a validly-issued subpoena, to produce copies of all records, books, papers, correspondence, and all other written or printed documentation in the possession, custody, and control relating, referring, or in any way pertaining to the treatment of Rene Rosario, D.O.B.: April 15, 1972, and to deliver said records to David S. Schumacher, Esq., Goodwin Procter LLP, Exchange Place, Boston, MA 02109 and the Clerk of Court, United States District Court, 1 Courthouse Way, Boston, MA 01608.

*/s/ Douglas P. Woodlock*
District Court Judge

Dated: *May 25, 2005*

LIBA/1547213.1

4