UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11935DPW

|  |  |
|---|---|
| SHEILA J. PORTER, | ) |
| Plaintiff, | ) |
| v. | ) |
| ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, SUFFOLK COUNTY, and CORRECTIONAL MEDICAL SERVICES, INC., | ) |
| Defendants. | ) |

## NOTICE OF CHANGE OF FIRM ADDRESS

TO THE CIVIL CLERK:

    Pursuant to Massachusetts Rules of Civil Procedure, Rule 11(d), notice of a change of firm address is hereby given and is effective June 6, 2005 as follows:

ADLER, COHEN, HARVEY, WAKEMAN & GUEKGUEZIAN, LLP
75 Federal Street, 10th Floor
Boston, MA  02110
Telephone:  (617) 423-6674
Telefax: (617) 423-7152

Our telephone and telefax numbers will remain the same.

A copy of this notice has been forwarded to all counsel of record.

The Defendant,
CORRECTIONAL MEDICAL
SERVICES, INC.,
By its attorney,


_/s/ Jennifer A. Norton_____
Alexandra B. Harvey, BBO # 548944
Jennifer A. Norton, BBO #658878
ADLER, COHEN, HARVEY,
WAKEMAN & GUEKGUEZIAN, LLP
75 Federal Street, 10th Floor
Boston, MA  02110
(617) 423-6674