# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER,<br>    Plaintiff<br><br>    v.<br><br>ANDREA CABRAL, SUFFOLK<br>COUNTY SHERIFF'S DEPARTMENT,<br>SUFFOLK COUNTY, and<br>CORRECTIONAL MEDICAL<br>SERVICES, INC.<br>    Defendants | Civil Action No. 04-11935-DPW |

## MOTION TO QUASH

Now come the Defendants Andrea Cabral, Suffolk County Sheriff's Department, and Suffolk County and respectfully request that this Honorable Court quash a subpoena duces tecum issued by the Plaintiff to the Suffolk County District Attorney's Office (SCDAO) (a copy of which is attached as Exhibit A). The subpoena requests documents in the SCDAO personnel file for Andrea Cabral, Sheriff of Suffolk County. As reasons therefore the Defendants state that such documents are exempt from disclosure under the Public Records Law and not reasonably calculated to lead to the discovery of admissible evidence. The Defendants also refer to their attached Memorandum of Law.

**Defendants Request A Hearing On Their Motion.**

        Respectfully submitted
        Andrea Cabral, Suffolk County Sheriff's
        Department, and Suffolk County
        By their attorney,


        /s/ Ellen M. Caulo
        Ellen M. Caulo
        BBO #545250

                                        Deputy General Counsel  
                                        Suffolk County Sheriff's Department  
                                        200 Nashua Street  
                                        Boston, MA 02114  
Date: June 16, 2005               (617) 989-6681

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

      Counsel for the Defendants hereby certifies pursuant to Local Rule 7.1 that she has conferred with Anita Bapooji, Esq., counsel for the Plaintiff, in an effort to resolve the issues raised by the instant motion.

                                        /s/Ellen M. Caulo  
                                        Ellen M. Caulo