Sheila J. Porter                                    05/18/2005

77

1      A    On the second floor?

2      Q    Yes.

3      A    Perhaps not.

4      Q    If you felt it was indicated, what would

5  you do to make sure that it happened?

6      A    I would go to my health service

7  administrator and she would advocate for us.

8      Q    Okay.

9          MS. CAULO:   Can we have this marked,

10  please?

11          (Document marked as Exhibit No. 2.)

12     Q    Mrs. Porter, what was your understanding

13  of the Suffolk County Sheriff's Department's

14  ability to bar contract employees during the ten

15  years that you worked at the Suffolk County House

16  of Correction?

17     A    That it was a possibility.

18     Q    Well, how were you aware of the Suffolk

19  County Sheriff's Department's right to bar

20  contract employees?

21     A    I saw people come and go.

22     Q    Medical personnel?

23     A    Yes.

24     Q    Medical personnel employed by

Sheila J. Porter                                              05/18/2005

78

1    Correctional Healthcare Services?

2        A    Yes.

3        Q    Medical personnel employed by

4    Correctional Medical Services?

5        A    Yes.

6        Q    Do you recall their names?

7        A    Some.

8        Q    Which ones do you recall?

9        A    Chuck Theall --

10       Q    Chuck Theall?

11       A    Yes.

12            -- Richard Goodman, Faith Jones.

13   Those names just are in my head right now.    I'm

14   not sure if there are others.

15       Q    How were you made aware, other than

16   your -- how were you made aware formally that the

17   Suffolk County Sheriff's Department retained the

18   ability to bar contract workers?

19       A    I'm not sure what you mean.

20       Q    Does the Employee Success Guide issued

21   to you by Correctional Medical Services indicate

22   that the institutional facility retains the right

23   to bar medical personnel?

24       A    Yes.

Sheila J. Porter                                                05/18/2005

79

1      Q      So you were on notice when you received

2      the Employee Success Guide that the institution

3      could bar medical personnel, correct?

4           A      Yes.

5           Q      You also knew that from your own

6      personal experience --

7           A      Yes.

8           Q      -- while working for CHS and CMS at the

9      Suffolk County House of Correction, right?

10          A      Yes.

11          Q      To your knowledge, were the persons that

12     you just identified and any other contract worker

13     that you're aware of that was barred, were they

14     ever provided with a hearing by the Suffolk County

15     Sheriff's Department?

16          A      I don't know what constitutes a hearing.

17     I personally participated in one.

18          Q      Which one was that?

19          A      Richard Goodman.

20          Q      Was that a hearing conducted by the

21     Suffolk County Sheriff's Department?

22          A      Yes.

23          Q      What were the circumstances?

24          A      Mr. Goodman was accused of inappropriate