384

1    tell you that some people that heard the report

2    felt that there was a racial issue.

3         Q    Which people?

4         A    Family members, friends.

5         Q    Who are they?

6         A    My children, my husband, friends that

7    live in my town, people that happened to see this

8    that know me and not anything else about anything.

9         Q    So who are the friends that saw this and

10   drew the conclusion that it implied some sort of

11   racial bias?

12        A    One of my closest friends, whose name is

13   another Donna, Donna Moore, Donna Desjardins now.

14        Q    What did she say to you?

15        A    "What was that all about?"

16        Q    What in that statement led those people

17   to conclude that it implied a racial bias?

18        A    That was -- that was just how the

19   statement struck them.

20        Q    How many people did it strike that you

21   spoke with that that statement implied a racial

22   bias?

23        A    Four or five specifically.

24        Q    When you read that statement, did it

1    strike you as implying that you had a racial bias?

2         A    I didn't think of it.

3         Q    When did you think of it, if you thought

4    of it at all?

5         A    When I heard other people's comments.

6         Q    And when you heard other people's

7    comments, what did that make you think about the

8    statement?

9         A    It made me think, I hope that wasn't the

10   truth.

11        Q    Do you think that's what it implies?

12        A    I don't know.

13        Q    Other than "clearly biassed," what else

14   in that sentence do you allege is defamatory?

15        A    My own agenda for speaking out at this

16   time.  I had no agenda for speaking out at that

17   time, except that someone called me and asked for

18   my story.

19        Q    Did you feel that your reputation had

20   been damaged?

21        A    Yes.

22        Q    Did you hope to accomplish by speaking

23   to the Globe and to Channel 5 that you would

24   restore your reputation that you felt had been