UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER,<br>    Plaintiff<br><br>v.<br><br>ANDREA CABRAL, SUFFOLK<br>COUNTY SHERIFF'S DEPARTMENT,<br>SUFFOLK COUNTY, and<br>CORRECTIONAL MEDICAL<br>SERVICES, INC.<br>    Defendants | Civil Action No. 04-11935-DPW |

**DEFENDANTS ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT AND SUFFOLK COUNTY'S MOTION TO COMPEL THE PRODUCTION OF TESTIMONY AND DOCUMENTS FROM THE FBI.**

Now come the above named Defendants and respectfully request that this Court issue an order compelling the FBI to comply with the subpoenas issued by the Defendants requesting the production of information, documents and testimony of Special Agents Maureen Robinson and Christa Snyder. As reasons therefore the Defendants state that such information and testimony is highly relevant and necessary to the Defendants' ability to defend the allegations set forth in the Plaintiff's amended complaint. Further, the United States Attorney's refusal to authorize the FBI to comply with the subpoenas constitutes an abuse of discretion. The Defendants also rely on the attached Memorandum of Law.

**Defendants Respectfully Request A Hearing On Their Motion.**

        Respectfully submitted,
        For the Defendants Andrea Cabral,
        Suffolk County Sheriff's Department,
        And Suffolk County
        By their Attorney

        <u>/s/ Ellen M. Caulo</u>
        Ellen M. Caulo
        B.B.O. #545250
        Deputy General Counsel
        Suffolk County Sheriff's Department
        200 Nashua Street
        Boston, MA  02114
        (617) 989-6681

Date: July 15, 2005

## **C**ERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

      Counsel for the Defendants hereby certifies pursuant to Local Rule 7.1 that she has conferred with Assistant United States Attorney Anton Giedt in an effort to confer and resolve the issues raised by the instant motion.

        <u>/s/ Ellen M. Caulo</u>
        Ellen M. Caulo