## AFFIDAVIT

I, Christa J. Snyder, aver the following to be true and correct to the best of my knowledge:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI), currently assigned to the Boston Division;

2. Beginning in 1999, Sheila Porter provided information to the FBI, on a confidential basis, about events at the Suffolk County House of Corrections (HOC);

3. Sheila Porter was providing this information as of the date of her dismissal from HOC;

4. On May 20, 2003, and one or more other dates, Sheila Porter provided information to the FBI about events at HOC;

5. On or about May 29, 2003, Sheila Porter provided information to the FBI about her having been questioned by Sheriff's investigators regarding her previously having provided information to the FBI.

I declare the foregoing is true to the best of my knowledge. Signed under pains and penalties of perjury, this _9_ day of _June_, 2005.

*Christa J. Snyder*
Christa J. Snyder
Special Agent
Federal Bureau of Investigation
Boston, Massachusetts

SP 218