# Suffolk County Sheriff's Department
## Sheriff's Investigation Division (SID)
## Incident Report

Page 1 of 1

..............................................................................................................................................

| | | | |
|---|---|---|---|
| SID Incident #: | N/A | Reporting Investigator: | Stan Wojtkonski |
| Date of Incident: | 5/21/03 | Type of Incident: | Conversation with FBI |
| Time of Incident: | Approx 0930 hours | Investigation # (if any): | N/A |
| Incident Location: | NSJ | Date Report Filed: | 5/23/03 |
| (HOC, NSJ, or Other) | | | |

**Unit or Street Address:**

200 Nashua Street, in front of NSJ.

**Other SID Investigators Involved:**

Viktor Theiss, Deputy Superintendent of SID

**SCSD Staff Members Involved:**

Unknown Medical Staff member

**Inmates Involved:**

I/M ▓▓ R▓▓, #▓▓▓▓

**Narrative**

On May 21, 2003, at approximately 0930 hours, Investigator Stan Wojtkonski exited Nashua Street Jail and approached a car in front of the facility driven by Special Agent Crysta Snyder of the FBI, and contained S/A Julia Cowley of the FBI as a passenger. The purpose of this interaction was to provide S/A Cowley with discoverable materials related to an ongoing criminal case in U.S. District Court that had been jointly investigated by SID and the FBI. During this exchange, S/A Snyder informed Investigator Wojtkonski that she had received a call at approximately 5:00 pm last night (5/20/03), from a member of the medical staff at the Sheriff's Department. S/A Snyder stated that this person told her that they had witnessed an examination of I/M R▓▓ on 5/19/03. A person named "Beth" had performed this medical examination. This person informed S/A Snyder that they had witnessed bruising to I/M Rosario's neck, chest, and under his arm that they did not feel was consistent with self inflicted wounds. According to S/A Snyder, the observation of I/M R▓▓'s injuries disturbed this medical staff member enough that she notified S/A Snyder about them. S/A Snyder would not reveal the identity of the medical staff member, but stated that if SID investigators interviewed medical staff, they should be able to ascertain the person's identity. S/A Snyder stated that I/M R▓▓ was a key witness in a federal trial that had just occurred involving several corrections officers from Nashua Street Jail. If I/M R▓▓'s injuries were proven to be from a corrections officer, then the FBI would consider the assault to be tampering with a federal witness. S/A Snyder asked that she be kept updated on the R▓▓ investigation. Investigator Wojtkonski then returned back to Nashua Street Jail, where he was attending First Responder Training with other members of SID. At the next break, Investigator Wojtkonski notified Deputy Superintendent of SID Viktor Theiss of the conversation he had just had with S/A Snyder. END REPORT

Reporting Investigator's Signature _____    Date _____

Supervisor's Name and Signature _____    Date _____

000791