1          A.    The day after she was barred, they came

2     to Suffolk County actually -- a woman came to

3     Suffolk County and wanted to speak with me.

4          Q.    Who was that woman?

5          A.    Oh, I forget her name.

6          Q.    Was her name Maureen Robinson?

7          A.    Yes.

8          Q.    And her position -- is she an FBI

9     agent?

10         A.    Yes.

11         Q.    How did you become aware that FBI Agent

12    Maureen Robinson was at the House of Correction

13    and wanted to speak to you?

14         A.    I was in a meeting with Maryellen.   I

15    don't remember what the meeting was, but there

16    was a whole roomful of people and Deputy Lockhart

17    came and called me there and she said the FBI is

18    in the lobby and they want to speak to you, and

19    my first reaction to be honest is, oh, Christ,

20    now I am going to be barred from the facility.

21         Q.    Why did you think that?

22         A.    Because that is how I felt like she

23    talked with the FBI and now she doesn't work here

24    any more.  And I was a little uncomfortable.  I

1          A.    Right.

2          Q.    Did he tell you that you weren't going

3    to be barred from the facility for talking to the

4    FBI?

5          A.    No.  I asked him.

6          Q.    What did he say to you?

7          A.    I told you.  You can do what you want.

8          Q.    Didn't he tell you that it was an

9    inappropriate comment for you to say that?

10         A.    He may have said that.

11         Q.    He may have said it was inappropriate

12   for you to suggest that you could be barred for

13   talking to the FBI?

14         A.    Yes, yes.

15         Q.    Didn't he also tell you that you

16   couldn't be barred for talking to the FBI?

17         A.    No, I don't remember him saying that.

18         Q.    Did you speak with the FBI that day?

19         A.    Yes.

20         Q.    Where did you do that?

21         A.    Outside.

22         Q.    Outside of the House of Correction?

23         A.    Right in front, yes.

24         Q.    What did she ask you?  Was the FBI

1       agent alone or was she with a partner?

2           A.    She was alone.

3           Q.    What did she ask you?

4           A.    Just what had happened the previous day

5       if I could tell her.

6           Q.    And what did you tell her?

7           A.    She asked me if I was in the room when

8       Sheila was barred and I said, yes.  I told her

9       what I told you, that she read from the policy

10      that she was barred for communicating with an

11      outside agency and she read from the policy and

12      that was it, that, you know, she left her to pack

13      up her stuff and take her time and we just went

14      over the whole day before.

15          Q.    Did she ask you any questions other

16      than that?

17          A.    I don't remember if she asked me any

18      more than that.  I don't think so.

19          Q.    Did she tell you that she had spoken

20      with Mrs. Porter that day?

21          A.    I don't remember that either.

22          Q.    Did you see Mrs. Porter that day?

23          A.    Yes.

24          Q.    Where did you see Mrs. Porter?