UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, SUFFOLK COUNTY, and CORRECTIONAL MEDICAL SERVICES, INC.,<br><br>Defendants. | Civil Action No. 04-11935-DPW |

**ASSENTED TO MOTION OF THE UNITED STATES
FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANTS' MOTION TO COMPEL**

The United States respectfully moves for an extension of time until August 10, 2005, to respond to the Defendants' Motion to Compel the Production of Testimony and Documents From the Federal Bureau of Investigation. Good cause exists for this Motion.

When the United States was served with Defendants' Motion on July 18, 2005, undersigned counsel was out of the office for over a week for a prior personal commitment until July 26, 2005. Counsel for the Defendants and undersigned counsel had conferred prior to the filing of the motion and agreed that the United States would need additional time to file its response. Accordingly, Defendants' counsel has assented to this Motion.

This Motion is made in good faith and is not made to delay the action, or for any other improper purpose. Therefore, the United States respectfully request that the Court grant this Motion and approve the proposed extension of time for the United States to file its response until August 10, 2005.

        Respectfully submitted,

        UNITED STATES OF AMERICA

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Anton P. Giedt
        Anton P. Giedt
        Assistant U.S. Attorneys
        1 Courthouse Way
        Boston, MA 02210
        617-748-3309 (Voice)
        617-748-3967 (Fax)
        anton.giedt@usdoj.gov

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

Undersigned counsel certifies that pursuant to the requirements under Local Rule 7.1(A)(2), he has conferred with Defendants' counsel of record and that Defendants' counsel has assented to this motion.

/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.        Boston, Massachusetts
        DATE: July 29, 2005

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiffs' counsel of record through electronic filing and by first class mail.

/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney

| DEFENDANTS' COUNSEL: | PLAINTIFF'S COUNSEL: | AGENCY COUNSEL: |
|---|---|---|
| Ellen M. Caulo | Joseph F. Savage | Frank Davis |
| Deputy General Counsel | Goodwin Procter, LLP | Damon Katz |
| Suffolk Count Sheriff's Department | Exchange Place | Federal Bureau of Investigation |
| 200 Nashua Street | Boston, MA 02109 | Division Counsel |
| Boston, MA 02114 | 617-570-1204 (Voice) | One Center Plaza, Suite 600 |
| 617-989-6681 (Voice) | 617-523-1231 (Fax) | Boston, MA 02108 |
| 617-989-6693 (Fax) | | |