# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER,<br><br>    Plaintiff<br><br>V.<br><br>ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, SUFFOLK COUNTY, and CORRECTIONAL MEDICAL SERVICES, INC.<br><br>    Defendants | Civil Action No. 04-11935-DPW |

## PLAINTIFF SHEILA PORTER'S MOTION TO IMPOUND HER MOTION TO COMPEL TESTIMONY AND DOCUMENTS FROM THE FEDERAL BUREAU OF INVESTIGATION AND THE OFFICE OF THE UNITED STATES ATTORNEY

NOW COMES Sheila Porter ("Mrs. Porter"), by her undersigned counsel, and requests, pursuant to Local Rule 7.2, that the Court impound the following documents, filed herewith: (1) Mrs. Porter's Motion to Compel Testimony and Documents from the Federal Bureau Of Investigation and the Office of the United States Attorney; (2) Memorandum in Support of Motion to Compel; and (3) Affidavit of David S. Schumacher. As grounds therefore, Mrs. Porter states that these pleadings contain information and documents that the defendants have designated as confidential under the Protective Order governing this case. Mrs. Porter requests that these materials be impounded until further order of the court.

Respectfully Submitted

SHEILA J. PORTER

By her attorneys,

*[signature]*

Joseph F. Savage Jr. (BBO #443030)
David S. Schumacher (BBO #647917)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated: August 18, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served counsel for all parties and the Office of the United States Attorney by U.S. mail on this 18th day of August, 2005.

*[signature]*

David S. Schumacher

LIBA/1573676.1

2