UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER, | |
| Plaintiffs, | |
| v. | Civil Action No. 04-11935-DPW |
| ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, SUFFOLK COUNTY, and CORRECTIONAL MEDICAL SERVICES, INC., | |
| Defendants. | |

## MOTION OF RESPONDENTS FEDERAL BUREAU OF INVESTIGATION AND THE UNITED STATES ATTORNEY'S OFFICE TO FILE OPPOSITION UNDER SEAL

The Respondents respectfully seek leave to file this Motion and the Respondents Opposition to Defendants' Motion to Compel under seal. The Respondents' Opposition includes sensitive investigatory information which is protected from public disclosure by statute, regulation or other recognized privilege.

Respectfully submitted,

UNITED STATES OF AMERICA

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Anton P. Giedt 8/26/05
Anton P. Giedt
Assistant U.S. Attorneys
1 Courthouse Way
Boston, MA 02210
617-748-3309 (Voice)
617-748-3967 (Fax)
anton.giedt@usdoj.gov