UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER,<br><br>      Plaintiffs,<br><br>      v.<br><br>ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, SUFFOLK COUNTY, and CORRECTIONAL MEDICAL SERVICES, INC.,<br><br>      Defendants. | Civil Action No. 04-11935-DPW |

### ASSENTED TO MOTION
### OF
### THE FEDERAL BUREAU OF INVESTIGATION
### AND
### THE UNITED STATES ATTORNEY'S OFFICE
### FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL

The Respondents, Federal Bureau of Investigation (FBI) and the United States Attorney's Office (USAO), respectfully move for an extension of time until September 16, 2005, to respond to the Plaintiff's Motion to Compel Testimony and Documents From the FBI and the USAO. Good cause exists for this Motion.

Due to mail handling problems counsel for the Respondents did not receive a full copy of Plaintiff's Motion to Compel until August 31, 2005. Further, Counsel for the Plaintiff's and undersigned counsel have conferred and are exploring the possibility of resolving Plaintiff's information and testimony requests without further litigation. The additional time will allow for more thorough evaluation and discussion. Plaintiff's counsel has assented to this Motion.

This Motion is made in good faith and is not made to delay the action, or for any other improper purpose. Therefore, the United States respectfully request that the Court grant this Motion and approve the proposed extension of time for the United States to file its response until September 16, 2005.

                                              Respectfully submitted,

                                              UNITED STATES OF AMERICA

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

By:   /s/ Anton P. Giedt 9/1/05
        Anton P. Giedt
        Assistant U.S. Attorneys
        1 Courthouse Way
        Boston, MA 02210
        617-748-3309 (Voice)
        617-748-3967 (Fax)
        anton.giedt@usdoj.gov

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

Undersigned counsel certifies that pursuant to the requirements under Local Rule 7.1(A)(2), he has conferred with Plaintiff's counsel of record and that Plaitiff's counsel has assented to this motion.

                                              /s/ Anton P. Giedt
                                              Anton P. Giedt
                                              Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                          Boston, Massachusetts
                                                                                 DATE: September 1, 2005

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon counsel of record through electronic filing and by first class mail.

                                              /s/ Anton P. Giedt
                                              Anton P. Giedt
                                              Assistant U.S. Attorney

| DEFENDANTS' COUNSEL: | PLAINTIFF'S COUNSEL: | AGENCY COUNSEL: |
|---|---|---|
| Ellen M. Caulo | Joseph F. Savage | Frank Davis |
| Deputy General Counsel | Goodwin Procter, LLP | Damon Katz |
| Suffolk Count Sheriff's Department | Exchange Place | Federal Bureau of Investigation |
| 200 Nashua Street | Boston, MA 02109 | Division Counsel |
| Boston, MA 02114 | 617-570-1204 (Voice) | One Center Plaza, Suite 600 |
| 617-989-6681 (Voice) | 617-523-1231 (Fax) | Boston, MA 02108 |
| 617-989-6693 (Fax) | | |