## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| V. | ) Civil Action No. 04-11935-DPW |
| | ) |
| ANDREA CABRAL, SUFFOLK | ) |
| COUNTY SHERIFF'S DEPARTMENT, | ) |
| SUFFOLK COUNTY, and | ) |
| CORRECTIONAL MEDICAL | ) |
| SERVICES, INC. | ) |
| | ) |
| _____ Defendants _____ _____ _____ ___) | |

## PLAINTIFF SHEILA PORTER'S MOTION TO IMPOUND HER MOTION TO COMPEL DISCOVERY FROM ANDREA CABRAL, THE SUFFOLK COUNTY SHERIFF'S DEPARTMENT AND SUFFOLK COUNTY

NOW COMES Sheila Porter ("Mrs. Porter"), by her undersigned counsel, and requests,

pursuant to Local Rule 7.2, that the Court impound the following documents, filed herewith: (1)

Mrs. Porter's Motion to Compel Discovery From Andrea Cabral, the Suffolk County Sheriff's

Department and Suffolk County; (2) Memorandum in Support of Motion to Compel; and (3)

Affidavit of David S. Schumacher. As grounds therefore, Mrs. Porter states that these pleadings

contain information and documents that the defendants have designated as confidential under the

Protective Order governing this case. Mrs. Porter requests that these materials be impounded

until further order of the court.

Respectfully Submitted

SHEILA J. PORTER

By her attorneys,

Joseph F. Savage Jr. (BBO #443030)
David S. Schumacher (BBO #647917)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated: September 13, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served counsel for all parties and the Office of the United States Attorney by hand on this 13th day of September, 2005.

David S. Schumacher

LIBA/1583913.1

2