UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER,<br><br>                 Plaintiff,<br><br>v.<br><br>ANDREA CABRAL, ET AL.,<br><br>                 Defendants. | CIVIL ACTION<br>NO. 04-11935-DPW |

## PROPOSED MODIFICATION OF PROTECTIVE ORDER

Pursuant to the Court's order of September 28, 2005, Globe Newspaper Company, Inc. (the "Globe") respectfully submits as Exhibit A hereto a proposed Modification to Protective Order. The proposed Modification has been served on the parties in advance of filing and no party proposed any changes to the attached form of order.

**OF COUNSEL:**

David E. McCraw, Esq.
**The New York Times Company**
229 West 43rd Street
New York, NY 10036
(212) 556-4031

**GLOBE NEWSPAPER COMPANY, INC.,**

By its attorneys,

/s/Jonathan M. Albano
Jonathan M. Albano, BBO#013850
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000

Dated: October 10, 2005

LITDOCS/617800.1