UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHEILA PORTER,

                    Plaintiff,

        v.                                          CIVIL ACTION
                                                    NO. 04-11935-DPW
ANDREA CABRAL, ET AL.,

                    Defendants.

## MODIFICATION TO PROTECTIVE ORDER

The Protective Order entered by the Court on March 9, 2005, is hereby modified to add the following paragraphs:

12.    Motions to Seal:   The provisions of this Protective Order shall apply only to documents, information or things furnished in discovery in this case that are not filed with the Court. Any party wishing to file papers with the Court under seal shall submit a motion to seal along with redacted and unredacted versions of the document at issue. The redacted version of the document will be added to the docket at time of docketing and be available for public inspection. Any motion to seal shall include specific reasons, with good cause shown, as to why the document should be sealed.  The fact that a document filed with the Court contains Confidential Information as defined in this Protective Order shall not by itself establish good cause for sealing the document or any portion thereof.  In all other respects, the provisions of Local Rule 7.2 and governing principles of law shall determine the procedures and standards for sealing or impounding documents filed with the Court.

**It is so ordered.**

                                        By the Court,

                                        _Douglas P. Woodlock_
                                        United States District Judge