UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11935DPW

|  |  |
|---|---|
| SHEILA J. PORTER, | ) |
| Plaintiff, | ) |
| v. | ) |
| ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, SUFFOLK COUNTY, and CORRECTIONAL MEDICAL SERVICES, INC., | ) |
| Defendants. | ) |

**DEFENDANT CORRECTIONAL MEDICAL SERVICES, INC.'S ASSENTED MOTION FOR LEAVE OF COURT TO FILE MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN EXCESS OF 20 PAGES**

The defendant, Correctional Medical Services ("CMS'), with the assent of all parties, hereby moves, pursuant to United States District Court for the District of Massachusetts Local Rule 7.1(B)(4) for leave of court to file a memorandum of law in support of it motion for summary judgment in excess of 20 pages. As grounds for its motion CMS states that CMS is moving for summary judgment on six different claims brought by the plaintiff, all of which require significant discussion of applicable case law and the relevant undisputed material facts of the case. As such, CMS respectfully requests that this Court allow its motion for leave to file an additional 5 pages in excess of the 20 pages usually allowed.

2

        The Defendant,
        CORRECTIONAL MEDICAL
        SERVICES, INC.,
        By its attorneys,


        ___/s/ Alexandra B. Harvey_____
        Alexandra B. Harvey, BBO # 548944
        Jennifer A. Norton, BBO # 658878
        ADLER, COHEN, HARVEY,
        WAKEMAN & GUEKGUEZIAN, LLP
        230 Congress Street
        Boston, MA  02110
        (617) 423-6674