UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11935DPW

| | |
|---|---|
| SHEILA J. PORTER, | ) |
| Plaintiff, | ) |
| v. | ) |
| ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, SUFFOLK COUNTY, and CORRECTIONAL MEDICAL SERVICES, INC., | ) |
| Defendants. | ) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given by the defendant, Correctional Medical Services, Inc. ("CMS") that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only.

Exhibits to Defendant Correctional Medical Services, Inc.'s Statement of Undisputed Facts in Support of its Motion For Summary Judgment, including:

Exhibit A:   Amended Complaint

Exhibit B:   Portions of the Transcript of the Deposition of Ann Mack

Exhibit C:   Portions Suffolk County/CMS Standard Contract and Comprehensive Healthcare Services Agreement

Exhibit D:   Portions of the Transcript of the Deposition of Sheila Porter, Vol. I

Exhibit E:   Portions of the Transcript of the Deposition of Sheila Porter, Vol. II

Exhibit F:   Portions of the Transcript of the Deposition of Donna Jurdak

Exhibit G:   Acknowledgement Forms

2

Exhibit H:   Portions of the CMS Employee Success Guide, Revised January 2002

Exhibit I:   Portions of Transcript of the Deposition of Andrea Cabral, Vol. I

    The original documents are maintained in the case file in the Clerk's Office.

                            The Defendant,
                            CORRECTIONAL MEDICAL
                            SERVICES, INC.,
                            By its attorneys,

                            __/s/ Alexandra B. Harvey_____
                            Alexandra B. Harvey, BBO # 548944
                            Jennifer A. Norton, BBO # 658878
                            ADLER, COHEN, HARVEY,
                            WAKEMAN & GUEKGUEZIAN, LLP
                            230 Congress Street
                            Boston, MA  02110
                            (617) 423-6674