UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11935DPW

|  |  |
|---|---|
| SHEILA J. PORTER, | ) |
| Plaintiff, | ) |
| v. | ) |
| ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, SUFFOLK COUNTY, and CORRECTIONAL MEDICAL SERVICES, INC., | ) |
| Defendants. | ) |

## DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC.'S MOTION TO IMPOUND

The defendant, Correctional Medical Services, Inc., hereby moves to have the Court impound certain exhibits attached to its Statement of Undisputed Facts In Support of its Motion for Summary Judgment. Specifically, CMS moves to impound Exhibit I, portions of the deposition transcript of Andrea Cabral, on the grounds that these documents have been designated as confidential pursuant to a protective order.

The Defendant,
CORRECTIONAL MEDICAL
SERVICES, INC.,
By its attorneys,


   /s/ Alexandra B. Harvey
Alexandra B. Harvey, BBO # 548944
Jennifer A. Norton, BBO# 658878
ADLER, COHEN, HARVEY,
WAKEMAN & GUEKGUEZIAN, LLP
230 Congress Street
Boston, MA  02110
(617) 423-6674