# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER,<br>    Plaintiff<br><br>    v.<br><br>ANDREA CABRAL, SUFFOLK<br>COUNTY SHERIFF'S DEPARTMENT,<br>SUFFOLK COUNTY, and<br>CORRECTIONAL MEDICAL<br>SERVICES, INC.<br>    Defendants | Civil Action No. 04-11935-DPW |

## DEFENDANTS ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT AND SUFFOLK COUNTY'S MOTION FOR SUMMARY JUDGEMENT.

Now come the Defendants Andrea Cabral, Suffolk County Sheriff's Department and Suffolk County and pursuant to Fed. R.Civ. P. 56(c) respectfully request that this Court enter summary judgment in their favor.

As grounds therefore the Defendants contend that no genuine issues of material fact exist and they are entitled to judgment as a matter of law on all Counts of the Plaintiff's Amended Complaint. The Defendants further rely on the attached Memorandum of Law and Exhibits.

                                  Respectfully submitted
                                  For all DEFENDANTS
                                  By their attorney

                                  /s/ Ellen M. Caulo
                                  Ellen M. Caulo, BBO #545250
                                  Deputy General Counsel
                                  Suffolk County Sheriff's Department
                                  200 Nashua Street
Dated:                          Boston, MA 02114
October 17, 2005