UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER,<br>    Plaintiff<br><br>    v.<br><br>ANDREA CABRAL, SUFFOLK<br>COUNTY SHERIFF'S DEPARTMENT,<br>SUFFOLK COUNTY, and<br>CORRECTIONAL MEDICAL<br>SERVICES, INC.<br>    Defendants | Civil Action No. 04-11935-DPW |

### DEFENDANTS' MOTION FOR LEAVE TO FILE THE ATTACHMENTS TO THEIR MOTION FOR SUMMARY JUDGMENT ONE DAY LATE

**Now** come the Defendants, Andrea Cabral, Suffolk County Sheriff's Department, and Suffolk County who move this Honorable Court for leave to file the attachments to their Motion for Summary Judgment one day late.

**As Reasons** therefore, Counsel states that the Department is experiencing problems with the scanner. At this point, there is only one scanner available at the facility and each page must be scanned as a separate document and then combined. The scanner is extremely slow.

**Defendants** did not anticipate this problem when scheduling time to complete the instant motion. Further, a one-day delay for exhibits will not prejudice any other party.

                                        Respectfully submitted
                                        Andrea Cabral, Suffolk County Sheriff's
                                        Department and Suffolk County
                                        By their attorney

                                        /s/ Ellen M. Caulo
                                        Ellen M. Caulo
                                        Suffolk County Sheriff's Department
                                        200 Nashua Street
                                        Boston, MA 02114
                                        (617) 961-6681

Date:   October 17, 2005

LOCAL RULE 7.1 CERTIFICATION

I, hereby certify that I have attempted to confer with counsel for the Plaintiff in an effort to resolve the issues raised in this motion.

/s/ Ellen M. Caulo
Ellen M. Caulo