LIST OF EXHIBITS

1. Deposition Testimony of Shelia Porter taken March 21, 2000

2. Broadcast Transcript

3. Article – Calling The Shots –Boston Globe Magazine, October 31, 2004

4. Press Statement issued August 25, 2004

5. Interdisciplinary Progress Notes dated May 19, 2003

6. Suffolk County Sheriff's Department Policy S220 – Employee General Conduct

7. Affidavit of Superintendent Gerard J. Horgan

8. Affidavit of Superintendent Michael J. Harris

9. Deposition testimony of Elizabeth Keeley taken May 11, 2005

10. Deposition testimony of Gerard Horgan taken May 13, 2005

11. Deposition testimony of Shelia Porter taken May 18, 2005 and May 26, 2005

12. Report of Investigator Sonya Aleman dated May 28, 2003

13. Boston Globe Article – "Fired Nurse Speaks Out" dated August 24, 2004

14. Deposition testimony of Anne Mack taken May 3, 2005

15. Deposition testimony taken of Donna Jurdak taken June 20, 2005

16. Earning Statement for Shelia Porter for May 25, 2003 to June 7, 2003

17. CMS time card for Shelia Porter for June 8, 2003 to June 21, 2003

18. 2002 W-2 form – Shelia Porter

19. CMS Employee Success Guide

20. Deposition testimony of Brian Dacey taken on June 16, 2005

21. Affidavit of Stan Wojtkonski

2

22. Deposition testimony of Maryellen Mastrorilli taken on June 27, 2004

23. Report of Investigator Brian Dacey May 28, 2003

24. Deposition testimony of Viktor Theiss taken on May 24, 2005

25. Deposition testimony of Sheriff Andrea Cabral taken on May 6, 2005

26. Deposition testimony of Sheriff Andrea Cabral taken on June 24, 2005

27. Defendant Andrea Cabral's Supplemental Response to Plaintiff's Second Set of Interrogatories

28. Affidavit of Attorney Ellen M. Caulo