COMMONWEALTH OF MASSACHUSETTS
COMMISSION AGAINST DISCRIMINATION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEYANIRA FELIZ,
    Complainant

VS                       CIVIL ACTION
                        NO. 99-131745

SUFFOLK COUNTY HOUSE OF
CORRECTION,
    Respondent

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

        DEPOSITION OF SHEILA J. PORTER, taken on behalf of the complainant pursuant to the Massachusetts Rules of Civil Procedure before Kathleen M. Benoit, CSR # 1368F94, Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts at the offices of James P. Brady, 149 High Street, Hingham, Massachusetts, on Friday, March 31, 2000, commencing at 2:30 p.m.


APPEARANCES:

JAMES P. BRADY, LL.M, Ph.D., 149 High Street, Hingham, MA 02043, For the complainant

MAUREEN F. STANTON, ESQ., Suffolk County Sheriff's Department, 20 Bradston Street, Boston, MA 02114, For the respondent

ROSE E. KING, ESQ., Suffolk County Sheriff's Department, 200 Nashua Street, Boston, MA 02114, For the respondent

ALSO PRESENT:

Deyanira Feliz

LEAVITT REPORTING SERVICE, INC.

86 Washington Street
Weymouth, MA 02188-1701

*Stenotype Reporting*

CONVENTIONS · HEARINGS · CONFERENCES · LEGAL PROCEEDINGS

TEL 781-335-6791
FAX 781-335-7911

SP 062

```
 1              WITNESS CERTIFICATE
 2
 3      I, SHEILA J. PORTER, do hereby certify that I have
 4  read the foregoing transcript of my testimony, and further
 5  certify that said transcript is a true and accurate record
 6  of said testimony
 7      SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS
 8  _____ DAY OF_____, 2000.
 9
10                          _____
11                          SHEILA J. PORTER
12
13
14
15
16
17
18
19
20
21
22
23
```

LEAVITT REPORTING SERVICE, INC.

SP 125



LEAVITT REPORTING SERVICE, INC.

SP 069



LEAVITT REPORTING SERVICE, INC.

SP 068

3

```
 1              P R O C E E D I N G S.
 2              (Exhibit No. 1 through 3 marked.)
 3              MR. BRADY:  The usual stipulations still in
 4   effect?
 5              MS. KING:  Yes.
 6              [It was stipulated and agreed by and between
 7   counsel for the respective parties that the witness will
 8   read and sign the within deposition transcript.
 9   Notarization is waived.  It was further stipulated and
10   agreed that all objections, except as to the form of the
11   question, and motions to strike are reserved until the
12   time of trial.]
13              SHEILA J. PORTER, SWORN
14              DIRECT EXAMINATION
15   ████████████████████████████████████████████████████████
16   ██████████████████████
17   ████████████████████████████████████
18   ██████████████████████████████████████████████████████
19   ████████████
20   ████████████████████████████████████████████████████████
21   ████████████████████████████████████████████████████████
22   ██████████████████████
23   ████████████████████████████████████████████████████
```

LEAVITT REPORTING SERVICE, INC.

SP 065