**CONFIDENTIAL**

CORRECTIONAL MEDICAL SERVICES

MAY 28 2003

INTERDISCIPLINARY PROGRESS NOTES   MAY 28 2003

S. Porter
EXHIBIT NO. 5
5-17-05
L. LONDON

Patient Name: R▬▬   I.D. # ▬▬   Institution: ▬▬

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5/19/03 | | On May 19th just before noon, the CO @ the front desk in the health unit reported that inmate R▬ was coming down on MOA because he was hearing voices and he was threatening to harm himself. Shortly after, inmate R▬ was indeed brought to the MHU and placed on MOA. This move was reported to Mental Health. On my return from lunch I walked by Mr. R▬'s cell, and he spoke to me — Mr R▬ is known to me from previous encounters. He was dressed in the blue quilted "MOA" gown. He pointed to bruises and abrasions on his left upper arm and chest. He stated "Look what the CO did. I was ~~was~~ [ERROR] scared. I waited until he went to lunch and told the other CO I was hearing voices and was going to kill myself." The bruised and abraded areas were appreciably raw on his chest and 10-15 cm in width ... | |

00068

**CONFIDENTIAL**

CORRECTIONAL MEDICAL SERVICES

INTERDISCIPLINARY PROGRESS NOTES



MAY 28 2003

Patient Name _____ I.D. # _____ Institution _____

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| | | wrote this report. Mr. ▮▮▮ did not know the name of the CO that he claimed had injured him. He did not explain anything else about the incident at that time as he didn't want to call attention to himself at that time. I witnessed the bruises and abrasions through the door. The bruising appeared consistent with a recent injury — that is fresh bruising within the past few hours. I reported to the mental health person that Mr. ▮▮▮ may have different issues than previously expressed. | Nicole Cren MHPP |

000681