1                while.
2       Q        What do you know about that?
3       A        Just what I read in the paper.  I think it
4                was a recent article that said she was barred
5                from Suffolk County and then worked for CMS
6                at another facility and then stopped doing
7                so.
8       Q        Do you know if she was offered any other
9                positions within CMS when she was terminated?
10               MS. CAULO:  Objection.
11      A        I don't know.
12      Q        You don't anything about how CMS treated
13               Mrs. Porter other than what you read in the
14               paper?
15      A        Correct.
16      Q        How do CMS employees gain access to the
17               prison after they're given work there?
18      A        They're given a contractor ID, which is -- I
19               have a department ID here, which has my
20               picture in white.  The contractor IDs are in
21               yellow, so we can distinguish contractors
22               from employees.  They are given access cards
23               to the areas they need to go to, and then our
24               role is to provide security and escort for

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

| | | |
|---|---|---|
| 1 | | the nurses and/or the inmates so that proper |
| 2 | | medical care can be given. |
| 3 | Q | Do you know how they record their time? |
| 4 | A | There is a time clock in the infirmary. |
| 5 | Q | Do you know where they receive their |
| 6 | | paychecks? |
| 7 | A | I think its comes from CMS corporate |
| 8 | | headquarters. I guess it's probably |
| 9 | | St. Louis where they are based out of. |
| 10 | Q | Do you know would determines a nurse |
| 11 | | practitioner's daily schedule? |
| 12 | A | The health service administrator. |
| 13 | Q | Is that solely up to the health services |
| 14 | | administrator? |
| 15 | A | Well, yes, if the health service |
| 16 | | administrator were to say we only want the |
| 17 | | nurse practitioner to work on the midnight |
| 18 | | shift and our staffing levels were so low |
| 19 | | that it would be problematic to wake inmates |
| 20 | | up and bring them down. |
| 21 | | But absent that, the only hours that we |
| 22 | | require are nursing hours. We want them to |
| 23 | | coincide with our shifts. We want a certain |
| 24 | | level of staffing, but as far as when the |

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922