1    A    I think so.  I'm not sure.
2    Q    Didn't you tell her, that is, that his
3  issues seem to be not psychiatric, he has some
4  other issues, and if you want some more
5  information, come talk to me?
6    A    Yes.
7    Q    That's what you said to her?
8    A    That's part of what I said to her.  It
9  took longer than that but, yes, I did say that.
10   Q    Did she come and talk to you?
11   A    I don't think so.
12           (Document marked as Exhibit No. 5.)
13   Q    Before we get there, Mrs. Porter, with
14  respect to your conversation with Gayle Bartley,
15  you indicated that she didn't come and speak to
16  you?
17   A    I don't think so.  I went to her.
18   Q    No.  I mean after you provided her this
19  information, after you said to her, "I saw Rene.
20  I think there's more to the story.  If you need
21  more information, come see me."
22   A    I don't think she came to see me.
23   Q    Did you follow up with her?
24   A    No.

1    A    I believe so.
2    Q    Did you review it?
3    A    No. I reviewed a report of -- the
4    investigators' report, but I did not review the
5    chart itself.
6    Q    So you didn't check Mr. Rosario's
7    medical chart after his examination by Beth
8    Bringola to confirm that the injuries that she
9    documented in her findings were consistent with
10   what you observed?
11   A    Correct.
12   Q    And you didn't share any of that
13   information with Physician's Assistant Bringola,
14   correct?
15   A    Not right then.
16   Q    When did you share anything with Beth
17   Bringola related to Mr. Rosario?
18   A    We had a conversation, but I'm not sure
19   if it was that day or another day.
20   Q    What was the conversation?
21   A    Just that she examined him, and Rene was
22   busy telling everybody that -- that he was abused
23   and that she had examined him.
24   Q    Are you aware that the injuries that

1   Ms. Bring -- that Physician's Assistant Bringola
2   observed -- strike that.
3            Are you aware that Physician's
4   Assistant Bringola did not observe an injury to
5   Mr. Rosario's chest and shoulder?
6       A    I didn't say his shoulder. I said his
7   -- the chest and arm.
8       Q    Are you aware that she didn't observe an
9   injury to his chest?
10      A    Yes, I am now.
11      Q    In light of that, would it have been
12  important for you to have communicated your
13  observations of and communications with
14  Mr. Rosario to the person who ultimately did the
15  physical examination?
16      A    No. I am aware also by reading this
17  that Beth did her investigation, also her exam,
18  with officers present, and I am not sure whether
19  she had him take off the Fergason or not.
20      Q    So it's possible that Mr. Rosario --
21  strike that.
22           Are you suggesting that Mr. Rosario
23  didn't show Ms. Bringola the full extent of his
24  injuries?

```
 1   information I got.
 2       Q    She didn't see the same injury, though,
 3   did she?
 4            MR. SAVAGE:  Objection --
 5       A    No.
 6            MR. SAVAGE:  -- you don't know what
 7   she saw.
 8       A    I don't know what she saw.  She got the
 9   same information I did.
10       Q    You weren't present during her physical
11   examination of Mr. Rosario, were you?
12       A    No.
13       Q    So you're not aware of what information
14   he communicated to her?
15       A    I read the same -- I read the records
16   that --
17       Q    You're not aware of what information he
18   communicated to Beth Bringola, correct?
19       A    No.
20       Q    And you didn't review the medical chart
21   to see whether or not her documentation of her
22   examination of Mr. Rosario was consistent with
23   your observations of Mr. Rosario, correct?
24       A    Correct.
```

220

1    Q    So it wasn't the subject matter that you
2  were concerned about that prevented you from
3  disclosing it immediately to SID?
4    A    It was the person.
5    Q    It was Rene Rosario?
6    A    Yes, and the relationships.
7    Q    And certainly this is something that you
8  were aware that you were obligated to report to
9  SID, correct?
10   A    Obviously.
11   Q    I don't know what the obviously refers
12  to, but I'm asking you certainly an allegation of
13  physical abuse by an inmate against an officer is
14  something you knew you were obligated to report to
15  SID, correct?
16   A    I was obligated to report it to my
17  supervisor, which I did.
18   Q    You also had obligations to report it to
19  the Sheriff's Investigation Division, did you not?
20   A    I felt that I was fulfilling my
21  obligation by reporting it to my Suffolk County
22  supervisor who would have been Mary Ellen
23  Mastrorilli at that time.
24   Q    Well, I didn't ask you whether or not

221

1  you felt you were fulfilling your obligation. I
2  asked you whether or not you were aware that you
3  were obligated to report it to the Sheriff's
4  Investigation Division?
5      A    Yes, and I believe I did that.
6      Q    And you indicated your Suffolk County
7  Supervisor, Mary Ellen Mastrorilli. Well, your
8  supervisor was Donna Jurdak, right?
9      A    Correct.
10     Q    You didn't report to Mary Ellen
11 Mastrorilli, correct?
12     A    I reported it to Donna. We discussed
13 where she would report it, and she reported it to
14 Mary Ellen.
15     Q    Well, you didn't report it to Mary Ellen
16 Mastrorilli directly, correct?
17     A    Correct.
18     Q    And she's not your Suffolk County
19 supervisor, correct?
20     A    She's the supervisor of -- at that time
21 she was the deputy in charge of the medical -- the
22 medical department which would in effect make her
23 the next person up for Suffolk County.
24     Q    Prior to May 19th of 2003, had you

1   A   In the health service unit.
2   Q   What did you say to her; what did she
3   say to you?
4   A   I told her that Rene had come down on
5   MOA because he said he was hearing voices, but
6   then when I saw him in the back, he said he wasn't
7   hearing voices; he came down because he was
8   reporting that he had been assaulted by an
9   officer, and that he waited -- I told her the
10  story that Rene told me; that he waited for the
11  officer that he said injured him to leave the unit
12  for lunch; and then he said he was hearing voices
13  so that he could get down to the -- to the health
14  service unit to see someone; and that when I
15  talked to him, he didn't appear to be having a
16  problem with his mental illness at that time; that
17  he said he wasn't hearing voices, but he came down
18  for the other reason; that he said he had been
19  assaulted and he was afraid.
20  Q   Anything else?
21  A   That Rene was back and I didn't
22  understand why he was back, and that I wanted to
23  re -- I wanted to report it; that I needed to
24  report it; and that I wanted to -- that I wasn't

224

```
 1   sure what -- what to do about it.
 2        Q    Did you tell her that you had not
 3   documented your encounter with him in his medical
 4   chart?
 5        A    No.
 6        Q    At the point in time that you had this
 7   conversation with Donna Jurdak, had you written
 8   the document that appears before you as
 9   Exhibit No. 5?
10        A    No.
11        Q    Did you ask Donna Jurdak to do anything
12   with the information that you had provided to her?
13        A    Yes.
14        Q    What was that?
15        A    We talked about it and decided that it
16   would be Mary Ellen she would report it to.  I
17   asked her to convey the information to Mary Ellen.
18        Q    And what was your sense of what Mary
19   Ellen would do with the information?
20        A    I thought she might pass it on to SID or
21   to somebody different in SID.  There were new
22   people in SID that I didn't know.  I didn't know
23   -- I wasn't sure what she was going to do with it,
24   but that's where I wanted it to go next.
```

1   Q   So you ultimately wanted it to go to
2   SID?
3   A   I wanted it to go to the Suffolk County
4   Sheriff's Department to be investigated, yes.
5   Q   And the entity that investigates is the
6   Sheriff's Investigation Division, SID?
7   A   Yes.
8   Q   Was there anything that prevented you
9   from contacting the new investigators directly
10  that may not have been aware of your prior
11  involvement with Rene Rosario?
12  A   Just what I told you.
13  Q   So there's nothing that prevented you
14  from calling down to speak to Brian Dacey directly
15  on May 19th of 2003?
16  A   I didn't know who Brian Dacey was; I
17  never met him before.
18  Q   There was nothing that prevented you
19  from calling down to SID to ask to speak to one of
20  the new investigators, correct?
21          MR. SAVAGE:  Objection.  I think
22  she's answered the same question four or five
23  times.
24  A   I told you why I made the decision.  I

1   finished writing it?
2       A    I was going to give it to Donna, but she
3   had left the facility, so I put it in my briefcase
4   and took it with me.
5       Q    To home?
6       A    Yes.
7       Q    Why didn't you leave it on her desk or
8   in her office?
9       A    I didn't want to leave it anywhere.
10      Q    Why not provide it to Mary Ellen
11  Mastrorilli directly that day?
12      A    I had left it with Donna that she would
13  do it and that's what I --
14      Q    That she would do what?
15      A    That she would pass it on to Mary Ellen.
16      Q    Is it your testimony that you told Donna
17  you were going to write a report and that's what
18  she was going to provide to Mary Ellen?
19      A    She called Mary Ellen and told her what
20  I had -- and reiterated what I had told her. Mary
21  Ellen asked her to have me write a report. I was
22  already writing a report, but she passed that
23  information on to me, and so I said I would -- I
24  would get it to her.

1   Q   Were you present during the conversation
2   that Donna Jurdak had with Mary Ellen Mastrorilli?
3   A   No.
4   Q   When after that phone conversation did
5   Donna Jurdak come to you and tell you that Mary
6   Ellen had requested a report?
7   A   Before she left the facility.
8   Q   Were you already in the process of
9   writing the report?
10  A   Yes.
11  Q   Did you ask her to wait and say, "I'm
12  almost finished with it. I can give it to you in
13  a moment"?
14  A   No, I wasn't almost finished with it.
15  She had an appointment; she was leaving.
16  Q   Once you finished the report -- strike
17  that.
18      You were aware then on the 19th,
19  according to your testimony, that Mary Ellen
20  Mastrorilli had requested a written report?
21  A   Yes.
22  Q   So why once you finished it didn't you
23  bring it to where Mary Ellen Mastrorilli's office
24  was?

```
 1      A    It didn't occur to me.
 2      Q    Had you ever provided reports to Mary
 3 Ellen Mastrorilli before?
 4      A    No.
 5      Q    Did you know who she was?
 6      A    Yes.
 7      Q    Had you had conversations with her about
 8 your responsibilities and her job before?
 9      A    Yes.
10      Q    So there's nothing that prevented you
11 from providing that written document to her on
12 May 19th, right?
13      A    No.
14      Q    Okay.  When did you give this document
15 to Donna Jurdak?
16      A    I honestly am not sure.  Before the end
17 of the week is all I can tell you.  By Friday I'm
18 not sure we didn't cross paths for one reason or
19 another, and I know she had it by Friday.  I can't
20 tell you whether it was Thursday or Friday.
21      Q    What day of the week was that; do you
22 know?  What number day?  This was on the 19th.
23 When --
24      A    I think the 19th was a Monday.
```

```
 1    Q    And your testimony is that you provided
 2  it to Donna Jurdak by when?
 3    A    By Friday.
 4    Q    So by the -- here's a math question
 5  again -- by the 23rd?
 6              MS. HARVEY:  23rd.
 7    A    Yes.
 8    Q    Were you -- I'm sorry.
 9    A    I think it was Thursday, but I'm not
10  positive.
11    Q    And were you working on Tuesday,
12  Wednesday, and Thursday?
13    A    To the best of my knowledge, yes.
14    Q    Was there some reason that prevented you
15  from providing this written document to Donna
16  Jurdak before the Thursday date?
17    A    I don't remember.
18    Q    Okay.  Was there some reason that
19  prevented you from giving it directly to Mary
20  Ellen Mastrorilli on Tuesday, Wednesday, or
21  Thursday?
22    A    It didn't occur to me.
23    Q    And when you provided this document to
24  Donna Jurdak, was it the original document?
```

Sheila J. Porter
05/18/2005

234

1  Q  Okay. Well, have you used that term
2  before?
3  A  I have no idea.
4  Q  Mrs. Porter, when did you -- when did
5  you call the F.B.I. regarding the information that
6  Rene Rosario had provided to you?
7  A  Probably on the 19th.
8  Q  When you say probably, could it have
9  been the 20th?
10 A  I think I made the phone call on the
11 19th, but I didn't talk to anyone.
12 Q  When did you talk to someone regarding
13 the allegations that Mr. Rosario had made to you?
14 A  I think the 20th.
15 Q  And whom did you speak with?
16 A  Krista.
17 Q  Krista Snyder?
18 A  Um-hm.
19 Q  How did you contact them?
20 A  Phone.
21 Q  What did you tell them?
22 A  What Rene told me.
23 Q  Had you already completed the document
24 that's been identified as Exhibit No. 5?

LegaLink Boston
(617) 542-0039

1   A   Yes.
2   Q   And you recall that that took place in
3   the infirmary at the Suffolk County House of
4   Correction?
5   A   I believe it did.
6   Q   During the course of that interview, did
7   Mr. Dacey or Ms. Aleman ask you for the report
8   concerning your observations of Mr. Rosario on
9   May 19th?
10  A   They asked me if I had done one. I said
11  yes.
12  Q   And when you said that yes, you had done
13  one, did they ask you for it?
14  A   I believe they asked if I had a copy.
15  Q   What did you say?
16  A   I did not have it with me at the time.
17  Q   Is that what you told them or is that --
18  was that the case? What did you specifically tell
19  them about the existence of a report and the
20  location of the report?
21  A   I have no idea, except that I know I had
22  completed it. I do not recall the circumstances
23  about why I didn't have it with me.
24  Q   Right. What I asked you was what did

1    you tell them about where the report was.
2        A    I don't know.
3        Q    What further conversation did you have
4    with them about this document that you had
5    authored on, as you state, May 19th?
6        A    They asked for a copy.  I -- I don't
7    recall specifically what I said.  If that was the
8    22nd, I may have already given it to Donna.  I am
9    not sure.  And that piece I probably wouldn't have
10   shared with them.  I just didn't have it with me
11   at the time.
12       Q    But you recall them asking you for it?
13       A    For a copy, yes.
14       Q    And you recall that you didn't have it
15   with you?
16       A    Correct.
17       Q    And you recall that you didn't provide
18   it to them?
19       A    Not on the 22nd, no.
20       Q    And you acknowledge that there was a
21   document about your observations and
22   communications with Rene Rosario?
23       A    Yes.
24       Q    Did you tell them who you were going to

1  to review it?
2       A    Yes.
3       Q    Does this report by Brian Dacey
4  accurately recount the conversation that you had
5  with him and Sonya Aleman on May 22, 2003
6  concerning your interaction with Rene Rosario on
7  May 19th?
8       A    I would say it's a partial report, yes.
9       Q    Well, let's look at the first paragraph.
10 Does the first paragraph accurately characterize
11 the interaction you had with Brian Dacey and Sonya
12 Aleman?
13      A    Yes, except I'm Nurse Practitioner
14 Sheila Porter.
15      Q    With the exception of Nurse Practitioner
16 Sheila Porter, is that accurate, the first
17 paragraph?
18      A    Yes.
19      Q    How about the second paragraph?
20      A    That paragraph reports some of what I
21 said but not the questions asked to which this was
22 a response.
23      Q    So what were the questions asked to
24 which those were a response, if you recall?

1    A    I did tell them that I had a history
2  with Rene.  They asked me what the specific
3  history was.  That wasn't just all volunteered; it
4  was in answer to specific questions; and I can't
5  tell you the specific questions, except they asked
6  me what my history with him -- with Rene was.
7    Q    With the absence of the questions, does
8  the second paragraph accurately recount the
9  information that you provided to Brian Dacey and
10 Sonya Aleman in response to their questions?
11   A    I guess I'm not sure of the way it's
12 characterized.  I did think that throughout the
13 conversation I perhaps said each of those things;
14 but, again, it does not indicate why any of those
15 answers were given.  That doesn't indicate that
16 those were answers to questions.  It indicates
17 that, it appears to me, that this was just a
18 conversation I was having all by myself.
19   Q    My question to you was:  Is the
20 information attributed to you in the second
21 paragraph what you said to them?
22   A    I believe so.
23   Q    How about the third paragraph, does that
24 accurately reflect the information that you

```
 1   communicated to Brian Dacey and Sonya Aleman
 2   during their interview of you on May 22, 2003 in
 3   the infirmary?
 4        A    No.
 5        Q    What is inaccurate?
 6        A    The timing.
 7        Q    Which timing?
 8        A    On Monday at approximately 12:00 p.m.
 9   she saw Rene as he was being transported into the
10   infirmary from the 142 Unit, and then it appears
11   here that the next thing I did was get called over
12   to his cell.  There was a half an hour lapse in
13   time there, at least.
14        Q    It's fair to say you did see him come
15   into the unit at approximately 12:00; is that
16   correct?
17        A    I believe it was, yes.
18        Q    And the time that you had your
19   interaction with him was what time?
20        A    Approximately 12:30, I believe.  I had
21   been downstairs for lunch and back up again before
22   I went by his cell.
23        Q    And so what time approximately did you
24   have your interaction with him?
```

1    A    Approximately 12:30.
2    Q    With the exception of that point, the
3    time at which you had your interaction, is the
4    rest of the information contained in paragraph 3
5    accurate in terms of what you told Investigators
6    Brian Dacey and Sonya Aleman?
7    A    I don't believe I would have added the
8    unit number, because I wasn't sure what unit he
9    was in, I thought he was in a different unit, so I
10   probably did not provide that.
11   Q    Okay.
12   A    Yes.
13   Q    Yes, it's accurate --
14   A    Yes.
15   Q    -- with the exception of the
16   identification of the unit and the time at which
17   you actually had your encounter with Mr. Rosario?
18   A    Yes.
19   Q    Let's go to the fourth paragraph on the
20   first page.  Does that accurately recount the
21   information that you provided to Investigators
22   Dacey and Aleman on May 22nd, 2003?
23           MR. SAVAGE:  Does paragraph 4 end on
24   this page?