CB2 / 11256 / 06005   002220-002220
06005 Suffolk County Hous
Correctional Medical Srvs Inc
12647 Olive Blvd.
St. Louis, MO 63141

## Earnings Statement

| | |
|---|---|
| Pay Rate: | $71,716.80 Annual |
| Period Beg/End: | 05/25/2003-06/07/2003 |
| Advice Date: | 06/17/2003 |
| Advice Number: | 0000634562 |
| Batch Number: | 000001562 |

Federal Marital Status: M
State Marital Status: Single
SSN: 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
Exemptions/Allowances
    Federal: 00
    State:   00

SHEILA PORTER
22 Shore Drive
Upton, MA 01568

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Regular | | | 2,482.51 | 29,302.68 |
| PTO - Salary | 34.48 | 8.00 | 275.83 | 3,235.02 |
| Retro - Emp | | | 0.00 | 505.98 |

| Taxes | Current | YTD |
|---|---|---|
| Fed Withholdng | 253.21 | 3,392.11 |
| Fed MED/EE | 40.00 | 483.58 |
| Fed OASDI/EE | 171.02 | 2,067.71 |
| MA Withholdng | 111.41 | 1,334.59 |

Total:   575.64   7,277.99

Gross Pay:   8.00   2,758.34   33,043.68

After Tax Deductions

**Before Tax Deductions**
401k Retirement Plan Sal/Corp   579.25   6,939.17

Total:   579.25   6,939.17

Total:   0.00   0.00

**Employer Paid Benefits (Taxable)**
Basic Life / AD&D-ER*   0.00   306.46

Net Pay Distribtn   1,603.45
Deposit Chk 886000645   1,603.45

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Correctional Medical Srvs Inc
12647 Olive Blvd.
St. Louis, MO 63141

ADVICE NUMBER: 0000634562
Advice Date: 06/17/2003

VOID  THIS IS NOT A CHECK  VOID

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| SHEILA PORTER | 886000645 | 1603.45 |

SP 008