**Correctional Medical Services**
**Time Card Report - Employee**

Date: 06-20-2003

Site: Suffolk County House of Correction

PORTER, SHEILA - NURSE PRACTITIONER - FT
06-08-03 - 06-21-03

| Type | Day | In Date | Out Date | In Time | Out Time | Total Hrs | Wrkd Hrs | Shift 1 | Shift2 | Shift 3 | Shift 4 | Shift 5 | Shift 6 | Lunch | Job | CC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WORK | MON | 06-09-03 | 06-09-03 | 7:00 AM | 4:15 PM | 9.25 | 8.75 | 8.00 | 0.75 | | | | | 0.50 | 8520 | 6005 |
| WORK | TUE | 06-10-03 | 06-10-03 | 7:00 AM | 3:15 PM | 8.25 | 7.75 | 7.75 | | | | | | 0.50 | 8520 | 6005 |

Week # 1    SubTotals:
Worked Hours (Reg)            16.50    15.75    0.75
Worked Hours (O/T)             0.00
PTO Hours                      0.00
Off-site /Funeral /Jury Duty   0.00
/Prime Time Hours

Grand Totals:
Total Worked Hours (Reg)              16.50    15.75    0.75
Total Worked Hours (O/T)               0.00
Total PTO Hours                        0.00
Total Off-Site /Funeral /Jury          0.00
Duty /Prime Time Hours

SP 009