## Employee Reference Copy — W-2 Wage and Tax Statement 2002

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 59090.76 |
| 2 | Federal income tax withheld | 8076.98 |
| 3 | Social security wages | 70090.76 |
| 4 | Social security tax withheld | 4345.63 |
| 5 | Medicare wages and tips | 70090.76 |
| 6 | Medicare tax withheld | 1016.32 |
| a | Control Number / Dept / Corp / Employer use only | 000318 WR2 MJ10 928 |
| b | Employer's FED ID number | 43-1281312 |
| d | Employee's SSA number | 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 |
| 12a | C | 459.62 |
| 12b | D | 11000.00 |
| 13 | 3rd party sick pay | X |
| 15 | State / Employer's state ID no. | MA 431-281-312 08 |
| 16 | State wages, tips, etc. | 59090.76 |
| 17 | State income tax | 3001.48 |

**Employer:** CORRECTIONAL MEDICAL SERVICES INC, 12647 OLIVE BLVD, ST. LOUIS, MO 63141

**Employee:** SHEILA PORTER, 22 SHORE DRIVE, UPTON, MA 01568

---

This summary section is included with your W-2 to help describe this portion in more detail. The reverse side includes general information that you may also find helpful. The following reflects your final pay stub, plus any adjustments made by your employer.

| | | | |
|---|---|---|---|
| GROSS PAY | 70,090.76 | SOCIAL SECURITY TAX WITHHELD (BOX 04 OF W-2) | 4,345.63 |
| FED. INCOME TAX WITHHELD (BOX 02 OF W-2) | 8,076.98 | MEDICARE TAX WITHHELD (BOX 06 OF W-2) | 1,016.32 |
| STATE INCOME TAX (BOX 17 OF W-2) | 3,001.48 | SUI/SDI (BOX 14 OF W-2) | 0.00 |
| LOCAL INCOME TAX (BOX 19 OF W-2) | 0.00 | | |



To change your employee W-4 profile information file a new W-4 with your payroll department

SHEILA PORTER
22 SHORE DRIVE
UPTON, MA 01568

Social Security Number: 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
Taxable Marital Status: MARRIED
Exemptions/Allowances:
 Federal: 0
 State: 0
 Local: 0

© 2001 AUTOMATIC DATA PROCESSING, INC.

Complete your tax returns in minutes == go to http://taxpartner.adp.com

Federal Filing Copy, MA State Filing Copy, and City or Local Filing Copy of W-2 Wage and Tax Statement 2002 — containing the same data as above.

SP 010