38

1    Q    How did your investigation of Mr. Rosario's
2         allegations begin?
3    A    On May 19th of 2003, a co-investigator of
4         mine, Sonya Aleman, received a telephone call
5         from a unit officer in the medical unit
6         stating that Rosario, Inmate Rosario,
7         requested to speak with SID.
8    Q    How did you learn that she had received that
9         contact?
10    A    She and I, our cubes were next to each other.
11         I believe, but I don't recall that we both
12         responded to the infirmary to speak to Rene
13         Rosario.
14    Q    Did you do that immediately?
15    A    Yes.
16    Q    Do you remember approximately what time that
17         was?
18    A    I believe my report says we received a call
19         at ten minutes to 2, and about 2 o'clock we
20         were up.
21    Q    If we can, when I ask you a question like "do
22         you remember what time it was," if you can
23         answer from your memory as opposed to what
24         your report says, I'd appreciate that.  I'm

39

1        not asking you what your report says. I'm
2        asking what you recall. If you say you need
3        to look at something to refresh your
4        recollection --
5 A     I know we went up immediately after the phone
6        call.
7 Q     What did you do when you got to the medical
8        area?
9 A     We responded to the desk. We had to check
10       in, responded to the rear of the medical unit
11       where they housed people who were staying in
12       the medical unit, checked in with the unit
13       officer. We were directed to Inmate
14       Rosario's cell. We spoke to him inside his
15       cell.
16 Q    What was he wearing when you spoke to him?
17 A    I believe he had a uniform on.
18 Q    What was his status, if you know, in the
19       medical unit at that time?
20 A    I believe he was on medical observation
21       status.
22 Q    Was it known as MOA?
23 A    I believe he wasn't at that time. He was MOB
24       at that time.

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

78

1          Again, I think I've said consistently
2     that the part where Inmate Rosario offered
3     information summarizing his alleged assault
4     is the part of the summary of the true and
5     accurate summary of events.
6  Q  Do you know how long the interview with
7     Mr. Rosario took?
8  A  No, I don't.
9  Q  Did there come a later point at the end of
10    May when you interviewed Miss Porter?
11 A  We interviewed her two times.
12 Q  And the second time, how long did that
13    interview take?
14 A  I don't recall.
15 Q  Give me your best estimate sitting here.
16 A  Maybe 15, 20 minutes.
17 Q  Is it longer or shorter than this interview
18    of Mr. Rosario?
19 A  I recall this being long because -- Rosario's
20    being long, because initially he had refused
21    to talk to us.  We took two sets of
22    photographs.  This was much longer.  Rene
23    Rosario's interview was much longer.
24         (Document marked Exhibit No. 6.)

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

| | | |
|---|---|---|
| 1 | | when the document was actually prepared? |
| 2 | A | My typical practice is to type my reports |
| 3 | | after -- within that day or the day following |
| 4 | | my interviews. |
| 5 | Q | If you go down to the middle of the report, |
| 6 | | am I reading accurately the sentence that |
| 7 | | said, "Meekins stated that the only injury he |
| 8 | | observed was a bruise on R's left bicep"? |
| 9 | A | That's correct. |
| 10 | Q | Is that what Meekins said to you? |
| 11 | A | That's what I can recall.  I don't recall |
| 12 | | necessarily what he said to me, but that's |
| 13 | | what I put in my report following our |
| 14 | | interview. |
| 15 | Q | Was that consistent with your observations of |
| 16 | | the injuries? |
| 17 | A | I observed three light marks on his left |
| 18 | | bicep and one up on his shoulder. |
| 19 | Q | Meekins stated that the only injury he |
| 20 | | observed was a bruise on R's left bicep.  I |
| 21 | | take it then his observations were not |
| 22 | | accurate as far as you were concerned? |
| 23 | | MS. CAULO:  Objection. |
| 24 | A | Well, that was his observation. |

1   Q   Is this the first interview that you had with
2       Miss Bringola?
3   A   Yes.  Let me again say the date is the date
4       that I printed, because that automatically
5       changes once the date is printed.
6   Q   Is this the interview where it's your memory
7       she mentioned taking his shirt off?
8   A   I know specifically that the second time I
9       spoke to her that she said she removed his
10      shirt or had him remove his shirt.
11  Q   Does this memo accurately reflect what she
12      told you on the 19th?
13  A   Again, it's a summary.  Yes, it accurately
14      reflects what she told me.
15  Q   What she told you at the time was that she
16      had observed a contusion, bruise, on his left
17      bicep; is that right?
18  A   Yes, but it also says that Rosario complained
19      of pain to his left arm and shoulder.
20  Q   While there was complaints about the
21      shoulder, she made no observations of any
22      injuries on the shoulder?
23  A   She stated that she observed a contusion,
24      bruise to his left bicep.

| | | |
|---|---|---|
| 1 | Q | In your investigation of the allegations by |
| 2 | | Rene Rosario, did you interview Mrs. Porter? |
| 3 | A | Yes. |
| 4 | Q | How many times? |
| 5 | A | Twice. |
| 6 | Q | When was the first time? |
| 7 | A | May 22nd, I believe, 2003. |
| 8 | Q | What were the circumstances of that |
| 9 | | interview? |
| 10 | A | We were in the medical unit making copies of, |
| 11 | | I believe, the medical record at the time, |
| 12 | | and Miss Porter was also in the medical unit |
| 13 | | and intimated that she knew about Rene |
| 14 | | Rosario or knew why we were there. |
| 15 | Q | When you say intimated, what did she say to |
| 16 | | you and what did you say to her? |
| 17 | A | I don't recall. Just that she knew why we |
| 18 | | were here, to talk to Rene. |
| 19 | Q | Did she initiate the conversation or did you? |
| 20 | A | I believe she did. |
| 21 | Q | Who was present when she initiated this |
| 22 | | conversation? |
| 23 | A | Investigator Aleman. |
| 24 | Q | And yourself? |

96

| | | |
|---|---|---|
| 1 | A | No -- |
| 2 | Q | Let me make the record clear. |
| 3 | A | I'm sorry. |
| 4 | Q | Was the way in which she approached you the factor that triggered in your mind that she was a possible person who had spoken to the FBI? |
| 8 | A | No, it wasn't the way that she approached us. It was some of the words that she had said, that she knew about Rene's history. |
| 11 | Q | What did she say? |
| 12 | A | She and Rene had had a history; she knew he wore a wire for the Feds.; he tells everybody. She said she's heard it from others and himself; Rene has a big mouth about telling people that. |
| 17 | Q | These are things she's indicating to you on the 22nd? |
| 19 | A | I believe it was, yes. |
| 20 | Q | Those are the things that made you conclude that it was Mrs. Porter that had communicated with the FBI? |
| 23 | | MS. CAULO: Objection. |
| 24 | A | Again, my focus at the time was trying to |

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

1   Q   Did you have any conversation --
2       MS. CAULO: Objection. Did you finish
3   your answer?
4       THE WITNESS: Our second interview with
5   her on the 28th.
6   Q   Who, if anyone, did you discuss the topic of
7   whether Miss Porter had provided information
8   to the FBI with during the time period,
9   May 19th to May 28th?
10  A   I believe there was one instance I spoke to
11  Assistant Deputy Superintendent Jacobs just
12  prior to our interview with Nurse Porter on
13  the 28th.
14  Q   Did you speak to Miss Aleman about it?
15  A   I don't recall.
16  Q   Well, did you go into the interview on the
17  28th with Miss Aleman not knowing that that
18  was going to be a topic?
19  A   I think she did know.
20  Q   What's your basis for thinking she knew?
21  A   I think prior to the interview I was going to
22  ask Nurse Porter whether she was the one who
23  telephoned the FBI.
24  Q   And you discussed that with Miss Aleman?

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

1   A   I believe I told her that we were going to
2       ask that, yeah.
3   Q   Of course, that's not what you actually
4       asked, is it?
5   A   What do you mean?
6   Q   You didn't ask the straightforward question
7       to Miss Porter in the interview on the 28th
8       as to when did she call the FBI?
9       MS. CAULO: Objection.
10  A   I asked did she know when Krista Snyder from
11      the FBI was contacted.
12  Q   But you didn't ask Miss Porter about
13      Miss Porter's conduct, did you?
14  A   What do you mean?
15  Q   You asked about when Miss Snyder was
16      contacted; you didn't ask her the same
17      question you said that you and Miss Aleman
18      discussed that you were going to ask, did
19      you?
20      MS. CAULO: Objection.
21  A   I don't recall how I phrased my question to
22      Investigator Aleman at the time just prior to
23      the interview.
24  Q   So you don't recall what you said?

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

113

1   whether Captain Scoby made any threats to
2   Rene Rosario.
3         (Document marked Exhibit No. 9.)
4   Q   Mr. Dacey, I put before you what's marked as
5       Exhibit No. 9 and ask you if you recognize
6       that document.
7   A   Yes.
8   Q   What do you recognize that to be?
9   A   It's the report we received from Nurse Porter
10      on May 28th, 2003.
11  Q   Now, we'll see whether Ellen objects to the
12      form of the question, but there are various
13      versions of this document that has been
14      produced.  There is one that has a Bates
15      stamp on the top.  Do you know which version
16      of the report or what form the top of the
17      report was in when you and SID received it?
18  A   I don't know right now.
19  Q   Do you know if anyone at SID was responsible
20      for date stamping the report?
21  A   I don't.  It was not me.  I don't know.
22  Q   Do you know if someone in SID stamped it
23      confidential?
24  A   I don't know.

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

| | | |
|---|---|---|
| 1 | | actual report or not. |
| 2 | Q | Do you personally, Mr. Dacey, have any reason |
| 3 | | to believe that the date of May 19th, '03, on |
| 4 | | this report is not accurate? |
| 5 | A | Do I have any reason to believe that it's not |
| 6 | | accurate? |
| 7 | Q | Correct. |
| 8 | A | I don't know when Nurse Porter wrote this |
| 9 | | report. I find it strange that, had she |
| 10 | | written it on the 19th, that she didn't turn |
| 11 | | it over that day or shortly thereafter. |
| 12 | Q | Regardless of whether you find it strange or |
| 13 | | not, do you have any reason to believe that |
| 14 | | that date, May 19th, on this report is not |
| 15 | | the date that the report was written? |
| 16 | A | Again, I believe my recollection is, when I |
| 17 | | first talked to Nurse Porter on the 22nd and |
| 18 | | she said that she had a report, my |
| 19 | | recollection was that she had it on her home |
| 20 | | computer. When it came in as handwritten, I |
| 21 | | didn't know whether it had been written that |
| 22 | | day or on the 19th. I did not know. |
| 23 | Q | I had previously asked you about the entirety |
| 24 | | of your conversation with Miss Porter on the |

|    |   |                                                                            |
|----|---|----------------------------------------------------------------------------|
| 1  |   | 22nd. Was this something in addition to what                               |
| 2  |   | you previously had told us that she had told                               |
| 3  |   | you on the 22nd?                                                           |
| 4  | A | This is what I recall now from remembering                                 |
| 5  |   | our conversation on the 22nd.                                              |
| 6  | Q | Was it she told you she had it on her                                      |
| 7  |   | computer at home or on her computer table at                               |
| 8  |   | home?                                                                      |
| 9  | A | On her computer. I took it to mean that she                                |
| 10 |   | was typing something up.                                                   |
| 11 | Q | Have you ever received reports from anyone in                              |
| 12 |   | the medical unit that have been typed up                                   |
| 13 |   | reports?                                                                   |
| 14 | A | I don't recall of any.                                                     |
| 15 | Q | So you have no recollection of ever receiving                              |
| 16 |   | one, and that would have been unusual?                                     |
| 17 | A | I also didn't expect it to be --                                           |
| 18 |   | MS. CAULO: Objection. You may answer.                                      |
| 19 | A | I find nothing to be. We get reports typed                                 |
| 20 |   | and written. I can't recall a certain time                                 |
| 21 |   | that there were some reports written or typed                              |
| 22 |   | from the medical department. I'm not a                                     |
| 23 |   | hundred percent sure. I also find it odd, if                               |
| 24 |   | it was at home on a home computer that it                                  |

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

| | | |
|---|---|---|
| 1 | Q | You said that you thought it was strange that |
| 2 | | it was on the form that it was on.  That was |
| 3 | | because she had stated to you that she was |
| 4 | | doing it on the computer? |
| 5 | A | No, because she said she didn't put anything |
| 6 | | in the medical record, because she observed |
| 7 | | Rosario informally through the door of his |
| 8 | | cell. |
| 9 | Q | When did she tell you that? |
| 10 | A | I believe it was our first interview. |
| 11 | Q | On the 22nd? |
| 12 | A | I believe.  It could have been the later |
| 13 | | interview, but I believe it was the 22nd.  I |
| 14 | | think she told us on both occasions that she |
| 15 | | viewed him through the cell door, not made a |
| 16 | | personal observation.  By personal, I mean, |
| 17 | | made a formal medical observation of |
| 18 | | Inmate Rosario. |
| 19 | Q | How was Miss Porter notified that she was to |
| 20 | | speak to you on the 28th? |
| 21 | A | Again, I don't recall. |
| 22 | Q | Did she come to your office alone or with |
| 23 | | someone? |
| 24 | A | I believe alone. |

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

120

1  Q  When I say to your office, describe to me
2     where this interview occurred.
3  A  In our SID office interview room on the first
4     floor of the facility.
5  Q  Describe the interview room to me.
6  A  Dimensions-wise?
7  Q  Please.
8  A  Maybe a 10-by-10 room, a table in the middle,
9     three chairs around the table, telephone,
10    doors on each end.
11 Q  Windows?
12 A  No windows.
13 Q  Clock?
14 A  No clock.  There might be a clock on the
15    phone.  I'm not sure.
16 Q  Were you present when Mrs. Porter arrived in
17    the room?
18 A  I don't recall.
19 Q  Did you conduct the interrogation of
20    Miss Porter?
21       MS. CAULO:  Objection.
22 A  My recollection is that it was an interview,
23    and I don't recall whether I conducted it or
24    whether both Sonya and I or Sonya -- excuse

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

1    questions regarding someone's observations
2    regarding an incident.
3         (Document marked Exhibit No. 10.)
4    Q  I'll show you what has been marked as
5       Exhibit 10 and ask you if you recognize it.
6    A  I do.
7    Q  What do you recognize to it to be?
8    A  Memo written by Investigator Sonya Aleman
9       outlining our second interview of
10      Nurse Practitioner Sheila Porter on May 28th,
11      2003.
12   Q  Did you write this document, or is this
13      Investigator Aleman's version of what
14      happened?
15         MS. CAULO:  Objection.  You may answer.
16   A  Investigator Aleman wrote this document.
17   Q  Did you read and agree with what was in this
18      report?
19   A  I did.
20   Q  Turning to the third sentence, it says, "The
21      purpose of this interview was to have a
22      follow-up conversation in regards to her
23      written account regarding the IMR/Rosario
24      incident."

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

| | | |
|---|---|---|
| 1 | | Did I read that accurately? |
| 2 | A | Yes. |
| 3 | Q | I take it that was not the sole purpose of |
| 4 | | the interview? |
| 5 | | MS. CAULO: Objection. |
| 6 | A | That was our intent at that time, yes. |
| 7 | Q | So the conversation you had with Mr. Jacobs |
| 8 | | where he said why don't you see if Sheila |
| 9 | | will say it and you acknowledging that you |
| 10 | | would inquire into it, that was not a purpose |
| 11 | | of the interview, the it being her contact |
| 12 | | with the FBI? |
| 13 | | MS. CAULO: Objection. |
| 14 | A | I said I think Nurse Porter might have been |
| 15 | | the one who contacted the FBI, and he said, |
| 16 | | well, see if she'll tell you in there. He |
| 17 | | wasn't instructing me to. I wasn't sure at |
| 18 | | that point whether I was definitely going to |
| 19 | | ask that question or not. It was a |
| 20 | | curiosity. |
| 21 | Q | After the interview occurred and you read |
| 22 | | this report, do you believe it's fair and |
| 23 | | accurate to say that the sole purpose, the |
| 24 | | purpose, of the interview was to have a |

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

```
 1        the same question as to Miss Mastrorilli, did
 2        you or anyone else speak to her in connection
 3        with the investigation of Rene Rosario's
 4        allegations and Mrs. Porter's reporting?
 5    A   I did not, and I don't know whether anyone
 6        else did.
 7    Q   Without reference to your report, what do you
 8        remember Miss Porter saying to you about her
 9        contact with Miss Jurdak?
10    A   I didn't have a recollection until I reread
11        Sonya's report.
12    Q   Do you have a recollection now, or is it just
13        whatever the report says?
14    A   What's in the report is my best memory.
15    Q   Do you have any specific memory independent
16        of that interview with Miss Porter that day
17        beyond what's in this report?
18    A   I have some specific memory, sure.
19    Q   What do you recall about it?
20    A   I recall that she came down.  It was a
21        cordial interview.  We discussed what she had
22        learned from Rosario, what she had observed
23        from Rosario, whether she had any knowledge
24        about any threats Rosario was alleging had
```

```
 1            been made, our questioning about whether she
 2            had contacted the FBI.
 3    Q       Do you have a specific memory of that
 4            questioning?
 5    A       Yes.
 6    Q       Who asked the question?
 7    A       I did.
 8    Q       What did you say?
 9    A       I said words to the effect "do you know when
10            Krista Snyder was contacted".
11    Q       You knew the answer to that question, didn't
12            you?
13    A       I did not know the answer to that question.
14            I didn't know when Krista Snyder had been
15            contacted.
16    Q       Why was that relevant to your investigation?
17    A       It was a curiosity question honestly.
18    Q       So it wasn't relevant; it was just curiosity?
19    A       Strictly curiosity.
20    Q       So you were asking questions of a contract
21            employee for the Sheriff's Department that
22            were not relevant to your investigation?
23                    MS. CAULO: Objection. You may answer.
24    A       Again, it was toward the end of my interview.
```

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

Page 169

1 Q Why did she need an opportunity to explain
2     that to you?
3 A That was my choice of words. We asked her
4     just to elaborate; that's all.
5 Q Who did you speak to with the FBI?
6 A Krista Snyder.
7 Q Did you call her?
8 A Yes.
9 Q And what did you say to her, and what did she
10    say to you?
11 A I don't recall. I think the basis was, hi,
12    Krista, I understand you spoke to Stan
13    Wojtkonski; I'm investigating the Rene
14    Rosario allegations; is there any information
15    I can give you; is there any information I
16    should know. That's about it.
17 Q Did you ask her who had contacted her from
18    the jail?
19 A I don't recall. I think I asked her how she
20    learned of it. She said she received a phone
21    call.
22 Q Did you ask her who?
23 A I don't think I did.
24 Q Why not?

Page 170

1 A Again, I'm not sure whether I did or not. I
2    honestly can't recall.
3 Q You were surely as curious then as you were
4    later, right?
5 A As to who?
6 Q Were you not curious then?
7 A I was curious as to why the FBI was asking
8    about the Rosario investigation.
9 Q Weren't you curious as to who had talked to
10    them at that point?
11 A I didn't hear that.
12 Q Weren't you curious as to who had talked to
13    them at that point?
14 A It was early on in the investigation. I
15    think we had just only interviewed Rene at
16    that point. We hadn't interviewed anybody
17    else. We didn't have a lot of information.
18       I knew that Rene had been involved with
19    the FBI based on his first meeting with us on
20    the 19th. So I wasn't sure at that point
21    whether Rene had contacted them or anyone
22    else had.
23 Q Did you ever ask Rene if he had contacted
24    them?

Page 171

1 A Rene was a different animal. He was a tough
2    person to interview at that point. He was
3    all over the place with his descriptions. It
4    made it a difficult investigation.
5 Q Did you ask Rene if he had talked to the FBI?
6 A I don't recall. I think I said that at the
7    outset.
8 Q What, if anything, did Miss Snyder say to you
9    in that telephone conversation?
10 A It was very brief. I don't recall whether
11    she said anything other than she received a
12    phone call and there is no information she
13    needed from me.
14 Q In your experience as an investigator with
15    the District Attorney's Office of Suffolk
16    County, have you dealt with informants and
17    cooperating witnesses?
18 A Cooperating witnesses at the District
19    Attorney's Office; informants now at the
20    Sheriff's Department.
21 Q If someone were to inquire of you in your law
22    enforcement capacity as to the identity of
23    someone who had provided the information, is
24    it your practice to disclose that?

Page 172

1 A No.
2 Q Would you have expected Miss Snyder to have
3    disclosed that?
4 A No.
5 Q So your effort was to inquire and find
6    another way to find out information that you
7    knew the folks at law enforcement were not
8    going to tell you?
9       MS. CAULO: Objection.
10 A No, like I said, my conversation was to offer
11    any information she needed, because I wasn't
12    sure why she was looking into our
13    investigation, if I could be of any
14    assistance with providing whatever
15    information I had already received from Rene
16    Rosario and if she needed anything she could
17    contact me. It was very cordial. It was
18    very brief.
19       She stated that she had received the
20    phone call. That was it. I asked her how
21    she found out about it. That's all I said.
22 Q Subsequent to that, your efforts to determine
23    from Miss Porter whether she had spoken to
24    the FBI were an effort to obtain information