```
                                          VOL: I
1                                         PAGES: 1-118
                                          EXHIBITS: 1-4
2

3
              UNITED STATES DISTRICT COURT
4
            FOR THE DISTRICT OF MASSACHUSETTS
5

6
      * * * * * * * * * * * * * * *
7                                 *
      SHEILA J. PORTER,           *
8              Plaintiff          *
             -vs-                 *  Civil Action
9     ANDREA CABRAL; SUFFOLK COUNTY * No. 04-11935-DPW
      SHERIFF'S DEPARTMENT; SUFFOLK *
10    COUNTY and CORRECTIONAL MEDICAL *
      SERVICES, INC.,             *
11             Defendants         *
      * * * * * * * * * * * * * * *
12

13    CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

14
          DEPOSITION OF MARY ELLEN MASTRORILLI, a witness
15    called on behalf of the Plaintiff, in the
      above-captioned matter, said deposition being
16    taken pursuant to the Federal Rules of
      Civil Procedure, before Patricia M.
17    McLaughlin, a Certified Shorthand Reporter and
      Notary Public in and for the Commonwealth of
18    Massachusetts, at the offices of Goodwin Procter
      LLP, Exchange Place, Boston, Massachusetts, on
19    Monday, June 27, 2005, commencing at 10:05 a.m.

20

21
              McLAUGHLIN & ASSOCIATES COURT REPORTERS
22                 92 DEVIR STREET, SUITE 304
                 MALDEN, MASSACHUSETTS  02148
23                     781.321.8922
                  WWW.E-STENOGRAPHER.COM
24
```

| | | |
|---|---|---|
| 1 | | from Miss Jurdak that you had requested on |
| 2 | | May 19th? |
| 3 | A | Yes, I did receive it. |
| 4 | | (Document marked Exhibit No. 3.) |
| 5 | Q | Miss Mastrorilli, I'll show you what's been |
| 6 | | marked as Exhibit No. 3, and it appears to be |
| 7 | | a three-page document. I'd start by asking |
| 8 | | you if you recognize the second two pages, |
| 9 | | which appear to be Bates stamped 746 and 747. |
| 10 | A | Yes, I do recognize these pages. |
| 11 | Q | What do you recognize those pages to be? |
| 12 | A | This was the report that I had been waiting |
| 13 | | for from Sheila that Donna Jurdak delivered. |
| 14 | Q | I take it when you received the report it was |
| 15 | | not blacked out in various spots as this |
| 16 | | document is, correct? |
| 17 | A | That's correct. |
| 18 | Q | And do you remember when you received the |
| 19 | | report? Do you remember the date? |
| 20 | A | I don't remember the exact date, but I |
| 21 | | believe it was about ten days to two weeks |
| 22 | | after I had requested it. |
| 23 | Q | When you received it, do you recall whether |
| 24 | | it had the stamp "confidential" at the top, |

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

1   come to your office at 3 o'clock and we'll
2   meet with Sheila and I'll bar her.
3 Q What happened next?
4 A At 3 o'clock, I went to the office, Donna's
5   office. Donna called Sheila in, and I
6   started my conversation by saying something
7   like, Sheila, I need to have a very
8   uncomfortable conversation with you this
9   afternoon. I said it has recently come to my
10  attention that you have divulged confidential
11  medical information with an outside agency
12  and as a result I'm going to have to bar you.
13  I said contract employees are held to the
14  same rules and regulations as county
15  employees.
16      I opened the policy, and I read one or
17  two paragraphs having to do with information
18  being given to outside agencies without
19  authorization. I read those paragraphs, and
20  then I asked is there anything that you'd
21  like to say in your defense or is there
22  anything that in any way would you like to
23  respond. Sheila was very upset, said no,
24  stood up and left the office.

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

```
 1            She didn't say anything about an incident
 2            report.
 3       Q    You may answer.
 4       A    Can you give me the question again, please?
 5       Q    I want to direct your attention to Exhibit
 6            No. 2, which Mr. Savage introduced
 7            previously.  I want to direct your attention
 8            to the third sentence, which states, "I
 9            directed her."
10       A    Yes.
11       Q    "I directed her to tell Sheila Porter to
12            document her findings in a confidential
13            incident report and give that report to me."
14            Is the term, confidential incident report,
15            the description of the document that you
16            asked Miss Jurdak to tell Miss Porter to
17            write for you?
18                 MR. SAVAGE:  Objection.
19       A    I believe so based on this, yes.
20       Q    And my question is:  What was the form that
21            you expected the confidential incident report
22            to take?
23       A    We do have an incident report form.  What I
24            had received --
```

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922