**SHERIFF'S INVESTIGATION DIVISION**

# Memo

To: I/M R███ ████████ FILE

From: Investigator Brian Dacey

Date: 05/23/03

Re: May 22, 2003 Interview of Sheila Porter, Nurse Practitioner

---

On Thursday, May 22, 2003, Investigator Sonya Aleman and I interviewed Nurse Sheila Porter concerning her knowledge of the alleged assault upon R███ ████████ by an unidentified correction officer on May 19, 2003.

Nurse Porter reported that she knows R███ ████████ from previous commitments to the H.O.C. Infirmary. She stated, "We have a history." She said that she knows why he was moved out of the H.O.C. the last time and was surprised to see him back here. R███ and others have told her that he wore a wire for the "Feds". She stated that R███ has told a lot of people that he has worn the wire. She said, "He has a big mouth."

On Monday, May 19, 2003 at approximately 12:00 p.m., she saw R███ ████████ as he was being transported into the infirmary from the 1-4-2 unit. She stated that he called her over to his cell. She spoke with him through the closed door to his cell. He told her that an officer in the 1-4-2 unit "injured him". He was afraid. He waited for the officer who injured him to go to lunch before reporting to the other unit officer that he was hearing voices telling him to kill himself so that he could be moved to the infirmary or to protective custody.

Nurse Porter was asked if she observed any injuries to inmate R███. She stated he pulled his "Johnny" aside from the neck area and she observed an abrasion to his chest which she described as looking like "road rash", and "red with a lot of bruising in it". She observed an injury to his left bicep, which she described as similar to his chest injury. R███ did not tell her specifically how he received these injuries.



S. Porter
EXHIBIT NO. 6
5-26-05
L. LONDON

- Page 1

000640

Nurse Porter stated that she saw R[redacted] again today, May 22, 2003, when he reported to the infirmary for a blood draw. She asked him how he was doing. He replied that he was doing o.k. End of Report.

Investigator Sonya Aleman has read and reviewed the above report. She has found it to be a true and accurate summary of events.