## QUESTIONS ON POLICIES AND BENEFITS

**6.3**

If at any time you have a question regarding your employment with CMS or our policies and benefits, you are encouraged to take the following steps in getting your question answered:

1. *Refer to the* **Employee Success Guide** *manual and other material you may have received, such as the Summary Plan Descriptions for the various insurance programs available.*

2. *If you have a question that is not addressed in the materials or you are still unclear, please check with your* **Supervisor** *and/or Site Manager. He/She can answer most questions you might have or obtain an answer for you.*

3. *If your Supervisor or Site Manager is unavailable or unable to answer your question, you may contact the CMS Central Office* **Human Resources Department** *in St. Louis at 800-325-4809.*

# Index

## A

Acknowledgment Form........................Last Page
Appearance & Conduct.............................. 67
Applying for Leave of Absence........................ 45
Applying for Tuition Assistance ...................... 50
Attendance............................................. 67

## B

Benefits During Military Leave ...................... 46
Benefits Overview .................................... 31
Bulletin Boards ................................. 69, 76

## C

Career Development .................................. 16
Change of Information ................................ 65
Charitable Activities ................................. 69
Charter ....................................After Index
Communications ...................................... 76
Compensation ........................................ 23
Compensation Reviews ............................... 23
Confidentiality....................................... 64
Corporate Compliance Plan........................... 68
Corrective Action.................................... 17

## D

Day Care.............................................. 62
Dental Insurance...................................... 58
Dependent Care FSA................................... 62
Direct Deposit ................................... 29, 62
Disability Insurance .................................. 60

## E

Employee Assistance Program........................ 54
    Self Referral................................... 54
    Supervisor Recommendation ............ 55
    Mandatory Referral........................... 55
Employee Classifications ............................. 13
    Probationary .................................. 13
    Full-Time ...................................... 13
    Part-Time ...................................... 13
    Per Diem/Temporary........................... 13
Employment Policies ................................. 12
Employment of Relatives ............................. 21
Enrollment in Medical Insurance..................... 57
Equal Employment Opportunity ...................... 7
Exit Interviews....................................... 20

## E (continued)

Extended Sick Leave ................................. 39
External Communications.............................. 76

## F

401(k) Plan .......................................... 61
Family & Medical Leave............................... 40
Final Pay............................................. 29
Final Written Warning ................................ 17
Flexible Spending Accounts ........................... 62
FMLA Requirements.................................. 40
Full-Time Classification .............................. 13
Funeral Leave........................................ 48

## G

Good Housekeeping .................................. 66
Grade Requirements on Tuition Assistance....51

## H

Harassment .......................................8, 9
Healthcare FSA ...................................... 62
Health Insurance Program ........................... 57
Holiday PTO.......................................... 35
Holidays.............................................. 38

## I

Identification ........................................ 65
Incarcerated Relatives or Friends.................... 73
Institutional Policies................................. 71
Insurance (Liability).................................. 74
Internal Communications ............................. 76
Introduction.......................................... 5

## J

Job Postings......................................... 16
Job Protection During FMLA ......................... 41
Jury Duty............................................ 49

## L

Leave of Absence..................................... 40
    Family & Medical Leave ..................... 40
    Personal Leave ............................... 45
    Medical Leave ................................ 42
Legal Matters ........................................ 74
Life/AD&D Insurance................................. 59
Long-Term Disability (LTD) .......................... 60

# M

Manager (Site) Definition ........................ 5
Meal Periods ........................................ 26
Medical Insurance ................................. 57
Medical Leave ...................................... 42
Medical Leave Requirements ................. 42
Military Leave ....................................... 46
Miscellaneous Employee Benefits ......... 62

# N

Non-Eligible Tuition Courses ................. 53
Non-Medical Leave ............................... 45
Non-Reimbursable Tuition ..................... 52

# O

Optional Life Insurance ........................ 59
Orientation .......................................... 14
Overtime .............................................. 28

# P

Paid Time Off ...................................... 32
            PTO Allocations ..................... 34
            PTO Carryover ....................... 35
            PTO Credit Schedule .............. 33
            PTO Eligibility ........................ 35
            Status Change ....................... 35
Part-Time Classification ....................... 13
Pay Classifications .............................. 24
Pay Days ............................................. 29
Pay Day When Absent .......................... 29
Pay In Advance .................................... 29
Pay Periods ......................................... 29
Performance Evaluations ...................... 15
Personal Leave .................................... 45
Personnel Files ............................... 65, 69
Pharmacy Benefits ............................... 58
Premium Pay Days ............................... 38
Probationary Classification ................... 13
Probationary Employee (Corrective Action) ... 19
Problem Solving ................................... 78
Professional Liability Insurance ............. 74
Prohibition of Retaliation ................... 9, 11
Promotions .......................................... 16
Public Relations ................................... 76

# Q

Questions on Policies & Benefits .......... 79

# R

Relatives ............................................. 21
Reporting for Work ............................... 67
Resignations ....................................... 20

Retirement Savings Plans ..................... 61
        401(k) Plan ............................... 61
            Supplemental Retirement Plan .......... 61
Return from Medical Leave .................... 43

# S

Safety ................................................. 66
Scheduling PTO .................................... 33
Security Standards ............................... 71
Sexual Harassment ................................ 9
            Definition ................................ 9
            Management Responsibility ..... 11
            Retaliatory Conduct ............... 11
Short-Term Disability (STD) ................... 60
Smoking .............................................. 66
Social Security .................................... 61
Solicitation ......................................... 69
Staff Meetings ..................................... 76
Supplemental Retirement Plan ............... 61
Suspension .......................................... 19

# T

T2 Adjustments ................................... 27
T2 Swiping ........................................... 27
Tape Recordings .................................. 69
Temporary Classification ...................... 13
Termination ......................................... 18
Third Party Intervention ........................ 78
Time Keeping ....................................... 27
Time Off Benefits ................................. 32
Transfers ............................................ 16
Tuition Assistance ............................... 50
Tuition Reimbursement ......................... 51

# U

Use Of Paid Time Off During Leave .......... 42, 43

# V

Verbal Communication .......................... 76
Verbal Counseling ................................ 17
Vision Services .................................... 58

# W

Welcome ............................................... 4
Worker's Compensation ........................ 56
Working Areas ...................................... 66
Working Hours ..................................... 25
Written Communications ........................ 76
Written Counseling ............................... 17

# Y

Your Compensation .............................. 23

# CHARTER

Correctional Medical Services (CMS), the nation's leading provider of correctional healthcare services, is dedicated to successfully integrating managed care practices with the unique requirement of security environments.

CMS offers cost-effective, quality services in response to customer needs, striving to develop mutual trust with clients through open communication, consistent performance and responsiveness to changing system needs.

CMS values its employees for their professionalism, spirit of service and teamwork. Our staff are chosen for their ability to provide care consistent with industry standards, for their commitment to be a member of a correctional team, and for treating each inmate with dignity.

# ACKNOWLEDGMENT

I hereby acknowledge receipt of the **January 2002,** CMS *Employee Success Guide.* I agree to familiarize myself with the Guide's contents. I realize that the Guide contains Company policies and procedures, but is not intended to be a complete and exhaustive explanation of those policies and procedures. I also understand that CMS reserves the right to change its policies and procedures as it decides necessary. I understand that this Guide does not constitute a contract of employment. I understand that I have the right to resign from employment at CMS any time and for any reason, and that CMS has the same right to terminate my employment at any time, with or without cause.

I also understand that should I leave the employ of CMS, any Paid Time-Off taken but not earned will be deducted from my final paycheck, where applicable and appropriate, according to the published schedule herein.

I agree to return this Guide upon completion of my employment.


*Date:* _____

*Your Signature:* _____

*Your Printed Name:* _____

*Facility:* _____


&#10086; PLEASE <u>RETURN THIS PAGE</u> TO YOUR SITE MANAGER

## ACKNOWLEDGMENT

I hereby acknowledge receipt of the **January 2002,** CMS *Employee Success Guide.* I agree to familiarize myself with the Guide's contents. I realize that the Guide contains Company policies and procedures, but is not intended to be a complete and exhaustive explanation of those policies and procedures. I also understand that CMS reserves the right to change its policies and procedures as it decides necessary. I understand that this Guide does not constitute a contract of employment. I understand that I have the right to resign from employment at CMS any time and for any reason, and that CMS has the same right to terminate my employment at any time, with or without cause.

I also understand that should I leave the employ of CMS, any Paid Time-Off taken but not earned will be deducted from my final paycheck, where applicable and appropriate, according to the published schedule herein.

I agree to return this Guide upon completion of my employment.

Date: _____8/22/02_____

Your Signature: _____Sheila J. Porter_____

Your Printed Name: _____Sheila J. Porter_____

Facility: _____SCHOC_____

### ✎ PLEASE <u>RETURN THIS PAGE</u> TO YOUR SITE MANAGER



S. Porter
EXHIBIT NO. 4
5-18-05
L. LONDON

Correctional Medical Services Employee Success Guide