# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SHEILA PORTER,<br>    Plaintiff<br><br>v.<br><br>ANDREA CABRAL, SUFFOLK<br>COUNTY SHERIFF'S DEPARTMENT,<br>SUFFOLK COUNTY, and<br>CORRECTIONAL MEDICAL<br>SERVICES, INC.<br>    Defendants | Civil Action No. 04-11935-DPW |

## DEFENDANTS ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT AND SUFFOLK COUNTY'S MOTION TO SEAL

The Defendants Andrea Cabral, Suffolk County Sheriff's Department and Suffolk County respectfully request that this Honorable Court impound Exhibit 1 attached to its Statement of Undisputed Facts in Support of its Motion for Summary Judgment. As reasons therefore, the Defendants state that Exhibit 1, excerpts from deposition testimony of Sheila J. Porter taken on March 21, 2000, has been designated as confidential pursuant to a Protective Order.

                                              Respectfully submitted
                                              For Defendants Andrea Cabral, Suffolk County Sheriff's Department and Suffolk County
                                              By their attorney,

                                              /s/ Ellen M. Caulo
                                              Ellen M. Caulo BBO #545250
                                              Deputy General Counsel
                                              Suffolk County Sheriff's Department
                                              200 Nashua Street
                                              Boston, MA 02114

Date: October 19, 2005