**UNITED STATES POSTAL SERVICE**

BOSTON MA 02

**OFFICIAL BUSINESS**

20 OCT 2005    PM    15

**SENDER INSTRUCTIONS**

Print your name, address and ZIP Code in the space below.
- Complete items 1, 2, 3, and 4 on the reverse.
- Attach to front of article if space permits, otherwise affix to back of article.
- Endorse article "Return Receipt Requested" adjacent to number.

U.S.MAIL

PENALTY FOR PRIVATE USE, $300

**RETURN TO**  ➡

Print Sender's name, address, and ZIP Code in the space below.

CLERKS OFFICE
UNITED STATES DISTRICT COURT
1 COURTHOUSE WAY
SUITE 2301
BOSTON, MA 02210

04-11935

**SENDER:** Complete items 1 and 2 when additional services are desired, and complete items 3 and 4.
Put your address in the "RETURN TO" Space on the reverse side. Failure to do this will prevent this card from being returned to you. **The return receipt fee will provide you the name of the person delivered to and the date of delivery.** For additional fees the following services are available. Consult postmaster for fees and check box(es) for additional service(s) requested.

1. ☐ Show to whom delivered, date, and addressee's address.   2. ☐ Restricted Delivery
   *(Extra charge)*                                              *(Extra charge)*

| 3. Article Addressed to: | 4. Article Number |
|---|---|
| *[handwritten]* | **Type of Service:** |
| | ☐ Registered   ☐ Insured |
| | ☒ Certified   ☐ COD |
| | ☐ Express Mail   ☐ Return Receipt for Merchandise |
| | Always obtain signature of addressee or agent and DATE DELIVERED. |

5. Signature — Address
X *Bill Grant*

8. Addressee's Address *(ONLY if requested and fee paid)*

6. Signature — Agent
X

7. Date of Delivery

PS Form **3811**. Mar. 1988    ★ U.S.G.P.O. 1988—212—865    **DOMESTIC RETURN RECEIPT**