● **SENDER:** Complete items 1 and 2 when additional services are desired, and complete items 3 and 4.
Put your address in the "RETURN TO" Space on the reverse side. Failure to do this will prevent this card from being returned to you. The return receipt fee will provide you the name of the person delivered to and the date of delivery. For additional fees the following services are available. Consult postmaster for fees and check box(es) for additional service(s) requested.
1. ☐ Show to whom delivered, date, and addressee's address.   2. ☐ Restricted Delivery
   (Extra charge)                                                 (Extra charge)

| 3. Article Addressed to:<br><br>Ellen Carlo<br>Suffolk County Sheriff's Dpt<br>200 Nashua St<br>Boston, Ma 02114 | 4. Article Number<br><br>Type of Service:<br>☐ Registered    ☐ Insured<br>☒ Certified      ☐ COD<br>☐ Express Mail  ☐ Return Receipt for Merchandise<br><br>Always obtain signature of addressee or agent and DATE DELIVERED. |
| --- | --- |
| 5. Signature — Address<br>X  Bill Grant | 8. Addressee's Address (ONLY if requested and fee paid) |
| 6. Signature — Agent<br>X | |
| 7. Date of Delivery | |

U.S.G.P.O. 1988-212-865   DOMESTIC RETURN RECEIPT

