UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Sheila Porter

    Plaintiff

              V.                            Case No.'s **04cv11935-DPW**

Andrea Cabral, Suffolk County Sheriff's Department,
and Correctional Medical Services, Inc.

    Defendant

## RECEIPT

Received of the Clerk, U.S. District Court, the following SEALED documents and/or exhibits in the above-entitled case:

| 47 | 48-1&2 | 50 | 51 | 52-1 | 54 | 55 | 56 | 58 | 59 | 60 | 61 | 62 | 63 |
|----|--------|----|----|------|----|----|----|----|----|----|----|----|----|
| 64 | 65 | 66 | 67 | 68 | 69 | 70 | 72 | 73 | 74 | 81 | 82 | 83 | 84 |
| 85 | 86 | 87 | 88-1 | 34-1 | | | | | | | | | |

Name: Ellen M. Caulo, *[signature]*
Firm: Suffolk County Sheriff's Department
200 Nashua St Boston 02114
Date: 10/21/05