# ADLER, COHEN, HARVEY, WAKEMAN & GUEKGUEZIAN

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

SIDNEY W. ADLER
ELLEN EPSTEIN COHEN
ALEXANDRA B. HARVEY
GEORGE E. WAKEMAN, JR.*
A. BERNARD GUEKGUEZIAN
LAURA BERG SUSICH
MICHAEL F. CONWAY
JENNIFER BOYD HERLIHY*
ERIN M. BROWN
KRISTEN L. CLARKE
JUDITH FEINBERG
BROOKS L. GLAHN
JOHN R. PELLETIER
MICHAEL B. BARKLEY
JENNIFER A. NORTON
E. AMY TUCCI

*also admitted in RI

October 24, 2005

Clerk's Office – Civil
United States District Court
U.S. Courthouse
One Courthouse Way
Boston, MA 02110

Re: Sheila J. Porter v. Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County, and Correctional Medical Services, Inc.
USDC, Civil Action No. 04-11935DPW

Dear Sir/Madam:

Please be advised that we have reached an agreement with counsel for defendants Andrea Cabral, the Suffolk County Sheriff's Department and Suffolk County, which narrows the scope of the protective order in place in this matter. As such, we ask that you please withdraw from the docket Correctional Medical Services, Inc.'s Motion To Impound, which was electronically filed with the Court on October 17, 2005, as it has been rendered moot by this agreement.

In addition, pursuant to our Motion to Impound, we manually filed a Redacted Version of the Exhibits to Correctional Medical Services, Inc.'s Statement of Undisputed Facts with the Clerk's office on October 18, 2005. The withdrawal of the Motion to Impound renders the Redacted Version of the exhibits obsolete, and as such, the only version that need remain in the file is the Original Version.

Thank you for your attention to this matter. If you have any questions with regard to the requests in this letter, please do not hesitate to contact me.

Very Truly Yours,

Jennifer Ann Norton

cc: Joseph F. Savage, Jr., Esq.
Ellen Caulo, Esq.

75 FEDERAL STREET BOSTON, MASSACHUSETTS 02110
TELEPHONE 617 423 6674 / TELEFAX 617 423 7152
E-MAIL ACHWG@ACHWG.COM / WEBSITE WWW.ACHWG.COM