FILED
IN CLERKS OFFICE
2005 A 11: 40
U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V. ) | Civil Action No. 04-11935-DPW |
| ) | |
| ANDREA CABRAL, SUFFOLK ) | |
| COUNTY SHERIFF'S DEPARTMENT, ) | |
| SUFFOLK COUNTY, and ) | |
| CORRECTIONAL MEDICAL ) | |
| SERVICES, INC. ) | |
| ) | |
| Defendants ) | |

## PLAINTIFF SHEILA PORTER'S MOTION TO IMPOUND HER MOTION TO COMPEL DEPOSITION PREPARATION MATERIALS FROM SUFFOLK COUNTY SHERIFF'S DEPARTMENT

NOW COMES Sheila Porter ("Mrs. Porter"), by her undersigned counsel, and requests, pursuant to Local Rule 7.2, that the Court impound Mrs. Porter's Motion to Compel Deposition Preparation Materials from the Suffolk County Sheriff's Department and the accompanying Affidavit of David S. Schumacher. As grounds therefore, Mrs. Porter states that these pleadings contain information and documents that the defendants have designated as confidential under the Protective Order governing this case. Mrs. Porter is aware that, pursuant to the Protective Order, as modified by the Court, the parties are required to show good cause for filing a document under seal. Mrs. Porter does not believe that there is good cause for filing the instant Motion and Affidavit under seal, but she does so in order to remain in compliance with the Protective Order

until otherwise ordered. In addition, redacted copies of these pleadings are being filed electronically on the public docket. Mrs. Porter requests that these materials be impounded until further order of the court.

        Respectfully Submitted

        SHEILA J. PORTER

        By her attorneys,

        Joseph F. Savage Jr. (BBO #443030)
        David S. Schumacher (BBO #647917)
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, MA 02109-2881
        617.570.1000

Dated: November 2, 2005

LIBA/1585645.1