# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER,<br><br>    Plaintiff<br><br>    V.<br><br>ANDREA CABRAL, SUFFOLK<br>COUNTY SHERIFF'S DEPARTMENT,<br>SUFFOLK COUNTY, and<br>CORRECTIONAL MEDICAL<br>SERVICES, INC.<br><br>    Defendants | Civil Action No. 04-11935-DPW |

### [PROPOSED] ORDER

This matter having come before the Court upon Plaintiff's Motion to Compel, and the Court being duly advised on the merits, finds said Motion well-taken and it is hereby GRANTED.

IT IS THEREFORE ORDERED that the Suffolk Defendants:

1. Produce documents responsive to Requests 8, 49, 50, 57, 63, 71, 79

2. Provide complete responses to Interrogatory 1 (continuously 19)

3. Provide complete responses to Requests for Admission 3, 5 and 6.

                                                          SO ORDERED

                                                          _____

Dated: