# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER, )<br>)<br>    Plaintiff )<br>)<br>    V. )<br>)<br>ANDREA CABRAL, SUFFOLK )<br>COUNTY SHERIFF'S DEPARTMENT, )<br>SUFFOLK COUNTY, and )<br>CORRECTIONAL MEDICAL )<br>SERVICES, INC. )<br>)<br>    Defendants ) | Civil Action No. 04-11935-DPW |

## PLAINTIFF SHEILA PORTER'S ASSENTED-TO MOTION
## FOR LEAVE TO FILE BRIEF IN EXCESS OF 20 PAGES

NOW COMES Sheila Porter ("Mrs. Porter"), by her undersigned counsel, and requests leave to file an Opposition to Correctional Medical Services, Inc.'s ("CMS") Motion for Summary Judgment in excess of 20 pages. CMS assents to this motion. As grounds therefore, Mrs. Porter states that the Motion for Summary Judgment raises complex issues of facts law that cannot be adequately addressed in 20 pages.

WHEREFORE Mrs. Porter requests that she be allowed to file an Opposition to CMS' Motion for Summary Judgment in excess of 20 pages.

          ature Respectfully Submitted

          SHEILA J. PORTER

          By her attorneys,

          */s/ David S. Schumacher*
          Joseph F. Savage Jr. (BBO #443030)
          David S. Schumacher (BBO #647917)
          GOODWIN PROCTER LLP
          Exchange Place
          Boston, MA 02109-2881
          617.570.1000

Dated: November 14, 2005

LIBA/1647641.1