## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
SHEILA PORTER,                      )
                                    )
    Plaintiff                       )
                                    )
    V.                              )   Civil Action No. 04-11935-DPW
                                    )
ANDREA CABRAL, SUFFOLK              )
COUNTY SHERIFF'S DEPARTMENT,        )
SUFFOLK COUNTY, and                 )
CORRECTIONAL MEDICAL                )
SERVICES, INC.                      )
                                    )
    Defendants                      )

### PLAINTIFF SHEILA PORTER'S MOTION TO IMPOUND HER OPPOSITION TO THE SUFFOLK DEFENDANTS' <u>MOTION FOR SUMMARY JUDGMENT</u>

NOW COMES Sheila Porter ("Mrs. Porter"), by her undersigned counsel, and requests, pursuant to Local Rule 7.2, that the Court impound her Opposition to the Suffolk Defendants' Motion for Summary Judgment and the accompanying Declaration of David S. Schumacher. As grounds therefore, Mrs. Porter states that these pleadings contain information and documents that the defendants have designated as confidential under the Protective Order governing this case. Mrs. Porter is aware that, pursuant to the Protective Order, as modified by the Court, the parties are required to show good cause for filing a document under seal. Mrs. Porter does not believe that there is good cause for filing the instant Motion and Affidavit under seal, but she does so in order to remain in compliance with the Protective Order until otherwise ordered. In addition,

redacted copies of these pleadings are being filed electronically on the public docket.  Mrs. Porter requests that these materials be impounded until further order of the court.

           Respectfully Submitted

           SHEILA J. PORTER

           By her attorneys,

           */s/ David S. Schumacher*_____
           Joseph F. Savage Jr. (BBO #443030)
           David S. Schumacher (BBO #647917)
           GOODWIN PROCTER LLP
           Exchange Place
           Boston, MA 02109-2881
           617.570.1000

Dated: November 14, 2005

LIBA/1647617.1