UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
SHEILA PORTER,                              )
                                            )
    Plaintiff                               )
                                            )
    V.                                      )   Civil Action No. 04-11935-DPW
                                            )
ANDREA CABRAL, SUFFOLK                      )
COUNTY SHERIFF'S DEPARTMENT,                )
SUFFOLK COUNTY, and                         )
CORRECTIONAL MEDICAL                        )
SERVICES, INC.                              )
                                            )
    Defendants                              )

**PLAINTIFF SHEILA PORTER'S ASSENTED-TO MOTION
FOR LEAVE TO FILE BRIEF IN EXCESS OF 20 PAGES**

NOW COMES Sheila Porter ("Mrs. Porter"), by her undersigned counsel, and requests leave to file an Opposition to the Suffolk Defendants' Motion for Summary Judgment in excess of 20 pages. The Suffolk Defendants assent to this motion. As grounds therefore, Mrs. Porter states that the Motion for Summary Judgment raises complex issues of facts law that cannot be adequately addressed in 20 pages.

WHEREFORE Mrs. Porter requests that she be allowed to file an Opposition to the Suffolk Defendants' Motion for Summary Judgment in excess of 20 pages.

        Respectfully Submitted

        SHEILA J. PORTER

        By her attorneys,


        */s/ David S. Schumacher*
        Joseph F. Savage Jr. (BBO #443030)
        David S. Schumacher (BBO #647917)
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, MA 02109-2881
        617.570.1000

Dated: November 14, 2005

LIBA/1647641.1