EXHIBIT C

```
                                          VOL:  I
                                       PAGES:  1-118
                                     EXHIBITS:  1-4
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHU.

```
* * * * * * * * * * * * * * *
SHEILA J. PORTER,            *
             Plaintiff       *
      -vs-                   *   Civil Action
ANDREA CABRAL; SUFFOLK COUNTY *   No. 04-11935-DPW
SHERIFF'S DEPARTMENT; SUFFOLK *
COUNTY and CORRECTIONAL MEDICAL *
SERVICES, INC.,              *
             Defendants      *
* * * * * * * * * * * * * * *
```

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

DEPOSITION OF MARY ELLEN MASTRORILLI, a witness called on behalf of the Plaintiff, in the above-captioned matter, said deposition being taken pursuant to the Federal Rules of Civil Procedure, before Patricia M. McLaughlin, a Certified Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Goodwin Procter LLP, Exchange Place, Boston, Massachusetts, on Monday, June 27, 2005, commencing at 10:05 a.m.

McLAUGHLIN & ASSOCIATES COURT REPORTERS
92 DEVIR STREET, SUITE 304
MALDEN, MASSACHUSETTS  02148
781.321.8922
WWW.E-STENOGRAPHER.COM

```
                                                                    26

 1    Q    Do you recognize the handwriting?
 2    A    Yes, I do.
 3    Q    Whose handwriting is that?
 4    A    That is mine.
 5    Q    If you could just read to us what you wrote
 6         there.
 7    A    "Finally received this yesterday, 5/28, M."
 8    Q    And is the "this" that you are referring to
 9         here the two pages that follow?
10    A    Yes, it is.
11    Q    Who is that note written to?
12    A    That's written to Patrick Bradley.
13    Q    And did you send then the document that you
14         received from Donna Jurdak, that is,
15         Miss Porter's report, on to Pat Bradley?
16    A    Yes, I did.
17    Q    Did you send him a copy or an original?
18    A    I don't recall.  I don't recall.  I suspect
19         that I sent him the original, because I would
20         normally deal with my supervisors in that
21         way.  If I had a piece of paper that was
22         important for whatever reason, I would
23         normally keep a copy myself and give my
24         superior the original.  I don't specifically

         McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922
```

34

```
 1         come to your office at 3 o'clock and we'll
 2         meet with Sheila and I'll bar her.
 3   Q     What happened next?
 4   A     At 3 o'clock, I went to the office, Donna's
 5         office. Donna called Sheila in, and I
 6         started my conversation by saying something
 7         like, Sheila, I need to have a very
 8         uncomfortable conversation with you this
 9         afternoon. I said it has recently come to my
10         attention that you have divulged confidential
11         medical information with an outside agency
12         and as a result I'm going to have to bar you.
13         I said contract employees are held to the
14         same rules and regulations as county
15         employees.
16             I opened the policy, and I read one or
17         two paragraphs having to do with information
18         being given to outside agencies without
19         authorization. I read those paragraphs, and
20         then I asked is there anything that you'd
21         like to say in your defense or is there
22         anything that in any way would you like to
23         respond. Sheila was very upset, said no,
24         stood up and left the office.
```

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922