## Suffolk County Sheriff's Department
## Sheriff's Investigation Division (SID)
## Incident Report



EXHIBIT D

Page 1 of ▓

| | | | |
|---|---|---|---|
| SID Incident #: | 03H002 | Reporting Investigator: | Brian Dacey |
| Date of Incident: | May 19, 2003 | Type of Incident: | Alleged Assault; Threats |
| Time of Incident: | | Investigation # (if any): | |
| Incident Location: (HOC, NSJ, or Other) | HOC | Date Report Filed: | May 19, 2003 |

**Unit or Street Address:**
1-4-2 Unit

**Other SID Investigators Involved:**
Sonya Aleman

**SCSD Staff Members Involved:**
C/O Robert Murphy; C/O Scott Smith; Lt. Scott MacDonald; C/O Keith Storlazzi; C/O Janine Handrahan; C/O Julio Bello; C/O Mark DeAngelis; Capt. Charles Scoby; Nurse Craig Meekins; Physician's Assistant Beth Bringola; Nurse Sheila Porter; Gayle Bartley, LICSW

**Inmates Involved:**
Inmate R███ R███

**Narrative**

On Monday, May 19, 2003 Investigator Sonya Aleman and I responded to the Infirmary to investigate Inmate ███ R███'s allegations of physical assault and verbal threat by corrections officers.

R███ reports that while housed in the 1-4-2 Unit on Monday, May 19, 2003, an unidentified correction officer entered his cell and kicked him once in the left arm. We observed three small individual light red marks on his inner left bicep and one faint red mark on his left shoulder. R███ did not complain or indicate the presence of any other injuries.

R███ also reports that while housed in the Infirmary, on Monday, May 19, 2003, Captain Charles Scoby appeared at his cell door and through the glass window threatened him by saying, "You're not going to make it in here. You'll be leaving in a body bag."

Further investigation to follow. End of report.

Investigator Aleman has read and reviewed the above report. She has found it to be a true and accurate summary of events.

Reporting Investigator's Signature                    Date

Supervisor's Name and Signature                      Date

000632