





SHERIFF'S INVESTIGATION DIVISION

# Memo

To: I/M R█████ █████████ FILE
From: Investigator Brian Dacey
Date: 06/05/03
Re: May 22, 2003 Interview of Beth Bringola, Physician's Assistant

---

On Thursday, May 22, 2003, Investigator Sonya Aleman and I went to the infirmary to interview Physician's Assistant Beth Bringola concerning her knowledge of the alleged assault upon Inmate R████ █████ by an unidentified correction officer on May 19, 2003.

P.A. Bringola reported that she saw Inmate R████ in the infirmary on Monday, May 19, 2003. R████ complained to her of pain to his left arm and shoulder. Bringola examined R████'s arm and observed a contusion/bruise to his left bicep. She stated that it was red, but not overly swollen. She stated that he was able to move his arm through the full range of motion. She did not observe any other injuries to inmate R████, nor did he complain of any other injuries. She stated that R████ did not tell her how he received his injuries, nor did she ask him due to the close proximity of the transporting SERT officers. She learned from Nurse Craig Meekins how R████ claimed he was injured. End of report.

Investigator Sonya Aleman has read and reviewed the above report. She has found it to be a true and accurate summary of events.

● Page 1

000639