# MEDICAL OBSERVATION FOLLOWING USE OF FORCE

EXHIBIT
G

R̄̄̄̄  D.O.B. 4/5/72  incarcerated at the Suffolk County ☐ JAIL / ☒ H.O.C.

___X___ Was treated

_____ Refused treatment

_____ No treatment required

by the physician and / or the nurses of the above named institution following the use of force on

5/19/03
(date)

_____
Medical staff signature

Comments: CA,O x 3, S/P USE OF FORCE, BROUGHT TO INFIRMARY ON MOA. c/o (L) BICEP PAIN. LARGE BRUISE TO ANTERIOR BICEP. PAIN ON PALPATION. EVALUATED BY PA BRINGOLA. ICE + MOTRIN GIVEN. NO OTHER INJURIES OBSERVED OR COMPLAINED OF. — U/O OF REPORT

000667