**CONFIDENTIAL**    EXHIBIT I

CORRECTIONAL MEDICAL SERVICES

INTERDISCIPLINARY PROGRESS NOTES

Patient Name: R_____    I.D. #_____    Institution: _____

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 5/19/03 | | On May 19th just before noon, the CO @ the front desk in the health unit reported that inmate R____ was coming down on MOA because he was hearing voices and he was threatening to harm himself. Shortly after, inmate R____ was indeed brought to the MHU and placed on MOA. This move was reported to Mental Health. On my return from lunch I walked by Mr. R____'s cell, and he spoke to me — Mr. R____ is known to me from previous encounters. He was dressed in the blue quilted "MOA" gown. He pointed to bruises and abrasions on his left upper arm and chest. He stated "Look what the CO did. I was ~~very~~ ERROR scared. I waited until he went to lunch and told the other CO I was hearing voices and was going to kill myself." The bruises and abrasions were approximately 10 cm on his chest, and 10-15 cm on his (L) bicep area. | 000740 |

**CORRECTIONAL MEDICAL SERVICES**
**CONFIDENTIAL**
INTERDISCIPLINARY PROGRESS NOTES

Patient Name: ▓▓▓▓▓   I.D. #: ▓▓▓▓▓   Institution: _____

② 

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| | | wrote this report. Mr R▓▓▓ did not know the name of the CO that he claimed had injured him. He did not explain anything else about the incident at that time as he didn't want to call attention to himself at that time. I witnessed the bruises and bruising through the door. The bruising appeared consistent with a recent injury — that is fresh bruising within the past few hours. I reported to the mental health person that Mr R▓▓▓ may have different issues than previously expressed. | Sheila Cohen MGHP |

000747