**Suffolk County Sheriff's Department**
**Custody Assessment and**
**Program Services Division**
**20 Bradston Street**
**Boston, MA 02118**
**617-635-1000 x6502**

EXHIBIT
J

# Memo

To:     Supt. Patrick Bradley

From:   Mary Ellen Mastrorilli, Deputy Superintendent

Date:   5/23/2003

Re:     Nurse Practitioner Sheila Porter

On Monday, May 19, 2003 Health Services Administrator Donna Jurdak came to my office to inform me of the observations of Nurse Practitioner Sheila Porter as a result of a routine medical examination she conduction on inmate R██ ████ (█████). She related to me that Ms. Porter noticed "suspicious bruising" on the upper arms of Inmate R█████. I directed her to tell Sheila Porter to document her findings in a confidential incident report and give the report to me. Administrator Jurdak agreed to do so. I have no reason to believe that Ms. Jurdak did not carry through this directive, as she has always complied with my requests in the past; however, she did not deliver the report to me as of yet.

On Thursday, May 22 at approximately 6PM I retrieved my voice mail messages. One message was to call Victor Theiss on his cell phone. I contacted Victor and he told me that the FBI told him that they received a confidential report from a woman named Sheila Porter. He said the FBI told him the report contained information describing bruises on Inmate R█████'s body, specifically, on the arms and in the neck and chest areas. Vic went on to say those finding are peculiar in light of the fact that he had been looking at digital photos of Rosario which showed one bruise on the left bicep. I then said to Victor: "I don't know how you feel about it, but I think it is highly inappropriate for a contract employee to contact the FBI about a Suffolk County inmate without our knowledge." Victor wholeheartedly agreed. I then said I would bar her from entering right now. He told me not to do anything yet until he got back to me.

000748