**Suffolk County Sheriff's Department**
**Sheriff's Investigation Division (SID)**
**Incident Report**

Page 1 of 2                EXHIBIT L

| | | | |
|---|---|---|---|
| SID Incident #: | N/A | Reporting Investigator: | Stan Wojtkonski |
| Date of Incident: | 5/23/03 | Type of Incident: | Phone conversation |
| Time of Incident: | Approx. 1330 hours | Investigation # (if any): | N/A |
| Incident Location: (HOC, NSJ, or Other) | HOC | Date Report Filed: | 5/23/03 |

Unit or Street Address:
SID Office via phone

Other SID Investigators Involved:
Brian Dacey, Stephen Jacobs, Russell Roberts

SCSD Staff Members Involved:
N/A

Inmates Involved:
R_____, #_____

Narrative
On May 23, 2003, at approximately 1330 hours, Investigator Russell Roberts informed Investigator Wojtkonski that he had Special Agent Crysta Snyder on the line, and she wished to speak with him. Investigator Wojtkonski got on the phone with S/A Snyder, who asked him for an update on the investigation looking into I/M ___ R____'s complaint of being assaulted by a corrections officer on 5/19/03. Investigator Wojtkonski informed her that two SID investigators had been working on the case for the past several days. She was also informed that ___ R____ was interviewed by SID investigators on 5/22/03, and pictures of his injuries were taken at this time. S/A Snyder was informed that investigators had not found the injuries that her confidential source had reported to her, on the throat and chest of I/M R____. Investigator Wojtkonski informed S/A Snyder that the evidence gathered so far, including the injuries that were photographed, did not seem to correspond to I/M R____'s statement that he was kicked. S/A Snyder was notified that investigators were continuing to interview witnesses, and should have results from the investigation next week.

Investigator Wojtkonski also notified S/A Snyder that a possible complication of this investigation had arisen. On 5/21/03, S/A Snyder had notified Investigator Wojtkonski that a member of the Suffolk County Sheriff's Department had witnessed a physical examination of I/M R____ on 5/19/03 and had reported to the FBI that these injuries did not look like they were self inflicted. The confidential source had notified the FBI that an officer could have caused them. Investigator Wojtkonski told S/A Snyder that no members of the nursing staff had submitted reports to SID concerning injuries that had been incurred by I/M R____. S/A Snyder stated that when the medical staff member reported the incident to her, she assured the medical staff person that she would notify SID. However, S/A Snyder maintained that she could not reveal to Investigator Wojtkonski the identity of this medical staff member due to confidentiality. Investigator Wojtkonski explained that if this was the case, then there were several members of the medical staff that had failed to report these injuries to SID. Furthermore, the one person who seems to have reported it

Reporting Investigator's Signature                Date

Supervisor's Name and Signature                Date

000789

SID Incident #: N/A                                                                                           Page #: 2 of 2

Narrative

to the FBI, and was told that there complaint would be forwarded to SID, cannot be substantiated because of FBI confidentiality. Investigator Wojtkonski assured S/A Snyder that no staff member would ever be hindered from speaking with an outside law enforcement agency, but speaking with an outside agency does not absolve a staff member of his or her responsibility to report incidents directly to the Sheriff's Department and SID. S/A Snyder assured Investigator Wojtkonski that if confidential sources contacted her regarding other matters, she would make sure to inform them to also report the incident directly to the Sheriff's Department. END REPORT.

000790