EXHIBIT M

```
                                    VOL:  I
                                    PAGES: 1-217
                                    EXHIBITS: 1-14


             UNITED STATES DISTRICT COURT

           FOR THE DISTRICT OF MASSACHUSETTS


* * * * * * * * * * * * * * * *
SHEILA J. PORTER,              *
            Plaintiff          *
       -vs-                    *  Civil Action
ANDREA CABRAL; SUFFOLK COUNTY  *  No. 04-11935-DPW
SHERIFF'S DEPARTMENT; SUFFOLK  *
COUNTY and CORRECTIONAL MEDICAL*
SERVICES, INC.,                *
            Defendants         *
* * * * * * * * * * * * * * * *


   CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER


     DEPOSITION OF BRIAN DACEY, a witness
called on behalf of the Plaintiff, in the
above-captioned matter, said deposition being
taken pursuant to the Federal Rules of
Civil Procedure, before Patricia M.
McLaughlin, a Certified Shorthand Reporter and
Notary Public in and for the Commonwealth of
Massachusetts, at the offices of Goodwin Procter
LLP, Exchange Place, Boston, Massachusetts, on
Thursday, June 16, 2005, commencing at 10:10 a.m.


         McLAUGHLIN & ASSOCIATES COURT REPORTERS
              92 DEVIR STREET, SUITE 304
              MALDEN, MASSACHUSETTS  02148
                    781.321.8922
                WWW.E-STENOGRAPHER.COM
```

169

| | | |
|---|---|---|
| 1 | Q | Why did she need an opportunity to explain |
| 2 | | that to you? |
| 3 | A | That was my choice of words. We asked her |
| 4 | | just to elaborate; that's all. |
| 5 | Q | Who did you speak to with the FBI? |
| 6 | A | Krista Snyder. |
| 7 | Q | Did you call her? |
| 8 | A | Yes. |
| 9 | Q | And what did you say to her, and what did she |
| 10 | | say to you? |
| 11 | A | I don't recall. I think the basis was, hi, |
| 12 | | Krista, I understand you spoke to Stan |
| 13 | | Wojtkonski; I'm investigating the Rene |
| 14 | | Rosario allegations; is there any information |
| 15 | | I can give you; is there any information I |
| 16 | | should know. That's about it. |
| 17 | Q | Did you ask her who had contacted her from |
| 18 | | the jail? |
| 19 | A | I don't recall. I think I asked her how she |
| 20 | | learned of it. She said she received a phone |
| 21 | | call. |
| 22 | Q | Did you ask her who? |
| 23 | A | I don't think I did. |
| 24 | Q | Why not? |

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

171

| | | |
|---|---|---|
| 1 | A | Rene was a different animal.  He was a tough |
| 2 | | person to interview at that point.  He was |
| 3 | | all over the place with his descriptions.  It |
| 4 | | made it a difficult investigation. |
| 5 | Q | Did you ask Rene if he had talked to the FBI? |
| 6 | A | I don't recall.  I think I said that at the |
| 7 | | outset. |
| 8 | Q | What, if anything, did Miss Snyder say to you |
| 9 | | in that telephone conversation? |
| 10 | A | It was very brief.  I don't recall whether |
| 11 | | she said anything other than she received a |
| 12 | | phone call and there is no information she |
| 13 | | needed from me. |
| 14 | Q | In your experience as an investigator with |
| 15 | | the District Attorney's Office of Suffolk |
| 16 | | County, have you dealt with informants and |
| 17 | | cooperating witnesses? |
| 18 | A | Cooperating witnesses at the District |
| 19 | | Attorney's Office; informants now at the |
| 20 | | Sheriff's Department. |
| 21 | Q | If someone were to inquire of you in your law |
| 22 | | enforcement capacity as to the identity of |
| 23 | | someone who had provided the information, is |
| 24 | | it your practice to disclose that? |

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922