

EXHIBIT

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER,<br>  Plaintiff<br><br>v.<br><br>ANDREA CABRAL, SUFFOLK<br>COUNTY SHERIFF'S DEPARTMENT,<br>SUFFOLK COUNTY, and<br>CORRECTIONAL MEDICAL<br>SERVICES, INC.<br>  Defendants | Civil Action No. 04-11935-DPW |

### AFFIDAVIT OF STEPHEN F. JACOBS

I, Stephen F. Jacobs being duly sworn do hereby depose and state:

1. I am currently the Deputy Superintendent of Operations, Security and Support Services for the Suffolk County Sheriff's Department.

2. Prior to my current position I was the Assistant Deputy Superintendent of Investigations for the Sheriff's Investigation Division (SID) of the Suffolk County Sheriff's Department. (Department)

2. SID is the primary internal investigative authority responsible for conducting investigations into matters that may result in discipline of employees (Administrative Investigations) or criminal complaints (Criminal Investigations).

3. Documents and reports received by SID are not filed according to the author of the report.

5. Documents or reports received by SID that relate to an ongoing investigation or warrant the initiation of an investigation are filed according to that investigation with a corresponding number.

6. In approximately February 2003 all files relating to closed SID investigations (approximately fifteen file drawers) were moved from the House of Corrections (HOC) to the Nashua Street Jail (NSJ) for storage. These files contain tens of thousands of pages of documents.

1

2

7.	Between February 2003 and June 2003, SID initiated approximately ten investigations. The files relating to those investigations are stored at the HOC and the NSJ.

8.	Documents or records received by SID that do not relate to an ongoing investigation or warrant the initiation of an investigation were filed in monthly folders. These monthly folders contain numerous documents pertaining to the daily operations of the Department, including Shift Rap Sheets prepared by Shift Commanders, Disciplinary Reports, Use of Force Reports, Incident Reports, Emergency Furlough Requests, and Official Requests to Visit Inmates. At present there are twelve file drawers in SID filled with monthly folders that contain tens of thousands of pages of documents that are not filed by type of document or author.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

_____
Stephen F. Jacobs

Dated: September 23, 2005

2