UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER,<br>    Plaintiff<br><br>        v.<br><br>ANDREA CABRAL, SUFFOLK<br>COUNTY SHERIFF'S DEPARTMENT,<br>SUFFOLK COUNTY, and<br>CORRECTIONAL MEDICAL<br>SERVICES, INC.<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-11935-DPW<br>)<br>)<br>)<br>)<br>)<br>)  |

### DEFENDANTS ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT AND SUFFOLK COUNTY'S MOTION FOR LEAVE TO FILE REPLY BRIEF

The Defendants Andrea Cabral, Suffolk County Sheriff's Department and Suffolk County respectfully request leave to file a reply brief in support of its Motion for Summary Judgment. As grounds therefore, the Defendants state that the reply brief will briefly respond to arguments raised by the Plaintiff in her 64 page Opposition to the Defendants' Motion for Summary Judgment.

                                    Respectfully submitted
                                    For all DEFENDANTS
                                    By their attorney

                                    /s/ Ellen M. Caulo
                                    Ellen M. Caulo, BBO #545250
                                    Deputy General Counsel
                                    Suffolk County Sheriff's Department
                                    200 Nashua Street
                                    Boston, MA 02114

Date: November 28, 2005