42

|    |   |                                                                  |
|----|---|------------------------------------------------------------------|
| 1  |   | different ways, differently than they do now.                    |
| 2  | Q | By back then, you are referring to June,                         |
| 3  |   | 2003?                                                            |
| 4  | A | From the beginning of the Cabral                                 |
| 5  |   | administration -- it was constantly evolving.                    |
| 6  | Q | I'm referring specifically to in June, 2003.                     |
| 7  |   | Are the individuals who were in supervisory                      |
| 8  |   | positions in June, 2003, different than the                      |
| 9  |   | people who are now?                                              |
| 10 | A | Yes.                                                             |
| 11 | Q | At what point was it determined that                             |
| 12 |   | Mrs. Porter should be barred from the House                      |
| 13 |   | of Corrections?                                                  |
| 14 | A | When that decision was made?                                     |
| 15 | Q | Yes.                                                             |
| 16 | A | It was either made on June 9th or June 10th.                     |
| 17 |   | I can't be sure of the date.                                     |
| 18 | Q | Who made that decision?                                          |
| 19 | A | Sheriff Cabral.                                                  |
| 20 | Q | Were you involved in the decision to bar                         |
| 21 |   | Miss Porter?                                                     |
| 22 | A | I was involved in the sense that I had a                         |
| 23 |   | conversation with the Sheriff and then                           |
| 24 |   | communicated the decision to Deputy                              |

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

43

|    |   |                                                              |
|----|---|--------------------------------------------------------------|
| 1  |   | Superintendent Mary Ellen Mastrorilli.                       |
| 2  | Q | Your conversation with the Sheriff, was that                 |
| 3  |   | a telephone call or a meeting?                               |
| 4  | A | My recollection, it was in person, in her                    |
| 5  |   | office.                                                      |
| 6  | Q | Was anybody else in the room?                                |
| 7  | A | No.                                                          |
| 8  | Q | Tell me everything you remember about that                   |
| 9  |   | conversation.                                                |
| 10 | A | My recollection is the Sheriff had come in to                |
| 11 |   | the office, and I had an opportunity to speak                |
| 12 |   | to her about some matters. At some point --                  |
| 13 |   | I don't know whether I raised it or she                      |
| 14 |   | raised it, but we were discussing                            |
| 15 |   | Nurse Porter. I gave her my opinion or I                     |
| 16 |   | related to her the facts and circumstances                   |
| 17 |   | that I understood about her involvement in                   |
| 18 |   | the Rene Rosario matter, and the Sheriff                     |
| 19 |   | asked me a question about what's the                         |
| 20 |   | procedure or process for barment?                            |
| 21 |   | My memory is that I said to her the                          |
| 22 |   | contract worker is called in, is informed                    |
| 23 |   | that they are going to be barred from the                    |
| 24 |   | facility, and that a written is notice is                    |

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

166

1    U.S. Attorney's Office could work together
2    and discuss how that was going to happen.
3  Q Were you told that the government was
4    interested in learning facts concerning the
5    barring of Mrs. Porter?
6  A No.
7  Q So Mrs. Porter's name didn't come up in this
8    initial call to you to set up the meeting?
9  A No, that's not true. Gerry Leone and I spoke
10   about Sheila Porter. He asked me what
11   happened with that situation. I told him
12   essentially what I've said today, the reasons
13   and the investigation into Rene Rosario's
14   allegations. He said, "Well, okay, you know,
15   this is probably a good time to meet. The
16   U.S. Attorney would like to sit down with the
17   Sheriff." To my knowledge, they hadn't met
18   before and to talk about these issues. They
19   had met before, but to talk about issues
20   about the department and so on; and that
21   Kenneth Kaiser was going to be in town next
22   week.
23 Q Did Mr. Leone indicate to you that the
24   circumstances of Mrs. Porter's barring would

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

167

| | | |
|---|---|---|
| 1 | | be discussed at the June 16th meeting? |
| 2 | A | No, he did not. He said that the meeting was |
| 3 | | to introduce the parties and to see if we |
| 4 | | could come to some agreement as to how these |
| 5 | | relationships were going to go forward in the |
| 6 | | future. |
| 7 | Q | During this call he asked you what had |
| 8 | | happened with respect to Mrs. Porter? Is |
| 9 | | that a fair characterization? |
| 10 | A | Yes. |
| 11 | Q | And you explained what had happened? |
| 12 | A | I did. |
| 13 | Q | What did he say in response? |
| 14 | A | He said, oh, okay -- I don't remember exactly |
| 15 | | what he said, but he may have asked me a few |
| 16 | | more questions. And there was not a lengthy |
| 17 | | conversation about it. He said well -- |
| 18 | | something to the effect of "well this is a |
| 19 | | good time then for us to sit down". |
| 20 | Q | Who attended the June 16th meeting? |
| 21 | A | Myself, Sheriff Cabral, then Deputy |
| 22 | | Superintendent Viktor Theiss from the |
| 23 | | department. Present at the meeting was |
| 24 | | Kenneth Kaiser, a special agent whose name I |

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922