55

1  after you arrived at the House of
2  Corrections; is that fair to say?
3  A  Yes.
4  Q  What was your impression of Miss Porter?
5  A  That she was a good nurse practitioner.
6     She's someone who provided good care to the
7     inmates. I know that she advocated to have
8     the women have their own clinic up in the
9     10th floor. We were constantly grappling
10    with the issue of getting the female inmates
11    equal access to medical care, because they're
12    housed on the 10th and 11th floor of
13    Building 1, it's difficult to bring them
14    downstairs to the clinic.
15       We also have concerns about having male
16    and female inmates together. Donna Jurdak,
17    who was the health services administrator at
18    the time, had come to me and said that Sheila
19    wanted to reestablish the clinic at the back
20    of the 1102 unit, which we had provided the
21    office space to do.
22       That wasn't Sheila's only function, but
23    she was primarily the NP that cared for the
24    women. And she also cared for the inmates.

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

56

1  Q   So you implemented her recommendation that
2      their be a separate unit for the female
3      inmates who were treated by the medical
4      staff?
5  A   Yes.
6  Q   Were you satisfied with her job performance?
7  A   Yes.
8  Q   Did she have a good reputation among the
9      staff?
10 A   She had a reputation of a qualified nurse
11     practitioner, someone who would put in the
12     hours that were necessary.  She would ensure,
13     even if there were a lot of inmates on the
14     list, that she would see them all and make
15     sure they got care.
16 Q   Did you ever have any problems with
17     Miss Porter with respect to her job
18     performance?
19 A   No.
20 Q   I believe you testified that you weren't
21     aware that she had had any communications
22     with the FBI until the summer of 2003; is
23     that right?
24 A   Yes.

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

```
                                                               148

 1         time.
 2    Q    Is there orientation and training that is
 3         provided by the House of Corrections to new
 4         independent contractors in the medical
 5         services area?
 6    A    They're given a limited number of policies,
 7         the policies that we think are crucial, and
 8         they are given a tour usually by the HSA or
 9         one of the nurses to show them around the
10         buildings.  It's a big facility, so it's easy
11         to get lost when you're first there.  They
12         are given generally a brief orientation, but
13         I would say they're abiding by CMS's rules.
14         And we let CMS know what rules we expect them
15         to abide by, so that they can perform
16         efficiently at the House of Corrections.
17    Q    Is it your understanding that they are
18         trained as well before they start to work in
19         the prison?
20              MS. CAULO:  Objection.
21              MS. HARVEY:  Objection.
22    Q    Is it your understanding that medical
23         personnel would receive training with respect
24         to providing medical care in a prison before
```

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

149

```
 1              they start working at Suffolk County?
 2       A      By CMS?
 3       Q      At all, do they receive any training?
 4       A      I think any nurse or nurse practitioner would
 5              receive some sort of orientation where they
 6              would shadow somebody.  Again, that's
 7              something that's, if it's our employee, we're
 8              training them.  We give them a very general,
 9              here is the rules; you can abide by them.  We
10              allow them to talk to CMS about what CMS's
11              rules are.
12       Q      If it's a department employee, there is
13              specific training that they would undergo?
14       A      Yes.
15       Q      And that would be administered by the
16              department?
17       A      Yes.  For example, all our new recruits
18              undergo nine weeks of training before they
19              are put into a unit.  The nurses don't
20              receive nine weeks of training before they go
21              into a unit.  It's completely different.
22       Q      Is it the case that for CMS employees who are
23              working in a medical area at Suffolk any
24              training that they receive is that
```

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

150

1      administered exclusively by CMS?
2   A  Not all the time. There may be training
3      classes that we have that we may invite them
4      to participate in. There informal
5      orientation that's given usually by someone
6      of rank. Sometimes it's the medical
7      supervisor who is a sergeant or a captain
8      that will say "here is the rules; here is
9      your policy; read them to make sure you
10     understand them; if you have any questions
11     about security, you can come and ask me about
12     it".
13        But it's completely different than the
14     training that our staff goes through.
15  Q  Do you provide guidance to CMS in terms of
16     what you expect in terms of training for
17     medical personnel?
18  A  There is language in the contract that talks
19     about the training that they provide us. As
20     part of the contract, they provide mental
21     health training to our employees. I know
22     they have hepatitis shots and things like
23     that, but I don't think there is any
24     guidelines to say they need to go to 40 hours

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

151

1        of training before they can work in a unit.
2 Q   But the content of any training that CMS
3        medical personnel would receive, does the
4        prison provide guidance to CMS in terms of
5        what it expects?
6 A   No, again, we have per diem nurses that are
7        hired on a day-to-day basis. That's
8        something we don't like to see a whole lot
9        of, because typically they will need more
10       guidance from our staff as to where to go to
11       administer the meds.
12 Q  Any training that CMS personnel would
13       undergo, where does that take place?
14 A  The orientation takes place at the House of
15       Corrections, at 20 Bradston Street.
16 Q  How long is the orientation? How long is the
17       orientation?
18 A  I'd say probably a couple of hours.
19 Q  You said there is a tour of the prison?
20 A  Yes.
21 Q  Is that the same day?
22 A  Usually, your first day, yes.
23 Q  And any additional training that CMS
24       employees undergo in terms of working in a

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

```
                                                              152
 1         correctional environment?
 2    A    No, I mean, they have to abide by their
 3         continuing education credits that are needed
 4         by their license, but as far as we require,
 5         no.
 6    Q    That's what I'm asking.  You just have the
 7         initial training before they first start
 8         working?
 9    A    No, they get our policy, and they are told
10         here is our policies; if you have any
11         questions, let me know.
12    Q    So you don't know anything about any other
13         training that CMS employees receive before
14         starting at the prison?
15    A    No.
16    Q    Would anybody else within the department know
17         about that training?
18    A    I mean, we don't require any training.
19         Basically, the nurses or the medical staff
20         have to be able to provide the care.  How CMS
21         or PHS provides that, that's up to them.  If
22         there is a problem with performance, that's
23         when we get involved.  If there is an issue
24         with a nurse doing something he or she
```

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922