23

1  Q   Had you ever attempted to bar anyone and had
2      anyone in the Sheriff's Office say to you,
3      no, you can't?
4  A   I don't recall that. The way a bar works is
5      if I'm aware of a situation that may warrant
6      a bar, I would always kick it up to my
7      superiors. I did not have the authority to
8      actually bar someone from entering the
9      facility. It would be maybe at my
10     suggestion, or it would be my raising the
11     issue. And then the directive would be given
12     to me whether to bar or not to bar.
13 Q   Was there ever an occasion where you tried to
14     bar somebody and essentially got caught
15     because you hadn't elevated it up and,
16     therefore, had a discussion or were counseled
17     by the Sheriff or anything for your
18     misconduct? Did that ever happen?
19 A   Not that I can remember.
20 Q   After you prepared and sent this memorandum
21     to Superintendent Bradley, did you get a
22     response back from him, do you know?
23 A   I don't recall.
24 Q   At some point, did you receive the report

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922