This letter has a threefold purpose; to provide a written report of incidents of damage to my property; to request some protection from additional vandalism toward my property; and finally to seek some assurance that the facility administration will do their utmost to provide safety for my person and my property while at SCHOC.

On or about Friday, May 20th my beige Mazda Protege was parked on Topeka Street behind the Food Bank, and across from the parking area for Hobil Management. My usual parking spot, along the fence at the far end of Atkinson St. was not available because of construction in the area. I work 7AM-4PM Monday through Friday as a Nurse Practitioner, and have been at SCHOC for about seven years.

On returning home on the 20th, after pulling my car into the garage, I noted a broken taillight on the (R) rear. I also saw a few "dings" on the (R) back door and fender, and a sticky yellow substance on the (R) front door. After the holiday weekend, I stopped at a garage on my way home from work to check on getting the taillight repaired. The garage owner noted a total of eight dents along the (R) side of the car, three on the roof, and the broken light. He felt the dents were caused by a heavy object such as a tire iron or hammer, and because of the number and placement of the dents concluded the damage was intentional.

This vandalism occurred the same week that the Boston Globe ran a series of three articles about some alleged illegalities @ SCHOC. Because of my job, I have been and will be involved in the investigation of the above

SP 183

The coincidence of timing prompted me to report the damage to my supervisor Anna Jordah HSI, Gerald Horgan, dept superintendent and the Boston Police.

Again, on or about June 21st, my car was again damaged, with a large scratch appearing on the (L) front hood and the (L) front door lock jammed, again deliberately vandalized.

My insurance company estimated the cost of repair of the initial damage at approximately $1,650.00. The adjuster documented the damage one week after the occurrence. My insurance has a $300.00 deductible with each occurrence. The additional damage requires the replacement of the door lock and the repair of the dent and scratches on the hood. My out of pocket expenses will be 600.00 of the approximately $2100.00 worth of damage.

It is my feeling that these acts of vandalism were in retaliation for my past, present, and future testimony involving investigation of sexual and physical abuse against SCHOC inmates. I have been questioned, subpoenaed, deposed and called to testify in these matters and am expecting to be called again in the near future.

As the investigations, hearings, and such escalate, I am concerned that the vandalism may also escalate. My property is obviously not safe which leads me to worry about my personal safety. When I began working in corrections, my family's main concern was that I might be in danger from the inmates. It saddens me to inform you that I do indeed feel a threat, but not from present or former inmates.

SP 184