| APPLICATION FOR COMPLAINT | ☒ ADULT ☐ JUVENILE | NUMBER | | Trial Court of Massachusetts District Court Department |
|---|---|---|---|---|
| ☐ ARREST ☐ HEARING ☐ SUMMONS ☐ WARRANT | | | | COURT DIVISION |

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

Roxbury District Court
85 Warren Street
Roxbury, Ma. 02119

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 5-25-001 | 4-19-99 | Suffolk House of Correction |

**NAME OF COMPLAINANT:** Deyanira Feliz

**ADDRESS AND ZIP CODE OF COMPLAINANT:** 128 Willow Street, Cambridge, MA 02141

| NO. | OFFENSE | G.L. Ch. and Sec |
|---|---|---|
| 1. | Assault and Battery on public officer | MGL c. 265 s.13D |
| 2. | ~~Assault and Battery~~ | |
| 3. | | |
| 4. | | |

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT:** Richard Powers, 24 Windsor Road, Milford, MA 01757

COURT USE ONLY — A hearing upon this complaint application will be held at the above court address on **June 19, 2001** AT **8:30 am**

**CASE PARTICULARS — BE SPECIFIC**

| NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OR PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|
| Deyanira Feliz | — | — | A TRUE COPY ATTEST [signature] ASST. CLERK MAGISTRATE |

**OTHER REMARKS:** Richard Powers assaulted me by striking me deliberately with a steel door while I was on duty at the Suffolk House of Correction, where Powers and I were both correctional officers at the time of the assault. The assault took place after I objected to Powers' continued improper intimacy with female inmates, including Ellen Wilson, an inmate under my charge. Powers was subsequently fired for misconduct with female inmates.

x [signature] SIGNATURE OF COMPLAINANT

**DEFENDANT IDENTIFICATION INFORMATION** — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|

| OCCUPATION | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|
| formerly correctional officer | formerly Suffolk House of Correction | | |

**COURT USE ONLY**

| DATE | DISPOSITION | AUTHORIZED BY |
|---|---|---|
| | NO PROCESS TO ISSUE ☐ At request of complainant ☐ Complainant failed to prosecute ☐ Insufficient evidence having been presented | |
| 5-25-01 | PROCESS TO ISSUE ☒ Sufficient evidence presented ☐ Defendant failed to appear | TYPE OF PROCESS ☐ Warrant ☒ Summons returnable |
| | ☐ Continued to _____ | |

COMMENTS

COURT COPY