UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER, <br>       Plaintiff <br> v. <br><br> ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, SUFFOLK COUNTY, and CORRECTIONAL MEDICAL SERVICES, INC., <br><br>       Defendants | Civil Action No. 04-11935-DPW |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of the defendants, Andrea Cabral, Suffolk County Sheriff's Department, Elizabeth Keeley, and Viktor Theiss, in the above-identified matter for the sole purpose of filing and arguing the OPPOSITION OF SUFFOLK COUNTY SHERIFF ANDREA CABRAL, ELIZABETH KEELEY, VIKTOR THEISS, AND THE SUFFOLK COUNTY SHERIFF'S DEPARTMENT TO SHEILA PORTER'S PETITION FOR DISCLOSURE OF GRAND JURY TRANSCRIPTS filed on Tuesday, November 29, 2005.

Respectfully submitted,

/s/ Paige Scott Reed
Paige Scott Reed, BBO #637905
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Date:_____