UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SHEILA J. PORTER** ) | |
| ) | CIV. NO. |
| v.   ) | 04-11935-DPW |
| ) | |
| **ANDREA CABRAL et al.** ) | |

## LIMITED NOTICE OF APPEARANCE

The United States of America, by and through Assistant United States Attorney John T. McNeil, enters its appearance for the limited purpose of responding to Sheila J. Porter's Petition for Disclosure (Docket No. 143), and subject to the procedural objections outlined in its response.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ John T. McNeil
JOHN T. McNEIL
Assistant U.S. Attorney
Office of the United States Attorney
U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, Ma 02110
617-748-3242
John.McNeil@usdoj.gov