UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11935DPW

| | |
|---|---|
| SHEILA J. PORTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, SUFFOLK COUNTY, and CORRECTIONAL MEDICAL SERVICES, INC., | ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given by the defendant, Correctional Medical Services, Inc. ("CMS") that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only. The original documents are maintained in the case file in the Clerk's Office.

**Exhibit A** to Affidavit of Alexandra B. Harvey submitted in support of Defendant Correctional Medical Services, Inc.'s Motion For Costs Incurred in Preparing Portion of Defendant's Motion for Summary Judgment Regarding Plaintiff's Claim For Intentional Infliction of Emotional Distress, including:

> The Defendant,
> CORRECTIONAL MEDICAL
> SERVICES, INC.,
> By its attorneys,
>
> __/s/ Alexandra B. Harvey_____
> Alexandra B. Harvey, BBO # 548944
> Jennifer A. Norton, BBO # 658878
> ADLER, COHEN, HARVEY,
> WAKEMAN & GUEKGUEZIAN, LLP
> 75 Federal Street
> Boston, MA  02110
> (617) 423-6674