UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11935DPW

|  |  |
|---|---|
| SHEILA J. PORTER, | ) |
| Plaintiff, | ) |
| v. | ) |
| ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, SUFFOLK COUNTY, and CORRECTIONAL MEDICAL SERVICES, INC., | ) |
| Defendants. | ) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given by the defendant, Correctional Medical Services, Inc. ("CMS") that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only. The original documents are maintained in the case file in the Clerk's Office.

Exhibits to Affidavit of Alexandra B. Harvey submitted in support of Defendant Correctional Medical Services, Inc.'s Motion For Costs Incurred in Preparing Portion of Defendant's Motion for Summary Judgment Regarding Plaintiff's Claim For Intentional Infliction of Emotional Distress, including:

  Exhibit 1:   Portion of Plaintiff's Response to CMS' Statement of Undisputed Facts

  Exhibit 2:   Declaration of Sheila Porter

  Exhibit 3:   Portions of Deposition of Sheila Porter, Volume I.

2

        The Defendant,
        CORRECTIONAL MEDICAL
        SERVICES, INC.,
        By its attorneys,

        __/s/ Alexandra B. Harvey_____
        Alexandra B. Harvey, BBO # 548944
        Jennifer A. Norton, BBO # 658878
        ADLER, COHEN, HARVEY,
        WAKEMAN & GUEKGUEZIAN, LLP
        75 Federal Street
        Boston, MA  02110
        (617) 423-6674