1                                    VOL:  I
                                PAGES: 1-172
2                              EXHIBITS: 1-4

3

4              UNITED STATES DISTRICT COURT

5            FOR THE DISTRICT OF MASSACHUSETTS

6    * * * * * * * * * * * * * * * *
     SHEILA J. PORTER,              *
7                    Plaintiff      *
           -vs-                     *   Civil Action
8    ANDREA CABRAL; SUFFOLK COUNTY  *   No. 04-11935-DPW
     SHERIFF'S DEPARTMENT; SUFFOLK  *
9    COUNTY and CORRECTIONAL MEDICAL *
     SERVICES, INC.,                *
10                   Defendants     *
     * * * * * * * * * * * * * * * *
11

12

13       DEPOSITION OF GERARD HORGAN, a witness
14   called on behalf of the Plaintiff, in the
     above-captioned matter, said deposition being
15   taken pursuant to the Federal Rules of
     Civil Procedure, before Patricia M.
16   McLaughlin, a Certified Shorthand Reporter and
     Notary Public in and for the Commonwealth of
17   Massachusetts, at the offices of Goodwin Procter
     LLP, Exchange Place, Boston, Massachusetts, on
18   Friday, May 13, 2005, commencing at 10:05 a.m.

19

20

21

22       McLAUGHLIN & ASSOCIATES COURT REPORTERS
             92 DEVIR STREET, SUITE 304
23          MALDEN, MASSACHUSETTS  02148
                  781.321.8922
24             WWW.E-STENOGRAPHER.COM

55

1        after you arrived at the House of

2        Corrections; is that fair to say?

3    A   Yes.

4    Q   What was your impression of Miss Porter?

5    A   That she was a good nurse practitioner.

6        She's someone who provided good care to the

7        inmates.  I know that she advocated to have

8        the women have their own clinic up in the

9        10th floor.  We were constantly grappling

10       with the issue of getting the female inmates

11       equal access to medical care, because they're

12       housed on the 10th and 11th floor of

13       Building 1, it's difficult to bring them

14       downstairs to the clinic.

15            We also have concerns about having male

16       and female inmates together.  Donna Jurdak,

17       who was the health services administrator at

18       the time, had come to me and said that Sheila

19       wanted to reestablish the clinic at the back

20       of the 1102 unit, which we had provided the

21       office space to do.

22            That wasn't Sheila's only function, but

23       she was primarily the NP that cared for the

24       women.  And she also cared for the inmates.

56

1    Q    So you implemented her recommendation that

2         their be a separate unit for the female

3         inmates who were treated by the medical

4         staff?

5    A    Yes.

6    Q    Were you satisfied with her job performance?

7    A    Yes.

8    Q    Did she have a good reputation among the

9         staff?

10   A    She had a reputation of a qualified nurse

11        practitioner, someone who would put in the

12        hours that were necessary.  She would ensure,

13        even if there were a lot of inmates on the

14        list, that she would see them all and make

15        sure they got care.

16   Q    Did you ever have any problems with

17        Miss Porter with respect to her job

18        performance?

19   A    No.

20   Q    I believe you testified that you weren't

21        aware that she had had any communications

22        with the FBI until the summer of 2003; is

23        that right?

24   A    Yes.

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

148

```
 1        time.
 2    Q    Is there orientation and training that is
 3         provided by the House of Corrections to new
 4         independent contractors in the medical
 5         services area?
 6    A    They're given a limited number of policies,
 7         the policies that we think are crucial, and
 8         they are given a tour usually by the HSA or
 9         one of the nurses to show them around the
10         buildings.  It's a big facility, so it's easy
11         to get lost when you're first there.  They
12         are given generally a brief orientation, but
13         I would say they're abiding by CMS's rules.
14         And we let CMS know what rules we expect them
15         to abide by, so that they can perform
16         efficiently at the House of Corrections.
17    Q    Is it your understanding that they are
18         trained as well before they start to work in
19         the prison?
20             MS. CAULO:  Objection.
21             MS. HARVEY:  Objection.
22    Q    Is it your understanding that medical
23         personnel would receive training with respect
24         to providing medical care in a prison before
```

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

149

```
 1          they start working at Suffolk County?

 2     A    By CMS?

 3     Q    At all, do they receive any training?

 4     A    I think any nurse or nurse practitioner would

 5          receive some sort of orientation where they

 6          would shadow somebody.  Again, that's

 7          something that's, if it's our employee, we're

 8          training them.  We give them a very general,

 9          here is the rules; you can abide by them.  We

10          allow them to talk to CMS about what CMS's

11          rules are.

12     Q    If it's a department employee, there is

13          specific training that they would undergo?

14     A    Yes.

15     Q    And that would be administered by the

16          department?

17     A    Yes.  For example, all our new recruits

18          undergo nine weeks of training before they

19          are put into a unit.  The nurses don't

20          receive nine weeks of training before they go

21          into a unit.  It's completely different.

22     Q    Is it the case that for CMS employees who are

23          working in a medical area at Suffolk any

24          training that they receive is that
```

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

150

```
 1          administered exclusively by CMS?

 2     A    Not all the time.  There may be training

 3          classes that we have that we may invite them

 4          to participate in.  There informal

 5          orientation that's given usually by someone

 6          of rank.  Sometimes it's the medical

 7          supervisor who is a sergeant or a captain

 8          that will say "here is the rules; here is

 9          your policy; read them to make sure you

10          understand them; if you have any questions

11          about security, you can come and ask me about

12          it".

13              But it's completely different than the

14          training that our staff goes through.

15     Q    Do you provide guidance to CMS in terms of

16          what you expect in terms of training for

17          medical personnel?

18     A    There is language in the contract that talks

19          about the training that they provide us.  As

20          part of the contract, they provide mental

21          health training to our employees.  I know

22          they have hepatitis shots and things like

23          that, but I don't think there is any

24          guidelines to say they need to go to 40 hours
```

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

151

```
 1          of training before they can work in a unit.
 2     Q    But the content of any training that CMS
 3          medical personnel would receive, does the
 4          prison provide guidance to CMS in terms of
 5          what it expects?
 6     A    No, again, we have per diem nurses that are
 7          hired on a day-to-day basis.  That's
 8          something we don't like to see a whole lot
 9          of, because typically they will need more
10          guidance from our staff as to where to go to
11          administer the meds.
12     Q    Any training that CMS personnel would
13          undergo, where does that take place?
14     A    The orientation takes place at the House of
15          Corrections, at 20 Bradston Street.
16     Q    How long is the orientation?  How long is the
17          orientation?
18     A    I'd say probably a couple of hours.
19     Q    You said there is a tour of the prison?
20     A    Yes.
21     Q    Is that the same day?
22     A    Usually, your first day, yes.
23     Q    And any additional training that CMS
24          employees undergo in terms of working in a
```

McLAUGHLIN & ASSOCIATES COURT REPORTERS-781.321.8922

152

```
 1        correctional environment?
 2     A  No, I mean, they have to abide by their
 3        continuing education credits that are needed
 4        by their license, but as far as we require,
 5        no.
 6     Q  That's what I'm asking.  You just have the
 7        initial training before they first start
 8        working?
 9     A  No, they get our policy, and they are told
10        here is our policies; if you have any
11        questions, let me know.
12     Q  So you don't know anything about any other
13        training that CMS employees receive before
14        starting at the prison?
15     A  No.
16     Q  Would anybody else within the department know
17        about that training?
18     A  I mean, we don't require any training.
19        Basically, the nurses or the medical staff
20        have to be able to provide the care.  How CMS
21        or PHS provides that, that's up to them.  If
22        there is a problem with performance, that's
23        when we get involved.  If there is an issue
24        with a nurse doing something he or she
```