UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER<br><br>Plaintiff,<br><br>v.<br><br>ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, SUFFOLK COUNTY, and CORRECTIONAL MEDICAL SERVICES<br><br>Defendant. | Civil Action No.04-11935-DPW |

## DISMISSAL OF COUNT VII

Plaintiff Sheila J. Porter ("Mrs. Porter") hereby dismisses Count VII of her Amended Complaint, a claim for violation of the Massachusetts Civil Rights Act, M.G.L. c. 12 §§ 11H and I, against Defendants Andrea Cabral and Correctional Medical Services, Inc.

Respectfully Submitted,

SHEILA J. PORTER,

By her attorneys,

*/s/ David S. Schumacher*
Joseph F. Savage, Jr. (BBO #443030)
David S. Schumacher (BBO #647917)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

Dated: December 9, 2005

LIBA/1655070.1

1