UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SHIELA PORTER,<br>    Plaintiff<br><br>v.<br><br>ANDREA CABRAL,<br>SUFFOLK COUNTY SHERIFF'S<br>DEPARTMENT AND SUFFOLK<br>COUNTY,<br>    Defendants | Civil Action No. 04-11935-DPW |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for Defendants Andrea Cabral, Suffolk County Sheriff's Department and Suffolk County in the above matter.

Respectfully submitted,
For Defendants Andrea Cabral,
Suffolk County Sheriff's Department
and Suffolk County,
By their attorney

/s/ James M. Davin_____
James M. Davin, BBO# 566973
Deputy General Counsel
Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA 02114
(617) 961-6679