UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER<br><br>      Plaintiff,<br><br>v.<br><br>ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, and SUFFOLK COUNTY<br><br>      Defendant. | Civil Action No.04-11935-DPW |

**PLAINTIFF SHEILA PORTER'S PROPOSED JURY VERDICT SHEET**

**I.**  **Federal Civil Rights (§ 1983) Claim Against Andrea Cabral**

    A.    Did defendant Andrea Cabral violate plaintiff Sheila Porter's federal constitutional rights under color of state law?

Yes _____     No _____

    B.    What compensatory damages (if any) do you award to plaintiff against defendant Andrea Cabral?

_____

    C.    Do you award prejudgment interest to plaintiff against defendant Andrea Cabral?

Yes _____     No _____

    D.    What punitive damages (if any) do you award to plaintiff against defendant Andrea Cabral?

_____

**II.**  **Federal Civil Rights (§ 1983) Claim Against Suffolk County**

    A.    Did defendants Suffolk County violate plaintiff Sheila Porter's federal

constitutional rights under color of state law?

Yes _____        No _____

      B.    What compensatory damages (if any) do you award to plaintiff against defendant Suffolk County?

_____

      C.    Do you award prejudgment interest to plaintiff against defendant Suffolk County?

Yes _____        No _____

**III.** **Federal Civil Rights (§ 1983) Claim Against Suffolk County Sheriff's Department**

      A.    Did defendant Suffolk County Sheriff's Department violate plaintiff Sheila Porter's federal constitutional rights under color of state law?

Yes _____        No _____

      B.    What compensatory damages (if any) do you award to plaintiff against defendant Suffolk County Sheriff's Department?

_____

      C.    Do you award prejudgment interest to plaintiff against defendant Suffolk County sheriff's Department?

Yes _____        No _____

**III.** **Tortious Interference Claim Against Andrea Cabral**

      A.    Did defendant Andrea Cabral tortiously interfere with plaintiff Sheila Porter's advantageous relations?

Yes _____        No _____

      B.    What compensatory damages (if any) do you award to plaintiff against defendant Andrea Cabral?

_____

**IV.     Defamation Claim Against Andrea Cabral**

A.   Did statements attributable to Andrea Cabral in the Suffolk County Sheriff's Department Press Release that was broadcast by Channel 5, taken in context, defame Mrs. Porter?

Yes _____        No _____

B.   Did defendant Andrea Cabral's statements at the September 8, 2004 debate with Steven Murphy, taken in context, defame Mrs. Porter?

Yes _____        No _____

C.   Did statements attributable to Andrea Cabral in the October 31, 2004 *Boston Globe Magazine* article entitled "the New Enforcers," taken in context, defame Mrs. Porter?

Yes _____        No _____

D.   What compensatory damages (if any) do you award to plaintiff against defendant Andrea Cabral?

_____

Respectfully submitted,

SHEILA PORTER

By her attorneys,

*/s/ Joseph F. Savage, Jr.*
Joseph F. Savage Jr. (BBO # 443030)
David S. Schumacher (BBO # 647917)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
(617) 570-1000

Dated: January 3, 2005

3