# EXHIBIT A

# Suffolk County Sheriff's Department
## Sheriff's Investigation Division (SID)
## Incident Report

Page 1 of 1

| | |
|---|---|
| SID Incident #: | N/A |
| Date of Incident: | 5/21/03 |
| Time of Incident: | Approx 0930 hours |
| Incident Location: (HOC, NSJ, or Other) | NSJ |

| | |
|---|---|
| Reporting Investigator: | Stan Wojtkonski |
| Type of Incident: | Conversation with FBI |
| Investigation # (if any): | N/A |
| Date Report Filed: | 5/23/03 |

**Unit or Street Address:**
200 Nashua Street, in front of NSJ.

**Other SID Investigators Involved:**
Viktor Theiss, Deputy Superintendent of SID

**SCSD Staff Members Involved:**
Unknown Medical Staff member

**Inmates Involved:**
I/M ███ R███, #███

**Narrative**

On May 21, 2003, at approximately 0930 hours, Investigator Stan Wojtkonski exited Nashua Street Jail and approached a car in front of the facility driven by Special Agent ███ Snyder of the FBI, and contained S/A Julia Cowley of the FBI as a passenger. The purpose of this interaction was to provide S/A Cowley with discoverable materials related to an ongoing criminal case in U.S. District Court that had been jointly investigated by SID and the FBI. During this exchange, S/A Snyder informed Investigator Wojtkonski that she had received a call at approximately 5:00 pm last night (5/20/03), from a member of the medical staff at the Sheriff's Department. S/A Snyder stated that this person told her that they had witnessed an examination of I/M R███ on 5/19/03. A person named "Beth" had performed this medical examination. This person informed S/A Snyder that they had witnessed bruising to I/M Rosario's neck, chest, and under his arm that they did not feel were consistent with self inflicted wounds. According to S/A Snyder, the observation of I/M R███'s injuries disturbed this medical staff member enough that she notified S/A Snyder about them. S/A Snyder would not reveal the identity of the medical staff member, but stated that if SID investigators interviewed medical staff, they should be able to ascertain the person's identity. S/A Snyder stated that I/M R███ was a key witness in a federal trial that had just occurred involving several corrections officers from Nashua Street Jail. If I/M R███'s injuries were proven to be from a corrections officer, then the FBI would consider the assault to be tampering with a federal witness. S/A Snyder asked that she be kept updated on the R███ investigation. Investigator Wojtkonski then returned back to Nashua Street Jail, where he was attending First Responder Training with other members of SID. At the next break, Investigator Wojtkonski notified Deputy Superintendent of SID Viktor Theiss of the conversation he had just had with S/A Snyder. END REPORT

Reporting Investigator's Signature                               Date

Supervisor's Name and Signature                                  Date

000791

# EXHIBIT B

# Suffolk County Sheriff's Department
## Sheriff's Investigation Division (SID)
## Incident Report

Page 1 of 2

| Field | Value |
|---|---|
| SID Incident #: | N/A |
| Date of Incident: | 5/23/03 |
| Time of Incident: | Approx. 1330 hours |
| Incident Location: (HOC, NSJ, or Other) | HOC |

| Field | Value |
|---|---|
| Reporting Investigator: | Stan Wojtkonski |
| Type of Incident: | Phone conversation |
| Investigation # (if any): | N/A |
| Date Report Filed: | 5/23/03 |

**Unit or Street Address:**
SID Office via phone

**Other SID Investigators Involved:**
Brian Dacey, Stephen Jacobs, Russell Roberts

**SCSD Staff Members Involved:**
N/A

**Inmates Involved:**
[redacted] R[redacted], #[redacted]

**Narrative**

On May 23, 2003, at approximately 1330 hours, Investigator Russell Roberts informed Investigator Wojtkonski that he had Special Agent Crysta Snyder on the line, and she wished to speak with him. Investigator Wojtkonski got on the phone with S/A Snyder, who asked him for an update on the investigation looking into I/M [redacted] R[redacted]'s complaint of being assaulted by a corrections officer on 5/19/03. Investigator Wojtkonski informed her that two SID investigators had been working on the case for the past several days. She was also informed that [redacted] R[redacted] was interviewed by SID investigators on 5/22/03, and pictures of his injuries were taken at that time. S/A Snyder was informed that investigators had not found the injuries that her confidential source had reported to her, on the throat and chest of I/M R[redacted]. Investigator Wojtkonski informed S/A Snyder that the evidence gathered so far, including the injuries that were photographed, did not seem to correspond to I/M R[redacted]'s statement that he was kicked. S/A Snyder was notified that investigators were continuing to interview witnesses, and should have results from the investigation next week.

Investigator Wojtkonski also notified S/A Snyder that a possible complication of this investigation had arisen. On 5/21/03, S/A Snyder had notified Investigator Wojtkonski that a member of the Suffolk County Sheriff's Department had witnessed a physical examination of I/M [redacted] on 5/19/03 and had reported to the FBI that these injuries did not look like they were self inflicted. The confidential source had notified the FBI that an officer could have caused them. Investigator Wojtkonski told S/A Snyder that no members of the nursing staff had submitted reports to SID concerning injuries that had been incurred by I/M R[redacted]. S/A Snyder stated that when the medical staff member reported the incident to her, she assured the medical staff person that she would notify SID. However, S/A Snyder maintained that she could not reveal to Investigator Wojtkonski the identity of this medical staff member due to confidentiality. Investigator Wojtkonski explained that if this was the case, then there were several members of the medical staff that had failed to report these injuries to SID. Furthermore, the one person who seems to have reported it

Reporting Investigator's Signature _____  Date _____

Supervisor's Name and Signature _____  Date _____

000769

SID Incident #: N/A                                                                 Page #: 2 of 2

Narrative

to the FBI, and was told that there complaint would be forwarded to SID, cannot be substantiated because of FBI confidentiality. Investigator Wojtkonski assured S/A Snyder that no staff member would ever be hindered from speaking with an outside law enforcement agency, but speaking with an outside agency does not absolve a staff member of his or her responsibility to report incidents directly to the Sheriff's Department and SID. S/A Snyder assured Investigator Wojtkonski that if confidential sources contacted her regarding other matters, she would make sure to inform them to also report the incident directly to the Sheriff's Department. END REPORT.

000790