# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SEALED**

SHEILA PORTER,
    Plaintiff,

v.

ANDREA CABRAL,
SUFFOLK COUNTY SHERIFF'S
DEPARTMENT, AND SUFFOLK COUNTY,
    Defendants.

)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO.
04-11935-DPW

COPY

## FILED UNDER SEAL

ORDER FOR DISCLOSURE OF GRAND JURY TRANSCRIPT
December 20, 2005

After independent review of the grand jury transcripts sought by the plaintiff in this matter, I have determined that consistent with the principles of Douglas Oil Company v. Petrol Stops Northwest, 441 U.S. 211 (1979), pages 119(line 21)to 125 (line 8), 127 (line 16) to 128 (line 16), and 129 (line 13) to 130 (line 25) from the transcript of the Grand Jury testimony of Victor Theiss on January 18, 2005, may properly be disclosed under seal.

Accordingly, it is hereby ORDERED pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i) that the Clerk of this session provide copies of those transcript pages, together with a copy of the immunity order, pursuant to which Mr. Theiss testified, to counsel for the parties solely for use by them and the named parties in connection with preparation for the upcoming trial in this matter.  No further disclosure of this material may be made without further Order of this Court.

_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE

1    she was barred?

2        A    Before or after the barring?

3        Q    Before.

4        A    No.

5        Q    How about after?

6        A    Yes.

7        Q    What were they?

8        A    That she was barred for failing to document

9    medical information and for contacting outside agency

10    without reporting to us.

11        Q    Okay.  And who told you that?

12        A    I believe this came up with the Sheriff.

13        Q    And this came up with the Sheriff after the

14    barring?

15        A    Correct.

16        Q    Okay.  So, there were two reasons, as far as you

17    know:  one is the failure to make a medical records, and

18    two, was contacting an outside agency without giving SID a

19    heads up first?

20        A    Correct.

21        Q    And do you recall when you had that conversation

22    with the Sheriff?

23        A    No.

24        Q    Okay.  Were both of those reasons -- there was a

25    meeting that happened in June of 2003 with the U.S.