# Exhibit A

WALTER B. PRINCE
Partner
wbprince@plgt.com
(617) 456.8003 Tel

001317

Prince Lobel Glovsky & Tye LLP
Attorneys at Law

585 Commercial Street
Boston, MA 02109-1024
(617) 456.8000 Tel
(617) 456.8100 Fax
www.plgt.com

April 6, 2004

**By Hand Delivery**

Stephen Huggard, Esq.
Assistant United States Attorney
Department of Justice
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Re:   Sheila Porter Investigation

Dear Steve:

There has been some additional thought and discussion regarding a revision to S220, and I wanted to send you a copy of the latest change.

At the bottom of Page 2, Paragraph C 2d), you will note that the paragraph has been changed to include the words, "other than reporting truthful information of a crime to a law enforcement agency." This language, as you know, from U.S.C. § 1513(e). We think that it further addresses some of your concerns and brings us into compliance with the federal statute.

I look forward to hearing your comments on this matter at your earliest convenience.

Sincerely,

Walter Prince

WBP/cs
Enclosure

PRINCE . LOBEL . GLOVSKY & TYE LLP