AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF      EXHIBIT

SHEILA PORTER  
V.  
ANDREA CABRAL ET AL

## EXHIBIT AND WITNESS LIST

Case Number: 04-11935-DPW

| PRESIDING JUDGE<br>WOODLOCK | | PLAINTIFF'S ATTORNEY<br>SAVAGE, SCHUMACHER | | | DEFENDANT'S ATTORNEY<br>CAULO, DAVIN |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>1/9/06 | | COURT REPORTER<br>OWENS | | | COURTROOM DEPUTY<br>RYNNE |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X |   | 1/10/06 | 1  | X  | Commendation letter 12/28/94 |
| X |   | 1/10/06 | 21 | X  | Commendation letter 8/26/02 |
| X |   | 1/10/06 | 8  | X  | Portions of Suffolk's responses to Interrogatores |
| X |   | 1/10/06 | O  | NO |   |
|   | X | 1/10/06 | 11 | X  | Documents from Rosario's Medical File |
| X |   | 1/10/06 | 22 | X  | Mastrorilli memo (email) to Bradley 5/20/03 |
| X |   | 1/10/06 | 23 | X  | Mastrorilli memo to Bradley 5/23/03 |
| X |   | 1/10/06 | 14 | X  | Copy of document written by Porter 5/19/03 |
| X |   | 1/10/06 | 6  | X  | S-220 policy |
| X |   | 1/12/06 | 24 | X  | Memo from V. Theiss 6/2/03 |
| X |   | 1/12/06 | 20 | X  | Memo from S. Aleman 5/28/03 |
| X |   | 1/12/06 | 2  | X  | S. Porter's 5/19/03 report |
|   | X | 1/12/06 | 13 | X  | Copy of document written by Porter 5/19/03 |
| X |   | 1/12/06 | 19 | X  | Summary of 5/22/06 Interview with S. Porter |
| X |   | 1/12/06 | 5  | X  | S. Porter letter of resignation re: Essex Correctional Facility |
| X |   | 1/13/06 | 25 | X  | Ms. Porter's Licensure Documents |
|   | X | 1/13/06 | 15 | X  | Sheila Porter's response to interrog. #7 |
|   | X | 1/13/06 | 16 | X  | Portions of CMS Employee Success Guide |
|   | X | 1/13/06 | 18 | X  | Documents from CMS Employee Orientation/Training |
|   | X | 1/17/06 | 26 | X  | Sheriff's Department's Press Statement |
| X |   | 1/10/06 | 17 | X  | Memo by Ms. Mastrorilli re: barring |
| X |   | 1/13/06 | 3  | X  | Ms. Porter's Psychiatric Records |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages