✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____   WITNESS _____

SHEILA PORTER
V.
ANDREA CABRAL ET AL

**EXHIBIT AND WITNESS LIST**

Case Number:  04-11935-DPW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| WOODLOCK | SAVAGE, SCHUMACHER | CAULO, DAVIN |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 1/9/06 | OWENS | RYNNE |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 1/10/06 | | | Donna Jurdak |
| X | | 1/10/06 | | | Mary Ellen Mastrorilli |
| X | | 1/11/06 | | | Elizabeth Keeley |
| X | | 1/11/06 | | | Agent Christa Snyder |
| X | | 1/11/06 | | | Amy Porter |
| X | | 1/12/06 | | | Viktor Theiss |
| X | | 1/12/06 | | | Gerard Leone |
| X | | 1/12/06 | | | Sheila Porter |
| X | | 1/13/06 | | | Andrea Cabral |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages