UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA J. PORTER,<br>　　Plaintiff,<br><br>　　v.<br><br>ANDREA J. CABRAL AND<br>SUFFOLK COUNTY THROUGH ITS<br>SHERIFF'S DEPARTMENT,<br>　　Defendants. | CIVIL ACTION NO.<br>04-11935-DPW |

### VERDICT

1.  Has the Plaintiff Sheila J. Porter established by a preponderance of the evidence that her protected speech in relaying inmate Rosario's allegations of abuse to the FBI was a substantial or motivating factor in Defendant Andrea J. Cabral's decision to bar the Plaintiff from the Suffolk County House of Correction?

　　Answer "YES" or "NO."     _Yes - unanimous_

*If you have answered "YES" go to Question 2. Otherwise, return your verdict.*

1

2.   Has the Defendant Andrea J. Cabral established by a preponderance of the evidence that she would have barred Sheila J. Porter from the Suffolk County House of Correction even if Porter had not relayed inmate Rosario's allegations of abuse to the FBI?

Answer "YES" or "NO."        *no* unanimous

*If you have answered "NO" go to Question 3. Otherwise, return your verdict.*

3.  What amount, if any, has Plaintiff Sheila J. Porter established by a preponderance of the evidence is fair compensation for the injuries caused by the Defendants to Sheila J. Porter as a result of the decision to bar the Plaintiff from the Suffolk County House of Correction?

Indicate a dollar figure or "NONE."    $ _360,000—_

If you have answered with a dollar figure in response to Question 3, go to Question 4.  Otherwise, return your verdict.

4a.  Has the Plaintiff Sheila J. Porter established by a preponderance of the evidence that the Defendant Andrea J. Cabral acted with a callous and reckless disregard to the Plaintiff's federally protected rights when she barred Sheila J. Porter from the Suffolk County House of Correction?

Answer "YES" or "NO."              *Yes. unanimous*

*If you have answered "YES," go to Question 4b.  Otherwise return your verdict.*

4b.  What amount, if any, has Plaintiff Sheila J. Porter established by a preponderance of the evidence is an appropriate award of punitive damages against Defendant Andrea J. Cabral? Indicate a dollar figure or "NONE."    $ *250,000*

*1-19-06*
DATE

*[signature]*
FOREPERSON
*Amy L. von None*