**MEMORANDUM**

**TO:**      Jurors in Porter v. Cabral
             Civil No. 04-11935-DPW

**FROM:**    Douglas P. Woodlock
             United States District Judge

**DATE:**    January 20, 2006

**RE:**      **Request for Juror Names and Addresses**


       A representative of The Boston Globe has requested a list of names and addresses of the jurors in the trial for which you have just completed jury service. Unlike the legal circumstances involving the parties, their representatives and their agents--who may be, and have here been, barred by the court from contacting jurors after the verdict is returned--the First Amendment requires that disclosure of this information be made upon request of a news organization.

       In recognition of the near universal desire by jurors--after a demanding trial of the type for which you were selected to sit--to reflect on their experience, to resume normal activities and to relax over a weekend without unsolicited intrusion, and given the specific concerns expressed by certain of you to Ms. Rynne about the potential for press contacts, I have deferred the release of the names and addresses of sitting jurors in this case until 2:00 p.m. Tuesday, January 24. My intention is to give you reasonable notice of this action and an adequate opportunity to consider how you might respond if contacted.

       I write to emphasize that you have the right to refuse any interview request which may be made of you by any person, including a media representative. You should report to Ms. Rynne (617-748-9170) if any declination to be interviewed is not honored or you otherwise feel any request for privacy is not being respected. In this connection, you may recall that following the return of the verdict I offered advice regarding post-verdict discussions of your deliberations and jury service.