AUG-12-2005 17:09 FBI BOSTON 96172236099 P.08

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE **Date:** 06/02/2003

**To:** Boston **Attn:** CIU

**From:** Boston
C-1
Contact: Christa J. Snyder

**Approved By:** [redacted]

**Drafted By:** Snyder Christa J

**Case ID #:** [redacted] (Pending)

**Title:** [redacted]

**Synopsis:** To summarize information pertaining to individual.

**Details:** On 05/20/2003 at approximately 5:00 PM, individual contacted me and stated that [redacted] was assaulted by a correction officer on 05/19/2003. Individual observed bruising on [redacted] but individual did not examine [redacted] when [redacted] was transferred to the Medical Unit. On the morning of 05/21/2003 at approximately 9:00 AM, I informed Suffolk County Investigator [redacted] of the above.

[redacted]

On approximately 05/23/2003, I spoke to [redacted] on the telephone, and [redacted] stated that SID believed that they knew the identity of the source who provided the information. [redacted] then identified [redacted] as the individual. [redacted] then stated that it could be a problem because the individual did not report the alleged assault to Suffolk County Sheriff's Department. I told [redacted] that it was not appropriate for SID to attempt to determine who the source was, and that the source was informed that the I would report the

UPLOADED

WITH/TEXT ✓

WITHOUT/TEXT

BY

DATE

information to SID. [redacted] then stated that he did not think it would be a problem in the end. The identity of the source was neither confirmed or denied by me.

On 05/29/2003, individual contacted me and stated that investigators from Suffolk County House of Correction interviewed individual regarding the allegations that [redacted] was assaulted. The interview was conducted in the Sheriff's Investigative Division's office area. The investigators seemed annoyed that the Federal Bureau of Investigation was involved in the case, and seemed to be interrogating individual. In a poorly veiled attempt to mislead the source, the investigators asked source "Why did you notify Christa?" Individual stated, "Why, did I say Christa was notified?" Individual was very surprised at their line of questioning. This was a ploy by SID to deceive individual in hopes that individual would identify oneself as a source of the FBI. Individual identified the investigators and BRIAN Last Name Unknown and a female who formerly worked for the Massachusetts Department of Social Services.

◆◆

(Rev. 10-6-95)

5



FEDERAL BUREAU OF INVESTIGATION

Date of transcription 06/16/2003

On 05/21/2003 at approximately 9:15 a.m., SA Christa J. Snyder and SA Julia A. Cowley met with Suffolk County Sheriff's Investigator [redacted] in front of the Nashua Street Jail, 200 Nashua Street, Boston, Massachusetts. SA Snyder told [redacted] that she had information regarding a possible assault by a Suffolk County House of Correction (SCHC) Officer on inmate [redacted] [redacted] said that they had already looked into the matter. SA Snyder told [redacted] to check medical records for more information. [redacted] asked SA Snyder if the information had come from the medical department at SCHC. SA Snyder did not answer [redacted] and again told him to check medical records.

[redacted]

Investigation on 05/21/2003 at Boston, MA

File # [redacted] Date dictated

by SA Julia A. Cowley
SA Christa J. Snyder

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

**AFFIDAVIT**

I, Christa J. Snyder, aver the following to be true and correct to the best of my knowledge:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI), currently assigned to the Boston Division;

2. Beginning in 1999, Sheila Porter provided information to the FBI, on a confidential basis, about events at the Suffolk County House of Corrections (HOC);

3. Sheila Porter was providing this information as of the date of her dismissal from HOC;

4. On May 20, 2003, and one or more other dates, Sheila Porter provided information to the FBI about events at HOC;

5. On or about May 29, 2003, Sheila Porter provided information to the FBI about her having been questioned by Sheriff's investigators regarding her previously having provided information to the FBI.

I declare the foregoing is true to the best of my knowledge. Signed under pains and penalties of perjury, this 9 day of June, 2005.

Christa J. Snyder
Christa J. Snyder
Special Agent
Federal Bureau of Investigation
Boston, Massachusetts