### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

_____
SHEILA PORTER,                                       )
                                                                  )
    Plaintiff                                         )
                                                                  )
    v.                                                   )    Civil Action No. 04-11935-DPW
                                                                  )
ANDREA CABRAL, SUFFOLK          )
COUNTY SHERIFF'S DEPARTMENT, )
SUFFOLK COUNTY, and                    )
CORRECTIONAL MEDICAL             )
SERVICES, INC.                                     )
                                                                  )
    Defendants                                     )

### PLAINTIFF SHEILA PORTER'S ASSENTED-TO MOTION
### FOR LEAVE TO FILE BRIEF IN EXCESS OF 20 PAGES

NOW COMES Sheila Porter ("Ms. Porter"), by her undersigned counsel, and requests leave to file an Opposition to Defendants' Motion for a New Trial and Remittitur in excess of 20 pages. The Defendants assent to this motion. As grounds therefore, Ms. Porter states that the Defendants were permitted to submit a Memorandum in Support of the Motion for a New Trial and Remittitur in excess of the page limit, and the 44 page Memorandum in Support of the Motion for a New Trial filed by Defendants raises complex issues of facts and law that cannot be adequately addressed in 20 pages.

WHEREFORE Ms. Porter requests that she be allowed to file an Opposition to the Suffolk Defendants' Motion for a New Trial and Remittitur in excess of 20 pages.

        Respectfully Submitted

        SHEILA J. PORTER

        By her attorneys,

        */s/ David S. Schumacher*_____
        Joseph F. Savage Jr. (BBO #443030)
        David S. Schumacher (BBO #647917)
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, MA 02109-2881
        617.570.1000

Dated: February 16, 2006

### CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served electronically via the electronic filing system on counsel for all parties on this 16th day of February, 2006.

        */s/ James R. Sweet*_____
        James R. Sweet

LIBA/1675932.1