UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SHEILA PORTER

    Plaintiff,

v.

ANDREA CABRAL, SUFFOLK COUNTY
SHERIFF'S DEPARTMENT, and SUFFOLK
COUNTY

    Defendants.

Civil Action No.04-11935-DPW

## WRIT OF ATTACHMENT

    To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____, Process Server appointed by this Court;
GREETINGS:
    In an action filed in this Court on September 3, 2004, in which the Plaintiff is Sheila Porter, of 22 Shore Drive, Upton, Massachusetts 01568, whose attorney is Joseph F. Savage, Jr., of Goodwin Procter LLP, Exchange Place, Boston, Massachusetts 02109, and the Defendants are Andrea Cabral, Suffolk County Sheriff's Department, and Suffolk County, of 200 Nashua Street, Boston, Massachusetts 02114, we command you to attach all real estate of the Defendant Andrea Cabral, including the property located at 172 Greene Street Unit 2, Jamaica Plain, Massachusetts 02130 (Deed recorded on April 6, 2000, Book 24830, Page 140 in the Suffolk County Registry of Deeds) to the value of $250,000, and make due return of this writ with your doings thereon into said Court. The real property is to be attached by recording this writ in the manner prescribed by M.G.L. c. 233, §§ 62 through 66 and M.G.L. c. 185, §§58 and 78.
    The attachment was approved on _____, 2006 by Judge Douglas P. Woodlock in the amount of $ 250,000.00.

    Dated at Boston this _____ day of _____, 2006.

    SEAL

By: _____
    Clerk