# EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHEILA PORTER,
    Plaintiff,

v.

CIVIL ACTION
NO. 04-11935-DPW

ANDREA CABRAL, SUFFOLK COUNTY
THROUGH ITS SHERIFF'S DEPARTMENT,
and CORRECTIONAL MEDICAL
SERVICES, INC.
    Defendants.

### JUDGMENT

WOODLOCK, District Judge

In accordance with: (1) the jury verdict returned on January 19, 2006 regarding Count I (Section 1983) and Count XI (Interference with advantageous relations); and (2) the oral Order of the Court on December 15, 2005 allowing Defendant Correctional Medical Services Inc.'s Motion for Summary Judgment (#94), Allowing Defendant Suffolk County, Suffolk County Sheriff's Department, and Defendant Andrea Cabral's Motion for Summary Judgment (#100) except as to Counts I and XI; and (3) the oral Order of the Court on January 3, 2006 granting Defendant Suffolk County Sheriff's Department and Defendant Andrea Cabral's Motion for Summary Judgment as to Count IX (Defamation), it is hereby ORDERED, ADJUDGED AND DECREED:

1.     Judgment for the Plaintiff Sheila Porter against the Defendants Andrea Cabral and Suffolk County Sheriff's Department, jointly and severally, for compensatory damages in

the amount of three hundred sixty thousand dollars ($360,000.00) with post-judgment [1] interest, attorneys' fees and costs as provided by law;

2. Judgment for the Plaintiff Sheila Porter against the Defendant Andrea Cabral for punitive damages in the amount of two hundred fifty thousand dollars ($250,000.00) with post-judgment interest, attorneys' fees and costs as provided by law;

3. Judgment for Defendant Correctional Medical Services Inc. against the Plaintiff Sheila Porter.

BY THE COURT,

/s/ Michelle Rynne

Deputy Clerk

DATED: January 23, 2006

---

[1] No pre-judgment interest is awarded, the plaintiff having elected not to submit the issue to the jury.