# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

SHEILA J. PORTER,
  *Plaintiff*

*v.*

ANDREA J. CABRAL; SUFFOLK
COUNTY SHERIFF'S DEPARTMENT;
and
SUFFOLK COUNTY,
  *Defendants*

**DOCKET NO.**

# 04-11935-DPW

## NOTICE OF APPEARANCE

Please enter the appearance of Russell T. Homsy as counsel for the Defendants Andrea J. Cabral, Suffolk County and Suffolk County Sheriff's Department in this action.

Respectfully Submitted,
For the Defendants
By their Attorney

/s/ Russell T. Homsy_____
Russell T. Homsy
B.B.O. # 641327
Assistant General Counsel
Suffolk County Sheriff's Department
20 Bradston Street
Boston, MA  02118
(617) 961-6535

Date:   May 24, 2006