UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SHEILA J. PORTER,
    *Plaintiff*

v.

ANDREA J. CABRAL; SUFFOLK
COUNTY SHERIFF'S DEPARTMENT;
and
SUFFOLK COUNTY,
    *Defendants*

DOCKET NO.
**04-11935-DPW**

## AFFIDAVIT OF SHERIFF ANDREA J. CABRAL

I, Andrea J. Cabral, on oath depose and state as follows:

1. I am currently the duly elected Sheriff of Suffolk County.

2. I am an attorney in good standing in the Commonwealth of Massachusetts.

3. I have served the public in a number of capacities including a staff attorney with the Suffolk County Sheriff's Department, an assistant district attorney for Middlesex County, an attorney at the office of the Attorney General of Massachusetts, and as an attorney with the Suffolk County District Attorney's Office.

4. I was appointed by Governor Jane Swift to the position of Sheriff of Suffolk County during October of 2002 following the resignation of Sheriff Richard J. Rouse.

5. On November 2, 2004 I was elected to the position of Sheriff of Suffolk County, and I was sworn in to office on January 5, 2005.

6. My term as Sheriff of Suffolk County continues through January of 2010.

7. As Sheriff, I am responsible for the operation of the House of Correction, the Suffolk County Jail, the Suffolk County Community Corrections Center, and the Civil Process Division.

8. The Suffolk County Sheriff's Department employs approximately 1,100 people and has an annual budget of approximately $115,000,000.

9. On April 6, 2000 I purchased my home at 172 Green Street, Jamaica Plain, Massachusetts. (Deed, attached hereto as Exhibit "A").

10. On April 6, 2000 I recorded a Declaration of Homestead with the Suffolk County Registry of Deeds in which I noticed my statutory homestead rights in my home. (Homestead, attached hereto as Exhibit "B").

11. On September 3, 2004 I refinanced the mortgage on my home, and I intended to continue claiming my homestead rights in the property. (New Mortgage, attached hereto as Exhibit "C").

12. I am financially solvent and I will be employed in my current position of Sheriff of Suffolk County through January 2010.

The forgoing is true and accurate to the best of my knowledge, information and belief.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY**

/s/Andrea J. Cabral
**Andrea J. Cabral**                                          Date  **May 24, 2006**