24830  140

209

Property Address:
Unit No. 2
Carriage Building Condominium
172-178 Green Street
Boston (Jamaica Plain), Massachusetts 02130

CONDOMINIUM UNIT DEED
CARRIAGE BUILDING CONDOMINIUM

Robert R. Wilson, Jr., Trustee of Bostek Trust under Declaration of Trust dated December 18, 1986 and recorded with the Suffolk County Registry of Deeds in Book 13253, Page 330, (the "Trust") having a usual place of business in Boston (West Roxbury), Massachusetts, by power conferred by said Declaration of Trust and every other power, for consideration paid of $215,000.00, GRANTS to:

(Name):     Andrea J. Cabral

(Address):  172 Green Street, Unit 2
            Jamaica Plain, MA 02130

(hereinafter sometimes referred to as the "Grantee"), with Quitclaim Covenants, Unit 2 (the "Unit"), a unit in the condominium at 172-178 Green Street, Boston (Jamaica Plain District), Suffolk County, Massachusetts, known as the Carriage Building Condominium (the "Condominium"), created pursuant to and subject to the provisions of Massachusetts General Laws, Chapter 183A by Master Deed dated January 13, 2000 and recorded with the Suffolk County Registry of Deeds (the "Registry") on January 26, 2000 in Book 24629 Page 90 (hereinafter called the "Master Deed").

The post office address of the Unit is 172-178 Green Street, Jamaica Plain, Massachusetts  02130

The Unit is conveyed together with:

(a) An undivided 7.72% percentage interest appertaining to the Unit in the Common Areas and Facilities of the Condominium as described in the Master Deed;

(b) The exclusive right and easement to use Parking Space 2 and Basement Storage Spaces 2, all as provided in the Master Deed, the location of each of which is shown on the Plans recorded with the Master Deed (hereinafter called the "Plans"); and

24830  141

(e) The benefit of and subject to all easements, rights, reservations, restrictions, limitations, agreements and provisions contained in said Master Deed, the Declaration of Trust creating Carriage Building Condominium Trust and the Rules and Regulations contained therein, recorded with the Registry in Book 24629, Page 58 (as the same may from time to time be amended by instrument duly filed with said Registry), and said instruments and the provisions thereof are hereby incorporated herein by reference.

Attached hereto is a copy of a portion of the Plans, to which is affixed a verified statement in the form provided for in General Laws Chapter 183A, Section 9, certifying that the plan shows the unit designation of the Unit hereby conveyed and of the immediately adjoining units, and that it fully and accurately depicts the layout of the Unit, its location, dimensions, approximate area, main entrance and immediate common area to which it has access, as built.

The Unit is intended to be used only for "Artists' Mixed Use" purposes as that term is defined in the "Boston Zoning Code & Enabling Act" as Amended through December 13, 1994 (the "Zoning Law") and for any such uses accessory thereto as may be permitted from time to time by the Zoning Law, other applicable laws and as set forth in said Master Deed and is subject to the Restrictions on Use set forth in Section 10 of the Master Deed.

The Unit is hereby conveyed subject to and with the benefit of, as the case may be:

1. The rights, reservations, restrictions, encumbrances and appurtenances set forth in the Master Deed;

2. The Carriage Building Condominium Declaration of Trust recorded with the Registry in Book 24629, Page 58;

3. Any rules and regulations promulgated under said Condominium Declaration of Trust;

4. The obligation to pay the proportionate share attributable to the Unit of the common expenses;

5. Such real estate taxes attributable to the Unit for the current year as are not now due and payable; and

6. Rights of other unit owners to exclusively use certain common areas and facilities, as set forth in the Master Deed.

Grantee, by the acceptance of this Condominium Unit Deed agrees to comply with, perform, assume or pay, as the case may be, all of the foregoing.

24830  142

For Grantor's title, see Deed from Financial Associates, Inc., et als, dated December 19, 1986 and recorded with the Registry in Book 13253, Page 334, and being a portion of the premises conveyed thereby.

The Trustee of the Trust hereby certifies as follows:

1) He is the sole Trustee of the Trust;

2) The Trust has not been modified, amended or rescinded and currently is in full force and effect;

3) All of the Beneficiaries of the Trust are of legal age and under no disability;

4) The Trustee has been duly directed and authorized by all beneficiaries of the Trust to execute, acknowledge, and deliver the within Unit Deed for the aforesaid Unit in the Carriage Building Condominium for the consideration herein stated.

WITNESS my hand and seal this 27th day of March, 2000.

_____ Trustee
Robert R. Wilson, Jr., Trustee of Bostek Trust,
and not individually

CANCELLED

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                                     March 27, 2000