24830  162

## DECLARATION OF HOMESTEAD

211

I, Andrea J. Cabral, of 172 Green Street, #2 Jamaica Plain, MA, Suffolk County, Massachusetts, as home owner and being entitled to an estate of Homestead in the land and buildings thereon for the property located at 172 Green Street, #2, Jamaica, MA, Suffolk Country, do declare that I own and am possessed and occupy said premises as my principal residence and homestead under Massachusetts General Laws, Chapter 188, as amended.

For my title see deed recorded with Suffolk Registry of Deeds recorded herewith.

Witness my hand and seal this day of 6th April 2000.

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, SS                                    April 6, 2000

Then Andrea J. Cabral personally appeared before me, the above-named and acknowledged the foregoing to be her free act and deed before me.

Notary Public; ALAN. H. SITOCKIS
My Commission Expires: 11/25/2005

RETURN TO:    Andrea J. Cabral
              172 Green Street, #2
              Jamaica Plain, MA 02130

SUFFOLK REGISTRY OF DEEDS
REC'D ENTD & EX'M ATTEST
2000 APR -6 PM 2:12
Paul R. Tierney
REGISTER OF DEEDS

10
B