UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, and SUFFOLK COUNTY<br><br>        Defendants. | Civil Action No.04-11935-DPW |

**PLAINTIFF SHEILA PORTER'S MOTION FOR ATTORNEYS' FEES**

Pursuant to 42 U.S.C. § 1988 and Fed. R. Civ. P. 54(d)(2), Plaintiff Sheila Porter ("Ms. Porter" or "plaintiff") respectfully submits her Motion for Attorneys' Fees. Ms. Porter prevailed at trial on her § 1983 claims against Sheriff Andrea Cabral ("Sheriff Cabral") and Suffolk County, acting through the Suffolk County Sheriff's Department ("SCSD"). 42 U.S.C. § 1988 provides that, as a prevailing plaintiff, Ms. Porter is entitled to reasonable attorneys' fees and costs.

Ms. Porter requests $287,977 in attorneys' fees, $24,304.94 in costs and $6,500 for electronic litigation support at trial, for a total of $318,781.94. In support of her Motion, Ms. Porter relies on the attached Memorandum as well as the following materials :

- The bill for which she is seeking compensation, a Bill of Costs and a Statement for James J. Berriman's services (Exhibits A-C to the Memorandum);

- Declaration of Joseph F. Savage, Jr. (Ex. D to the Memorandum);

- Declaration of Arthur W. Greenberg (Ex. E to the Memorandum);

- Declaration of Mark E. Tully (Ex. F to the Memorandum);

- Declaration of Scott Lewis (Ex. G to the Memorandum);

- Declaration of Harvey A. Schwartz (Ex. H to the Memorandum);

- Declaration of Howard Friedman (Ex. I to the Memorandum);

- 2006 survey from *Massachusetts Lawyers' Weekly* (Ex. J to the Memorandum);

- CourtExpress Legal Billing Reports (Ex. K to the Memorandum);

- Survey from the *National Law Journal* (Ex. L to the Memorandum);

- Memorandum and Order on Defendant Blueshift Technologies, Inc.'s Application for Assessment of Attorney's Fees and Costs, *Brooks Automation, Inc. v. Blueshift Technologies, Inc., et al.*, No. 05-3973-BLS2 (Gants, J.) (Ex. M to the Memorandum);

- Memorandum and Order, *Change the Climate, Inc. v. MBTA, et al.*, C.A. No. 00-10973-REK (June 8, 2005) (Keeton, J.) (Ex. N to the Memorandum).

WHEREFORE Ms. Porter requests that her Motion for Attorneys' Fees be allowed and that Defendants pay Ms. Porter $287,977 in attorneys' fees, $24,304.94 in costs and $6,500 for the fees of Mr. Berriman.

                                               Respectfully submitted,

                                               SHEILA PORTER

                                               By her attorneys,

*/s/ Joseph F. Savage, Jr.*
Joseph F. Savage Jr. (BBO # 443030)
David S. Schumacher (BBO # 647917)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated: June 23, 2006

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document was served electronically via the electronic filing system on counsel for all parties on this 23rd day of June, 2006.

                                            */s/ David S. Schumacher*
                                            David S. Schumacher

LIBA/1710433.1