# EXHIBIT J

# MASSACHUSETTS
# LAWYERS WEEKLY



Photo by Jason Scally

# 100 LARGEST LAW FIRMS In Massachusetts
## 2006



*Sponsored by*
**new england legal search**



# Alphabetical Listing By Firm Name

| Firm | Page |
|---|---|
| Adler, Pollock & Sheehan | 42 |
| Bacon & Wilson | 36 |
| Barron & Stadfeld | 47 |
| Bernkopf Goodman | 39 |
| Bingham McCutchen | 8 |
| Bowditch & Dewey | 20 |
| Boyle, Morrissey & Campo | 38 |
| Bromberg & Sunstein | 30 |
| Brown Rudnick Berlack Israels | 15 |
| Bulkley, Richardson and Gelinas | 28 |
| Burns & Levinson | 16 |
| Cain, Hibbard, Myers & Cook | 48 |
| Campbell Campbell Edwards & Conroy | 36 |
| Casner & Edwards | 34 |
| Cetrulo & Capone | 29 |
| Choate, Hall & Stewart | 9 |
| Conn Kavanaugh Rosenthal Peisch & Ford | 36 |
| Cooley Manion Jones | 34 |
| Craig and Macauley | 40 |
| Cushing & Dolan | 48 |
| Davis Malm & D'Agostine | 28 |
| Day, Berry & Howard | 26 |
| Dechert | 30 |
| Deutsch Williams Brooks DeRensis Holland & Drachman | 39 |
| DLA Piper Rudnick Gray Cary | 25 |
| Doherty, Wallace, Pillsbury & Murphy | 42 |
| Donovan & O'Connor | 50 |
| Donovan Hatem | 18 |
| Duane Morris | 35 |
| Dwyer & Collora | 47 |
| Eckert Seamans Cherin & Mellott | 45 |
| Edwards Angell Palmer & Dodge | 8 |
| Finnegan, Henderson, Farabow, Garrett & Dunner | 51 |
| Fish & Richardson | 16 |
| Fletcher, Tilton & Whipple | 30 |
| Foley & Lardner | 26 |
| Foley Hoag | 8 |
| Fuller, Rosenberg, Palmer & Beliveau | 39 |
| Gadsby Hannah | 21 |
| Gibson & Behman | 46 |
| Gilmore, Rees, Carlson & Cataldo | 49 |
| Goodwin Procter | 4 |
| Goulston & Storrs | 10 |
| Greenberg Traurig | 18 |
| Hamilton, Brook, Smith & Reynolds | 29 |
| Hanify & King | 38 |
| Hemenway & Barnes | 38 |
| Hinckley, Allen & Snyder | 23 |
| Holland & Knight | 12 |
| Jackson Lewis | 49 |
| Keches and Mallen | 50 |
| Keegan Werlin | 46 |
| Kirkpatrick & Lockhart Nicholson Graham | 14 |
| Kopelman and Paige | 24 |
| Lahive & Cockfield | 35 |
| Lawson & Weitzen | 32 |
| Looney & Grossman | 48 |
| Lowrie, Lando & Anastasi | 50 |
| Lynch & Lynch | 44 |
| Lynch, Brewer, Hoffman & Fink | 44 |
| Marcus, Errico, Emmer & Brooks | 40 |
| Martin, Magnuson, McCarthy & Kenney | 42 |
| McDermott, Will & Emery | 17 |
| Melick, Porter & Shea | 36 |
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo | 7 |
| Mirick O'Connell | 24 |
| Morgan, Brown & Joy | 34 |
| Morrison Mahoney | 16 |
| Morse, Barnes-Brown & Pendleton | 39 |
| Murphy, Hesse, Toomey and Lehane | 30 |
| Murtha Cullina | 31 |
| Nixon Peabody | 11 |
| Nutter, McClennen & Fish | 10 |
| Peabody & Arnold | 26 |
| Pepe & Hazard | 50 |
| Posternak Blankstein & Lund | 24 |
| Prince, Lobel, Glovsky & Tye | 24 |
| Proskauer Rose | 8 |
| Rackemann, Sawyer & Brewster | 28 |
| Rich May | 40 |
| Riemer & Braunstein | 17 |
| Robins, Kaplan, Miller & Ciresi | 45 |
| Robinson & Cole | 24 |
| Robinson Donovan | 48 |
| Ropes & Gray | 5 |
| Ruberto Israel & Weiner | 42 |
| Rubin and Rudman | 17 |
| Rudolph Friedmann | 41 |
| Sally & Fitch | 51 |
| Seyfarth Shaw | 17 |
| Sherin and Lodgen | 26 |
| Skadden, Arps, Slate, Meagher & Flom | 26 |
| Sloane and Walsh | 40 |
| Smith & Brink | 40 |
| Sugarman, Rogers, Barshak & Cohen | 42 |
| Sullivan & Worcester | 14 |
| Tarlow, Breed, Hart & Rodgers | 50 |
| Todd & Weld | 31 |
| Weil, Gotshal & Manges | 31 |
| Wilmer Cutler Pickering Hale and Dorr | 6 |
| Wolf, Greenfield & Sacks | 28 |
| Wynn & Wynn | 44 |

## METHODOLOGY

To determine the 100 largest law firms in Massachusetts, Lawyers Weekly mailed surveys to hundreds of firms based on information from last year's survey and other sources. The questionnaire was also posted on www.masslawyersweekly.com, with all firms in the state invited to participate. Firms are ranked by the number of attorneys they employed in Massachusetts as of Jan. 1. The total includes lawyers in all offices. Firms that have the same number of attorneys are listed alphabetically. *(N/A = not applicable, N/R = no response)*

## ALSO INSIDE

| | |
|---|---|
| Letter From The Publisher | 2 |
| Listings Of 100 Largest Law Firms In Massachusetts | 4 |
| Practice Areas By Law Firm | 52 |
| 100 Largest Law Firms At A Glance | 58 |
| Top Ranking Outside Massachusetts | 62 |
| Net Change In Firm Size At The Top 20 | 63 |
| Starting Salaries For New Hires At The 10 Largest Firms | 63 |

# FROM THE PUBLISHER

To our readers:

Welcome to Lawyers Weekly's second annual 100 Largest Law Firms supplement. While we have been surveying the 100 largest firms for more than a decade, last year we began putting out the magazine-style directory you are holding.

This directory is being mailed to our usual subscribers of Massachusetts Lawyers Weekly; we estimate that somewhere in the ballpark of 30,000 lawyers will use it as a reference. But it's also being sent out to more than 4,000 readers of our New England In-House newspaper. So we anticipate that this guide will be on the desks of thousands of corporate decisionmakers, available to them whenever they consider what law firm they wish to retain.

Many law firms in this directory take advantage of a deal we offer to publish an "enhanced listing," which includes a wealth of additional information about the firm. That's the reason why some listings in the directory appear more elaborate than others. Please note for future reference that this option is available to any law firm that falls within the top 100. This year, we noticed more medium-sized firms taking advantage of this option, getting their name in front of countless in-house attorneys.

We put a lot of work into this directory, but we are always open to suggestions as to how to proceed in the future. Contact me directly with feedback (david.yas@lawyersweekly.com). For advertising information, please get in touch with our Advertising Director Scott Ziegler (scott.ziegler@lawyersweekly.com). And if you are interested in our New England In-House publication, please feel free to get in touch with Publisher Paul Boynton (paul.boynton@lawyersweekly.com).

For additional copies of this directory, please call 1-800-451-9998 or visit http://books.lawyersweekly.com.

Thank you. We hope you enjoy and make use of this directory.

Sincerely,

*[signature]*

David L. Yas, Esq.
Publisher/Editor-in-Chief
Massachusetts Lawyers Weekly

Because of the frequency of turnover among law firms, Lawyers Weekly cannot assure that the information contained in this directory is the most recent information of its kind that is available at any given time. Lawyers Weekly's 100 Largest Law Firms In Massachusetts 2006 is intended for use as a supplement for other sources of information and should not be used as a substitute for reasonable investigation or the exercise of reasonable judgment by the user. Federal copyright law protects the 100 Largest Law Firms In Massachusetts 2006. Unauthorized reproduction or distribution of Lawyers Weekly's 100 Largest Law Firms In Massachusetts 2006, or any portion thereof, is strictly prohibited, and may result in severe civil and criminal penalties, and will be prosecuted to the fullest extent permitted by law.

© 2006 Lawyers Weekly, Inc.   Lawyers Weekly Publications, 41 West Street, Boston, MA 02111  (617) 451-7300

# JAMS Boston Resolution Experts

## Experienced Mediators and Arbitrators Dedicated to Resolving Your Most Challenging Disputes

   

    

   

Hon. Samuel Adams (Ret.)
Jerry Cohen, Esq.
David Geronemus, Esq.
Hon. Patrick J. King (Ret.)
Hon. Gortland A. Mathers (Ret.)
James F. McGuire, Esq.
Hon. Andrew Gill Meyer (Ret.)

Hon. James V. Ryan (Ret.)
Hon. Robert L. Steadman (Ret.)
Hon. Charles B. Swartwood III (Ret.)
Eric E. Van Loon, Esq.
Maria C. Walsh, Esq.
Hon. John M. Xifaras (Ret.)



JAMS
THE RESOLUTION EXPERTS

617.228.0200 or www.jamsadr.com
**BOSTON RESOLUTION CENTER** One Beacon Street • Suite 2300 • Boston, MA 02108
23 Resolution Centers Nationwide

4 | 100 Largest Law Firms                                           MASSACHUSETTS LAWYERS WEEKLY

## 1. GOODWIN PROCTER
### 454 Lawyers

Exchange Place
Boston 02109
(617) 570-1000
(617) 523-1231 (fax)
www.goodwinprocter.com
Founded 1912



PISA
MANAGING PARTNER
Regina M. Pisa, chairman and managing partner

GOODWIN
PROCTER

### Q&A

Q. *How would you describe your firm culture?*
A. Goodwin Procter is sustained by an entrepreneurial and meritocratic culture and driven by a commitment to excellence, innovation and client service. We challenge ourselves daily to exceed our clients' expectations and focus on understanding the industries and business environments in which our clients operate.

Q. *What sets your firm apart from the rest?*
A. What sets Goodwin Procter apart is our people. We are dedicated to fostering a thriving, collaborative workplace, and we hire talented, motivated people committed to embracing innovation and teamwork in serving our clients efficiently and effectively.

Q. *How will your firm change in the next decade?*
A. Goodwin Procter's vision is to build a national firm with international reach, with plans to expand to California, London and China. On the East Coast, we will continue to invest in our Boston, New York and Washington, D.C., offices. On the West Coast, we will build a base on our existing strength in technology and life sciences, private equity, intellectual property, real estate capital markets and financial services.

### AREAS OF PRACTICE
Antitrust; Banking & Finance; Bankruptcy & Business Restructuring; Business/Corporate; Energy/Environmental; Financial Services/Institutions; Life Sciences; Intellectual Property; Labor & Employment; Litigation; Mergers & Acquisitions; Private Equity; Products & Premises Liability; Real Estate/Development/Land Use; Securities/Finance; Tax/Benefits/ERISA; Transportation; Trusts & Estates; White Collar Criminal Defense

### IMPORTANT FIRM CONTACTS
Paul R. Gauron
Business Law Department Chair
(617) 570-1484
pgauron@goodwinprocter.com

Paul F. Ware Jr.
Litigation Department Chair
(617) 570-1280
pware@goodwinprocter.com

John R. LeClaire
Private Equity Practice Chair
(617) 570-1144
jleclaire@goodwinprocter.com

Gilbert G. Menna
REITs & Real Estate Capital Markets Practice Chair
(617) 570-1433
gmenna@goodwinprocter.com

Gregory J. Lyons
Financial Services Practice Chair
(617) 570-1329
glyons@goodwinprocter.com



## We've been there; We'll be there

**KELLY LAW REGISTRY**

With a nationwide database of more than 100,000 professionals encompassing nearly every practice area of the law, we guarantee a wide choice of exceptional candidates available to the legal community for both temporary and permanent placement.

**One Exeter Street**
**10th Floor**
**Boston, MA 02116**
**617-236-5071 phone**
**617-236-5094 fax**
**weismsl@kellylawregistry.com**

An Equal Opportunity Employer
Kelly Law Registry, A Business Unit of Kelly Services
©2003 Kelly Services, Inc.   K0402  4/03

**KELLY SERVICES**

Ethan Horwitz
Intellectual Property Practice Chair
(212) 459-7455
ehorwitz@goodwinprocter.com

Edward S. Weltman
Products Liability Practice Chair
(212) 459-4720
eweltman@goodwinprocter.com

Andrew C. Sucoff
Real Estate Practice Chair
(617) 570-1995
asucoff@goodwinprocter.com

Martin Carmichael III
General Corporate Practice Chair
(617) 570-1166
mcarmichael@goodwinprocter.com

Mark E. Tully and
John C. Englander
General Litigation Practice Co-Chairs
Tully: (617) 570-1289;
Englander: (617) 570-1268
mtully@goodwinprocter.com;
jenglander@goodwinprocter.com

MARKETING DIRECTOR
Anne Malloy Tucker
(617) 570-1790
amalloy@goodwinprocter.com

MA attorneys: 454
(male: 301; female: 153)
Total attorneys worldwide: 661
Male/female equity partners:
100/13
Male/female new hires in 2005:
129/83
Male/female elevations in 2005:
18/14
Male/female departures in 2005:
N/R
"Of counsel" lawyers: 33
Paralegals/support staff: 69/451
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: $125,000
Associates' starting salary as of Jan. 1, 2006: $125,000
Annual billable hours expected of associates: N/R
Total no. of annual hours devoted to pro bono representation:
48,253
Dress policy: N/R

## 2. ROPES & GRAY
### 439 Lawyers

One International Place
Boston 02110
(617) 951-7000
(617) 951-7050 (fax)
www.ropesgray.com
Founded 1865


MONTGOMERY


MALT

**MANAGING PARTNERS**
John T. Montgomery,
Managing Partner
R. Bradford Malt, Chairman

**AREAS OF PRACTICE**
Admiralty/Maritime; Alcohol Beverage Law; Alternative Dispute Resolution; Antitrust; Automotive; Aviation/Airport; Banking & Finance; Bankruptcy & Business Restructuring; Business/Corporate; Communications & Media; Construction; Criminal Defense; Education; Energy/Environmental/Regulated Industry; Family & Probate/Domestic Relations; Financial


Davis Malm & D'Agostine P.C. — Attorneys at Law — On the Legal Frontier Since 1979. You can count on us to lead the way. One Boston Place • Boston • 617.367.2500 • www.davismalm.com
Bankruptcy / Business Law / Commercial Lending / Employment Law / Environmental Law / Land Use and Real Estate / Litigation / Public Finance / Trusts and Estates
Frederic Remington, *Dismounted: The Fourth Trooper Moving the Led Horses* (detail) © Sterling and Francine Clark Art Institute, Williamstown, Mass.

Services/ Institutions; Government Regulation & Affairs/Public; Projects/Municipal; Health Care/Life Sciences; Hotel & Restaurant; Immigration; Indian Law; Insurance; Intellectual Property; International Law/Trade; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Nonprofit Organizations; Private Equity; Products & Premises Liability/General Tort Law; RICO Actions; Real Estate/Development/Land Use; Securities & Finance; Sexual Harassment; Sports & Entertainment; Tax/Benefits/ERISA; Transportation; Trusts & Estates; White Collar Criminal Defense; Workers' Compensation

### IMPORTANT FIRM CONTACTS

Steven T. Hoort
Bankruptcy and Business Restructuring
steven.hoort@ropesgray.com

Stuart Hirshfield
Bankruptcy and Business Restructuring
stuart.hirshfield@ropesgray.com

Win Quayle
Corporate
win.quayle@ropesgray.com

Cary Armistead
Corporate
cary.armistead@ropesgray.com

Peter L. Ebb
Labor & Employment
peter.ebb@ropesgray.com

Roscoe Trimmier Jr.
Litigation
roscoe.trimmier@ropesgray.com

Lisa M. Ropple
Litigation
lisa.ropple@ropesgray.com

Denise L. Loring
Litigation
denise.loring@ropesgray.com

Robert N. Shapiro
Private Client Group
robert.shapiro@ropesgray.com

Jonathan M. Zorn
Tax & Benefits
jonathan.zorn@ropesgray.com

### MARKETING DIRECTOR

James A. Durham
Chief Marketing Officer
james.durham@ropesgray.com

Victoria Arnold
victoria.arnold@ropesgray.com

MA attorneys: 439
(male: 266; female: 173)
Total attorneys worldwide: 731
Male/female equity partners: 115/32
Male/female new hires in 2005: 15/18
Male/female elevations in 2005: 6/1
Male/female departures in 2005: 29/28
"Of counsel" lawyers: 44
Paralegals/support staff: 44/532
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: None expected
Total no. of annual hours devoted to pro bono representation: N/R
Dress policy: Business-dress

## 3. WILMERHALE
### 320 Lawyers

60 State St.
Boston 02109
(617) 526-6000
(617) 526-5000 (fax)
www.wilmerhale.com
Founded 2004 (WilmerHale);
1962 (Wilmer Cutler Pickering);
1918 (Hale and Dorr)



LEE    PERLSTEIN

### MANAGING PARTNERS
William F. Lee
William J. Perlstein

## WILMER CUTLER PICKERING HALE AND DORR LLP

### Q&A

*Q. How would you describe your firm culture?*
A. We operate much like our clients using fresh and inventive approaches and benefiting from the collaborative strength of multi-disciplinary teams. Innovation has always been a key element in achieving and sustaining our progress. Over the years, our firm has used innovation and entrepreneurial thinking to effect significant change in the practice of law and the conduct of business.

*Q. What sets your firm apart from the rest?*
A. WilmerHale offers unparalleled legal representation across a comprehensive range of practice areas that are critical to the success of our clients. Our strength and unique standing in the legal community ties strongly to our dedication to ensuring that our work is guided by the following principles: commitment to quality; client service; entrepreneurial spirit; collaboration and collegiality; public service; community giving; and exceptionally talented lawyers.

### AREAS OF PRACTICE
Alternative Dispute Resolution; Antitrust; Aviation/Airport; Banking & Finance; Bankruptcy & Business; Business/Corporate; Communications & Media; Criminal Defense; Energy/Environmental/Regulated Industry; Financial Services/Institutions; Government Regulation & Affairs/Public; Immigration; Intellectual Property; International Law/Trade; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Private Equity; Products & Premises Liability/General Tort Law; Professional Liability/Medical Malpractice; Real Estate/Development/Land Use; Securities & Finance; Sports & Entertainment; Tax/Benefits/ERISA; Trusts & Estates; White Collar Criminal Defense; Workers' Compensation

### IMPORTANT FIRM CONTACTS

William F. Lee
Co-Managing Partner
(617) 526-6556
william.lee@wilmerhale.com

John M. Westcott Jr.
Co-Assistant Managing Partner
(617) 526-6061
john.westcott@wilmerhale.com

Mark G. Borden
Management Committee Member
(617) 526-6675
mark.borden@wilmerhale.com

John A. Burgess
Management Committee Member
(617) 526-6418
john.burgess@wilmerhale.com

Susan W. Murley
Management Committee Member
(617) 526-6832
susan.murley@wilmerhale.com

### MARKETING DIRECTOR
Stephanie Goldstein
CMO
(617) 526-5613
stephanie.goldstein@wilmerhale.com

MA attorneys: 320
(male: 194; female: 126)
Total attorneys worldwide: 1,127
Male/female equity partners: 96/26
Male/female new hires in 2005: 27/23
Male/female elevations in 2005: 5/4
Male/female departures in 2005: 23/11
"Of counsel" lawyers: 16
Paralegals/support staff: 89/407
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: $125,000
Associates' starting salary as of Jan. 1, 2006: $125,000
Annual billable hours expected of associates: No minimum required
Total no. of annual hours devoted to pro bono representation: Over 100,000 in 2005
Dress policy: Business-dress

### 4. MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO
289 Lawyers

One Financial Center
Boston 02111
(617) 542-6000
(617) 542-2241 (fax)
www.mintz.com
Founded 1933


POPEO

MANAGING PARTNER
R. Robert Popeo, Chairman

MINTZ LEVIN
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC

#### Q&A

Q. What sets your firm apart from the rest?
A. Providing best-in-class legal counsel and business advice to our clients by hiring and retaining quality people at every level in the firm who will strengthen our culture of teamwork, diversity and commitment to each other, our clients and our community.

AREAS OF PRACTICE

Admiralty/Maritime; Alternative Dispute Resolution; Antitrust; Aviation/Airport; Banking & Finance; Bankruptcy & Business Restructuring; Business/Corporate; Communications & Media; Construction; Criminal Defense; Education; Energy/Environmental/Regulated Industry; Financial Services/Institutions; Government Regulation & Affairs/Public; Projects/Municipal; Health Care/Life Sciences; Homeland Security; Immigration; Insurance; Intellectual Property; International Law/Trade; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Nonprofit Organizations; Private Equity; Products & Premises Liability/General Tort Law; Professional Liability/Medical Malpractice; RICO Actions; Real Estate/Development/Land Use; Securities & Finance; Sports & Entertainment; Tax/Benefits/ERISA; Trusts & Estates; White Collar Criminal Defense

IMPORTANT FIRM CONTACTS
Betsy Burnett
Litigation
(617) 542-6000

Rosemary Allen
Intellectual Property
(617) 542-6000

**AAA Resolution Services**

# For a company whose middle name is arbitration, we sure do a lot of mediation.

True, the AAA is the #1 choice for arbitration. But you may not know that the AAA is the largest provider of other alternative dispute resolution services. We not only offer mediation, we offer highly effective resolution programs like early neutral evaluation, mini- and mock-trials, as well as a variety of other dispute avoidance techniques—all designed with early settlement and overall conflict resolution in mind. To receive your free, comprehensive guide to AAA Resolution Services, call today at **1-800-331-3799**. Or visit **www.adr.org**.

 American Arbitration Association
*Dispute Resolution Services Worldwide*

**AAA Resolution Services**

Peter Demuth
Corporate
(202) 434-7300

Susan Berson
Health
(202) 434-7300

Cherie Kiser
Communications
(202) 434-7300

Jeff Porter
Environmental
(617) 542-6000

Marketing director:
Bruce Alltop
Chief Marketing Officer
balltop@mintz.com

MA attorneys: 289
(male: 189; female: 100)
Total attorneys worldwide: 457
Male/female equity partners: 43/5
Male/female new hires in 2005: 20/11
Male/female elevations in 2005: 6/4
Male/female departures in 2005: 25/19
"Of counsel" lawyers: 13
Paralegals/support staff: 38/295
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: $125,000
Associates' starting salary as of Jan. 1, 2006: $125,000 (increase to $135,000 effective April 1, 2006)
Annual billable hours expected of associates: 1,925
Total no. of annual hours devoted to pro bono representation: 17,000 in 2005
Dress policy: Fridays-casual only

Call (617) 218-8118
to Advertise in
**100 Largest Law Firms 2007**

### 5. BINGHAM McCUTCHEN
**282 Lawyers**

150 Federal St.
Boston 02110
(617) 951-8000
(617) 951-8736 (fax)

MA attorneys: 282
(male: 174; female: 108)
Total attorneys worldwide: 847
Male/female equity partners: 91/22
Male/female new hires in 2005: 23/19
Male/female elevations in 2005: 2/2
Male/female departures in 2005: 24/24
"Of counsel" lawyers: 26
Paralegals/support staff: 38/359
Hourly billing rates: N/A
Associates' starting salary as of Fall 2005: $125,000
Associates' starting salary as of Jan. 1, 2006: $125,000 (increase not yet determined)
Annual billable hours expected of associates: N/A
Dress policy: Casual

### 6. EDWARDS ANGELL PALMER & DODGE
**264 Lawyers**

111 Huntington Ave.
Boston 02199
(617) 239-0100
(617) 227-4420 (fax)

MA attorneys: 264
(male: 182; female: 82)
Total attorneys worldwide: 512
Male/female equity partners: 79/14
Male/female new hires in 2005: 33/21
Male/female elevations in 2005: 11/3
Male/female departures in 2005: 30/31
"Of counsel" lawyers: 13
Paralegals/support staff: 41/278
Hourly billing rates:
Partners: $375-$650
Junior partners/associates: $150-$480
Paralegals: $100-$175
Associates' starting salary as of Fall 2005: $125,000
Associates' starting salary as of Jan. 1, 2006: $125,000
Annual billable hours expected of associates: 1,850
Dress policy: Casual

### 7. FOLEY HOAG
**225 Lawyers**

Seaport World
Trade Center West
155 Seaport Blvd.
Boston 02210
(617) 832-1000
(617) 832-7000 (fax)
www.foleyhoag.com
Founded 1943

 

SANOFF    WHITHAM

**MANAGING PARTNERS**
Robert S. Sanoff
Michele A. Whitham


FOLEY HOAG LLP
ATTORNEYS AT LAW

**Q&A**

*Q. What sets your firm apart from the rest?*
A. Foley Hoag has always had a unique identity. It began as an entrepreneurial law firm which combined intellectual rigor, hard work and creativity in lawyering with collegiality and commitments to community and diversity. The firm has grown steadily over its history, not by merger, but by sustained excellence in defined areas of practice, such as complex, high-stakes litigation, intellectual property, securities, business crimes and government investigations, labor and employment, environmental, high technology/life sciences and emerging companies. These qualities continue to distinguish the firm today.

*Q. How will your firm change in the next decade?*
A. Foley Hoag is committed to steady growth which does not dilute the quality of its legal services or its culture. We expect our premier practice areas, such as intellectual property, securities litigation, business crimes and government investigations, complex litigation, emerging companies, venture capital, mergers and acquisitions, securities and finance, labor and employment, international/corporate social responsibility, environmental, and bankruptcy reorganization and workout, to remain strong, and we expect to develop additional premier practices and an expanded base of operations as new areas of opportunity present themselves in the coming years.

**AREAS OF PRACTICE**
Administrative; Banking & Finance; Bankruptcy & Business Restructuring; Business/Corporate; Construction; Education; Energy/Environmental/Regulated Industry; Government Regulation & Affairs/Public; Projects/Municipal; Health Care/Life Sciences; Hotel & Restaurant; Immigration; Insurance; Intellectual Property; International Law/Trade; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Products & Premises Liability/General Tort Law; Real Estate/Development/Land Use; Securities & Finance; Sexual Harassment; Tax/Benefits/ERISA; Transportation; Trusts & Estates; White Collar Criminal Defense

**IMPORTANT FIRM CONTACTS**
Tom Block
Chief Operating Officer
tblock@foleyhoag.com

Mark Young
Chief Marketing Officer
myoung@foleyhoag.com

Holly Evers
Director of Operations
hevers@foleyhoag.com

Julie Hackett
Director of Human Resources
jhackett@foleyhoag.com

Frank Bayley
Director of Information Technology
fbayley@foleyhoag.com

Diane Wreede
Director of Legal Recruiting &
Professional Development
dwreede@foleyhoag.com

John Chmielecki
Director of Finance
jchmielecki@foleyhoag.com

Jeannette Tracy
Director of Library Services
jtracy@foleyhoag.com

Jim Brennan
Director of Records Management
Services
jbrennen@foleyhoag.com

MARKETING DIRECTOR
Mark E. Young
Chief Marketing Officer
myoung@foleyhoag.com

MA attorneys: 225
(male: 149; female: 76)
Total attorneys worldwide: 239
Male/female equity partners: 54/13
Male/female new hires in 2005: 24/18
Male/female elevations in 2005: 2/3
Male/female departures in 2005: 20/12
"Of counsel" lawyers: 3
Paralegals/support staff: 30/235
Hourly billing rates:
Partners: $365-$640
Junior partners/associates: $220-$445
Paralegals: $100-$205
Associates' starting salary as of Fall 2005: $125,000
Associates' starting salary as of Jan. 1, 2006: To be determined
Annual billable hours expected of associates: 1,850
Total no. of annual hours devoted to pro bono representation:
On an annual basis, the equivalent of 5% of time spent by our lawyers on regular billable work.
Dress policy: Business casual

## 8. CHOATE HALL & STEWART
191 Lawyers

Two International Place
Boston 02110
(617) 248-5000
(617) 248-4000 (fax)
www.choate.com
Founded 1899


GELNAW


NADAS

MANAGING PARTNERS:
William P. Gelnaw Jr.
John A. Nadas


CHOATE HALL & STEWART LLP

AREAS OF PRACTICE:
Bankruptcy & Business Restructuring; Business/Corporate; Health Care/Life Sciences; Insurance; Intellectual Property; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Private Equity; Real Estate/Development/Land Use; Tax/Benefits/ERISA; Trusts & Estates; White Collar Criminal Defense

IMPORTANT FIRM CONTACTS
Stephen M.L. Cohen
Private Equity
(617) 248-5050
scohen@choate.com



At your service...

- Economic analysis
- Electronic discovery
- Expert testimony
- Financial investigations
- Forensic accounting
- Law department management
- Litigation analysis
- Records management
- Valuation

**Boston Office Contact Information**
617-226-5500


Huron CONSULTING GROUP

**Huron Consulting Group** helps clients effectively address complex challenges that arise from litigation, disputes, investigations, regulation, financial distress, and other sources of significant conflict or change. We also help clients improve the overall efficiency and effectiveness of their operations, reduce costs, manage regulatory compliance, and maximize procurement efficiency. Huron provides services to a wide variety of both financially sound and distressed organizations, including Fortune 500 companies, medium-sized businesses, leading academic institutions, healthcare organizations, and the law firms that represent these various organizations.

www.huronconsultinggroup.com
1-866-229-8700

Experience. **Redefined.**

BOSTON | CHARLOTTE | CHICAGO | HOUSTON | LOS ANGELES | NEW YORK | SAN FRANCISCO | WASHINGTON D.C.

© 2006 Huron Consulting Services LLC. All rights reserved.

Charles J. Johnson
Business & Technology
(617) 248-4020
cjohnson@choate.com

Peter M. Palladino
Specialty Finance
(617) 248-2132
ppalladino@choate.com

Brian A. Davis
Major Commercial Litigation
(617) 248-5056
bad@choate.com

Sarah Chapin Columbia
Intellectual Property
(617) 248-5053
scolumbia@choate.com

Michael S. Sophocles
Real Estate
(617) 248-5201
msophocles@choate.com

William A. Lowell
Trusts & Estates
(617) 248-4085
wlowell@choate.com

Charles L. Glerum
Creditors' Rights & Bankruptcy
(617) 248-5021
cglerum@choate.com

David A. Attisani
Insurance & Reinsurance
(617) 248-5271
dattisani@choate.com

Christine G. Solt
Health Care
(617) 248-4084
csolt@choate.com

MARKETING DIRECTOR
Betsy Huntley
(617) 248-4798
bhuntley@choate.com

MA attorneys: 191
(male: 125; female: 66)
Total attorneys worldwide: 191
Male/female equity partners: 51/8
Male/female new hires in 2005: 30/22
Male/female elevations in 2005: 10/7
Male/female departures in 2005: 15/10
"Of counsel" lawyers: 10
Paralegals/support staff: 10/209
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: $125,000
Associates' starting salary as of Jan. 1, 2006: $125,000
Annual billable hours expected of associates: N/R
Total no. of annual hours devoted to pro bono representation: 8,256
Dress policy: Casual

## 9. GOULSTON & STORRS
### 180 Lawyers

400 Atlantic Ave.
Boston 02110
(617) 482-1776
(617) 574-4112 (fax)

MA attorneys: 180
(male: 119; female: 61)
Total attorneys worldwide: 180
Male/female equity partners: 79/22
Male/female new hires in 2005: 11/12
Male/female elevations in 2005: 6/2
Male/female departures in 2005: 6/4
"Of counsel" lawyers: 2
Paralegals/support staff: 27/215
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: $125,000
Associates' starting salary as of Jan. 1, 2006: $125,000
Annual billable hours expected of associates: 1,900
Dress policy: Business-casual

Connect with your colleagues today at
*http://forum.lawyersweekly.com*

## 10. NUTTER McCLENNEN & FISH
### 151 Lawyers

World Trade Center West
155 Seaport Blvd.
Boston 02210
(617) 439-2000
(617) 310-9000 (fax)
www.nutter.com
Founded 1879


MOONEY

**MANAGING PARTNER**
Michael E. Mooney

N Nutter

### Q&A

**Q. How would you describe your firm culture?**
A. The culture at Nutter is democratic and consensus-driven. All of our employees, from staff through lawyers and leadership, are inspired by the mission to insure that Nutter remains a thriving mid-size firm, proud of its Boston roots, in an age of mega-firms of national and international scope. We have always believed that being a partnership in practice, not just in structure, is the best way to run a business.

**Q. What sets your firm apart from the rest?**
A. A key ingredient that sets Nutter apart is the level of personal service and focus clients receive from the firm's partners. Maintaining partners' close involvement and direct availability is an important way to deliver value and ensure that clients' needs are met efficiently. We choose our attorney teams carefully and prefer lean staffing that lets us stay agile, flexible and responsive.

**Q. How will your firm change in the next decade?**
A. We will continue to thrive by providing clients with creative solutions, delivered in a cost-effective manner that create value for them. We will continue to offer a culture in which attorneys and staff alike can perform rewarding work in an exciting, collegial environment.

### AREAS OF PRACTICE

Administrative; Alternative Dispute Resolution; Antitrust; Banking & Finance; Bankruptcy & Business Restructuring; Business/Corporate; Communications & Media; Education; Energy/Environmental/Regulated Industry; Family & Probate/Domestic Relations; Financial Services/Institutions; Governmental Regulation & Affairs/Public; Health Care/Life Sciences; Hotel & Restaurant; Insurance; Intellectual Property; International Law/Trade; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Nonprofit Organizations; Private Equity; Products & Premises Liability/General Tort Law; Professional Liability/Medical Malpractice; Real Estate/Development/Land Use; Securities & Finance; Sexual Harassment; Syndication; Tax/Benefits/ERISA; Trusts & Estates; White Collar Criminal Defense

### IMPORTANT FIRM CONTACTS

Kenneth F. Ehrlich
Banking and Financial Services
(617) 439-2989
kehrlich@nutter.com

Philip R. Rosenblatt and
Beth H. Mitchell
Commercial Finance
Rosenblatt: (617) 439-2806;
Mitchell: (617) 439-2309
prosenblatt@nutter.com;
bmitchell@nutter.com

Sharon R. Burger and
David C. Henderson
Employment, Labor and Benefits
Burger: (617) 439-2460;
Henderson: (617) 439-2345
sbruger@nutter.com;
dhenderson@nutter.com

Robert L. Ullmann
Government Enforcement Defense
(617) 439-2262
rullmann@nutter.com

Stephen M. Andress and
Suzanne L. Glassburn
High Technology/Emerging
Companies
Andress: (617) 439-2293;
Glassburn: (617) 439-2215
sandress@nutter.com;
sglassburn@nutter.com

Robert A. Fishman and
Kenneth R. Berman
Land Use, Permitting and
Development
Fishman: (617) 439-2204;
Berman: (617) 439-2542
rfishman@nutter.com;
kberman@nutter.com

James E. Dawson and
Thomas J. Engellenner
Life Sciences
Dawson: (617) 439-2623;
Engellenner: (617) 439-2948
jdawson@nutter.com;
tengellenner@nutter.com

Stephen J. Brake and
Joseph F. Shea
Product Integrity and Toxic Torts
Brake: (617) 439-2223; Shea:
(617) 439-2280
sbrake@nutter.com;
jshea@nutter.com

William F. Kennedy
Public Policy
(617) 439-2077
wkennedy@nutter.com

MARKETING DIRECTOR
Kitty Gormley
Director of Practice Development
(617) 439-2131
kgormley@nutter.com

MA attorneys: 151
(male: 95; female: 56)
Total attorneys worldwide: 151
Male/female equity partners: 42/8
Male/female new hires in 2005: 8/15
Male/female elevations in 2005: 4/4
Male/female departures in 2005: N/R
"Of counsel" lawyers: 14
Paralegals/support staff: 15/192
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: $125,000
Associates' starting salary as of Jan. 1, 2006: $125,000
Annual billable hours expected of associates: N/R
Total no. of annual hours devoted to pro bono representation: 7,063
Dress policy: Business-casual

### 11. NIXON PEABODY
146 Lawyers

100 Summer St.
Boston 02110
(617) 345-1000
(617) 345-1300 (fax)
www.nixonpeabody.com
Founded 1854



GLINCHER

MANAGING PARTNER
Andrew I. Glincher,
Office Managing Partner
(617) 345-1222
aglincher@nixonpeabody.com

Q&A
*Q. How would you describe your firm culture?*
A. Nixon Peabody recognizes that having an open work culture based



Twilight on the Vineyard.

Is there a more beautiful place to meet?

MARTHA'S VINEYARD
HARBOR VIEW HOTEL   Meetings glow with success in a world-renowned setting with colonial village charm. Harbor View Hotel. Grande Dame of the island. Indoor and outdoor venues graced by spectacular views. The Vineyard's most complete meeting facilities, all year round. Luxurious rooms, casual charm, and full service on a grand scale. Even tee times at Farm Neck Golf Club.   617.570.4700   www.harbor-view.com

on inclusion not only makes the firm more interesting and stimulating, it also enables us to respond with greater agility to the challenges faced by our clients in a diverse, multicultural world. Our mission is to continue to be "the best firm to work for, and the best firm to work with."

*Q. What sets your firm apart from the rest?*
A. We work hard for our clients, but we also work hard to make the firm a great place to work. We believe that creating an attractive work environment is not merely a perk for employees — it's good for business. These efforts have paid off, as the firm has been named to FORTUNE magazine's 2006 "Best Places to Work For" list and to the Boston Business Journal's "Best Places to Work" lists for two consecutive years.

*Q. How will your firm change in the next decade?*
A. Nixon Peabody will continue to explore opportunities to grow and enhance its national platform. We will also continue to devise new and innovative approaches to client service and workplace culture in order to further our firm mission.

### AREAS OF PRACTICE
Administrative; Admiralty/Maritime; Alcohol Beverage Law; Alternative Dispute Resolution; Antitrust; Aviation/Airport; Banking & Finance; Bankruptcy & Business Restructuring; Business/Corporate; Communications & Media; Construction; Education; Energy/Environmental/Regulated Industry; Financial Services/Institutions; Government Regulation & Affairs/Public; Projects/Municipal; Health Care/Life Sciences; Insurance; Intellectual Property; International Law/Trade; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Nonprofit Organizations; Private Equity; Products & Premises Liability/General Tort Law; RICO Actions; Real Estate/Development/Land Use; Securities & Finance; Sports & Entertainment; Syndication; Tax/Benefits/ERISA; Trusts & Estates; White Collar Criminal Defense; Workers' Compensation

### IMPORTANT FIRM CONTACTS
Robert H. Adkins
Practice Group Leader, Syndication Group
(617) 345-1239
radkins@nixonpeabody.com

Paul E. Bouton
Practice Group Leader, Real Estate
(617) 345-1240
pbouton@nixonpeabody.com

J. William Codinha
Co-Practice Group Leader, Business Litigation Group
(617) 345-1325
wcodinha@nixonpeabody.com

Dennis M. Duggan
Chair, Litigation Department
(617) 345-1340
dduggan@nixonpeabody.com

John T. Fitzgerald
Practice Group Leader, Private Clients Group
(617) 345-1081
jfitzgerald@nixonpeabody.com

Jonathan R. Karis
Practice Group Leader, Business Group
(617) 345-6127
jkaris@nixonpeabody.com

Nestor M. Nicholas
Firm Co-Managing Partner
(617) 345-1126
nnicholas@nixonpeabody.com

John V. Snellings
Chair, Professional Personnel Committee
(617) 345-1202
jsnellings@nixonpeabody.com

### MARKETING DIRECTOR
Jeffrey R. Scalzi
(617) 345-1297
jscalzi@nixonpeabody.com

MA attorneys: 146 (male: 99; female: 47)
Total attorneys worldwide: 658
Male/female equity partners: 69/12
Male/female new hires in 2005: 10/7
Male/female elevations in 2005: 2/1
Male/female departures in 2005: N/R
"Of counsel" lawyers: 6
Paralegals/support staff: 25/149
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: $125,000 with $5,000 signing bonus
Associates' starting salary as of Jan. 1, 2006: $135,000 with $5,000 signing bonus
Annual billable hours expected of associates: 1,850
Total no. of annual hours devoted to pro bono representation: 4,733 (in 2005)
Dress policy: Business-dress

---

### 12. HOLLAND & KNIGHT
140 Lawyers

10 Saint James Ave.
Boston 02116
(617) 523-2700
(617) 523-6850 (fax)
www.hklaw.com
Founded 1968



MICHALOWSKI

**MANAGING PARTNER**
Mark Michalowski

**Holland+Knight**

### Q&A
*Q. How would you describe your firm culture?*
A. Holland & Knight's culture is the product of a unique blend of geographic diversity, industry specialization, collegiality and a service-oriented approach to the practice of law. Our workforce is drawn from many markets and diverse communities across the country and all over the world. Our lawyers hail from more than 120 law schools and are licensed to practice in a majority of the U.S. jurisdictions and several countries. We have nurtured working relationships with lawyers from 45 countries who have interned at our office. This rich diversity, coupled with a commitment to a positive working environment, defines Holland & Knight's culture.

*Q. What sets your firm apart from the rest?*
A. Holland & Knight is a national firm and ranks 11th among more than 300 top law firms in the country for outstanding client satisfaction and a premier client recommendation rate, according to BTI Consulting Group, Inc. Holland & Knight is a firm of great lawyers with a rich legacy of community and public service. For example, Holland & Knight's formal pro bono policy commits the firm to contribute approximately 3 percent of the firm's billable hours to pro bono work. The firm's Community Services Team, which has a substantial annual budget, provides counsel to people, groups and causes that could not otherwise afford representation. The CST concentrates its efforts on cases involving important public issues affecting large numbers of people. Our work on behalf of the indigent defense bar in Massachusetts is a good example of the CST in action.

*Q. How will your firm change in the next decade?*
A. The distinctive interrelationship between multiple offices, technology and the talent and experience of the firm's