lawyers will enable Holland & Knight to adapt quickly to meet the legal needs of its clients going forward into the future. As the world contracts, our reach extends. Poised for strategic growth in our nation's major capital markets, the firm is committed to surpassing its high standards for individualized client service, through relationship building, industry knowledge, education, experience and technology.

### AREAS OF PRACTICE

Administrative; Admiralty/Maritime;Alcohol Beverage Law;Alternative Dispute Resolution; Antitrust;Aviation/Airport; Banking & Finance; Bankruptcy & Business Restructuring; Business/Corporate; Communications & Media; Construction; Education; Energy/Environmental/Regulated Industry; Financial Services/Institutions; Government Regulation & Affairs/Public; Projects/ Municipal; Health Care/Life Sciences; Hotel & Restaurant; Immigration; Indian Law; Insurance; Intellectual Property; International Law/Trade; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Nonprofit Organizations; Private Equity; Products & Premises Liability/General Tort Law; RICO Actions; Real Estate/Development/Land Use; Securities & Finance; Sports & Entertainment; Syndication;Tax/Benefits/ ERISA;Transportation;Trusts & Estates;White Collar Criminal Defense

### IMPORTANT FIRM CONTACTS

Deb Barnard
Deputy Executive Partner
(617) 619-9240
deborah.barnard@hklaw.com

Ken Hoffman
Practice Group Leader –
Real Estate
(617) 619-9274
kenneth.hoffman@hklaw.com

Paul Killeen
Practice Group Leader – Litigation
(617) 573-5816
paul.killeen@hklaw.com

Ralph Lepore III
Board of Directors
(617) 619-9210
ralph.lepore@hklaw.com

Shari Levitan
Team Leader – Private Wealth Services
(617) 854-1405
shari.levitan@hklaw.com

Robert Lizza
Practice Group Leader –
Construction
(617) 573-5827
robert.lizza@hklaw.com

James McDermott
Practice Group Leader –
Syndication
(617) 573-5848
james.mcdermott@hklaw.com

David Sloan
Deputy Section Leader – Business
(617) 573-5803
david.sloan@hklaw.com

J.D. Smeallie
Team Leader – Education
(617) 573-5812
jdsmeallie@hklaw.com

Benjamin Volinski
Chair of the Diversity Committee
(617) 573-5804
ben.volinski@hklaw.com

### MARKETING DIRECTOR

Bruce Graeb
Chief Marketing Officer
(212) 513-3235
bruce.graeb@hklaw.com

MA attorneys: 140
(male: 88; female: 52)
Total attorneys worldwide: 1,250
Male/female equity partners: 36/6



## Actions Speak Louder Than Words

# JohnLeonard
Permanent & Temporary Employment Specialists

John Leonard will find the best permanent or temporary match for your staffing needs, including:

- Legal Secretaries/Assistants
- Patent Legal Secretaries
- Paralegals
- Docketing Clerks
- Executive/Administrative Assistants
- Receptionists
- Clerks
- Human Resource Specialists
- Accountants
- Tax Specialists
- Billing Coordinator
- Office Managers
- Marketing Specialists
- Graphic Designers
- Network Administrators
- Systems/Desktop Support

**Employment Solutions For More Than 37 Years**

www.johnleonard.com | jleonard@johnleonard.com | 617-423-6800

Boston | Cambridge | Wellesley | Burlington | Westboro | Braintree

14 | 100 Largest Law Firms    MASSACHUSETTS LAWYERS WEEKLY

Male/female new hires in 2005: 10/6

Male/female elevations in 2005: 1/0

Male/female departures in 2005: 6/3

"Of counsel" lawyers: 0

Paralegals/support staff: 16/130

Hourly billing rates:
Partners: $325-$550

Junior partners/associates: $205-$550

Paralegals: $125-$225

Other: $80-$200

Associates' starting salary as of Fall 2005: $125,000

Associates' starting salary as of Jan. 1, 2006: $130,000

Annual billable hours expected of associates: 1,900

Total no. of annual hours devoted to pro bono representation: 7,953

Dress policy: N/R

## 13. KIRKPATRICK & LOCKHART NICHOLSON GRAHAM
### 130 Lawyers

State Street Financial Center
One Lincoln St.
Boston 02111
(617) 261-3100
(617) 261-3175 (fax)
www.klng.com
Founded 1984



HADDAD
MANAGING PARTNER
Mark E. Haddad,
Administrative Partner

### AREAS OF PRACTICE

Business/Corporate; Health Care/Life Sciences; Intellectual Property; Labor, Employment & Employee

Benefits; Litigation; Real Estate/Development/Land Use; Securities & Finance; Trusts & Estates

### MARKETING DIRECTOR

Jeffrey J. Berardi
Marketing Manager
(617) 261-3267
jberardi@klng.com

MA attorneys: 130
(male: 91; female: 39)

Total attorneys worldwide: 1,000

Male/female equity partners: 42/6

Male/female new hires in 2005: N/R

Male/female elevations in 2005: N/R

Male/female departures in 2005: N/R

"Of counsel" lawyers: 13

Paralegals/support staff: 13/85

Hourly billing rates: N/R

Associates' starting salary as of Fall 2005: N/R

Associates' starting salary as of Jan. 1, 2006: N/R

Annual billable hours expected of associates: N/R

Total no. of annual hours devoted to pro bono representation: N/R

Dress policy: Casual

## 14. SULLIVAN & WORCESTER
### 129 Lawyers

One Post Office Square
Boston 02109
(617) 338-2800
(617) 338-2880 (fax)
www.sandw.com
Founded 1941

    

CARPENTER    CURRY
MANAGING PARTNERS
Joel R. Carpenter
William J. Curry

### Q&A

*Q. What sets your firm apart from the rest?*

A. Sullivan & Worcester is a leading law firm comprised of approximately 200 lawyers, with offices in Boston, New York City and Washington, D.C. Sullivan & Worcester has one goal: to help businesses thrive in a fast-changing marketplace. We combine the breadth and sophistication characteristic of large law firms with the flexible, hands-on relationships typically found at boutiques. We strive to be agile and sharp – qualities today's markets demand. We dig deep to understand our clients and their industries in order to deliver solutions that not only work on paper, but also make great business sense. Our lawyers work together in small teams emphasizing close partner-client contact and collaboration. We steer clear of territorial approaches and pool the firm's entire resources to ensure clients get the right team for their job.

### AREAS OF PRACTICE

Alternative Dispute Resolution; Antitrust; Banking & Finance; Bankruptcy & Business Restructuring; Business/Corporate; Communications & Media; Construction; Energy/Environmental/Regulated Industry; Financial Services/Institutions; Health Care/Life Sciences; Hotel & Restaurant; Intellectual Property; International Law/Trade; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Nonprofit Organizations; Private Equity; Real Estate/Development/Land Use; Securities & Finance; Tax/Benefits/ERISA; Trusts & Estates; White Collar Criminal Defense

### IMPORTANT FIRM CONTACTS

Joel R. Carpenter
Tax
(617) 338-2815
jcarpenter@sandw.com

William J. Curry
Corporate
(617) 338-2976
wcurry@sandw.com

Paul E. Summit
Litigation
(617) 338-2488
psummit@sandw.com

Alexander A. Notopoulos Jr.
Corporate/Securities
(617) 338-2810
anotopoulos@sandw.com

Clinton A. Vince
Energy
(202) 775-6810
cvince@sandw.com

George P. Lindsay
Corporate
(212) 660-3019
glindsay@sandw.com

Dianne C. Hertneky
Executive Director
(617) 338-2959
dhertneky@sandw.com

### MARKETING DIRECTOR

Triona Buckley
(617) 338-2854
tbuckley@sandw.com

MA attorneys: 129
(male: 88; female: 41)

Total attorneys worldwide: 197

Male/female equity partners: 43/8

Male/female new hires in 2005: 13/7

Male/female elevations in 2005: 1/0

Male/female departures in 2005: 8/8

"Of counsel" lawyers: 12

Paralegals/support staff: 17/110

Hourly billing rates:
Partners: $400-$650

Junior partners/associates: $220-$450

Paralegals: $145-$230

Other: $115-$440

Associates' starting salary as of Fall 2005: $125,000

Associates' starting salary as of Jan. 1, 2006: $125,000

Annual billable hours expected of associates: 1,800

Total no. of annual hours devoted to pro bono representation: N/R

Dress policy: Business dress

MASSACHUSETTS LAWYERS WEEKLY

*100 Largest Law Firms* | **15**

## 15. BROWN RUDNICK BERLACK ISRAELS

**114 Lawyers**

One Financial Center
Boston 02111
(617) 856-8200
(617) 856-8201 (fax)
www.brownrudnick.com
Founded 1948



RYAN

**MANAGING PARTNER**
Joseph F. Ryan, CEO



### Q&A

*Q. What sets your firm apart from the rest?*

A. Brown Rudnick is an international law firm that strives to achieve results that exceed expectations through Our Commitment to Our Clients by adding maximum value to their business; handling complex and sophisticated matters locally, nationally and internationally; and being accessible, efficient, responsive and technologically sophisticated. Our Commitment to Our Communities by providing extensive and worthy pro bono and public service; and promoting active involvement and leadership on the part of our firm and ourselves. Our Commitment to Ourselves by sustaining an enriching environment through diversity and teamwork; striving to improve while celebrating our accomplishments, and assuring career opportunities by sustaining growth and financial strength.

### AREAS OF PRACTICE

Alternative Dispute Resolution; Aviation/ Airport; Banking & Business Restructuring; Business/ Corporate; Communications & Media; Construction; Education; Energy/ Environmental/ Regulated Industry; Family & Probate/Domestic Relations; Financial Services; Institutions; Government Regulation & Affairs/Public; Health Care/Life Sciences; Hotel & Restaurant; Insurance; Intellectual Property; International Law/Trade; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Private Equity; Real Estate/ Development/ Land Use; Securities & Finance; Sports & Entertainment; Tax/ Benefits/ERISA; Transportation; Trusts & Estates; Workers' Compensation

### IMPORTANT FIRM CONTACTS

William R. Baldiga
Bankruptcy & Finance
(617) 856-8586
wbaldiga@brownrudnick.com

Samuel P. Williams
Corporate & Securities
(617) 856-8353
swilliams@brownrudnick.com

Cheryl M. Cronin
Government Law & Strategies
(617) 856-8520
ccronin@brownrudnick.com

Joel M. Reck
Real Estate
(617) 856-8558
jreck@brownrudnick.com

William M. Dolan
(401) 276-2611
wdolan@brownrudnick.com

Franca L. DeRosa
Energy
(860) 509-6539
fderosa@brownrudnick.com



CATUOGNO & STEN-TEL

**SPRINGFIELD**
One Monarch Place
1414 Main Street
Springfield, MA 01144-0600
(413) 746-8100

**WORCESTER**
446 Main Street
Worcester, MA 01608-2302
(508) 752-0640

**BOSTON**
30 Rowes Wharf
Boston Harbor Hotel
Boston, MA 02110-3345
(617) 723-0640

**PROVIDENCE**
72 S. Main Street
Providence, RI 02903-2907
(401) 751-0640

**LAWRENCE**
225 Essex Street
Lawrence, MA 01840-1553
(978) 682-2116

**PITTSFIELD**
(413) 443-7263

**HARTFORD**
(860) 525-3097

**Call toll free**
**(888) 228-8646**
**Fax toll free**
**(877) 747-4260**

*Your complete litigation support services provider*

- Videoconferencing
- Court Reporting
- Video Depositions and Playback
- Legal/Medical Transcription
- Spacious Conference Rooms



Mary Catuogno, Ray Catuogno, Sr.
& George Catuogno

*Serving the legal and healthcare community since 1966*

# ATTORNEY SEARCH

LegalBriefs, New England's premier legal consulting and recruiting firm, specializes in attorney search and mergers & acquisitions. We represent many prestigious regional and national law firms and place partners with portable billings of $500K+.




*fluent in law*

# LegalBriefs®

Legal Consultants & Recruiters
443 North Road, Suite 1000, Sudbury, MA 01776
Tel. 978.579.6900    Fax. 978.579.9900
info@legalbriefs.us

Howard L. Siegel
Energy
(860) 509-6519
hsiegel@brownrudnick.com

MARKETING DIRECTOR

Joanne McElhenney
(617) 856-8311
jmcelhenney@brownrudnick.com

MA attorneys: 114
(male: 78; female: 36)
Total attorneys worldwide: 201
Male/female equity partners: 27/3
Male/female new hires in 2005: 5/9
Male/female elevations in 2005: 4/0
Male/female departures in 2005: 9/4
"Of counsel" lawyers: 5
Paralegals/support staff: 10/155
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: $125,000
Associates' starting salary as of Jan. 1, 2006: $125,000
Annual billable hours expected of associates: N/R
Total no. of annual hours devoted to pro bono representation: 6,027
Dress policy: Business-dress

## 16. MORRISON MAHONEY
### 111 Lawyers

250 Summer St.
Boston 02210
(617) 439-7500
(617) 439-7590 (fax)
www.morrisonmahoney.com
Founded 1948



HARTY

MANAGING PARTNER

Mark P. Harty



MORRISON MAHONEY LLP

Q&A

**Q. How would you describe your firm culture?**
A. We have an informal and friendly firm culture that encourages communication between practice groups. With partners and associates working together, we seek to efficiently and effectively serve our clients as we have since 1948.

**Q. What sets your firm apart from the rest?**
A. 1. We are the only law firm in the Northeast with nine offices throughout the region — in New Jersey, New York, Connecticut, Rhode Island, Massachusetts and New Hampshire. We also have partners licensed in Maine, Pennsylvania and Washington, D.C., and will soon have two admitted to the bar in Vermont. 2. We are not just litigators — we are trial lawyers. Our lawyers won over 40 trials last year. 3. Being truly cost-effective for our clients.

**Q. How will your firm change in the next decade?**
A. While rededicating ourselves to our existing clients, we will continue to diversify our practice in the areas of aviation, business litigation, corporate law, intellectual property, real estate, banking and technology.

AREAS OF PRACTICE

Administrative; Admiralty/Maritime; Alternative Dispute Resolution; Automotive; Aviation/Airport; Banking & Finance; Bankruptcy & Business Restructuring; Business/Corporate; Construction; Financial Services/Institutions; Government Regulation & Affairs/Public; Projects/Municipal; Hotel & Restaurant; Immigration; Insurance; Intellectual Property; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Personal Injury; Private Equity; Products & Premises Liability/General Tort Law; Professional Liability/Medical Malpractice; RICO Actions; Real Estate/Development/Land Use; Rental & Leasing Car Companies; Securities & Finance; Sexual Harassment; Transportation; Workers' Compensation

IMPORTANT FIRM CONTACTS

Gary W. Harvey and
Cheryl A. Enright
Co-Chairs of the Hiring Committee

MARKETING DIRECTOR

Managing partner directs marketing for the firm

MA attorneys: 111
(male: 83; female: 28)
Total attorneys worldwide: 163
Male/female equity partners: 44/2
Male/female new hires in 2005: 9/8
Male/female elevations in 2005: 7/4
Male/female departures in 2005: 7/6
"Of counsel" lawyers: 1
Paralegals/support staff: 12/114
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Total no. of annual hours devoted to pro bono representation: The lawyers of the firm have been involved in a number of pro bono matters in various jurisdictions that has not been quantified. The managing partner is on the board of the Greater Boston Legal Services.
Dress policy: Fridays-casual only

## 17. BURNS & LEVINSON
### 102 Lawyers

125 Summer St.
Boston 02110
(617) 345-3000
(617) 345-3299 (fax)

MA attorneys: 102
(male: 77; female: 25)
Total attorneys worldwide: 135
Male/female equity partners: 57/11
Male/female new hires in 2005: 4/3
Male/female elevations in 2005: 0/1
Male/female departures in 2005: 6/0
"Of counsel" lawyers: 10
Paralegals/support staff: 15/124
Hourly billing rates:
Partners: $325-$450
Junior partners/associates: $185-$330
Paralegals: $100-$250
Associates' starting salary as of Fall 2005: N/A
Associates' starting salary as of Jan. 1, 2006: N/A
Annual billable hours expected of associates: N/R
Dress policy: Casual

## 18. FISH & RICHARDSON
### 94 Lawyers

225 Franklin St.
Boston 02110
(617) 542-5070
(617) 542-8906 (fax)

MA attorneys: 94
(male: 65; female: 29)
Total attorneys worldwide: 355
Male/female equity partners: 37/10
Male/female new hires in 2005: 7/5
Male/female elevations in 2005: 1/0
Male/female departures in 2005: 7/0
"Of counsel" lawyers: 5
Paralegals/support staff: 32/204
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: $125,000
Associates' starting salary as of Jan. 1, 2006: $135,000
Annual billable hours expected of associates: 1,900
Dress policy: Fridays-casual only

### 19. RUBIN AND RUDMAN

**78 Lawyers**

50 Rowes Wharf
Boston 02110
(617) 330-7000
(617) 330-7550 (fax)

MA attorneys: 78
(male: 32; female: 4)
Total attorneys worldwide: 78
Male/female equity partners: 32/4
Male/female new hires in 2005: 6/8
Male/female elevations in 2005: 0/0
Male/female departures in 2005: N/R
"Of counsel" lawyers: 2
Paralegals/support staff: 14/45
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: Fridays-casual only

### 20. McDERMOTT WILL & EMERY

**76 Lawyers**

28 State St.
Boston 02109
(617) 535-4000
(617) 535-3800 (fax)

MA attorneys: 76
(male: 56; female: 20)
Total attorneys worldwide: 1,029
Male/female equity partners: 20/1
Male/female new hires in 2005: 11/5
Male/female elevations in 2005: 2/1
Male/female departures in 2005: N/R
"Of counsel" lawyers: 7
Paralegals/support staff: 9/70
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: N/R

### 21. RIEMER & BRAUNSTEIN

**74 Lawyers**

Three Center Plaza
Boston 02108
(617) 523-9000
(617) 880-3456 (fax)

MA attorneys: 74
(male: N/R; female: N/R)
Total attorneys worldwide: 74
Male/female equity partners: N/R
Male/female new hires in 2005: N/R
Male/female elevations in 2005: N/R
Male/female departures in 2005: N/R
"Of counsel" lawyers: 2
Paralegals/support staff: 13 (paralegals)
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: N/R

### 22. SEYFARTH SHAW

**71 Lawyers**

Two Seaport Lane
Boston 02210
(617) 946-4800
(617) 946-4801 (fax)

MA attorneys: 71
(male: 48; female: 23)
Total attorneys worldwide: 673
Male/female equity partners: 20/2
Male/female new hires in 2005: 7/4
Male/female elevations in 2005: 4/0
Male/female departures in 2005: 3/1
"Of counsel" lawyers: 7
Paralegals/support staff: 16/72
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: $135,000
Annual billable hours expected of associates: N/R
Dress policy: N/R



# B H BEACON HILL STAFFING GROUP

## Beacon Hill Legal

*Experienced consultants servicing all your legal hiring needs*

**Attorneys • Paralegals • Legal Secretaries**

**Project & Temporary Support**

152 Bowdoin Street
Boston, MA 02108

Phone: 617-326-4000
Fax: 617-227-1220

www.beaconhillsg.com

## 23. DONOVAN HATEM

68 Lawyers

Two Seaport Lane
Boston 02210
(617) 406-4500
(617) 406-4501 (fax)
www.donovanhatem.com
Founded 2001

### MANAGING PARTNER

Cheryl A. Waterhouse

**DONOVAN | HATEM LLP**
counselors at law

### Q&A

*Q. How would you describe
your firm culture?*

A. Donovan Hatem is comprised of
a group of loyal and hard-working
individuals who together define
and embody the firm's culture of
congeniality, excellent client
service, fairness, honesty and trust,
and open communication. The firm
also makes professional
development a priority and
encourages individuals to learn
and grow in their careers.

*Q. What sets your firm
apart from the rest?*

A. Donovan Hatem is a young firm
that has grown steadily in its first
five years and is committed to its
people and its clients. The firm has
outstanding litigators who serve a
broad base of businesses and
individuals and is renowned for its
services to architects, engineers
and other professionals.

*Q. How will your firm
change in the next decade?*

A. Donovan Hatem will continue to
evolve to meet the needs of its core
client base and to add depth to its
other expanding practice areas.
The firm is opening a New York
office in March 2006 to better
serve its clients and will continue
to expand the Boston office.

### AREAS OF PRACTICE

Business/Corporate;
Financial Services/

Institutions; Government
Regulation & Affairs/Public;
Insurance; Labor,
Employment & Employee
Benefits; Litigation; Products
& Premises Liability/General
Tort Law; Professional
Liability/Medical
Malpractice; White Collar
Criminal Defense

### IMPORTANT FIRM CONTACTS

Cheryl A. Waterhouse
Managing Partner
(617) 406-4520
cwaterhouse@donovanhatem.com

### MARKETING DIRECTOR

Lisa M. Zagami
(617) 406-4556
lzagami@donovanhatem.com

MA attorneys: 68
(male: 47; female: 21)
Total attorneys worldwide: 68
Male/female equity partners: 17/2
Male/female new hires in 2005:
9/11
Male/female elevations in 2005:
2/1
Male/female departures in 2005:
7/9
"Of counsel" lawyers: 4
Paralegals/support staff: 9/70
Hourly billing rates: N/R
Associates' starting salary as of Fall
2005: N/R
Associates' starting salary as of Jan.
1, 2006: N/R
Annual billable hours expected of
associates: N/R
Total no. of annual hours devoted
to pro bono representation: N/R
Dress policy: Fridays-business
casual only

## 24. GREENBERG TRAURIG

66 Lawyers

One International Place
Boston 02110
(617) 310-6000
(617) 310-6001 (fax)
www.gtlaw.com
Founded 1967 (Boston
office in 1999)



GREENBERG    PAPPALARDO



SHERMAN

### MANAGING PARTNERS

Gary R. Greenberg
A. John Pappalardo
Robert A. Sherman

# Greenberg Traurig

### Q&A

*Q. What sets your firm
apart from the rest?*

A. Greenberg Traurig is an
international law firm providing
strategic, innovative counsel. We
bring experience, creativity and
insight to every client relationship.
Our team of more than 1,500
attorneys and governmental affairs
professionals in The Americas,
Europe and Asia are committed to
helping our clients realize their
vision for business success. Visit us
at www.gtlaw.com to learn more.

### AREAS OF PRACTICE

Corporate and Securities;
Real Estate; Litigation;
Intellectual Property; Labor
& Employment; Tax;
Government Affairs

MA attorneys: 66
(male: 52; female: 14)
Total attorneys worldwide: 1,500
Male/female equity partners: 24/3
Male/female new hires in 2005:
19/6
Male/female elevations in 2005:
3/1

Male/female departures in 2005:
N/A
"Of counsel" lawyers: 7
Paralegals/support staff: 12/47
Hourly billing rates: N/R
Associates' starting salary as of Fall
2005: N/R
Associates' starting salary as of Jan.
1, 2006: N/R
Annual billable hours expected of
associates: 1,800-1,900
Total no. of annual hours devoted
to pro bono representation: N/R
Dress policy: Business-dress

## 25. PROSKAUER ROSE

65 Lawyers

One International Place
Boston 02110
(617) 526-9600
(617) 526-9899 (fax)
www.proskauer.com
Founded 1875



FAGIN    BAUER

### MANAGING PARTNERS

Allen I. Fagin, national
chairman
Steven M. Bauer, Boston
office head

PROSKAUER ROSE LLP*

### Q&A

*Q. How would you describe
your firm culture?*

A. The firm has a culture that
encourages cooperation and
support across practice groups and
offices. All of our practices are
integrated and the resources of the
entire firm are available to assist
our clients worldwide.



## Citizens Bank
Not your typical bank.®

# Plan for what you can't plan for.

Ask us about a Business Line of Credit.



# Prime+0%

**BUSINESS CHECKING REQUIRED**

**LINES OF CREDIT OVER $100,000**

A small business can run into many unexpected surprises. Needs as well as opportunities. And now you can be ready for whatever comes along by opening a line of credit with Citizens Bank. All you need is a Citizens Bank Business Checking Account. Our Business Bankers will take you through the easy application and quick approval process. And for the first year there's no annual fee. No wonder we're the #1 SBA Lender in New England. **To learn more about our business loans and lines of credit, visit your nearest branch, go to citizensbank.com or call 1-800-4BUSINESS.**

Member FDIC. The offer of Prime +0% (APR 7.25% as of 1/10/06) is effective as of January 10, 2006, for lines between $100,000 and $500,000 and will not be retroactively applied to existing line applications in process. The Annual Percentage Rate (APR) is based on the highest domestic "Prime Rate" as published in *The Wall Street Journal*. Any change in the APR, due to a change in the Prime Rate, will take effect on the same day as the change in the Prime Rate. The Prime +0% interest rate may be modified in the event of borrower default. Business Checking and auto-debit required for credit offer. SBA rates and terms are also available. See a banker for details. Offer valid in MA, RI, CT, VT and NH only, may vary by market, and may be withdrawn or changed at any time without prior notice. Offer subject to individual approval. SBA ranking based on number of loans approved by the SBA from October 1, 2004, through September 30, 2005.

**Q. What sets your firm apart from the rest?**

A. Proskauer is one of the nation's largest law firms with an international reach. The firm has experience in all areas of practice important to business, including corporate finance, mergers and acquisitions, real estate transactions, bankruptcy and reorganizations, taxation, litigation and intellectual property and labor and employment.

### AREAS OF PRACTICE

Business/Corporate; Intellectual Property; Litigation; Labor, Employment & Employee Benefits

### IMPORTANT FIRM CONTACTS:

Steven M. Bauer
Patent and Intellectual Property/Litigation
(617) 526-9700
sbauer@proskauer.com

Joseph A. Capraro
Patent and Intellectual Property/Litigation
(617) 526-9800
jcapraro@proskauer.com

Steven M. Ellis
Corporate
(617) 526- 9660
sellis@proskauer.com

Robin A. Painter
Private Equity/Fund Formation
(617) 526-9790
rpainter@proskauer.com

David Tegeler
Private Equity/Fund Formation
(617) 526-9795
dtegeler@proskauer.com

Mark W. Batten
Labor and Employment
(617) 525-9850
mbatten@proskauer.com

### MARKETING DIRECTOR

Ann Grummit
business development specialist
(617) 526-9783
agrummit@proskauer.com

MA attorneys: 65
(male: 44; female: 21)
Total attorneys worldwide: 701
Male/female equity partners: 11/2
Male/female new hires in 2005: 29/17
Male/female elevations in 2005: N/A
Male/female departures in 2005: N/A
"Of counsel" lawyers: 2
Paralegals/support staff: 5/52
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: $135,000
Associates' starting salary as of Jan. 1, 2006: $135,000
Annual billable hours expected of associates: N/A
Total no. of annual hours devoted to pro bono representation: 33,189 attorneys' hours
Dress policy: Casual

---

## 26. BOWDITCH & DEWEY

**64 Lawyers**

311 Main St.
Worcester 01615
(508) 791-3511
(508) 756-7636 (fax)
www.bowditch.com
Founded 1914



CIAVARRA
MANAGING PARTNER
Louis M. Ciavarra

*Bowditch & Dewey*
ATTORNEYS

### Q&A

**Q. How would you describe your firm culture?**

A. In many ways our culture reflects the urban/suburban communities

where we live and practice. We get things done. We talk straight. We are not overstaffed. We are big enough to be a major player but small enough that it is still important that we have a collegial and collaborative environment.

**Q. What sets your firm apart from the rest?**

A. We are passionate about practicing law and solving challenges facing our clients. Our industry practice groups, such as higher education, real estate developers and financial institutions, reflect Massachusetts' economic strengths as do the locations of our offices.

**Q. How will your firm change in the next decade?**

A. Today's law school graduates have different ideas about how and where they want to practice law. We will find ways to help them succeed. We are in the forefront on work issues important to all lawyers, and in particular women, and will continue to challenge ourselves to find solutions.

### AREAS OF PRACTICE

Administrative/Alternative Dispute Resolution; Banking & Finance; Bankruptcy & Business Restructuring; Business/Corporate; Construction; Education; Energy/Environmental/Regulated Industry; Family & Probate/Domestic Relations; Financial Services/ Institutions; Projects/ Municipal; Health Care/Life Sciences; Immigration; Intellectual Property; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Nonprofit Organizations; Products & Premises Liability/General Tort Law; Real Estate/Development/Land Use; Sexual Relations; Tax/Benefits/ERISA; Trusts & Estates

### IMPORTANT FIRM CONTACTS

Louis M. Ciavarra
Managing Partner
(508) 926-3408
lciavarra@Bowditch.com

John W. Medbury
Executive Director
(508) 926-3310
jmedbury@Bowditch.com

Vickie E. Manning
Human Resources Manager
(508) 926-3312
vmanning@Bowditch.com

James E. Wallace Jr.
Labor & Employment Practice Area Leader
(508) 926-3439
jwallace@Bowditch.com

Jane V. Hawkes
Business & Finance Practice Area Leader
(617) 757-6510
jhawkes@Bowditch.com

John F. Shoro
Estate, Financial & Tax Planning Practice Area Leader
(508) 926-3433
jshoro@Bowditch.com

Vincent F. O'Rourke Jr.
Litigation Practice Area Leader
(508) 926-3424
vorourke@Bowditch.com

Robert C. Sudmyer
Real Estate & Environmental Practice Area Leader
(508) 926-3436
rsudmyer@Bowditch.com

### MARKETING DIRECTOR

Richard T. Foote
Chief Marketing Officer
(508) 416-2405

MA attorneys: 64
(male: 44; female: 20)
Total attorneys worldwide: 64
Male/female equity partners: 19/2
Male/female new hires in 2005: 3/5
Male/female elevations in 2005: 1/0

MASSACHUSETTS LAWYERS WEEKLY

100 Largest Law Firms | 21

Male/female departures in 2005: N/R

"Of counsel" lawyers: 3

Paralegals/support staff: 14/78

Hourly billing rates: N/R

Associates' starting salary as of Fall 2005: N/R

Associates' starting salary as of Jan. 1, 2006: N/R

Annual billable hours expected of associates: 1,800

Total no. of annual hours devoted to pro bono representation: N/R

Dress policy: Fridays-casual only

---

### 26. GADSBY HANNAH
#### 64 Lawyers

225 Franklin St.
Boston 02110
(617) 345-7000
(617) 345-7050 (fax)
www.ghlaw.com
Founded 1963



LEWIN

**MANAGING PARTNER**
Leonard L. Lewin

GADSBY HANNAH...

### Q&A

*Q. What sets your firm apart from the rest?*

A. Gadsby Hannah serves as "general counsel" to successful businesses and entrepreneurs. Founded in 1963 by a former chairman of the SEC, we have provided counsel to businesses and organizations with national and international interests, to private individuals, particularly those with an entrepreneurial emphasis, to public entities and government agencies, and to the investment firms and financial institutions that support them. We have earned a reputation for success in devising imaginative approaches and innovative strategies to achieve the objectives of our clients. The professionals and staff at Gadsby Hannah embrace a collegial spirit and take pride in providing creative, business-oriented solutions to our clients' legal needs.

### AREAS OF PRACTICE

Alternative Dispute Resolution; Automotive; Banking & Finance; Bankruptcy & Business Restructuring; Business/Corporate; Construction; Energy/ Environmental/ Regulated Industry; Family & Probate/Domestic Relations; Projects/Municipal; Hotel & Restaurant; International Law/Trade; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Nonprofit Organizations; Real Estate/Development/Land Use; Securities & Finance; Sexual Harassment; Transportation; Trusts & Estates

Marketing director: N/R

MA attorneys: 64 (male: 46; female: 18)

Total attorneys worldwide: 64

Male/female equity partners: N/R

Male/female new hires in 2005: N/R

Male/female elevations in 2005: N/R

Male/female departures in 2005: N/R

"Of counsel" lawyers: 5

Paralegals/support staff: 9/55

Hourly billing rates: N/R

Associates' starting salary as of Fall 2005: N/R

Associates' starting salary as of Jan. 1, 2006: N/R

Annual billable hours expected of associates: N/R

Total no. of annual hours devoted to pro bono representation: N/R

Dress policy: N/R

# Marc Z
## LEGAL STAFFING

We've got all your legal needs covered from A-Z

Marc P. Zwetchkenbaum, Esq.

184 High Street, 4th floor
617-320-4696 or 617-338-1300
Fax: 617-399-7955

www.marczlegal
marcz@marczlegal.com

*Your Legal Recruiter For Over 25 Years*



**Practicing Law at the Speed of**

**Exceptional Knowledge. Exceptional Service.**

RUBERTO, ISRAEL & WEINER, P.C.
ATTORNEYS AT LAW

Corporate ▪ Banking, Finance & Lending ▪ Litigation
Mergers & Acquisitions ▪ Technology ▪ Intellectual Property
Employment ▪ Mediation Services ▪ Clean Energy

100 North Washington Street, Boston, MA 02114
Tel: 617-742-4200 ▪ Fax: 617-742-2355 ▪ www.riw.com



# Independent professionals play key role in complex litigation disputes

## We'll help bring order to your court.

For more than 30 years, UHY Advisors' Forensic, Litigation & Valuation Services Group has been recognized for providing the highest quality litigation consulting, business valuation and forensic accounting services.

With our extensive experience, we can help you clarify complex financial matters in an organized and efficient manner. It's what we call The Next Level of Service.



**UHY Advisors**
Tax & Business Consultants

## THE NEXT LEVEL OF SERVICE

Boston 617.742.9666   •   New Haven 203.777.1099   •   Hartford 860.549.8500
uhy-us.com   •   20 U.S. Offices

## 28. HINCKLEY, ALLEN & SNYDER

**61 Lawyers**

28 State St.
Boston 02109
(617) 345-9000
(617) 345-9020 (fax)
www.haslaw.com
Founded 1906



DEFANTI

**MANAGING PARTNER**
Michael P. DeFanti

**HinckleyAllenSnyder**
ATTORNEYS AT LAW

### Q&A

*Q. What sets your firm apart from the rest?*
A. Hinckley, Allen & Snyder, one of New England's leading law firms, provides a full range of legal services to individuals and businesses in a wide range of industries throughout the Northeast and beyond. Our team of over 115 lawyers provides expert legal counsel and in-depth industry knowledge in such specialties as real estate, venture capital, intellectual property (including patent prosecution and licensing), state and federal taxation, securities law, health care law, construction law, corporate law, labor and employment law, estate planning and administration and commercial litigation. Hinckley, Allen & Snyder has been providing clients with world-class service and pragmatic business advice for nearly a century. For more about us, please visit www.haslaw.com.

### AREAS OF PRACTICE

Antitrust; Banking & Finance; Business/Corporate; Construction; Energy/Environmental/Regulated Industry; Financial Services/Institutions; Health Care/Life Sciences; Immigration; Intellectual Property; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Nonprofit Organizations; Private Equity; Real Estate/Development/Land Use; Securities & Finance; Tax/Benefits/ERISA; Trusts & Estates; White Collar Criminal Defense

### IMPORTANT FIRM CONTACTS

Joel Lewin
Construction and Procurement Group Chair
jlewin@haslaw.com

Frederick P. McClure
Corporate and Business Group Chair
fmcclure@haslaw.com

William R. Grimm
Litigation Group Chair
wgrimm@haslaw.com

Gerald J. Petros
Litigation Group Vice Chair
gpetros@haslaw.com

Paul A. Silver
Personal Financial Planning Group Chair
psilver@haslaw.com

David J. Rubin
Real Estate Group Chair
drubin@haslaw.com

### MARKETING DIRECTOR

Laurie MacDonald
lwmacdonald@haslaw.com

MA attorneys: 61
(male: 42; female: 19)



where can I find more
**good people?**
who's out there

**SPECIAL COUNSEL**

**THAT'S WHAT WE DO, EVERY DAY.®** With Special Counsel, your search is over -- that's because we are the leading provider of legal staffing services nationwide. Whether you need attorneys, paralegals, or other legal staffing support, we can provide the most qualified professionals -- from general workload management and litigation support to project management for e-discovery and document review projects. And with specialized services like medical document review, deposition digesting, and court reporting, all of your legal needs are just a phone call away.

**(617) 338-7700**
(800) 737-3436
**specialcounsel.com**

©2006 Special Counsel, Inc. All rights reserved.          A Member of the MPS Group NYSE

Total attorneys worldwide: 118
Male/female equity partners: 19/5
Male/female new hires in 2005: 4/4
Male/female elevations in 2005: 0/0
Male/female departures in 2005: 6/2
"Of counsel" lawyers: 6
Paralegals/support staff: 5/64
Hourly billing rates:
Partners: $240-$550
Junior partners/associates: $180-$290
Paralegals: $100-$225
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Total no. of annual hours devoted to pro bono representation: N/R
Dress policy: Business-dress (with business-casual Fridays)

## 29. KOPELMAN AND PAIGE
#### 59 Lawyers

101 Arch St.
Boston 02110
(617) 556-0007
(617) 654-1735 (fax)

MA attorneys: 59
(male: 30; female: 29)
Total attorneys worldwide: 59
Male/female equity partners: 15/11
Male/female new hires in 2005: 3/2
Male/female elevations in 2005: 1/3
Male/female departures in 2005: 0/0
"Of counsel" lawyers: 0
Paralegals/support staff: 6/35
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: Fridays-casual only

## 29. MIRICK O'CONNELL
#### 59 Lawyers

100 Front St.
Worcester 01608
(508) 791-8500
(508) 791-8502 (fax)

MA attorneys: 59
(male: 40; female: 19)
Total attorneys worldwide: 59
Male/female equity partners: N/R
Male/female new hires in 2005: N/R
Male/female elevations in 2005: N/R
Male/female departures in 2005: N/R
"Of counsel" lawyers: 6
Paralegals/support staff: 18/69
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: Fridays-casual only

## 31. ROBINSON & COLE
#### 55 Lawyers

One Boston Place
Boston 02108
(617) 557-5900
(617) 557-5999 (fax)

MA attorneys: 55
(male: 32; female: 23)
Total attorneys worldwide: 225
Male/female equity partners: 16/2
Male/female new hires in 2005: 2/4
Male/female elevations in 2005: 1/1
Male/female departures in 2005: 5/1
"Of counsel" lawyers: 0
Paralegals/support staff: 5/45
Hourly billing rates:
Partners: $310-$490
Junior partners/associates: $200-$350
Paralegals: $120-$160
Associates' starting salary as of Fall 2005: $115,000
Associates' starting salary as of Jan. 1, 2006: $115,000
Annual billable hours expected of associates: 1,800
Dress policy: Business-dress

## 32. POSTERNAK BLANKSTEIN & LUND
#### 52 Lawyers

800 Boylston St.
Boston 02199
(617) 973-6100
(617) 367-2315 (fax)

MA attorneys: 52
(male: 39; female: 13)
Total attorneys worldwide: 52
Male/female equity partners: N/R
Male/female new hires in 2005: N/R
Male/female elevations in 2005: N/R
Male/female departures in 2005: N/R
"Of counsel" lawyers: 8
Paralegals/support staff: 5/41
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: N/R

## 33. PRINCE LOBEL GLOVSKY & TYE
#### 50 Lawyers

585 Commercial St.
Boston 02109 (firm is moving in April)
(617) 456-8000
(617) 456-8100 (fax)
www.plgt.com
Founded 1988



MALONEY

MANAGING PARTNER
Robert P. Maloney

PRINCE.LOBEL.GLOVSKY & TYE ℗

### Q&A

*Q. How would you describe your firm culture?*

A. We strive to offer a working environment that provides for professional growth and understands the importance of personal and family time. We encourage cooperation and teamwork among all support staff and attorneys, including partners, and believe that an excellent organization can only be achieved by respecting each other's beliefs individually and by fostering personal and professional growth.

*Q. What sets your firm apart from the rest?*

A. We have a unique approach that has won us the loyalty of an impressive list of clients over the years. We seek to earn and reward our clients' trust by thoroughly understanding our client needs and by offering quick, efficient solutions to their legal problems. We have attorneys that have come to Prince Lobel from both small and large firms, enabling us to offer a level of service at a value that few other firms can match.

*Q. How will your firm change in the next decade?*

A. With our upcoming move to 100 Cambridge St., we are well suited to continue with our plans for growth and expanded service offerings.

### AREAS OF PRACTICE

Business/Corporate; Family & Probate/Domestic Relations; Labor, Employment & Employee Benefits; Estate Planning and Probate; Insurance; Intellectual Property; Litigation; Media Law; Real Estate/ Development/Land Use

IMPORTANT FIRM CONTACTS

Patricia M. Annino
Estate Planning
pmannino@plgt.com

Robert A. Bertsche
Media and Intellectual Property,
Employment
rbertsche@plgt.com

Joseph D. Steinfield
Media and Litigation
jsteinfield@plgt.com

Richard D. Glovsky
Employment
rdglovsky@plgt.com

Mitchell S. King
Reinsurance and Insurance
msking@plgt.com

Robert P. Maloney
Corporate and Tax
rpmaloney@plgt.com

Walter B. Prince
Litigation
wbprince@plgt.com

Craig M. Tateronis
Real Estate
cmtateronis@plgt.com

Donald G. Tye
Domestic Relations
dgtye@plgt.com

William A. Worth
Litigation
waworth@plgt.com

MARKETING DIRECTOR

Jamie O'Riordan
(617) 456-8191
jsoriordan@plgt.com

MA attorneys: 50
(male: 36; female: 14)
Total attorneys worldwide: 50
Male/female equity partners: 12/1

Male/female new hires in 2005:
4/3
Male/female elevations in 2005:
0/0
Male/female departures in 2005:
4/5
"Of counsel" lawyers: 5
Paralegals/support staff: 6/28
Hourly billing rates:
Partners: $325-$425
Junior partners/associates:
$185-$300
Paralegals: $85-$145
Associates' starting salary as of Fall
2005: N/R
Associates' starting salary as of Jan.
1, 2006: N/R
Annual billable hours expected of
associates: 1,800
Total no. of annual hours devoted
to pro bono representation: 484
Dress policy: N/R

## 34. DLA PIPER RUDNICK GRAY CARY US

### 49 Lawyers

33 Arch St.
Boston 02110
(617) 406-6000
(617) 406-6100 (fax)

MA attorneys: 49
(male: 37; female: 12)
Total attorneys worldwide:
Approximately 2,900
Male/female equity partners: N/R
Male/female new hires in 2005: 12/7
Male/female elevations in 2005: 2/0
Male/female departures in 2005: 2/3
"Of counsel" lawyers: 2
Paralegals/support staff: 6/32
Hourly billing rates:
Partners: $460-$660
Junior partners/associates:
$255-$475
Paralegals: $135-$245
Associates' starting salary as of Fall
2005: $125,000

Xray Color Enhancements

Settlement

Personal Injury

Arbitration

PowerPoint

Scanning

Chalk

XRAY FILMS

MEDIATION

Skeletal injuries

Trial graphics

Services include:
• Certified Medical
  Illustration,
  General or
  Case-Specific
• Charts, Graphs
  & Timelines
• Animation
• Computer-Based
  Presentations
• X-Ray Duplication
  & Enhancement
• Document
  Enlargement
• Video Duplication
  & Capture
• Film, Slide &
  Photo Scanning

APS
Advanced Practice Strategies

www.aps-web.com
11 Beacon Street, Suite 1300
Boston, Ma 02108
Phone: 617.367.0553

— the right placement at the right time

Timing is everything. For over a decade, Update Legal has successfully placed attorneys, paralegals, and litigation support staff with law firms and corporate legal departments throughout the United States.

Update Legal specializes in placing highly talented, skilled and motivated legal professionals. Our experience and exclusive focus on legal staffing enables us to fulfill client requirements fast, cost-effectively and with the best professionals in the industry. Whatever your assignment, Update Legal can fill it!

:• Contract, contract-to-permanent and permanent hires
:• Strong working relationships with clients and candidates
:• Extensive review and verification of each candidate's education, skills and work experience
:• Outstanding ability to match candidates with client requirements
:• Responsive and reliable
:• High standards of ethics and integrity
:• Expert assignment matching capabilities
:• 24/7 personalized service
:• Office space available for document review projects

For all of your staffing needs, please call us at 617.350.8700 or 800.867.0725 or visit us online at www.updatelegal.com.


UPDATE LEGAL  > relationships that work

Boston | Chicago | Dallas | Houston | Los Angeles | New York
New Jersey | Philadelphia | San Francisco | Washington D.C.

Associates' starting salary as of Jan. 1,
2006: $135,000
Annual billable hours expected of
associates: 2,000
Dress policy: Casual

## 35. DAY, BERRY & HOWARD
### 47 Lawyers

One International Place
Boston 02110
(617) 345-4600
(617) 345-4715 (fax)

MA attorneys: 47
(male: 30; female: 17)
Total attorneys worldwide: 245
Male/female partners: 16/4
Male/female new hires in 2005: 6/4
Male/female elevations in 2005: 0/0
Male/female departures in 2005: 2/2
"Of counsel" lawyers: 3
Paralegals/support staff: 6/55
Hourly billing rates: N/R
Associates' starting salary as of Fall
2005: $125,000
Associates' starting salary as of Jan. 1,
2006: $125,000
Annual billable hours expected of
associates: 1,800
Dress policy: Business-dress

## 36. SKADDEN, ARPS, SLATE, MEAGHER & FLOM
### 46 Lawyers

One Beacon St.
Boston 02108
(617) 573-4800
(617) 573-4822 (fax)

MA attorneys: 46
(male: 31; female: 15)
Total attorneys worldwide: 1,800
Male/female equity partners: 9/1
Male/female new hires in 2005: 6/8
Male/female elevations in 2005: N/R
Male/female departures in 2005: 6/3
"Of counsel" lawyers: 0
Paralegals/support staff: 21/43
Hourly billing rates: N/R
Associates' starting salary as of Fall
2005: $140,000

Associates' starting salary as of Jan. 1,
2006: $145,000
Annual billable hours expected of
associates: N/A
Dress policy: Business-casual

## 37. FOLEY & LARDNER
### 45 Lawyers

111 Huntington Ave.
Boston 02199
(617) 342-4000
(617) 342-4001 (fax)

MA attorneys: 45
(male: 33; female: 12)
Total attorneys worldwide: 1,023
Male/female equity partners: 21/1
Male/female new hires in 2005: 2/5
Male/female elevations in 2005: 3/0
Male/female departures in 2005: 1/0
"Of counsel" lawyers: 3
Paralegals/support staff: 7/25
Hourly billing rates: N/R
Associates' starting salary as of Fall
2005: $125,000
Associates' starting salary as of Jan. 1,
2006: $135,000
Annual billable hours expected of
associates: 1,850
Dress policy: Business-casual

## 38. SHERIN AND LODGEN
### 44 Lawyers

101 Federal St.
Boston 02110
(617) 646-2000
(617) 646-2222 (fax)



MARKOFF

MANAGING PARTNER
Gary M. Markoff

Sherin AND Lodgen LLP
Legal Precision and Innovation

### Q&A

*Q. What sets your firm
apart from the rest?*

A. Our success is measured by the
success of our clients. We have
developed a reputation for
performing outstanding legal work
in our chosen areas of practice –
Real Estate, Business Transactions
and Civil Litigation – achieving
results with precision and
innovation. We are creative
problems-solvers with an in-depth
understanding of our clients'
objectives, proposing workable
solutions to accomplish our
clients' goals. We also contribute
to the larger community by
undertaking leadership positions in
bar associations and committees,
local government, pro bono work
and participation in numerous
industry trade associations and
community organizations.

### AREAS OF PRACTICE

Business/Corporate;
Litigation; Real
Estate/Development/Land
Use

### IMPORTANT FIRM CONTACTS

Ronald W. Ruth
Chair, Real Estate Department
rwruth@sherin.com
(617) 646-2165

Frank J. Bailey
Chair, Business Litigation Group
fjbailey@sherin.com
(617) 646-2124

C. Forbes Sargent III
Chair, Business Law and Financings
Group
cfsargent@sherin.com
(617) 646-2189

Robert J. Muldoon Jr.
Chair, Professional Liability Group
rjmuldoon@sherin.com
(617) 646-2225

Christopher A. Kenney
Co-Chair, Construction Law Group
cakenney@sherin.com
(617) 646-2280

John C. La Liberte
Chair, Bankruptcy and Creditors
Rights Group
jclaliberte@sherin.com
(617) 646-2173

MA attorneys: 44
(male: 31; female: 13)
Total attorneys worldwide: 44
Male/female equity partners: N/R
Male/female new hires in 2005:
N/R
Male/female elevations in 2005:
N/R
Male/female departures in 2005:
N/R
"Of counsel" lawyers: 3
Paralegals/support staff: 7/46
Hourly billing rates: N/R
Associates' starting salary as of Fall
2005: N/R
Associates' starting salary as of Jan.
1, 2006: N/R
Annual billable hours expected of
associates: N/R
Dress policy: N/R

## 39. PEABODY & ARNOLD
### 43 Lawyers

30 Rowes Wharf
Boston 02110
(617) 951-2100
(617) 951-2125 (fax)

MA attorneys: 43
(male: 27; female: 16)
Total attorneys worldwide: 43
Male/female equity partners: 15/4
Male/female new hires in 2005: 1/1
Male/female elevations in 2005: 0/2
Male/female departures in 2005: 2/1
"Of counsel" lawyers: 9
Paralegals/support staff: 5/30
Hourly billing rates: N/R
Associates' starting salary as of Fall
2005: N/R
Associates' starting salary as of Jan. 1,
2006: N/R
Annual billable hours expected of
associates: N/R
Dress policy: Casual



*Get There.*

# Why do 9 of the top 10 Boston law firms bring their people here again & again?

To build teams, develop leaders, motivate staff & strengthen relationships.

For meetings & events that hone their competitive spirits to a cutting edge.

Seems that the more successful the law firm, the more often we see them at F1 Boston. For conferences, seminars, recruiting sessions,

*Find out more. 781.228.2010.*
*F1 Boston Conference & Racing Center.*

## F1 BOSTON
*Get There. Faster.*

Build Teams / Develop Leaders / Motivate Staff / Strengthen Relationships

F1 Boston Conference & Racing Facility / 290 Wood Road, Braintree, MA 02184
781.228.2010
info@F1Boston.com / www.F1Boston.com

## 39. RACKEMANN SAWYER & BREWSTER

**43 Lawyers**

One Financial Center
Boston 02111
(617) 542-2300
(617) 542-7437 (fax)

MA attorneys: 43
(male: 29; female: 14)
Total attorneys worldwide: 43
Male/female equity partners: 17/4
Male/female new hires in 2005: 1/3
Male/female elevations in 2005: 1/1
Male/female departures in 2005: 1/0
"Of counsel" lawyers: 1
Paralegals/support staff: 8
(paralegals)
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: N/R

## 41. BULKLEY, RICHARDSON AND GELINAS

**42 Lawyers**

1500 Main St.
Springfield 01115
(413) 781-2820
(413) 785-5060 (fax)

MA attorneys: 42
(male: 28; female: 14)
Total attorneys worldwide: 42
Male/female equity partners: 13/7
Male/female new hires in 2005: N/R
Male/female elevations in 2005: N/R
Male/female departures in 2005: N/R
"Of counsel" lawyers: 5
Paralegals/support staff: 6/40
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: Casual

## 42. WOLF, GREENFIELD & SACKS

**41 lawyers**

600 Atlantic Ave.
Boston 02210
(617) 646-8000
(617) 646-8646 (fax)
www.wolfgreenfield.com
Founded 1927

 
HONEYMAN    GATES

**MANAGING PARTNERS**

Jason M. Honeyman,
Managing Partner
Edward R. Gates, Chairman



### Q&A

*Q. How would you describe your firm culture?*

A. Our culture emphasizes collegiality (our people truly care for one another), time for family (our billing requirement is 1,800 hours), a team approach, a long-term perspective when making decisions affecting our business and our people, and partnerships with clients who consider IP among their most valuable assets.

*Q. What sets your firm apart from the rest?*

A. We focus exclusively on IP. We offer clients a depth of expertise in virtually every technology and across many industries. Our experience includes complex IP litigation, interferences, IP due diligence in sophisticated acquisitions, strategic patent and trademark portfolio development, and IP licensing. We help clients meet their business goals.

*Q. How will your firm change in the next decade?*

A. Our business model is to hire carefully and grow slowly, commit heavily to training/development, and have a homogeneous work ethic. We will continue to strive for excellence in serving our clients' needs and be guided by our core values in recruiting, pursuing new client opportunities and developing strategic relationships.

### AREAS OF PRACTICE

Intellectual Property

### MARKETING DIRECTOR

Sara A. Crocker
scrocker@wolfgreenfield.com

MA attorneys: 41
(male: 33; female: 8)
Total attorneys worldwide: 41
Male/female equity partners: 21/1
Male/female new hires in 2005: N/R
Male/female elevations in 2005: 1/1
Male/female departures in 2005: 2/0
"Of counsel" lawyers: 2
Paralegals/support staff: N/R
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Total no. of annual hours devoted to pro bono representation: N/R
Dress policy: Casual

## 43. DAVIS, MALM & D'AGOSTINE

**37 Lawyers**

One Boston Place
Boston 02108
(617) 367-2500
(617) 523-6215 (fax)
www.davismalm.com
Founded 1979

 
FELDMAN    MALM

**MANAGING PARTNERS**

Paul L. Feldman,
Managing Partner
C. Michael Malm,
Founding Partner

### DAVIS MALM & D'AGOSTINE P.C.
ATTORNEYS AT LAW

### Q&A

*Q. How would you describe your firm culture?*

A. Davis Malm is dedicated to providing out clients first-rate legal work while maintaining a collegial, collaborative and enjoyable work environment. In short, we work hard so we have time to play.

*Q. What sets your firm apart from the rest?*

A. Davis Malm enjoys a sophisticated practice, but in a small package. We avoid cumbersome bureaucracy, and promote innovative, efficient and effective approaches to the tasks at hand.

*Q. How will your firm change in the next decade?*

A. Our talented, young lawyers will take over management of the firm. We will respond to the needs of our clients with flexible and creative solutions using all the best technology. We expect our growth to be incremental so that the close and committed relationship with our clients is not diluted.

### AREAS OF PRACTICE

Administrative; Antitrust;
Banking & Finance;
Bankruptcy & Business
Restructuring; Business/
Corporate; Construction;
Energy/Environmental/Regu
lated Industry; Financial
Services/Institutions; Labor,
Employment & Employee
Benefits; Litigation; Mergers
& Acquisitions; Private
Equity; Real Estate/
Development/Land Use;
Securities & Finance; Sexual
Harassment; Trusts &
Estates; Workers'
Compensation

### MARKETING DIRECTOR

Jeanie Griggs
(617) 589-3895
jgriggs@davismalm.com

MA attorneys: 37
(male: 29; female: 8)
Total attorneys worldwide: 37
Male/female equity partners: 22/4

Male/female new hires in 2005:
0/1
Male/female elevations in 2005:
0/1
Male/female departures in 2005:
0/1
"Of counsel" lawyers: 2
Paralegals/support staff: 4/26
Hourly billing rates: N/R
Associates' starting salary as of Fall
2005: N/R
Associates' starting salary as of Jan.
1, 2006: N/R
Annual billable hours expected of
associates: N/R
Total no. of annual hours devoted
to pro bono representation: N/R
Dress policy: Fridays-casual
only

*Subscribe to Massachusetts
Lawyers Weekly today at
www.masslawyersweekly.com*

## 43. HAMILTON, BROOK, SMITH & REYNOLDS

### 37 Lawyers

530 Virginia Road
Concord 01742
(978) 341-0036
(978) 341-0136 (fax)

MA attorneys: 37
(male: 24; female: 13)
Total attorneys worldwide: 39
Male/female equity partners: 10/7
Male/female new hires in 2005: 3/3
Male/female elevations in 2005: 5/3
Male/female departures in 2005: N/R
"Of counsel" lawyers: 1
Paralegals/support staff: 24/74
Hourly billing rates: Varies
Associates' starting salary as of Fall
2005: $120,000
Associates' starting salary as of Jan. 1,
2006: $120,000
Annual billable hours expected of
associates: 1,850
Dress policy: Casual

## 45. CETRULO & CAPONE

### 36 Lawyers

2 Seaport Lane
Boston 02210
(617) 217-5500
(617) 217-5200 (fax)

MA attorneys: 36
(male: 23; female: 13)
Total attorneys worldwide: 36
Male/female equity partners: 4/0
Male/female new hires in 2005: 6/4
Male/female elevations in 2005: N/R
Male/female departures in 2005: 8/7
"Of counsel" lawyers: N/A
Paralegals/support staff: 26/58
Hourly billing rates: N/R
Associates' starting salary as of Fall
2005: N/R
Associates' starting salary as of Jan. 1,
2006: N/R
Annual billable hours expected of
associates: N/R
Dress policy: Fridays-casual only



## Cut to the case.

**It's a high-profile, precedent-setting
case.** There's a lot riding on the outcome.
O'Brien & Levine Court Reporting keeps
everything moving, so you stay focused on
making your case.

We take care of local, national
and worldwide scheduling.
And you can count on our
expertise and technical
know-how for timely,
accurate depositions and
litigation support.

**The verdict is in. Schedule with us and
discover the smart way to manage your litigation.**



O'BRIEN & LEVINE
Court Reporting Services
*Making Your Case*

195 State Street, Boston, MA 02109 • 617-399-0130
toll free: 888-825-DEPO • schedule@court-reporting.com
**www.court-reporting.com**

# TO BE THE BEST, WORK WITH THE BEST!

The support team, in any law firm, is very
often the difference between a good firm
and a great firm. No one understands the
dynamic employment market and the shifting
demand for support staff better then Routhier.
We have earned the respect of Boston law
firms, of all sizes for more than 4 DECADES.
We work effortlessly to support our clients
and we take great pride in providing them
with unparalleled customer service. The
foundation of our success remains matching
the most qualified candidates with the very
best companies.

www.RouthierPlacement.com



*Routhier*
**LEGAL PLACEMENT**

THE CORNERSTONE OF BOSTON LEGAL STAFFING

160 State Street, Boston, MA 02109
Tel: (617) 742-2747 • Fax: (617) 742-3374

## 45. DECHERT
36 Lawyers

200 Clarendon St.
Boston 02116
(617) 728-7100
(617) 426-6567 (fax)

MA attorneys: 36
(male: 22; female: 14)
Total attorneys worldwide: 934
Male/female equity partners: 6/3
Male/female new hires in 2005: 5/4
Male/female elevations in 2005: 0/0
Male/female departures in 2005: 8/2
"Of counsel" lawyers: 3
Paralegals/support staff: 5/26
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: $125,000
Associates' starting salary as of Jan. 1, 2006: $125,000
Annual billable hours expected of associates: N/R
Dress policy: Business-casual

## 45. FLETCHER, TILTON & WHIPPLE
36 Lawyers

370 Main St.
Worcester 01608
(508) 459-8000
(508) 791-7201(fax)

MA attorneys: 36
(male: 26; female: 10)
Total attorneys worldwide: 36
Male/female equity partners: 19/2
Male/female new hires in 2005: 2/2
Male/female elevations in 2005: 1/0
Male/female departures in 2005: 0/0
"Of counsel" lawyers: 9
Paralegals/support staff: 32/24
Hourly billing rates: N/A
Associates' starting salary as of Fall 2005: N/A
Associates' starting salary as of Jan. 1, 2006: N/A
Annual billable hours expected of associates: 1,650
Dress policy: Fridays-casual only

## 48. BROMBERG & SUNSTEIN
35 Lawyers

125 Summer St.
Boston 02110
(617) 443-9292
(617) 443-0004 (fax)
www.brombergsunstein.com
Founded 1979



KANN

**MANAGING PARTNER**

Robert L. Kann

BROMBERG & SUNSTEIN LLP

### Q&A

**Q. How would you describe your firm culture?**

A. Our culture of intellectual curiosity and openness reflects our clients' demands that we bring exceptional creativity and ingenuity to our IP litigation, patent portfolio development and business transaction matters. Our collegial and collaborative culture also is driven by our need to bring a multi-disciplinary approach to our clients' complex problems.

**Q. What sets your firm apart from the rest?**

A. Our attorneys possess broad scientific expertise and bring exceptional experience to protecting the ideas at the heart of our clients' enterprises. From "bet-the-company" litigation to formulation of complex patent portfolio strategies, we have a single-minded focus on achieving our clients' business goals.

**Q. How will your firm change in the next decade?**

A. We expect that new technologies and the global economy will rapidly develop. We will be creative and flexible in delivering new legal services to meet the evolving business goals of our clients. In that connection, we expect to draw on our worldwide network of associate counsel.

**AREAS OF PRACTICE**

Business/Corporate; Health Care/Life Sciences; Intellectual Property; Litigation

**IMPORTANT FIRM CONTACTS**

Lee C. Bromberg
Litigation Department
lbromberg@bromsun.com

Bruce D. Sunstein
Patent Department
bsunstein@bromsun.com

Kerry L. Timbers
Trademark & Copyrights
ktimbers@bromsun.com

**MARKETING DIRECTOR**

Jack Rossin
jrossin@bromsun.com

MA attorneys: 35
(male: 23; female: 12)
Total attorneys worldwide: 35
Male/female equity partners: 14/3
Male/female new hires in 2005: 3/4
Male/female elevations in 2005: N/R
Male/female departures in 2005: 3/3
"Of counsel" lawyers: N/R
Paralegals/support staff: 9/31
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: $125,000
Associates' starting salary as of Jan. 1, 2006: $125,000
Annual billable hours expected of associates: 1,800
Total no. of annual hours devoted to pro bono representation: N/R
Dress policy: Casual

## 48. MURPHY, HESSE, TOOMEY & LEHANE
35 Lawyers

300 Crown Colony Drive
Quincy 02169
(617) 479-5000
(617) 479-6469 (fax)
www.mhtl.com
Founded 1986



MURPHY

**MANAGING PARTNER**

Arthur P. Murphy


MURPHY HESSE
TOOMEY & LEHANE LLP
Attorneys at Law

**AREAS OF PRACTICE**

Alternative Dispute Resolution; Business/Corporate; Education; Family & Probate/Domestic Relations; Government Regulation & Affairs/Public; Projects/Municipal; Health Care/Life Sciences; Immigration; Labor, Employment & Employee Benefits; Litigation; Nonprofit Organizations; Real Estate/Development/ Land Use; Tax/Benefits/ ERISA; Trusts & Estates; White Collar Criminal Defense

**IMPORTANT FIRM CONTACTS**

Katherine Hesse
Labor & Employment

James Toomey
Education & Special Education

John Flynn
Municipal

Michael Dolan
Litigation

Don Graham
Corporate

MASSACHUSETTS LAWYERS WEEKLY     100 Largest Law Firms | 31

MARKETING DIRECTOR
Monte Vaughn
(617) 479-5000
mvaughn@mhtl.com

MA attorneys: 35
(male: 19; female: 16)
Total attorneys worldwide: 35
Male/female equity partners: 12/4
Male/female new hires in 2005:
N/R
Male/female elevations in 2005:
N/R
Male/female departures in 2005:
N/R
"Of counsel" lawyers: 0
Paralegals/support staff: 4/37
Hourly billing rates: N/R
Associates' starting salary as of Fall
2005: N/R
Associates' starting salary as of Jan.
1, 2006: N/R
Annual billable hours expected of
associates: N/R
Total no. of annual hours devoted
to pro bono representation: N/R
Dress policy: Fridays-casual
only

## 48. WEIL, GOTSHAL & MANGES*

### 35 Lawyers

100 Federal St.
Boston 02110
(617) 772-8300
(617) 772-8333 (fax)

MA attorneys: 35
Total attorneys worldwide: N/R
Male/female equity partners: N/R
Male/female new hires in 2005: N/R
Male/female elevations in 2005: N/R
Male/female departures in 2005: N/R
"Of counsel" lawyers: N/R
Paralegals/support staff: N/R
Hourly billing rates: N/R
Associates' starting salary as of Fall
2005: N/R
Associates' starting salary as of Jan. 1,
2006: N/R
Annual billable hours expected of
associates: N/R
Dress policy: N/R

* Information obtained independently

## 51. MURTHA CULLINA

### 33 Lawyers

99 High St.
Boston 02110
(617) 457-4000
(617) 482-3868 (fax)

MA attorneys: 33
(male: 21; female: 12)
Total attorneys worldwide: 130
Male/female equity partners: N/R
Male/female new hires in 2005: 1/0
Male/female elevations in 2005: 1/0
Male/female departures in 2005: 5/0
"Of counsel" lawyers: 9
Paralegals/support staff: 8/30
Hourly billing rates:
Partners: $220-$455
Junior partners/associates:
$140-$230
Paralegals: $80-$195
Other: $200-$385 (counsel/of
counsel); $85-$110 (staff)
Associates' starting salary as of Fall
2005: $80,000
Associates' starting salary as of Jan. 1,
2006: $85,000

Annual billable hours expected of
associates: 1,800
Dress policy: Business-dress

## 51. TODD & WELD

### 33 Lawyers

28 State St.
Boston 02109
(617) 720-2626
(617) 227-5777 (fax)
www.toddweld.com
Founded 1992



CRAWFORD

MANAGING PARTNER
Ian Crawford





THE STRATEGIC SEARCH GROUP, INC.
Transforming Lives Toward Fulfillment

You can count on us for your
retained and contingency attorney searches
at both Partner and Associate levels.

The Strategic Search Group is
female owned and bilingual in Spanish.

Check the weekly classified section
of Lawyers Weekly for the current
opportunities available.

P.O. Box 5114
Norwell MA 02061
T- 781-659-0007 • F- 781-659-0205
Email:
transform@thestrategicsearchgroupinc.com

Personal Injury, Auto Tort, UM Coverage
Construction/Commercial, Professional/
General Liability, Securities, Labor/
Employment, Corporate & Probate

ADR/EQUIMAR, INC.
617.248.2450

Comprehensive ADR Services,
Mediation, Arbitration, Case Evaluation,
Settlement Days & Training.
Serving New England for over 19 years
And an Approved Provider
to the Massachusetts Superior Courts.
Locations throughout New England

John L. Mattos, President
50 Congress Street, Suite 400
Boston, MA 02109
617-248-2450
800-873-7351

Visit us at
www.adr-equimar.com

**Q&A**

*Q. What sets your firm apart from the rest?*
A. The founders of Todd & Weld established a firm of trial lawyers committed to offering the highest level of trial advocacy. It was the founders' mission to apply the lessons learned in years of litigation practice and courtroom battles and establish a cutting-edge, creative and focused trial firm that employed state-of-the-art technology, enthusiastic staff, and creative and determined attorneys. With uncompromising dedication to its mission, Todd & Weld is today recognized as a preeminent trial firm.

AREAS OF PRACTICE

Alternative Dispute Resolution; Automotive; Construction; Criminal Defense; Family & Probate/Domestic Relations; Immigration; Intellectual Property; Labor, Employment & Employee Benefits; Litigation; Personal Injury; Products & Premises Liability/General Tort Law; Professional Liability/Medical Malpractice; RICO Actions; Sexual Harassment; White Collar Criminal Defense

IMPORTANT FIRM CONTACTS

Lisa G. Arrowood
Business and Employment Litigation, Personal Injury, Medical Malpractice
larrowood@toddweld.com

Nicholas B. Carter
Business Litigation, Personal Injury, Church Litigation
ncarter@toddweld.com

Jeffrey N. Catalano
Medical Malpractice, Premises and Products Liability, Personal Injury
jcatalano@toddweld.com

Howard M. Cooper
Litigation, Criminal Defense, Franchising, First Amendment/Defamation
hcooper@toddweld.com

Juliet A. Davison
Business, Employment and Probate Litigation
jdavison@toddweld.com

Elaine M. Epstein
and Gary O. Todd
Domestic Relations, Probate Litigation
eepstein@toddweld.com;
gtodd@toddweld.com

Christopher R. O'Hara
and Ian Crawford
Business and Employment Litigation
cohara@toddweld.com;
icrawford@toddweld.com

Kevin T. Peters
Business Litigation, Class Action Litigation
kpeters@toddweld.com

J. Owen Todd
Litigation, Arbitration/Mediation
jotodd@toddweld.com

Christopher Weld Jr.
Litigation, Construction, Immigration
cweld@toddweld.com

Marketing director: N/R

MA attorneys: 33
(male: 23; female: 10)
Total attorneys worldwide: 33
Male/female equity partners: 9/3
Male/female new hires in 2005: 4/3
Male/female elevations in 2005: 1/0
Male/female departures in 2005: 3/2
"Of counsel" lawyers: 2
Paralegals/support staff: 7/32
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Total no. of annual hours devoted to pro bono representation: N/R
Dress policy: Fridays-casual only

## 53. LAWSON & WEITZEN
**32 Lawyers**

88 Black Falcon Ave.
Boston 02210
(617) 439-4990
(617) 439-3987 (fax)
www.lawson-weitzen.com
Founded 1973

 

LAWSON    WEITZEN

MANAGING PARTNERS

Evan T. Lawson,
Senior Partner
Richard B. Weitzen,
Managing Partner



**Q&A**

*Q. How would you describe your firm culture?*
A. Diverse, well-balanced and cutting-edge. Our lawyers reflect a wide variety of interests and points of view brought together by a shared commitment to mutual respect and providing our clients with the best inter-disciplinary legal advice and representation available. Our culture is exemplified by the longevity of our attorneys and staff, and the long-term relationships we have established with our clients.

*Q. What sets your firm apart from the rest?*
A. Our unique operating structure allows our attorneys to provide individual or collaborative expert services to our clients as needed at reasonable fees free from the distractions of office politics. We are attentive, responsive, thorough and always oriented to the client's objective.

*Q. How will your firm change in the next decade?*
A. Our inherent flexibility will enable us to adapt to the

requirements of our clients and the economics of the legal profession as they evolve. Our goal is always to be able to contend with the unexpected.

AREAS OF PRACTICE

Administrative; Alternative Dispute Resolution; Government Regulation & Affairs/Public; Projects/Municipal; Health Care/Life Sciences; Intellectual Property; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Nonprofit Organizations; Personal Injury; Products & Premises Liability/General Tort Law; Professional Liability/Medical Malpractice; Real Estate/Development/Land Use; Tax/Benefits/ERISA; Trusts & Estates; Workers' Compensation

IMPORTANT FIRM CONTACTS

Frank L. Bridges
Estate Planning, Business Succession Planning and Self-Directed IRAs
fbridges@lawson-weitzen.com

George E. Christodoulo
Real Estate and Financing
gchristodoulo@lawson-weitzen.com

Kenneth B. Gould
Real Estate and Financing
kgould@lawson-weitzen.com

K. Scott Griggs
Healthcare Defense
sgriggs@lawson-weitzen.com

George F. Hailer
Environmental
ghailer@lawson-weitzen.com

John J. Weltman
Litigation
jweltman@lawson-weitzen.com

Sonia K. Guterman, Ph.D., J.D.
Intellectual Property
sguterman@lawson-weitzen.com



# THE TOOLS
# AND THE TALENT

**The tech tools and in-courtroom support you need to help you streamline, focus and win.**

## TRIAL PRESENTATION

In the courtroom, presentation can make all the difference. At Jack Daniel Reporting, our team of trained professionals use the latest video, audio and digital graphic technologies to give your case more impact than ever before. From pre-trial preparation to in-courtroom orchestration, our team gives you the support and expertise you need so you can focus on winning your case.



**Jack Daniel**
Court Reporting & Video Services

www.jackdanielreporting.com  |  866.814.0039

**34  |  100 Largest Law Firms**                    MASSACHUSETTS LAWYERS WEEKLY

J. Mark Dickison
Civil Litigation, Criminal Defense
mdickison@lawson-weitzen.com

Michael McDevitt
Federal Employers Liability Act,
Workers' Compensation
mmcdevitt@lawson-weitzen.com

Robert J. Roughsedge
Products Liability, Business Disputes
rroughsedge@lawson-weitzen.com

**MARKETING DIRECTOR**
Barbara A. DeLeo

MA attorneys: 32
(male: 23; female: 9)
Total attorneys worldwide: 32
Male/female equity partners: 2/0
Male/female new hires in 2005:
1/1
Male/female elevations in 2005:
2/0
Male/female departures in 2005:
0/1
"Of counsel" lawyers: 0
Paralegals/support staff: 3/27
Hourly billing rates:
Partners: $225-$350
Junior partners/associates:
$125-$225
Paralegals: $50-$100
Associates' starting salary as of Fall
2005: N/R
Associates' starting salary as of Jan.
1, 2006: N/R
Annual billable hours expected of
associates: 1,850
Total no. of annual hours devoted
to pro bono representation: N/R
Dress policy: Casual

## 53. MORGAN,
## BROWN & JOY
**32 Lawyers**

200 State St.
Boston 02109
(617) 523-6666
(617) 367-3125 (fax)

MA attorneys: 32
(male: 22; female: 10)
Total attorneys worldwide: 32
Male/female equity partners: N/R

Male/female new hires in 2005: 3/2
Male/female elevations in 2005: N/R
Male/female departures in 2005: 0/1
"Of counsel" lawyers: N/R
Paralegals/support staff: N/R
Hourly billing rates: N/R
Associates' starting salary as of Fall
2005: N/R
Associates' starting salary as of Jan. 1,
2006: N/R
Annual billable hours expected of
associates: N/R
Dress policy: N/R

## 55. CASNER & EDWARDS
**31 Lawyers**

303 Congress St.
Boston 02210
(617) 426-5900
(617) 426-8810 (fax)
www.casneredwards.com
Founded 1974



MAYO

**MANAGING PARTNER**
Walter H. Mayo III


CASNER & EDWARDS, LLP
ATTORNEYS AT LAW

**Q&A**

*Q. How would you describe
your firm culture?*
A. Casner & Edwards emphasizes
the independence and professional
judgment of its attorneys in
determining how best to provide
quality services to all clients,
regardless of size.

*Q. What sets your firm
apart from the rest?*
A. Flexibility. The firm prides itself
on delivering high-quality work in
the most cost-effective manner.

*Q. How will your firm
change in the next decade?*
A. The firm plans to adapt to the
ever-changing needs of its clients by
encouraging continuing education
of its attorneys, by adding attorneys
with expertise and depth in areas of
interest to clients and by investing
in the technological advances that
can best assist the firm in delivering
the high quality of service its clients
expect.

**AREAS OF PRACTICE**
Administrative; Banking &
Finance; Business/Corporate;
Family & Probate/Domestic
Relations; Government
Regulation & Affairs/Public;
Projects/Municipal;
Insurance; Intellectual
Property; Labor, Employment
& Employee Benefits;
Litigation; Nonprofit
Organizations; Personal
Injury; Products & Premises
Liability/General Tort Law;
Professional Liability/Medical
Malpractice; Real Estate/
Development/Land Use;
Securities & Finance;
Tax/Benefits/ERISA; Trusts &
Estates

Marketing director: N/R

MA attorneys: 31
(male: 25; female: 6)
Total attorneys worldwide: 31
Male/female equity partners: 13/1
Male/female new hires in 2005:
2/0
Male/female elevations in 2005:
1/2
Male/female departures in 2005:
2/0
"Of counsel" lawyers: 3
Paralegals/support staff: 4/19
Hourly billing rates: N/R
Associates' starting salary as of Fall
2005: N/R
Associates' starting salary as of Jan.
1, 2006: N/R
Annual billable hours expected of
associates: N/R
Total no. of annual hours devoted
to pro bono representation: N/R
Dress policy: Fridays-casual
only

## 55. COOLEY MANION
## JONES
**31 Lawyers**

21 Custom House St.
Boston 02110
(617) 737-3100
(617) 737-3113 (fax)
www.cmjlaw.com
Founded 1984

  

MANION          JONES

**MANAGING PARTNERS**

Harry L Manion III
Patrick T. Jones

COOLEY MANION JONES LLP

**AREAS OF PRACTICE**
Administrative; Antitrust;
Automotive; Business/
Corporate; Communications
& Media; Construction;
Criminal Defense; Energy/
Environmental/Regulated
Industry; Family & Probate/
Domestic Relations;
Government Regulations &
Affairs/Public; Projects/
Municipal; Insurance;
Intellectual Property; Labor,
Employment & Employee
Benefits; Litigation; Personal
Injury; Products & Premises
Liability/General Tort Law;
Professional Liability/
Medical Malpractice; Real
Estate/ Development/Land
Use; Securities & Finance;
Sexual Harassment; Sports
& Entertainment; Trusts &
Estates; White Collar
Criminal Defense