**IMPORTANT FIRM CONTACTS**

**Harry L. Manion III**
Commercial Litigation
(617) 737-3100
hmanion@cmjlaw.com

**Patrick T. Jones**
Contingent Fee Practice
(617) 737-3100
pjones@cmjlaw.com

**Martin Gaynor**
Commercial Litigation
(617) 737-3100
mgaynor@cmjlaw.com

**Timothy C. Kelleher III**
Contingent Fee Practice
(617) 737-3100
tkelleher@cmjlaw.com

**John Manning**
Mass Tort Litigation
(617) 737-3100
jmanning@cmjlaw.com

Marketing director: N/R

MA attorneys: 31
(male: 23; female: 8)
Total attorneys worldwide: 36
Male/female equity partners: 8/1
Male/female new hires in 2005: 4/2
Male/female elevations in 2005: 0/0
Male/female departures in 2005: 1/2
"Of counsel" lawyers: 5
Paralegals/support staff: 11/20
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Total no. of annual hours devoted to pro bono representation: N/R
Dress policy: Business-dress

## 55. DUANE MORRIS
### 31 Lawyers

470 Atlantic Ave.
Boston 02210
(617) 289-9200
(617) 289-9201 (fax)

MA attorneys: 31
(male: 24; female: 7)
Total attorneys worldwide: 600+
Male/female equity partners: N/R
Male/female new hires in 2005: 1/1
Male/female elevations in 2005: 0/0
Male/female departures in 2005: 0/0
"Of counsel" lawyers: 2
Paralegals/support staff: 4/25
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: Casual

## 55. LAHIVE & COCKFIELD
### 31 Lawyers

28 State St.
Boston 02109
(617) 227-7400
(617) 742-4214 (fax)

MA attorneys: 31
(male: 16; female: 15)
Total attorneys worldwide: 31
Male/female equity partners: 6/5
Male/female new hires in 2005: 3/13
Male/female elevations in 2005: 0/1
Male/female departures in 2005: 4/2
"Of counsel" lawyers: 4
Paralegals/support staff: 2/62
Hourly billing rates:
Partners: $425-$550
Junior partners/associates: $250-$375
Paralegals: $180
Associates' starting salary as of Fall 2005: N/A
Associates' starting salary as of Jan. 1, 2006: N/A



# Events
### PRESENTED BY
# LAWYERS WEEKLY

At Lawyers Weekly, we believe events that foster a sense of community among attorneys and other members of the legal community are very important. They provide terrific opportunities to the legal profession for networking, learning, and building a stronger sense of civility.

**More information at http://events.lawyersweekly.com**



**A Day of Golf**
June 21st, 2006
1st annual Massachusetts Lawyers Weekly and New England In-House Golf tournament at Cyprian Keyes Golf Club Boylston, MA.



**Summer Recess**
July 13th, 2006
Kick back and relax with members of the legal community. Enjoy music, food and cocktails on the Boston waterfront.



**Up and Coming Lawyers**
September 2006
Celebrate 15 "Rising Stars" who distinguished themselves in the law and appear on their way to bigger things.



**Unsung Heroes**
October 19th, 2006
A luncheon to celebrate support staff members of the legal community who go above and beyond the call of duty for their office.



**Battle of the Lawyers**
November 9th, 2006
Join us as top lawyers present their closing arguments from high profile cases. Sure to be an educational and enlightening experience!



**Excellence in the Law**
February 2007
A night to honor excellence in the judiciary, excellence in legal journalism, the 10 Lawyers Weekly Lawyers of the Year and other members of the legal community who represent the very best of what lawyering is all about.

Annual billable hours expected of associates: 1,850

Dress policy: Business-casual

## 55. MELICK, PORTER & SHEA

31 Lawyers

28 State St.
Boston 02109
(617) 523-6200
(617) 523-8130 (fax)

MA attorneys: 31
(male: 18; female: 13)
Total attorneys worldwide: 33
Male/female equity partners: 5/0
Male/female new hires in 2005: 4/4
Male/female elevations in 2005: 1/0
Male/female departures in 2005: 3/0
"Of counsel" lawyers: 0
Paralegals/support staff: 6/19
Hourly billing rates:
Partners: $125-$250
Junior partners/associates:
$115-$200
Paralegals: $50-$75
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: 1,925
Dress policy: Casual

## 60. CAMPBELL CAMPBELL EDWARDS & CONROY

30 Lawyers

One Constitution Plaza
Boston 02129
(617) 241-3000
(617) 241-5115 (fax)
www.campbell-trial-lawyers.com
Founded 1983


RICHARD P. CAMPBELL


JAMES M. CAMPBELL

### MANAGING PARTNERS
Richard P. Campbell
James M. Campbell

### Q & A WITH THE MANAGING PARTNER

**Q. How would you describe your firm culture?**

A. Campbell Campbell Edwards & Conroy is dedicated to the litigation of high stakes cases throughout the United States. Our attorneys provide clients with high quality, personalized, cost-effective litigation services designed to achieve an efficient and favorable resolution of their disputes. Many of our lawyers hold or have held leadership positions in local and national bar associations; regularly present educational programs to practicing attorneys, clients and the general public; and contribute to professional publications.

**Q. What sets your firm apart from the rest?**

A. At a time when the number of experienced trial lawyers has declined dramatically and many firms are struggling to find ways to train young trial lawyers and hone the skills of their partners, Campbell Trial Lawyers continues to try cases regularly. In 2005 we tried 23 cases in 18 state and federal courts located in nine states, resulting in 13 verdicts. The American College of Trial Lawyers has acknowledged the exceptional skill and highest standards of ethical conduct demonstrated by the firm's attorneys, naming four of them Fellows of the College.

### AREAS OF PRACTICE
Automotive; Aviation/Airport; Construction; Energy/Environmental/Regulated Industry; Hotel & Restaurant; Insurance; Intellectual Property; Labor, Employment & Employee Benefits; Personal Injury; Products & Premises Liability/General Tort Law; Professional Liability/Medical Malpractice; Sports & Entertainment; Transportation

### MARKETING DIRECTOR
Cheryl M. Bailey
(617) 241-3024
cbailey@campbell-trial-lawyers.com

MA attorneys: 30
(male: 23; female: 7)
Total attorneys worldwide: 43
Male/female equity partners: 13/4
Male/female new hires in 2005: 3/2
Male/female elevations in 2005: 1/0
Male/female departures in 2005: 2/3
"Of counsel" lawyers: 0
Paralegals/support staff: 15/26
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Total no. of annual hours devoted to pro bono representation: Members of the firm regularly present programs about the Social Host Law in Massachusetts, illustrating the legal consequences of allowing those under the age of 21 to possess alcoholic beverages.
Dress Policy: Casual-dress policy

## 61. BACON & WILSON

29 Lawyers

33 State St.
Springfield 01103
(413) 781-0560
(413) 739-7740 (fax)

MA attorneys: 29
(male: 24; female: 5)
Total attorneys worldwide: 29
Male/female equity partners: 15/1
Male/female new hires in 2005: 3/0
Male/female elevations in 2005: 0/1
Male/female departures in 2005: 2/0
"Of counsel" lawyers: 2
Paralegals/support staff: 12/37

Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/A
Associates' starting salary as of Jan. 1, 2006: N/A
Annual billable hours expected of associates: N/A
Dress policy: Fridays-casual only

## 61. CONN KAVANAUGH ROSENTHAL PEISCH & FORD

29 Lawyers

Ten Post Office Square
Boston 02109
(617) 482-8200
(617) 482-6444 (fax)
www.connkavanaugh.com
Founded 1988


PELOQUIN

### MANAGING PARTNER
James B. Peloquin

# CKR P&F

### Q&A

**Q. How would you describe your firm culture?**

A. We remain small enough to have a close-knit feeling around the office. Everyone on the professional and support staff is on a first-name basis. We enjoy one another's company, and we pull in the same direction. At the same time, everyone knows that our work is serious and the overriding goal is the excellent representation of our clients.

**Q. What sets your firm apart from the rest?**

A. A combination of professional and personal satisfaction. We expect and operate at the highest level of professional skill and attention to detail, while enjoying our interpersonal relationships within the firm. This is evidenced by the tenure of many employees who have been with Conn Kavanaugh since we opened our doors in September 1988, and the reputation we've developed since that time.

**Q. How will your firm change in the next decade?**

A. We expect to continue to grow at a measured pace building on our existing successful practices and we'll look for growth opportunities in budding areas that have synergy with our current expertise. We'd like to add to the diversity among our personnel, as well as the diversity of our practice, without losing sight of what we currently do best.

### AREAS OF PRACTICE

Business/Corporate; Construction; Family & Probate/Domestic Relations; Labor, Employment & Employee Benefits; Litigation; Personal Injury; Products & Premises Liability/General Tort Law; Professional Liability/Medical Malpractice; Real Estate/Development/Land Use; Trusts & Estates; White Collar Criminal Defense

### IMPORTANT FIRM CONTACTS

Russell F. Conn
Commercial Litigation; Professional Liability
(617) 348-8201
rconn@ckrpf.com

James F. Kavanaugh Jr.
Commercial Litigation; Employment Law
(617) 348-8202
jkavanaugh@ckrpf.com

James B. Peloquin
Construction Law
(617) 348-8205
jpeloquin@ckrpf.com

Bob B. Rosenthal
Business Law/Real Estate
(617) 348-8203
brosenthal@ckrpf.com

Thomas E. Peisch
Tort Defense/Regulatory/White Collar; Criminal Law
(617) 348-8204
tpeisch@ckrpf.com

George M. Ford
Family Law/Probate Litigation; Zoning & Land Use/Development
(617) 348-8207
gford@ckrpf.com

Barry E. Gold
Business Law/Real Estate
(617) 348-8206
bgold@ckrpf.com

Thomas J. Gallitano
Employment Law
(617) 348-8213
tgallitano@ckrpf.com

Neil R. Schauer
Estate Planning/Estate Administration
nschauer@ckrpf.com

James G. Wagner
Zoning & Land Use/Development
(617) 348-8216
jwagner@ckrpf.com

Marketing director: N/A

MA attorneys: 29
(male: 16; female: 13)
Total attorneys worldwide: 29
Male/female equity partners: 13/2
Male/female new hires in 2005: 2/3
Male/female elevations in 2005: 1/0
Male/female departures in 2005: N/R

THE SUPERIOR CHOICE ON THE WATER

EXCLUSIVE
Law Firm Offers Available

Odyssey is the perfect solution for your summer event. Superior service, live entertainment and spectacular views all aboard the most luxurious boat on the harbor.

— Client Entertainment        — Employee Appreciation
— Summer Associate Functions   — Legal Assistant's Day

For information or reservations, call 617/654.9720 or visit Odyssey.com.

# ODYSSEY

Odyssey.com | 617/654.9720

## SETTLEMENT IS SUCCESS
## PRE-TRIAL SOLUTIONS, INC.





**Christopher P. Kauders, Esq., MBA**

**Sarah E. Worley, Esq.**

Christopher Kauders and Sarah Worley have arbitrated and successfully mediated thousands of disputes involving business, sexual abuse and discrimination, construction, employment, insurance coverage, malpractice and personal injury matters.

Pre-Trial Solutions, Inc. provides ADR services throughout New England.

We look forward to working with you.

10 Liberty Square, 6th floor, Boston, MA 02109
45 Bristol Drive, 1st floor, So. Easton, MA 02375

Telephone: 617-542-2005        solutions@pretrialsolutions.com
Facsimile: 617-482-0456         www.pretrialsolutions.com

"Of counsel" lawyers: N/R
Paralegals/support staff: 2/21
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Total no. of annual hours devoted to pro bono representation: Approximately 1,200
Dress policy: Business-casual

## 63. BOYLE MORRISSEY & CAMPO
### 28 Lawyers

695 Atlantic Ave.
Boston 02111
(617) 451-2000
(617) 451-5775 (fax)
www.boylemorrissey.com
Founded 1987

**MANAGING PARTNER**
John D. Boyle

**Q&A**

Q. How would you describe your firm culture?
A. Fast-paced litigation practice.

Q. What sets your firm apart from the rest?
A. Our concentration in insurance defense litigation and trial results.

Q. How will your firm change in the next decade?
A. We will continue to provide excellent legal services at reasonable fees.

**AREAS OF PRACTICE**

Construction; Insurance; Litigation; Personal Injury; Products & Premises Liability/General Tort Law; Professional Liability/Medical Malpractice; Sexual Harassment; Transportation; Workers' Compensation

**IMPORTANT FIRM CONTACTS**
John D. Boyle
jboyle@boylemorrissey.com

Anthony M. Campo
tcampo@boylemorrissey.com

Marketing director:
John D. Boyle
jboyle@boylemorrissey.com

MA attorneys: 28
(male: 21; female: 7)
Total attorneys worldwide: 28
Male/female equity partners: 10/1
Male/female new hires in 2005: 6/4
Male/female elevations in 2005: 2/1
Male/female departures in 2005: 5/3
"Of counsel" lawyers: 2
Paralegals/support staff: 4/9
Hourly billing rates:
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Total no. of annual hours devoted to pro bono representation: N/R
Dress policy: Business-dress

## 63. HANIFY & KING
### 28 Lawyers

One Beacon St.
Boston 02108
(617) 423-0400
(617) 423-0498 (fax)
www.hanify.com
Founded 1980



KING
**MANAGING PARTNER**
James Coyne King

HK | Hanify&King  Professional Corporation Counsellors at Law

**Q&A**

Q. What sets your firm apart from the rest?
A. We provide prompt, practical and effective legal advice free of outdated notions of how a law firm should operate. By decreasing the traditional emphasis on billable time, eliminating rigid departmental boundaries and employing cutting-edge technology, we deliver superior service consistent with our belief that with the right attitude, talent and commitment we can get to know our clients, develop a deep understanding of how to help them meet their goals and thus make a meaningful difference. Our structure allows us to form nimble, collaborative teams of lawyers who share their expertise across practice areas, giving clients firm-wide support for all of their legal needs.

**AREAS OF PRACTICE**

Alternative Dispute Resolution; Bankruptcy & Business Restructuring; Business/Corporate; Education; Health Care/Life Sciences; Labor, Employment & Employee Benefits; Litigation; Professional Liability/Medical Malpractice; Real Estate/Development/Land Use

**IMPORTANT FIRM CONTACTS**

John D. Hanify
Litigation
jdh@hanify.com

Harold B. Murphy
Bankruptcy and Financial Restructuring
hbm@hanify.com

Robert E. Richards Jr.
Business and Real Estate
rer@hanify.com

Joshua A. Kalkstein
Life Sciences
jak@hanify.com

Marketing director: N/R

MA attorneys: 28
(male: 21 female: 7)
Total attorneys worldwide: 28
Male/female equity partners: 12/1
Male/female new hires in 2005: 1/3
Male/female elevations in 2005: 0/0
Male/female departures in 2005: 4/1
"Of counsel" lawyers: 2
Paralegals/support staff: 5/22
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Total no. of annual hours devoted to pro bono representation: N/R
Dress policy: Casual

## 63. HEMENWAY & BARNES
### 28 Lawyers

60 State St.
Boston 02109
(617) 227-7940
(617) 227-0781 (fax)

MA attorneys: 28
(male: 19; female: 9)
Total attorneys worldwide: 28
Male/female equity partners: 14/5
Male/female new hires in 2005: N/R
Male/female elevations in 2005: N/R
Male/female departures in 2005: N/R
"Of counsel" lawyers: 4
Paralegals/support staff: 6/55
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: Fridays-casual only

Connect with your colleagues today at
*http://forum.lawyersweekly.com*

## 63. MORSE, BARNES-BROWN & PENDLETON

28 Lawyers

1601 Trapelo Road
Waltham 02451
(781) 622-5930
(781) 622-5933 (fax)

MA attorneys: 28
(male: 22; female: 6)
Total attorneys worldwide: 28
Male/female equity partners: 13/1
Male/female new hires in 2005: 3/2
Male/female elevations in 2005: 1/0
Male/female departures in 2005: 3/2
"Of counsel" lawyers: 3
Paralegals/support staff: 5/9
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: Business-casual

## 67. BERNKOPF GOODMAN

27 Lawyers

125 Summer St.
Boston 02110
(617) 790-3000
(617) 790-3300 (fax)

MA attorneys: 27
(male: 21; female: 6)
Total attorneys worldwide: 27
Male/female equity partners: 13/2
Male/female new hires in 2005: 1/2
Male/female elevations in 2005: 0/0
Male/female departures in 2005: 0/0
"Of counsel" lawyers: 0
Paralegals/support staff: 4/21
Hourly billing rates:
Partners: $300-$485
Junior partners/associates: $190-$285
Paralegals: $140-$145
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: 1,800
Dress policy: N/R

## 67. DEUTSCH WILLIAMS BROOKS DERENSIS & HOLLAND

27 Lawyers

99 Summer St.
Boston 02110
(617) 951-2300
(617) 951-2300 (fax)

MA attorneys: 27
(male: 16; female: 11)
Total attorneys worldwide: 27
Male/female equity partners: 5/4
Male/female new hires in 2005: N/R
Male/female elevations in 2005: N/R
Male/female departures in 2005: N/R
"Of counsel" lawyers: 3
Paralegals/support staff: 2/20
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: N/R

## 67. FULLER, ROSENBERG, PALMER & BELIVEAU

27 Lawyers

340 Main St.
Worcester 01608
(508) 755-5225
(508) 757-1039 (fax)

MA attorneys: 27
(male: 17; female: 10)
Total attorneys worldwide: 27
Male/female equity partners: N/R
Male/female new hires in 2005: 0/2
Male/female elevations in 2005: N/R
Male/female departures in 2005: 0/1
"Of counsel" lawyers: 0
Paralegals/support staff: 4/33
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: Business-dress





It could be our new name.
It could be our great new look.

# Or maybe it's what's inside.

Lawyers USA readership grew 18% in 2005 alone. See for yourself why your colleagues can't wait to crack open the latest issue of Lawyers USA*.

**Try us for FREE!**
Call 1-800-451-9998 or visit www.lawyersusaonline.com to try 6 weeks of Lawyers USA - completely risk free.

*Formerly Lawyers Weekly USA.

H6D001

## 70. MARCUS ERRICO EMMER & BROOKS

26 Lawyers

45 Braintree Hill Park
Braintree  02184
(781) 843-5000
(781) 843-1529 (fax)

MA attorneys: 26
(male: 17; female: 9)
Total attorneys worldwide: 26
Male/female equity partners: 6/1
Male/female new hires in 2005: 2/1
Male/female elevations in 2005: 1/0
Male/female departures in 2005: N/R
"Of counsel" lawyers: 0
Paralegals/support staff: 1/15
Hourly billing rates:
Partners: $290-$360
Junior partners/associates: $300
Paralegals: $115
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: Fridays-casual only

## 70. SLOANE AND WALSH*

26 Lawyers

Three Center Plaza
Boston 02108
(617) 523-6010

MA attorneys: 26
Total attorneys worldwide: N/R
Male/female equity partners: N/R
Male/female new hires in 2005: N/R
Male/female elevations in 2005: N/R
Male/female departures in 2005: N/R
"Of counsel" lawyers: N/R
Paralegals/support staff: N/R
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: N/R

*Information obtained independently*

## 70. SMITH & BRINK

26 Lawyers

122 Quincy Shore Drive
Quincy 02171
(617) 770-2214
(617) 774-1714 (fax)
www.smithbrink.com
Founded 1991

MANAGING PARTNER

Lauren D. Wilkins, President

### Smith & Brink, P.C.

Q&A

*Q. How would you describe your firm culture?*

A. Smith & Brink is a regional firm offering civil litigation and appellate practice in state and federal courts to businesses, the insurance industry and their insured throughout the Northeast. Our firm is committed to providing high-quality legal services in an economic and efficient manner. Smith & Brink is organized into specific related practice areas in order to maximize the expertise of its attorneys and to better serve the needs of its local, regional and national clients.

*Q. What sets your firm apart from the rest?*

A. From our four offices in Quincy, Providence, Springfield and Danvers, our firm serves a broad range of clients in local, state, regional and national matters. We concentrate solely on insurance defense. Our services expand from general counseling to highly specialized assistance and advice. We are proud of our interoffice communication and information systems as well as our cost-effective approach to solving our clients' problems.

AREAS OF PRACTICE

Alcohol Beverage Law; Alternative Dispute Resolution; Construction; Energy/Environmental/Regulated Industry; Hotel & Restaurant; Insurance; Labor, Employment & Employee Benefits; Litigation; Products & Premises Liability/General Tort Law; RICO Actions; Rental & Leasing Car Companies;Transportation; Workers' Compensation

IMPORTANT FIRM CONTACTS

Ronald Langlois
Manager
Providence Office

Audrey Parr
Manager
Danvers Office

William Tait
Manager
Springfield Office

David Brink and Richard King
RICO Actions
Quincy Office

John Curran
Litigation, Product, Premises and General Tort
Quincy Office

John Leslie
Litigation
Quincy Office

Bruce Medoff
Property, Fire & Theft Losses
Quincy Office

Gerald Motejunas
Commercial Property Insurance Group
Quincy Office

Jacques Parenteau
Litigation, Rental & Leasing Car Companies
Quincy Office

Fredrick Smith
Insurance Fraud, Special Investigations
Quincy Office

Marketing director: N/R

MA attorneys: 26
(male: 16; female: 10)
Total attorneys worldwide: 41

Male/female equity partners: 10/2
Male/female new hires in 2005: 3/4
Male/female elevations in 2005: 0/0
Male/female departures in 2005: N/R
"Of counsel" lawyers: 0
Paralegals/support staff: 6/29
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: 1,750
Total no. of annual hours devoted to pro bono representation: N/R
Dress policy: Fridays-casual only

## 73. CRAIG AND MACAULEY

25 Lawyers

600 Atlantic Ave.
Boston 02210
(617) 367-9500
(617) 742-1788 (fax)

MA attorneys: 25
(male: 18; female: 7)
Total attorneys worldwide: 25
Male/female equity partners: 8/1
Male/female new hires in 2005: 0/0
Male/female elevations in 2005: 0/0
Male/female departures in 2005: 0/0
"Of counsel" lawyers: 3
Paralegals/support staff: 5/13
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: N/R

## 73. RICH MAY

25 Lawyers

176 Federal St.
Boston 02110
(617) 556-3800
(617) 556-3890 (fax)

MA attorneys: 25
(male: 23; female: 2)
Total attorneys worldwide: 25

Male/female equity partners: 11/0

Male/female new hires in 2005: 0/3

Male/female elevations in 2005: 2/0

Male/female departures in 2005: 1/0

"Of counsel" lawyers: 2

Paralegals/support staff: 9/0

Hourly billing rates: N/R

Associates' starting salary as of Fall 2005: N/R

Associates' starting salary as of Jan. 1, 2006: N/R

Annual billable hours expected of associates: N/R

Dress policy: Casual

## 73. RUDOLPH FRIEDMANN

**25 Lawyers**

92 State St.
Boston 02109
(617) 723-7700
(617) 227-0313 (fax)
www.RFLawyers.com
Founded 2003



RUDOLPH

**MANAGING PARTNER**

James L. Rudolph

### Q&A

*Q. How would you describe your firm culture?*

A. Our attorneys have vision. In addition to legal knowledge, they hold themselves responsible for understanding the business goals of clients and for serving as strategy partners to effectuate these goals. Our management further demonstrates commitment to clients by providing client service training to all who join the firm.

*Q. What sets your firm apart from the rest?*

A. We focus on adding value, with high-quality work and service delivery, offering strategies, responsiveness, reasonable fees and communication with clients that meets clients' goals.

### AREAS OF PRACTICE

Alternative Dispute Resolution; Bankruptcy & Business Restructuring; Business/Corporate; Communications & Media; Construction; Family & Probate/Domestic Relations; Government Regulation & Affairs/Public; Hotel & Restaurant; Insurance; Intellectual Property; Litigation; Mergers & Acquisitions; Nonprofit Organizations; Personal Injury; Products & Premises Liability/General Tort Law; Professional Liability/Medical Malpractice; Real Estate/Development/Land Use; Sexual Harassment; Sports & Entertainment; Trusts & Estates

### MARKETING DIRECTOR

Viveca Aghassi

MA attorneys: 25 (male: 19; female: 6)

Total attorneys worldwide: 25

Male/female equity partners: N/R

Male/female new hires in 2005: 2/2

Male/female elevations in 2005: N/R

Male/female departures in 2005: N/R

"Of counsel" lawyers: 4

Paralegals/support staff: 2/8

Hourly billing rates: N/R

Associates' starting salary as of Fall 2005: N/R

Associates' starting salary as of Jan. 1, 2006: N/R



"Law is the calling of thinkers."

Annual billable hours expected of associates: N/R

Total no. of annual hours devoted to pro bono representation: N/R

Dress policy: Casual

## 76. ADLER POLLOCK & SHEEHAN
### 24 Lawyers

175 Federal St.
Boston 02110
(617) 482-0600
(617) 482-0604 (fax)

MA attorneys: 24
(male: 19; female: 5)
Total attorneys worldwide: 65
Male/female equity partners: 13/3
Male/female new hires in 2005: 3/2
Male/female elevations in 2005: 1/0
Male/female departures in 2005: 0/0
"Of counsel" lawyers: 1
Paralegals/support staff: 2.5/13
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: Fridays-casual only

## 76. DOHERTY, WALLACE, PILLSBURY & MURPHY
### 24 Lawyers

One Monarch Place
Springfield 01144
(413) 733-3111
(413) 734-3910 (fax)

MA attorneys: 24
(male: 16; female: 8)
Total attorneys worldwide: 24
Male/female equity partners: 14/3
Male/female new hires in 2005: 1/0
Male/female elevations in 2005: 0/1
Male/female departures in 2005: 2/0
"Of counsel" lawyers: 2
Paralegals/support staff: 8/25
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R

Annual billable hours expected of associates: N/R
Dress policy: Business-dress

## 76. MARTIN, MAGNUSON, McCARTHY & KENNEY
### 24 Lawyers

101 Merrimac St.
Boston 02114
(617) 227-3240
(617) 227-3348 (fax)

MA attorneys: 24
(male: 15; female: 9)
Total attorneys worldwide: 24
Male/female equity partners: 7/0
Male/female new hires in 2005: 2/4
Male/female elevations in 2005: N/R
Male/female departures in 2005: 1/2
"Of counsel" lawyers: 2
Paralegals/support staff: 5/11
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: Fridays-casual only

## 76. RUBERTO, ISRAEL & WEINER
### 24 Lawyers

100 North Washington St.
Boston 02114
(617) 742-4200
(617) 742-2355 (fax)
www.riw.com
Founded 1974



LITTERIO

MANAGING PARTNER
Christopher P. Litterio

RUBERTO, ISRAEL & WEINER, P.C.
ATTORNEYS AT LAW

## Q&A

*Q. How would you describe your firm culture?*

A. A team of hard-working and highly focused professionals. A progressive-minded firm with a strong emphasis on integrity, mutual respect and a healthy work/life balance.

*Q. What sets your firm apart from the rest?*

A. Our relentless commitment to client service: combining intellectual firepower with a focus on business results. For us, practicing law is not an academic exercise, but rather to ensure that the client's desired result is achieved in the context of what is often a very tough business environment.

*Q. How will your firm change in the next decade?*

A. Maintain our commitment to staying independent in the face of the trend toward mega-firms. Continue to service our longtime client base, while attracting new clients who feel underserved by the changing face of larger firms, which no longer provide the kind of senior level, personalized service businesses demand.

### AREAS OF PRACTICE

Alternative Dispute Resolution; Banking & Finance; Bankruptcy & Business Restructuring; Business/Corporate; Construction; Energy/Environmental/Regulated Industry; Financial Services/Institutions; Hotel & Restaurant; Intellectual Property; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Real Estate/Development/Land Use; Securities & Finance; Sexual Harassment; Tax/Benefits/ERISA

### IMPORTANT FIRM CONTACTS

**David Baer**
Mergers and Acquisitions
db@riw.com

**Russ Stein**
Corporate
rns@riw.com

**Christopher Litterio**
Managing Partner; Employment
cpl@riw.com

**Gene Landy**
Technology and Intellectual Property
gkl@riw.com

**Dan Goldberg**
Litigation
djg@riw.com

**Ray Flynn**
Administration
rhf@riw.com

**Barry Dicker**
Clean Energy
bmd@riw.com

**Barry Weiner**
Mediation Services
byw@riw.com

**Brian Garrity**
Banking, Finance and Lending
btg@riw.com

### MARKETING DIRECTOR
**Howard Altholtz**
haa@riw.com

MA attorneys: 24
(male: 17; female: 7)
Total attorneys worldwide: 24
Male/female equity partners: 12/1
Male/female new hires in 2005: 1/1
Male/female elevations in 2005: 0/2
Male/female departures in 2005: 2/1
"Of counsel" lawyers: 3
Paralegals/support staff: 2/18
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R



# IF NOT FOR THE CONFIDENTIAL NATURE OF WHAT WE DO, YOU'D HEAR ABOUT SUCCESS STORIES ALL THE TIME.

Lawyers are as vulnerable to personal and professional problems as anyone else. Competition, constant stress, long hours and high expectations can wear down even the most competent and energetic lawyer. This can lead to depression, stress, career problems, relationship issues, financial problems, or alcohol and substance abuse.

If you have a personal or professional problem, we can help. We are Lawyers Concerned for Lawyers, part of a national system of Lawyer Assistance Programs specializing in assisting only members of the legal profession.

We have been a valuable resource for thousands of lawyers, judges, and law students for over 25 years.

*Absolute confidentiality and highly professional service is our promise.*

If an issue in your life is beginning to cause problems, or if you know someone else confronting difficulties, we can be an important and confidential first step in turning a problem into an opportunity for positive change.

Your story will always be safe with us. Don't wait for a problem to become a bigger problem.

*We're here for you. Visit www.lclma.org, call 1-800-LCL-0210 or email@lclma.org.* We can help. But only if you get in touch with us.



LAWYERS CONCERNED
FOR LAWYERS

**FOR THE ISSUES OF LIFE IN LAW**

Annual billable hours expected of associates: N/R

Total no. of annual hours devoted to pro bono representation: N/A

Dress policy: Casual

## 76. SUGARMAN, ROGERS, BARSHAK & COHEN
### 24 Lawyers

101 Merrimac St.
Boston 02114
(617) 227-3030
(617) 523-4001 (fax)
www.srbc.com
Founded 1929



ROMAN

MANAGING PARTNER

Regina E. Roman
roman@srbc.com

**SRBC**
SUGARMAN, ROGERS,
BARSHAK & COHEN, P.C.

### Q&A

**Q. How would you describe your firm culture?**

A. In addition to our reputation as one of the most-respected litigation boutiques in Boston, we are also known as one of the city's most collegial law firms. We pride ourselves on our long history of successful results and a culture that has stayed true to the idea that excellence is achieved not only through individual intellect and hard work, but also through collaboration and team work.

**Q. What sets your firm apart from the rest?**

A. Since 1929, we have focused on what we do best — civil trials and appeals. Our size, focus and history give us a distinctive character that has enabled us to attract some of the best lawyers in the United States and offer clients an exceptional level of creativity, accessibility and responsiveness.

**Q. How will your firm change in the next decade?**

A. One of the advantages of being a small firm is our ability to be flexible and focus on the business needs of our clients. In the coming years, we will continue to enhance our service areas by bringing in attorneys who are recognized experts in their fields, and use technology to meet our clients' objectives faster, better and more efficiently.

### AREAS OF PRACTICE

Alternative Dispute Resolution; Business/Corporate; Energy/Environmental; Family & Probate/Domestic Relations; Insurance; Labor, Employment & Employee Benefits; Litigation; Personal Injury; Products & Premises Liability/General Tort Law; Professional Liability/Medical Malpractice; Real Estate/Development/Land Use; Sexual Harassment

### IMPORTANT FIRM CONTACTS

Anthony M. Doniger
Business Litigation
doniger@srbc.com

Natasha C. Lisman
Business Litigation
lisman@srbc.com

Jean A. Musiker
Employment
musiker@srbc.com

Regina E. Roman
Insurance Coverage and Reinsurance
roman@srbc.com

David A. Barry
Products Liability
barry@srbc.com

Lisa C. Goodheart
Environmental and Real Estate Litigation
goodheart@srbc.com

William L. Boesch
Professional Liability
boesch@srbc.com

Michael S. Appel
Medical Malpractice
appel@srbc.com

Jeffrey S. Stern
Dispute Resolution
stern@srbc.com

Susan A. Hartnett
Appellate
hartnett@srbc.com

### MARKETING DIRECTOR

Maureen M. Mauri
(617) 619-3404
mauri@srbc.com

MA attorneys: 24 (male: 13; female: 11)

Total attorneys worldwide: 24

Male/female equity partners: 10/5

Male/female new hires in 2005: 2/2

Male/female elevations in 2005: 0/0

Male/female departures in 2005: 1/0

"Of counsel" lawyers: 3

Paralegals/support staff: 4/19

Hourly billing rates: N/R

Associates' starting salary as of Fall 2005: N/R

Associates' starting salary as of Jan. 1, 2006: N/R

Annual billable hours expected of associates: N/R

Total no. of annual hours devoted to pro bono representation: N/R

Dress policy: Fridays-casual only

## 76. WYNN & WYNN*
### 24 Lawyers

90 New State Highway
Raynham 02767
(508) 823-4567
(5087) 822-4097 (fax)

MA attorneys: 24

Total attorneys worldwide: N/R

Male/female equity partners: N/R

Male/female new hires in 2005: N/R

Male/female elevations in 2005: N/R

Male/female departures in 2005: N/R

"Of counsel" lawyers: N/R

Paralegals/support staff: N/R

Hourly billing rates: N/R

Associates' starting salary as of Fall 2005: N/R

Associates' starting salary as of Jan. 1, 2006: N/R

Annual billable hours expected of associates: N/R

Dress policy: N/R

*Information obtained independently*

## 82. LYNCH, BREWER, HOFFMAN & FINK
### 23 Lawyers

101 Federal St.
Boston 02110
(617) 951-0800
(617) 951-0811 (fax)

MA attorneys: 23 (male: 11; female: 12)

Total attorneys worldwide: 23

Male/female equity partners: N/R

Male/female new hires in 2005: N/R

Male/female elevations in 2005: N/R

Male/female departures in 2005: N/R

"Of counsel" lawyers: N/A

Paralegals/support staff: 4/13

Hourly billing rates: N/R

Associates' starting salary as of Fall 2005: N/R

Associates' starting salary as of Jan. 1, 2006: N/R

Annual billable hours expected of associates: N/R

Dress policy: Business-dress

## 82. LYNCH & LYNCH
### 23 Lawyers

45 Bristol Drive
South Easton 02375
(508) 230-2500
(508) 230-2510 (fax)

MA attorneys: 23
(male: 13; female: 10)
Total attorneys worldwide: 23
Male/female equity partners: N/A
Male/female new hires in 2005: 4/1
Male/female elevations in 2005: N/A
Male/female departures in 2005: N/A
"Of counsel" lawyers: 3
Paralegals/support staff: 12
(paralegals)
Hourly billing rates: N/A
Associates' starting salary as of Fall
2005: N/A
Associates' starting salary as of Jan. 1,
2006: N/A
Annual billable hours expected of
associates: N/A
Dress policy: Casual

## 82. ROBINS, KAPLAN, MILLER & CIRESI
### 23 Lawyers

800 Boylston St.
Boston 02199
(617) 267-2300
(617) 267-8288 (fax)

MA attorneys: 23
(male: 19; female: 4)
Total attorneys worldwide: 267
Male/female partners: 10/0
Male/female new hires in 2005: 3/2
Male/female elevations in 2005: 1/0
Male/female departures in 2005: 1/2
"Of counsel" lawyers: 0
Paralegals/support staff: 4/19
Hourly billing rates: N/R
Associates' starting salary as of Fall
2005: $120,000
Associates' starting salary as of Jan. 1,
2006: $120,000
Annual billable hours expected of
associates: N/R
Dress policy: Business-dress

## 85. ECKERT SEAMANS CHERIN & MELLOTT
### 22 Lawyers

One International Place
Boston 02110
(617) 342-6800
(617) 342-6899 (fax)
www.eckertseamans.com
Founded 1958;
Massachusetts office
founded in 1990



MOCCIA

MANAGING PARTNER
Anthony M. Moccia

# ECKERT SEAMANS

### Q&A

*Q. What sets your firm apart from the rest?*
A. Eckert Seamans is strategically situated as a regional firm allowing for the flexibility which benefits our clients. We have a reputation and presence in the business and legal communities where each of our offices is located as a community leader and a law firm of choice. Our vision is to stay committed to our unique cultural and financially sound environment for our professionals and to provide quality legal services to our clients in that process. The firm has the breadth and depth of resources to deliver quality legal services to a broad range of corporate, individual, entrepreneur, start-up, nonprofit and government clients, whether such clients are local, regional, national or international.

### AREAS OF PRACTICE

Banking & Finance;
Bankruptcy & Business
Restructuring; Business/
Corporate; Communications
& Media; Construction;
Education; Energy/
Environmental/Regulated
Industry; Financial Services/
Institutions; Health Care/Life
Sciences; Insurance;
Intellectual Property;
International Law/Trade;
Labor, Employment &
Employee Benefits;
Litigation; Mergers &
Acquisitions; Nonprofit

Organizations; Private
Equity; Products & Premises
Liability/General Tort Law;
Real Estate/ Development/
Land Use; Securities &
Finance; Sexual Harassment;
Tax/Benefits/ ERISA; White
Collar Criminal Defense

### IMPORTANT FIRM CONTACTS

Stephen R. Delinsky
White Collar Criminal Defense
sdelinsky@eckertseamans.com
(617) 342-6800

Anil Khosla
Corporate Department
akhosla@eckertseamans.com
(617) 342-6800

Michael P. Flammia
Civil Litigation
mflammia@eckertseamans.com
(617) 342-6800

Robert W. Levy
Real Estate Department
rlevy@eckertseamans.com
(617) 342-6800

MARKETING DIRECTOR

Allysn G. Hurley
ahurley@eckertseamans.com
(412) 566-6100

MA attorneys: 22
(male: 17; female: 5)
Total attorneys worldwide: 244
Male/female equity partners: 11/0
Male/female new hires in 2005:
3/1
Male/female elevations in 2005: 2
Male/female departures in 2005:
N/A
"Of counsel" lawyers: 0
Paralegals/support staff: 3/13
Hourly billing rates:
Partners: $185-$460
Junior partners/associates:
$185-$460
Paralegals: $105-$145
Associates' starting salary as of Fall
2005: N/R
Associates' starting salary as of
Jan. 1, 2006: N/R



# RAISE THE BAR
MAKE FITCORP THE RIGHT FIT FOR YOUR FIRM.

Find out what firms such as Bingham McCutchen LLP, Burns &
Levinson LLP, Cornell & Gollub, Edwards Angell Palmer & Dodge LLP,
Wilmer Cutler Pickering Hale and Dorr LLP already know.

For a fraction of your healthcare budget, Fitcorp lets you offer your
employees convenient access to world-class fitness facilities, expert onsite
wellness programs and legendary client service. Your employees will be
happier, healthier, more energetic and more productive. And, by lowering
your cost of healthcare, your firm will reap the benefits.

Contact Michael Parent at 617.375.5600 ext 114 or
mparent@fitcorp.com to make Fitcorp the right fit for your firm.



fitcorp

Annual billable hours expected of associates: 1,950

Total no. of annual hours devoted to pro bono representation: N/R

Dress policy: Business-casual

## 85. GIBSON & BEHMAN
### 22 Lawyers

One Mountain Road
Burlington 01803
(781) 229-6667
(781) 229-2368 (fax)
www.gibsonbehman.com
Founded 1987



GIBSON

**MANAGING PARTNER**
Daniel P. Gibson, President and Managing Director

### Q&A

*Q. How would you describe your firm culture?*

A. A recent Boston Business Journal article described us as seeking to "create the Ben & Jerry's of law firms." Our firm is fast-paced, results-oriented and very entrepreneurial. We put people first, and seek the right team members who can help us grow and expand. We expect the best from our associates and in turn provide an environment in which they are challenged professionally and are rewarded for their success. We encourage greatness — and have fun along the way.

*Q. What sets your firm apart from the rest?*

A. Our expansion has been fueled by growing a practice internally. We have opened new offices as clients need and request them, rather than growing by purchasing other practices or books of business. We have a passion for entrepreneurialism and excellence,

and are constantly refining new and dynamic markets. We have established a presence, for example, in the field of entertainment. We attended the recent Grammys in LA and we are working on key projects in the entertainment industry. Locally, we serve as lead counsel to the Boating Television Network, which is launching national and international programs.

*Q. How will your firm change in the next decade?*

A. We have created a Management Committee to help steer the firm's continued growth. Overall, we will continue to empower our associates. We will develop new areas of specialization. We plan to open additional locations in Europe and India, and will explore other areas as well. We will take Gibson & Behman from a national presence to an international one.

### AREAS OF PRACTICE

Admiralty/Maritime; Alcohol Beverage Law; Alternative Dispute Resolution; Automotive; Banking & Finance; Business/Corporate; Construction; Criminal Defense; Energy/ Environmental; Regulated Industry; Family & Probate/Domestic Relations; Financial Services/ Institutions; Projects/ Municipal; Health Care/Life Sciences; Immigration; Indian Law; Insurance; Intellectual Property; International Law/Trade; Labor, Employment & Employee Benefits; Litigation; Personal Injury; Products & Premises Liability/General Tort Law; Professional Liability/ Medical Malpractice; Real Estate/ Development/Land Use; Rental & Leasing Car Companies; Sexual Harassment; Sports & Entertainment; Tax/Benefits/ ERISA; Transportation; Trusts & Estates; White Collar Criminal Defense; Workers' Compensation

**MARKETING DIRECTOR**
Jim Farrell
(781) 681-6616
jfarrell@prfirst.com
MA attorneys: 22
(male: 15; female: 7)
Total attorneys worldwide: 39
Male/female equity partners: 2/0
Male/female new hires in 2005: 0/4
Male/female elevations in 2005: N/A
Male/female departures in 2005: 1/1
"Of counsel" lawyers: 7
Paralegals/support staff: 4/12
Hourly billing rates: Hourly rates are varied and are set by client (insurance companies) billing guidelines; albeit rates are negotiable with some clients
Associates' starting salary as of Fall 2005: Varied
Associates' starting salary as of Jan. 1, 2006: Varied and negotiated at date of hire
Annual billable hours expected of associates: 2,000
Total no. of annual hours devoted to pro bono representation: N/R
Dress policy: Fridays-casual only

## 85. KEEGAN WERLIN
### 22 Lawyers

265 Franklin St.
Boston 02110
(617) 951-1400
(617) 951-1354 (fax)
www.keeganwerlin.com



KEEGAN

**MANAGING PARTNER**
Robert J. Keegan

# KW
### KEEGAN WERLIN LLP

### Q&A

*Q. How would you describe your firm culture?*

A. Keegan Werlin prides itself in fostering a collegial and professional atmosphere for our attorneys and support staff. The firm is committed to combining flexibility and a relaxed environment within the workplace with a total commitment to our clients. In turn, that allows us to retain and attract top-flight attorneys while KW's ability to serve its clients' objectives is enhanced.

*Q. What sets your firm apart from the rest?*

A. The attorneys at KW possess a wealth of practical experiences from their backgrounds in government and the private sector. That experience enables us to balance the complicated legal, regulatory, political and financial considerations that are central to our clients' objectives. We take great pride in providing timely, cost-effective and responsive legal services to our clients. As the exclusive Massachusetts member of the State Capital Global Law Firm Group, we also have the ability to respond to clients' requests on a national and international basis.

*Q. How will your firm change in the next decade?*

A. Standing still is not an option. We are committed to change as the needs of our clients evolve. For example, we intend to continue to invest in new technology and to incorporate that technology into client services. We also plan to expand into new practice areas as our clients' needs expand.

### AREAS OF PRACTICE

Administrative; Alternative Dispute Resolution; Business/Corporate;

Communications & Media;
Construction; Energy/
Environmental/Regulated
Industry; Government
Regulation & Affairs/Public;
Projects/Municipal;
Insurance; Litigation;
Mergers & Acquisitions;
Personal Injury; Products &
Premises Liability; General
Tort Law; Transportation

IMPORTANT FIRM CONTACTS

Jon N. Bonsall
jbonsall@keeganwerlin.com

Barry P. Fogel
bfogel@keeganwerlin.com

William S. Hawkes
bhawkes@keeganwerlin.com

Nancy Kaplan
nkaplan@keeganwerlin.com

Robert J. Keegan
rkeegan@keeganwerlin.com

Cheryl M. Kimball
ckimball@keeganwerlin.com

Richard B. Kirby
rkirby@keeganwerlin.com

Francis M. Lynch
flynch@keeganwerlin.com

Stephen J. O'Neill
soneill@keeganwerlin.com

David S. Rosenzweig
drosen@keeganwerlin.com

Marketing director: N/R

MA attorneys: 22
(male: 15; female: 7)
Total attorneys worldwide: 22
Male/female equity partners: 3/1
Male/female new hires in 2005:
1/0
Male/female elevations in 2005:
1/0
Male/female departures in 2005:
N/R
"Of counsel" lawyers: 3
Paralegals/support staff: 6/10
Hourly billing rates:
Partners: $300-$475

Junior partners/associates:
$150-$300
Paralegals: $80-$120
Associates' starting salary as of Fall
2005: N/R
Associates' starting salary as of Jan.
1, 2006: N/R
Annual billable hours expected of
associates: 1,800
Total no. of annual hours devoted
to pro bono representation: N/R
Dress policy: Casual

## 88. BARRON & STADFELD
### 21 Lawyers

100 Cambridge St.
Boston 02114
(617) 723-9800
(617) 523-8359 (fax)
www.barronstad.com
Founded 1971



O'ROURKE

MANAGING PARTNER
Shawn P. O'Rourke

BARRON & STADFELD PC
ATTORNEYS

### Q&A

Q. How would you describe
your firm culture?
A. We pride ourselves on
developing and maintaining strong
personal relationships with our
clients and amongst ourselves.

Q. What sets your firm
apart from the rest?
A. We are unique in having
attorneys with extensive experience
in real estate, default practice,
bankruptcy and business and
banking litigation, while at the

same time having very experienced
attorneys at the firm who focus on
complex personal injury, traumatic
brain injury litigation and medical
malpractice.

Q. How will your firm
change in the next decade?
A. We will continue to expand our
business and banking litigation
practices. Likewise, our real estate
and business practices will
continue to grow.

AREAS OF PRACTICE

Banking & Finance;
Bankruptcy & Business
Restructuring; Business/
Corporate; Construction;
Family & Probate/Domestic
Relations; Financial Services/
Institutions; Hotel &
Restaurant; Labor,
Employment & Employee
Benefits; Litigation; Mergers
& Acquisitions; Nonprofit
Organizations; Personal
Injury; Products & Premises
Liability/General Tort Law;
Professional Liability/
Medical Malpractice; Real
Estate/Development/Land
Use; Sexual Harassment

IMPORTANT FIRM CONTACTS

Thomas V. Bennett
Real Estate Department
(617) 531-6574
tvb@barronstad.com

Julie Taylor Moran
Default Practice Group
(617) 531-6571
jtm@barronstad.com

Edward E. Kelly
Litigation Group
(617) 531-6560
eek@barronstad.com

Joseph G. Butler
Bankruptcy Group
(617) 531-6558
jgb@barronstad.com

MARKETING DIRECTOR
Kristen M. Sarkarati
(617) 531-6556
ks@barronstad.com

MA attorneys: 21
(male: 15; female: 6)
Total attorneys worldwide: 21
Male/female equity partners: 10/2
Male/female new hires in 2005:
2/1
Male/female elevations in 2005:
0/0
Male/female departures in 2005:
1/1
"Of counsel" lawyers: 2
Paralegals/support staff: 8/24
Hourly billing rates:
Partners: $250-$350
Junior partners/associates:
$160-$230
Paralegals: $75-$120
Associates' starting salary as of Fall
2005: N/R
Associates' starting salary as of Jan.
1, 2006: N/R
Annual billable hours expected of
associates: 1,800
Total no. of annual hours devoted
to pro bono representation: N/R
Dress policy: Fridays-casual
only

## 88. DWYER & COLLORA
### 21 Lawyers

600 Atlantic Ave.
Boston 02210
(617) 371-1000
(617) 371-1037 (fax)
www.dwyercollora.com
Founded 1988

MANAGING PARTNER
William H. Kettlewell

Dwyer & Collora, LLP

### Q&A

Q. What sets your firm
apart from the rest?
A. Dwyer & Collora is a litigation
firm that represents corporate and
individual clients in complex
business and white-collar criminal
cases. Our first commitment is to
our clients. We dedicate ourselves
to serving as their allies, advocates

and defenders. Our service begins with assessing each client's needs and helping set each client's goals. We tailor investigative strategies to meet those objectives. Our lawyers have tenacity, creativity and versatility to fight the most challenging battles and resolve the most complex disputes. Our greatest strengths are the energy, expertise and commitment of our lawyers and staff. We combine extensive and diverse experiences, knowledge and talents for the benefit of our clients.

### AREAS OF PRACTICE

Business/Corporate; Criminal Defense; Health Care/Life Sciences; Labor, Employment & Employee Benefits; Securities & Finance; White Collar Criminal Defense

### IMPORTANT FIRM CONTACTS

Thomas E. Dwyer Jr.
(617) 371-1001
tdwyer@dwyercollora.com

Michael A. Collora
(617) 371-1002
mcollora@dwyercollora.com

Kathy B. Weinman
(617) 371-1004
kweinman@dwyercollora.com

William H. Kettlewell
(617) 371-1005
wkettlewell@dwyercollora.com

Jody L. Newman
(617) 371-1006
jnewman@dwyercollora.com

David A. Bunis
(617) 371-1021
dbunis@dwyercollora.com

Paul R. Cirel
(617) 371-1023
pcirel@dwyercollora.com

Maria R. Durant
(617) 371-1024
mdurant@dwyercollora.com

Daniel J. Cloherty
(617) 371-1003
dcloherty@dwyercollora.com

David M. Osborne
(617) 371-1361
dosborne@dwyercollora.com

### MARKETING DIRECTOR

Rebecca Kaiser
Business Development Coordinator
(617) 371-1000
rkaiser@dwyercollora.com

MA attorneys: 21
(male: 10; female: 11)
Total attorneys worldwide: 21
Male/female equity partners: 7/3
Male/female new hires in 2005: 2/1
Male/female elevations in 2005: 1/0
Male/female departures in 2005: 2/2
"Of counsel" lawyers: 0
Paralegals/support staff: 6/14
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Total no. of annual hours devoted to pro bono representation: 1,025
Dress policy: Fridays-casual only

## 88. LOONEY & GROSSMAN
### 21 Lawyers

101 Arch St.
Boston 02110
(617) 951-2800
(617) 951-2819 (fax)

MA attorneys: 21
(male: 16; female: 5)
Total attorneys worldwide: 21
Male/female equity partners: 8/0
Male/female new hires in 2005: 0/0
Male/female elevations in 2005: 0/00/0
Male/female departures in 2005: 4/0
"Of counsel" lawyers: 2
Paralegals/support staff: 6/22
Hourly billing rates:
Partners: 15
Junior partners/associates: 6
Paralegals: 6

Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: Business-dress

## 88. ROBINSON DONOVAN
### 21 Lawyers

1500 Main St.
Springfield 01115
(413) 732-2301
(413) 785-4658 (fax)

MA attorneys: 21
(male: 14; female: 7)
Total attorneys worldwide: 21
Male/female equity partners: N/R
Male/female new hires in 2005: 1/1
Male/female elevations in 2005: 0/0
Male/female departures in 2005: 2/1
"Of counsel" lawyers: 1
Paralegals/support staff: 10/20
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: Business-casual

## 92. CAIN HIBBARD MYERS & COOK
### 20 Lawyers

66 West St.
Pittsfield 01201; Great Barrington 01201
(413) 443-4771
(413) 443-7694 (fax)

MA attorneys: 20
(male: 11; female: 9)
Total attorneys worldwide: 20
Male/female equity partners: 6/3
Male/female new hires in 2005: 0/2
Male/female elevations in 2005: 0/1
Male/female departures in 2005: 1/1
"Of counsel" lawyers: 1
Paralegals/support staff: 8/20
Hourly billing rates:
Partners: $220-$335
Junior partners/associates: $150-$200
Paralegals: $80-$150
Associates' starting salary as of Fall 2005: $52,000

Associates' starting salary as of Jan. 1, 2006: $52,000
Annual billable hours expected of associates: 1,872
Dress policy: Fridays-casual only

## 92. CUSHING & DOLAN
### 20 Lawyers

24 School St.
Boston 02108
(617) 523-1555
(617) 523-5653 (fax)
www.CushingDolan.com
Founded 1984



CUSHING

### MANAGING PARTNER

Leo J. Cushing

CUSHING & DOLAN, P.C.
ATTORNEYS AT LAW
24 School Street,      Boston, Massachusetts
Suite 300             02108-5113
                      Tel. 617-523-1555
                      Fax 617-523-5653

### Q&A

*Q. How would you describe your firm culture?*
A. Family-like, but busy atmosphere. Emphasis on client service. Recent logo is "20 years of old fashioned service."

*Q. What sets your firm apart from the rest?*
A. Multiple locations in Massachusetts make for client convenience and reasonable fees for high-quality service. Continuing education is required of all attorneys.

*Q. How will your firm change in the next decade?*
A. As an estate planning and real estate firm, the next 10 years will involve a shift to trust and estate administration as well as elder law issues.

**AREAS OF PRACTICE**

Business/Corporate;
Litigation; Real
Estate/Development/Land
Use; Trusts & Estates;

**MARKETING DIRECTOR**

Leo J. Cushing

MA attorneys: 20
(male: 9; female: 11)
Total attorneys worldwide: 20
Male/female equity partners: 1/0
Male/female new hires in 2005:
3/3
Male/female elevations in 2005:
0/0
Male/female departures in 2005:
4/3
"Of counsel" lawyers: 1
Paralegals/support staff: 19/10
Hourly billing rates:
Partners: $295
Junior partners/associates:
$225

Other: $125-$195
Associates' starting salary as of Fall
2005: $68,000
Associates' starting salary as of Jan.
1, 2006: $72,000
Annual billable hours expected of
associates: 1,750
Total no. of annual hours devoted
to pro bono representation: 0
Dress policy: Business-dress

## 92. GILMORE, REES, CARLSON & CATALDO

20 Lawyers

1000 Franklin Village Drive
Franklin 02038
(508) 520-2200
(508) 520-2217 (fax)

MA attorneys: 20
(male: 14; female: 6)
Total attorneys worldwide: 20

Male/female equity partners: 2/0
Male/female new hires in 2005: N/R
Male/female elevations in 2005: 1/0
Male/female departures in 2005: N/R
"Of counsel" lawyers: 1
Paralegals/support staff: 4/23
Hourly billing rates: N/R
Associates' starting salary as of Fall
2005: N/R
Associates' starting salary as of Jan. 1,
2006: N/R
Annual billable hours expected of
associates: N/R
Dress policy: Business-dress

## 92. JACKSON LEWIS

20 Lawyers

75 Park Plaza
Boston 02116
(617) 367-0025
(617) 367-2155 (fax)
www.jacksonlewis.com
Founded 1958



PICKETT

**MANAGING PARTNERS**

Andrew C. Pickett, Boston
Office Managing Partner
William A. Krupman, Firm
Chairman

**jackson|lewis**
Preventive Strategies and
Positive Solutions for the Workplace.

**AREAS OF PRACTICE**

Alternative Dispute
Resolution; Immigration;
Labor, Employment &
Employee Benefits; Litigation;

# Get into doctors' offices — without an appointment.

## Massachusetts
# Medical Law Report

Legal news for the medical community

Advertising in the Massachusetts Medical Law Report

is a great way to reach 20,000 doctors, health care

administrators and in-house counsel in the health industry.

Reserve space in the next issue.

Call 617-218-8118 or email masales@lawyersweekly.com.

## www.mamedicallaw.com

Sexual Harassment;Tax/
Benefits/ERISA

**IMPORTANT FIRM CONTACTS**

Andrew C. Pickett
Managing partner, Boston office
(617) 367-0025 x. 217
picketta@jacksonlewis.com

Joan Ackerstein
Litigation
(617) 367-0025 x. 206
ackersteinj@jacksonlewis.com

Howard M. Bloom
Labor
(617) 367-0025 x. 204
bloomh@jacksonlewis.com

**MARKETING DIRECTOR**

Clare Grossman
(212) 545-4000
grossmanc@jacksonlewis.com

MA attorneys: 20
(male: 14; female: 6)
Total attorneys worldwide: 380
Male/female equity partners: 9/1
Male/female new hires in 2005: 1/2
Male/female elevations in 2005: N/R
Male/female departures in 2005: 0/1
"Of counsel" lawyers: 0
Paralegals/support staff: 1/15
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: 1,900
Total no. of annual hours devoted to pro bono representation: N/R
Dress policy: Casual

---

**Subscribe to Massachusetts Lawyers Weekly today at www.masslawyersweekly.com**

---

## 92. LOWRIE, LANDO & ANASTASI
### 20 Lawyers

One Main St.
Cambridge 02142
(617) 395-7000
(617) 395-7070 (fax)

MA attorneys: 20
(male: 14; female: 6)
Total attorneys worldwide: 20
Male/female equity partners: 9/1
Male/female new hires in 2005: 3/2
Male/female elevations in 2005: N/R
Male/female departures in 2005: 2/0
"Of counsel" lawyers: 1
Paralegals/support staff: 6/19
Hourly billing rates:
Partners: $335-$440
Junior partners/associates: $175-$345
Paralegals: $125-$155
Associates' starting salary as of Fall 2005: $116,250
Associates' starting salary as of Jan. 1, 2006: $118,250
Annual billable hours expected of associates: 1,600
Dress policy: Casual

## 92. PEPE & HAZARD*
### 20 Lawyers

225 Franklin St.
Boston 02110
(617) 748-5500
(617) 748-5555 (fax)

MA attorneys: 20
Total attorneys worldwide: N/R
Male/female equity partners: N/R
Male/female new hires in 2005: N/R
Male/female elevations in 2005: N/R
Male/female departures in 2005: N/R
"Of counsel" lawyers: N/R
Paralegals/support staff: N/R
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: N/R

*Information obtained independently*

---

## 92. TARLOW, BREED, HART & RODGERS
### 20 Lawyers

101 Huntington Ave.
Boston 02199
(617) 218-2000
(617) 261-7673 (fax)

MA attorneys: 20
(male: 15; female: 5)
Total attorneys worldwide: 20
Male/female equity partners: 7/0
Male/female new hires in 2005: 0/2
Male/female elevations in 2005: 1/0
Male/female departures in 2005: 2/1
"Of counsel" lawyers: 1
Paralegals/support staff: 3/26
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: Fridays-casual only

## 99. DONOVAN & O'CONNOR
### 19 Lawyers

330 Mass MoCA Way
North Adams 01247
(413) 663-3200
(617) 663-7970 (fax)

MA attorneys: 19
(male: 15; female: 4)
Total attorneys worldwide: 20
Male/female equity partners: 8/2
Male/female new hires in 2005: 2/1
Male/female elevations in 2005: N/A
Male/female departures in 2005: 1/0
"Of counsel" lawyers: 3
Paralegals/support staff: 7/12
Hourly billing rates:
Partners: $140-$210
Junior partners/associates: $140-$210
Paralegals: $55-$65
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: N/R

---

## 99. KECHES & MALLEN
### 19 Lawyers

122 Dean St.
Taunton 02780
(508) 822-2000
(508) 822-8022 (fax)
www.keches-mallen.com
Founded 1986

 

KECHES          MALLEN

**MANAGING PARTNERS**

George N. Keches
Richard T. Mallen

**Q&A**

*Q. How would you describe your firm culture?*

A. We strive to create an environment that fosters the growth of our attorneys. We welcome new ideas and encourage our attorneys to pursue their own practice interests.

*Q. What sets your firm apart from the rest?*

A. Keches & Mallen is one of the largest plaintiffs' personal injury law firms in Massachusetts. Our attorneys have a wide range of knowledge and experience in all areas of personal injury, and with offices in Taunton, Boston, Worcester, New Bedford and Fall River, we have the capabilities to assist injured people all across the state.

*Q. How will your firm change in the next decade?*

A. We have a 20-year track record of success because of our willingness to change with the times, and to be creative in the management of our business and the representation of our clients. We will continue to use our resources, including continued education and new technologies, to

obtain the best results that we can for our clients.

### AREAS OF PRACTICE

Insurance; Personal Injury; Products & Premises Liability/General Tort Law; Professional Liability/Medical Malpractice; Workers' Compensation

Marketing director: N/R

MA attorneys: 19
(male: 12; female: 7)
Total attorneys worldwide: 19
Male/female equity partners: 6/1
Male/female new hires in 2005: 0/1

Male/female elevations in 2005: 1/0
Male/female departures in 2005: 1/1
"Of counsel" lawyers: 3
Paralegals/support staff: 8/21
Hourly billing rates: N/A
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/A
Total no. of annual hours devoted to pro bono representation: N/R
Dress policy: N/R

## 99. SALLY & FITCH

**19 Lawyers**

225 Franklin St.
Boston 02110
(617) 542-5542
(617) 542-1542 (fax)

MA attorneys: 19
(male: 13; female: 6)
Total attorneys worldwide: 19
Male/female equity partners: 6/1
Male/female new hires in 2005: N/R
Male/female elevations in 2005: N/R
Male/female departures in 2005: N/R
"Of counsel" lawyers: N/R
Paralegals/support staff: N/R
Hourly billing rates: N/R

Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: N/R

* * *

| | |
|---|---|
| Practice Areas By Law Firm | 52 |
| 100 Largest Law Firms At A Glance | 58 |
| Top Ranking Outside Massachusetts | 62 |
| Net Change In Firm Size At The Top 20 | 63 |
| Starting Salaries For New Hires At The 10 Largest Firms | 63 |



# THE INTERNET lawyer

www.internetlawyer.com

Sharpen your technique.
Know emerging e-trends.
Never fall behind.

Save valuable time by knowing exactly where to look for substantive legal websites and online resources before you surf the Web

•

Find extensive coverage of e-technology to help you make critical choices affecting the success of your practice

•

Keep current on new developments in the law affecting the Internet

•

Learn new ideas and strategies for using e-mail and online services to develop and maintain profitable client relations

•

Receive 12 monthly issues with FREE daily access to archived content on our companion website

To subscribe, call 1.800.296.8181 or visit us at www.internetlawyer.com.

# Practice Areas By Law Firm

### Administrative

Bowditch & Dewey . . . . . . . . . . . . . . . . . . . . . 20
Casner & Edwards. . . . . . . . . . . . . . . . . . . . . . 34
Cooley Manion Jones. . . . . . . . . . . . . . . . . . . . 34
Davis, Malm & D'Agostine. . . . . . . . . . . . . . . . 28
Holland & Knight. . . . . . . . . . . . . . . . . . . . . . 12
Keegan Werlin. . . . . . . . . . . . . . . . . . . . . . . . 46
Lawson & Weitzen . . . . . . . . . . . . . . . . . . . . . 32
Morrison Mahoney . . . . . . . . . . . . . . . . . . . . . 16
Nixon Peabody . . . . . . . . . . . . . . . . . . . . . . . 11
Nutter McClennen & Fish. . . . . . . . . . . . . . . . . 10

### Admiralty/Maritime

Foley Hoag . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Gibson & Behman. . . . . . . . . . . . . . . . . . . . . . 46
Holland & Knight. . . . . . . . . . . . . . . . . . . . . . 12
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7
Morrison Mahoney . . . . . . . . . . . . . . . . . . . . . 16
Nixon Peabody . . . . . . . . . . . . . . . . . . . . . . . 11
Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . 5

### Alcohol Beverage Law

Gibson & Behman. . . . . . . . . . . . . . . . . . . . . . 46
Holland & Knight. . . . . . . . . . . . . . . . . . . . . . 12
Nixon Peabody . . . . . . . . . . . . . . . . . . . . . . . 11
Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . 5
Smith & Brink. . . . . . . . . . . . . . . . . . . . . . . . .

### Alternative Dispute Resolution

Bowditch & Dewey . . . . . . . . . . . . . . . . . . . . . 20
Brown Rudnick Berlack Israels. . . . . . . . . . . . . . 15
Gadsby Hannah. . . . . . . . . . . . . . . . . . . . . . . 21
Gibson & Behman. . . . . . . . . . . . . . . . . . . . . . 46
Hanify & King . . . . . . . . . . . . . . . . . . . . . . . . 38
Holland & Knight. . . . . . . . . . . . . . . . . . . . . . 12
Jackson Lewis . . . . . . . . . . . . . . . . . . . . . . . . 49
Keegan Werlin. . . . . . . . . . . . . . . . . . . . . . . . 46
Lawson & Weitzen . . . . . . . . . . . . . . . . . . . . . 32
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7
Morrison Mahoney . . . . . . . . . . . . . . . . . . . . . 16
Murphy, Hesse, Toomey & Lehane. . . . . . . . . . . 30
Nixon Peabody . . . . . . . . . . . . . . . . . . . . . . . 11
Nutter McClennen & Fish. . . . . . . . . . . . . . . . . 10
Ropes & Gray : . . . . . . . . . . . . . . . . . . . . . . . . 5
Ruberto, Israel & Weiner . . . . . . . . . . . . . . . . . 42

Rudolph Friedmann . . . . . . . . . . . . . . . . . . . . 41
Smith & Brink. . . . . . . . . . . . . . . . . . . . . . . . 40
Sugarman, Rogers, Barshak & Cohen . . . . . . . . . 44
Sullivan & Worcester. . . . . . . . . . . . . . . . . . . . 14
Todd & Weld . . . . . . . . . . . . . . . . . . . . . . . . . 31
WilmerHale. . . . . . . . . . . . . . . . . . . . . . . . . . . 6

### Antitrust

Cooley Manion Jones. . . . . . . . . . . . . . . . . . . . 34
Davis, Malm & D'Agostine. . . . . . . . . . . . . . . . 28
Goodwin Procter. . . . . . . . . . . . . . . . . . . . . . . . 4
Hinckley, Allen & Snyder . . . . . . . . . . . . . . . . . 23
Holland & Knight. . . . . . . . . . . . . . . . . . . . . . 12
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7
Nixon Peabody . . . . . . . . . . . . . . . . . . . . . . . 11
Nutter McClennen & Fish. . . . . . . . . . . . . . . . . 10
Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . 5
Sullivan & Worcester. . . . . . . . . . . . . . . . . . . . 14
WilmerHale. . . . . . . . . . . . . . . . . . . . . . . . . . . 6

### Automotive

Campbell Campbell Edwards & Conroy . . . . . . . . 36
Cooley Manion Jones. . . . . . . . . . . . . . . . . . . . 34
Gadsby Hannah. . . . . . . . . . . . . . . . . . . . . . . 21
Gibson & Behman. . . . . . . . . . . . . . . . . . . . . . 46
Morrison Mahoney . . . . . . . . . . . . . . . . . . . . . 16
Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . 5
Todd & Weld . . . . . . . . . . . . . . . . . . . . . . . . . 31

### Aviation/Airport

Brown Rudnick Berlack Israels. . . . . . . . . . . . . . 15
Campbell Campbell Edwards & Conroy . . . . . . . . 36
Holland & Knight. . . . . . . . . . . . . . . . . . . . . . 12
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7
Morrison Mahoney . . . . . . . . . . . . . . . . . . . . . 16
Nixon Peabody . . . . . . . . . . . . . . . . . . . . . . . 11
Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . 5
WilmerHale. . . . . . . . . . . . . . . . . . . . . . . . . . . 6

### Banking & Finance

Barron & Stadfeld . . . . . . . . . . . . . . . . . . . . . . 47
Bowditch & Dewey . . . . . . . . . . . . . . . . . . . . . 20
Brown Rudnick Berlack Israels. . . . . . . . . . . . . . 15
Casner & Edwards. . . . . . . . . . . . . . . . . . . . . . 34
Davis, Malm & D'Agostine. . . . . . . . . . . . . . . . 28

Eckert Seamans Cherin & Mellott . . . . . . . . . . . 45
Foley Hoag . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Gadsby Hannah. . . . . . . . . . . . . . . . . . . . . . . 21
Gibson & Behman. . . . . . . . . . . . . . . . . . . . . . 46
Goodwin Procter. . . . . . . . . . . . . . . . . . . . . . . . 4
Hinckley, Allen & Snyder. . . . . . . . . . . . . . . . . 23
Holland & Knight. . . . . . . . . . . . . . . . . . . . . . 12
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7
Morrison Mahoney . . . . . . . . . . . . . . . . . . . . . 16
Nixon Peabody . . . . . . . . . . . . . . . . . . . . . . . 11
Nutter McClennen & Fish. . . . . . . . . . . . . . . . . 10
Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . 5
Ruberto, Israel & Weiner . . . . . . . . . . . . . . . . . 42
Sullivan & Worcester. . . . . . . . . . . . . . . . . . . . 14
WilmerHale. . . . . . . . . . . . . . . . . . . . . . . . . . . 6

### Bankruptcy & Business Restructuring

Barron & Stadfeld . . . . . . . . . . . . . . . . . . . . . . 47
Bowditch & Dewey . . . . . . . . . . . . . . . . . . . . . 20
Brown Rudnick Berlack Israels. . . . . . . . . . . . . . 15
Choate Hall & Stewart . . . . . . . . . . . . . . . . . . . 9
Davis, Malm & D'Agostine. . . . . . . . . . . . . . . . 28
Eckert Seamans Cherin & Mellott . . . . . . . . . . . 45
Foley Hoag . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Gadsby Hannah. . . . . . . . . . . . . . . . . . . . . . . 21
Goodwin Procter. . . . . . . . . . . . . . . . . . . . . . . . 4
Hanify & King . . . . . . . . . . . . . . . . . . . . . . . . 38
Holland & Knight. . . . . . . . . . . . . . . . . . . . . . 12
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7
Morrison Mahoney . . . . . . . . . . . . . . . . . . . . . 16
Nixon Peabody . . . . . . . . . . . . . . . . . . . . . . . 11
Nutter McClennen & Fish. . . . . . . . . . . . . . . . . 10
Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . 5
Ruberto, Israel & Weiner . . . . . . . . . . . . . . . . . 42
Rudolph Friedmann . . . . . . . . . . . . . . . . . . . . 41
Sullivan & Worcester. . . . . . . . . . . . . . . . . . . . 14
WilmerHale. . . . . . . . . . . . . . . . . . . . . . . . . . . 6

### Business/Corporate

Barron & Stadfeld . . . . . . . . . . . . . . . . . . . . . . 47
Bowditch & Dewey . . . . . . . . . . . . . . . . . . . . . 20
Bromberg & Sunstein . . . . . . . . . . . . . . . . . . . 30
Brown Rudnick Berlack Israels. . . . . . . . . . . . . . 15
Casner & Edwards. . . . . . . . . . . . . . . . . . . . . . 34
Choate Hall & Stewart . . . . . . . . . . . . . . . . . . . 9

Conn Kavanaugh Rosenthal Peisch & Ford. . . . . . . 36
Cooley Manion Jones. . . . . . . . . . . . . . . . . . . . . 34
Davis, Malm & D'Agostine . . . . . . . . . . . . . . . . . 28
Donovan Hatem . . . . . . . . . . . . . . . . . . . . . . . 18
Dwyer & Collora . . . . . . . . . . . . . . . . . . . . . . . 47
Eckert Seamans Cherin & Mellott . . . . . . . . . . . . 45
Foley Hoag . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Gadsby Hannah . . . . . . . . . . . . . . . . . . . . . . . . 21
Gibson & Behman . . . . . . . . . . . . . . . . . . . . . . 46
Goodwin Procter . . . . . . . . . . . . . . . . . . . . . . . . 4
Hanify & King . . . . . . . . . . . . . . . . . . . . . . . . . 38
Hinckley, Allen & Snyder . . . . . . . . . . . . . . . . . . 23
Holland & Knight . . . . . . . . . . . . . . . . . . . . . . . 12
Keegan Werlin . . . . . . . . . . . . . . . . . . . . . . . . 46
Kirkpatrick & Lockhart Nicholson Graham . . . . . . 14
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7
Morrison Mahoney . . . . . . . . . . . . . . . . . . . . . . 16
Murphy, Hesse, Toomey & Lehane. . . . . . . . . . . . 30
Nixon Peabody . . . . . . . . . . . . . . . . . . . . . . . . 11
Nutter McClennen & Fish. . . . . . . . . . . . . . . . . . 10
Prince Lobel Glovsky & Tye . . . . . . . . . . . . . . . . 24
Proskauer Rose. . . . . . . . . . . . . . . . . . . . . . . . 18
Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . 5
Ruberto, Israel & Weiner . . . . . . . . . . . . . . . . . . 42
Rudolph Friedmann . . . . . . . . . . . . . . . . . . . . . 41
Sherin and Lodgen . . . . . . . . . . . . . . . . . . . . . 26
Sugarman, Rogers, Barshak & Cohen . . . . . . . . . 44
Sullivan & Worcester. . . . . . . . . . . . . . . . . . . . . 14
WilmerHale. . . . . . . . . . . . . . . . . . . . . . . . . . . 6

## Communications & Media

Brown Rudnick Berlack Israels. . . . . . . . . . . . . . 15
Cooley Manion Jones. . . . . . . . . . . . . . . . . . . . . 34
Eckert Seamans Cherin & Mellott . . . . . . . . . . . . 45
Holland & Knight. . . . . . . . . . . . . . . . . . . . . . . 12
Keegan Werlin. . . . . . . . . . . . . . . . . . . . . . . . . 46
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7
Nixon Peabody . . . . . . . . . . . . . . . . . . . . . . . . 11
Nutter McClennen & Fish. . . . . . . . . . . . . . . . . . 10
Prince Lobel Glovsky & Tye . . . . . . . . . . . . . . . . 24
Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . 5
Rudolph Friedmann . . . . . . . . . . . . . . . . . . . . . 41
Sullivan & Worcester. . . . . . . . . . . . . . . . . . . . . 14
WilmerHale. . . . . . . . . . . . . . . . . . . . . . . . . . . 6

## Construction

Barron & Stadfeld . . . . . . . . . . . . . . . . . . . . . . 47
Bowditch & Dewey . . . . . . . . . . . . . . . . . . . . . 20
Boyle Morrissey & Campo . . . . . . . . . . . . . . . . . 38
Brown Rudnick Berlack Israels. . . . . . . . . . . . . . 15

Campbell Campbell Edwards & Conroy . . . . . . . . 36
Conn Kavanaugh Rosenthal Peisch & Ford. . . . . . 36
Cooley Manion Jones. . . . . . . . . . . . . . . . . . . . . 34
Davis, Malm & D'Agostine . . . . . . . . . . . . . . . . . 28
Eckert Seamans Cherin & Mellott . . . . . . . . . . . . 45
Foley Hoag . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Gadsby Hannah. . . . . . . . . . . . . . . . . . . . . . . . 21
Gibson & Behman. . . . . . . . . . . . . . . . . . . . . . 46
Hinckley, Allen & Snyder. . . . . . . . . . . . . . . . . . 23
Holland & Knight. . . . . . . . . . . . . . . . . . . . . . . 12
Keegan Werlin. . . . . . . . . . . . . . . . . . . . . . . . . 46
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7
Morrison Mahoney . . . . . . . . . . . . . . . . . . . . . . 16
Nixon Peabody . . . . . . . . . . . . . . . . . . . . . . . . 11
Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . 5
Ruberto, Israel & Weiner . . . . . . . . . . . . . . . . . . 42
Rudolph Friedmann . . . . . . . . . . . . . . . . . . . . . 41
Smith & Brink. . . . . . . . . . . . . . . . . . . . . . . . . 40
Sullivan & Worcester. . . . . . . . . . . . . . . . . . . . . 14
Todd & Weld . . . . . . . . . . . . . . . . . . . . . . . . . 31

## Criminal Defense

Cooley Manion Jones. . . . . . . . . . . . . . . . . . . . . 34
Dwyer & Collora . . . . . . . . . . . . . . . . . . . . . . . 47
Gibson & Behman . . . . . . . . . . . . . . . . . . . . . . 46
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7
Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . 5
Todd & Weld . . . . . . . . . . . . . . . . . . . . . . . . . 31
WilmerHale. . . . . . . . . . . . . . . . . . . . . . . . . . . 6

## Education

Bowditch & Dewey . . . . . . . . . . . . . . . . . . . . . 20
Brown Rudnick Berlack Israels. . . . . . . . . . . . . . 15
Eckert Seamans Cherin & Mellott . . . . . . . . . . . . 45
Foley Hoag . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Hanify & King . . . . . . . . . . . . . . . . . . . . . . . . . 38
Holland & Knight. . . . . . . . . . . . . . . . . . . . . . . 12
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7
Murphy, Hesse, Toomey & Lehane. . . . . . . . . . . . 30
Nixon Peabody . . . . . . . . . . . . . . . . . . . . . . . . 11
Nutter McClennen & Fish. . . . . . . . . . . . . . . . . . 10
Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . 5

## Energy/Environmental/ Regulated Industry

Bowditch & Dewey . . . . . . . . . . . . . . . . . . . . . 20
Brown Rudnick Berlack Israels. . . . . . . . . . . . . . 15
Campbell Campbell Edwards & Conroy . . . . . . . . 36
Cooley Manion Jones. . . . . . . . . . . . . . . . . . . . . 34
Davis, Malm & D'Agostine . . . . . . . . . . . . . . . . . 28

Eckert Seamans Cherin & Mellott . . . . . . . . . . . . 45
Foley Hoag . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Gadsby Hannah . . . . . . . . . . . . . . . . . . . . . . . . 21
Gibson & Behman . . . . . . . . . . . . . . . . . . . . . . 46
Goodwin Procter. . . . . . . . . . . . . . . . . . . . . . . . 4
Hinckley, Allen & Snyder . . . . . . . . . . . . . . . . . . 23
Holland & Knight. . . . . . . . . . . . . . . . . . . . . . . 12
Keegan Werlin. . . . . . . . . . . . . . . . . . . . . . . . . 46
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7
Nixon Peabody . . . . . . . . . . . . . . . . . . . . . . . . 11
Nutter McClennen & Fish. . . . . . . . . . . . . . . . . . 10
Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . 5
Ruberto, Israel & Weiner . . . . . . . . . . . . . . . . . . 42
Smith & Brink. . . . . . . . . . . . . . . . . . . . . . . . . 40
Sugarman, Rogers, Barshak & Cohen . . . . . . . . . 44
Sullivan & Worcester. . . . . . . . . . . . . . . . . . . . . 14
WilmerHale. . . . . . . . . . . . . . . . . . . . . . . . . . . 6

## Family & Probate/Domestic Relations

Barron & Stadfeld . . . . . . . . . . . . . . . . . . . . . . 47
Bowditch & Dewey . . . . . . . . . . . . . . . . . . . . . 20
Brown Rudnick Berlack Israels. . . . . . . . . . . . . . 15
Casner & Edwards. . . . . . . . . . . . . . . . . . . . . . 34
Conn Kavanaugh Rosenthal Peisch & Ford. . . . . . 36
Cooley Manion Jones. . . . . . . . . . . . . . . . . . . . . 34
Gadsby Hannah . . . . . . . . . . . . . . . . . . . . . . . . 21
Gibson & Behman . . . . . . . . . . . . . . . . . . . . . . 46
Murphy, Hesse, Toomey & Lehane. . . . . . . . . . . . 30
Nutter McClennen & Fish. . . . . . . . . . . . . . . . . . 10
Prince Lobel Glovsky & Tye . . . . . . . . . . . . . . . . 24
Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . 5
Rudolph Friedmann . . . . . . . . . . . . . . . . . . . . . 41
Sugarman, Rogers, Barshak & Cohen . . . . . . . . . 44
Todd & Weld . . . . . . . . . . . . . . . . . . . . . . . . . 31

## Financial Services/Institutions

Barron & Stadfeld . . . . . . . . . . . . . . . . . . . . . . 47
Bowditch & Dewey . . . . . . . . . . . . . . . . . . . . . 20
Brown Rudnick Berlack Israels. . . . . . . . . . . . . . 15
Davis, Malm & D'Agostine . . . . . . . . . . . . . . . . . 28
Donovan Hatem . . . . . . . . . . . . . . . . . . . . . . . 18
Eckert Seamans Cherin & Mellott . . . . . . . . . . . . 45
Gibson & Behman . . . . . . . . . . . . . . . . . . . . . . 46
Goodwin Procter. . . . . . . . . . . . . . . . . . . . . . . . 4
Hinckley, Allen & Snyder . . . . . . . . . . . . . . . . . . 23
Holland & Knight. . . . . . . . . . . . . . . . . . . . . . . 12
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7
Morrison Mahoney . . . . . . . . . . . . . . . . . . . . . . 16

# Practice Areas By Law Firm

Nixon Peabody . . . . . . . . . . . . . . . . . . . . . . . . . 11

Nutter McClennen & Fish. . . . . . . . . . . . . . . . . . 10

Prince Lobel Glovsky & Tye . . . . . . . . . . . . . . . . 24

Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Ruberto, Israel & Weiner . . . . . . . . . . . . . . . . . 42

Sullivan & Worcester. . . . . . . . . . . . . . . . . . . . . 14

WilmerHale. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

## Government Regulation
## & Affairs/Public

Brown Rudnick Berlack Israels. . . . . . . . . . . . . 15

Casner & Edwards. . . . . . . . . . . . . . . . . . . . . . . 34

Cooley Manion Jones. . . . . . . . . . . . . . . . . . . . . 34

Donovan Hatem . . . . . . . . . . . . . . . . . . . . . . . . 18

Foley Hoag . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Holland & Knight. . . . . . . . . . . . . . . . . . . . . . . 12

Keegan Werlin. . . . . . . . . . . . . . . . . . . . . . . . . . 46

Lawson & Weitzen . . . . . . . . . . . . . . . . . . . . . . 32

Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7

Morrison Mahoney . . . . . . . . . . . . . . . . . . . . . . 16

Murphy, Hesse, Toomey & Lehane. . . . . . . . . . . 30

Nixon Peabody . . . . . . . . . . . . . . . . . . . . . . . . . 11

Nutter McClennen & Fish. . . . . . . . . . . . . . . . . . 10

Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Rudolph Friedmann . . . . . . . . . . . . . . . . . . . . . 41

WilmerHale. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

## Health Care/Life Sciences

Bowditch & Dewey . . . . . . . . . . . . . . . . . . . . . . 20

Bromberg & Sunstein . . . . . . . . . . . . . . . . . . . . 30

Brown Rudnick Berlack Israels. . . . . . . . . . . . . 15

Choate Hall & Stewart . . . . . . . . . . . . . . . . . . . . 9

Dwyer & Collora . . . . . . . . . . . . . . . . . . . . . . . . 47

Eckert Seamans Cherin & Mellott . . . . . . . . . . 45

Foley Hoag . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Gibson & Behman. . . . . . . . . . . . . . . . . . . . . . . 46

Goodwin Procter. . . . . . . . . . . . . . . . . . . . . . . . . 4

Hanify & King . . . . . . . . . . . . . . . . . . . . . . . . . . 38

Hinckley, Allen & Snyder. . . . . . . . . . . . . . . . . 23

Holland & Knight. . . . . . . . . . . . . . . . . . . . . . . 12

Kirkpatrick & Lockhart Nicholson Graham . . . . . . 14

Lawson & Weitzen . . . . . . . . . . . . . . . . . . . . . . 32

Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7

Murphy, Hesse, Toomey & Lehane. . . . . . . . . . . 30

Nixon Peabody . . . . . . . . . . . . . . . . . . . . . . . . . 11

Nutter McClennen & Fish. . . . . . . . . . . . . . . . . . 10

Prince Lobel Glovsky & Tye . . . . . . . . . . . . . . . . 24

Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Sullivan & Worcester. . . . . . . . . . . . . . . . . . . . . 14

## Hotel & Restaurant

Barron & Stadfeld . . . . . . . . . . . . . . . . . . . . . . . 47

Brown Rudnick Berlack Israels. . . . . . . . . . . . . 15

Campbell Campbell Edwards & Conroy . . . . . . . 36

Foley Hoag . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Gadsby Hannah . . . . . . . . . . . . . . . . . . . . . . . . . 21

Holland & Knight. . . . . . . . . . . . . . . . . . . . . . . 12

Morrison Mahoney . . . . . . . . . . . . . . . . . . . . . . 16

Nutter McClennen & Fish. . . . . . . . . . . . . . . . . . 10

Prince Lobel Glovsky & Tye . . . . . . . . . . . . . . . . 24

Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Ruberto, Israel & Weiner . . . . . . . . . . . . . . . . . 42

Rudolph Friedmann . . . . . . . . . . . . . . . . . . . . . 41

Smith & Brink. . . . . . . . . . . . . . . . . . . . . . . . . . 40

Sullivan & Worcester. . . . . . . . . . . . . . . . . . . . . 14

## Immigration

Bowditch & Dewey . . . . . . . . . . . . . . . . . . . . . . 20

Foley Hoag . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Gibson & Behman. . . . . . . . . . . . . . . . . . . . . . . 46

Hinckley, Allen & Snyder. . . . . . . . . . . . . . . . . 23

Holland & Knight. . . . . . . . . . . . . . . . . . . . . . . 12

Jackson Lewis . . . . . . . . . . . . . . . . . . . . . . . . . . 49

Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7

Morrison Mahoney . . . . . . . . . . . . . . . . . . . . . . 16

Murphy, Hesse, Toomey & Lehane. . . . . . . . . . . 30

Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Todd & Weld . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

WilmerHale. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

## Indian Law

Gibson & Behman. . . . . . . . . . . . . . . . . . . . . . . 46

Holland & Knight. . . . . . . . . . . . . . . . . . . . . . . 12

Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

## Insurance

Boyle Morrissey & Campo . . . . . . . . . . . . . . . . . 38

Brown Rudnick Berlack Israels. . . . . . . . . . . . . 15

Campbell Campbell Edwards & Conroy . . . . . . . 36

Casner & Edwards. . . . . . . . . . . . . . . . . . . . . . . 34

Choate Hall & Stewart . . . . . . . . . . . . . . . . . . . . 9

Cooley Manion Jones. . . . . . . . . . . . . . . . . . . . . 34

Donovan Hatem . . . . . . . . . . . . . . . . . . . . . . . . 18

Eckert Seamans Cherin & Mellott . . . . . . . . . . 45

Foley Hoag . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Gibson & Behman. . . . . . . . . . . . . . . . . . . . . . . 46

Holland & Knight. . . . . . . . . . . . . . . . . . . . . . . 12

Keches & Mallen . . . . . . . . . . . . . . . . . . . . . . . . 50

Keegan Werlin. . . . . . . . . . . . . . . . . . . . . . . . . . 46

Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7

Morrison Mahoney . . . . . . . . . . . . . . . . . . . . . . 16

Nixon Peabody . . . . . . . . . . . . . . . . . . . . . . . . . 11

Nutter McClennen & Fish. . . . . . . . . . . . . . . . . . 10

Prince Lobel Glovsky & Tye . . . . . . . . . . . . . . . . 24

Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Rudolph Friedmann . . . . . . . . . . . . . . . . . . . . . 41

Smith & Brink. . . . . . . . . . . . . . . . . . . . . . . . . . 40

Sugarman, Rogers, Barshak & Cohen . . . . . . . . 44

## Intellectual Property

Bowditch & Dewey . . . . . . . . . . . . . . . . . . . . . . 20

Bromberg & Sunstein . . . . . . . . . . . . . . . . . . . . 30

Brown Rudnick Berlack Israels. . . . . . . . . . . . . 15

Campbell Campbell Edwards & Conroy . . . . . . . 36

Casner & Edwards. . . . . . . . . . . . . . . . . . . . . . . 34

Choate Hall & Stewart . . . . . . . . . . . . . . . . . . . . 9

Cooley Manion Jones. . . . . . . . . . . . . . . . . . . . . 34

Eckert Seamans Cherin & Mellott . . . . . . . . . . 45

Finnegan, Henderson, Farabow, Garrett & Dunner . . . 51

Foley Hoag . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Gibson & Behman. . . . . . . . . . . . . . . . . . . . . . . 46

Goodwin Procter. . . . . . . . . . . . . . . . . . . . . . . . . 4

Hinckley, Allen & Snyder. . . . . . . . . . . . . . . . . 23

Holland & Knight. . . . . . . . . . . . . . . . . . . . . . . 12

Kirkpatrick & Lockhart Nicholson Graham . . . . . . 14

Lawson & Weitzen . . . . . . . . . . . . . . . . . . . . . . 32

Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7

Morrison Mahoney . . . . . . . . . . . . . . . . . . . . . . 16

Nixon Peabody . . . . . . . . . . . . . . . . . . . . . . . . . 11

Nutter McClennen & Fish. . . . . . . . . . . . . . . . . . 10

Prince Lobel Glovsky & Tye . . . . . . . . . . . . . . . . 24

Proskauer Rose. . . . . . . . . . . . . . . . . . . . . . . . . . 18

Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Ruberto, Israel & Weiner . . . . . . . . . . . . . . . . . 42

Rudolph Friedmann . . . . . . . . . . . . . . . . . . . . . 41

Sullivan & Worcester. . . . . . . . . . . . . . . . . . . . . 14

Todd & Weld . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

WilmerHale. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Wolf, Greenfield & Sacks. . . . . . . . . . . . . . . . . . 28

## International Law/Trade

Brown Rudnick Berlack Israels . . . . . . . . . . . . . 15
Eckert Seamans Cherin & Mellott . . . . . . . . . . . 45
Foley Hoag . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Gadsby Hannah . . . . . . . . . . . . . . . . . . . . . . . . 21
Gibson & Behman . . . . . . . . . . . . . . . . . . . . . . 46
Holland & Knight . . . . . . . . . . . . . . . . . . . . . . 12
Nutter McClennen & Fish . . . . . . . . . . . . . . . . 10
Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . . 5
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . . 7
Nixon Peabody . . . . . . . . . . . . . . . . . . . . . . . . 11
Sullivan & Worcester . . . . . . . . . . . . . . . . . . . . 14
WilmerHale . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

## Labor, Employment & Employee Benefits

Barron & Stadfeld . . . . . . . . . . . . . . . . . . . . . . 47
Bowditch & Dewey . . . . . . . . . . . . . . . . . . . . . 20
Brown Rudnick Berlack Israels . . . . . . . . . . . . . 15
Campbell Campbell Edwards & Conroy . . . . . . . 36
Casner & Edwards . . . . . . . . . . . . . . . . . . . . . . 34
Choate Hall & Stewart . . . . . . . . . . . . . . . . . . . 9
Conn Kavanaugh Rosenthal Peisch & Ford . . . . . 36
Cooley Manion Jones . . . . . . . . . . . . . . . . . . . . 34
Davis, Malm & D'Agostine . . . . . . . . . . . . . . . . 28
Donovan Hatem . . . . . . . . . . . . . . . . . . . . . . . 18
Dwyer & Collora . . . . . . . . . . . . . . . . . . . . . . . 47
Eckert Seamans Cherin & Mellott . . . . . . . . . . . 45
Foley Hoag . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Gadsby Hannah . . . . . . . . . . . . . . . . . . . . . . . . 21
Gibson & Behman . . . . . . . . . . . . . . . . . . . . . . 46
Goodwin Procter . . . . . . . . . . . . . . . . . . . . . . . . 4
Hanify & King . . . . . . . . . . . . . . . . . . . . . . . . 38
Hinckley, Allen & Snyder . . . . . . . . . . . . . . . . . 23
Holland & Knight . . . . . . . . . . . . . . . . . . . . . . 12
Jackson Lewis . . . . . . . . . . . . . . . . . . . . . . . . . 49
Kirkpatrick & Lockhart Nicholson Graham . . . . . 14
Lawson & Weitzen . . . . . . . . . . . . . . . . . . . . . . 32
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . . 7
Morrison Mahoney . . . . . . . . . . . . . . . . . . . . . 16
Murphy, Hesse, Toomey & Lehane . . . . . . . . . . . 30
Nixon Peabody . . . . . . . . . . . . . . . . . . . . . . . . 11
Nutter McClennen & Fish . . . . . . . . . . . . . . . . 10
Prince Lobel Glovsky & Tye . . . . . . . . . . . . . . . 24
Proskauer Rose . . . . . . . . . . . . . . . . . . . . . . . . 18
Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . . 5
Ruberto, Israel & Weiner . . . . . . . . . . . . . . . . . 42
Smith & Brink . . . . . . . . . . . . . . . . . . . . . . . . 40
Sugarman, Rogers, Barshak & Cohen . . . . . . . . . 44
Sullivan & Worcester . . . . . . . . . . . . . . . . . . . . 14

Todd & Weld . . . . . . . . . . . . . . . . . . . . . . . . . 31
WilmerHale . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

## Litigation

Barron & Stadfeld . . . . . . . . . . . . . . . . . . . . . . 47
Bowditch & Dewey . . . . . . . . . . . . . . . . . . . . . 20
Boyle Morrissey & Campo . . . . . . . . . . . . . . . . 38
Bromberg & Sunstein . . . . . . . . . . . . . . . . . . . 30
Brown Rudnick Berlack Israels . . . . . . . . . . . . . 15
Campbell Campbell Edwards & Conroy . . . . . . . 36
Casner & Edwards . . . . . . . . . . . . . . . . . . . . . . 34
Choate Hall & Stewart . . . . . . . . . . . . . . . . . . . 9
Conn Kavanaugh Rosenthal Peisch & Ford . . . . . 36
Cooley Manion Jones . . . . . . . . . . . . . . . . . . . . 34
Davis, Malm & D'Agostine . . . . . . . . . . . . . . . . 28
Donovan Hatem . . . . . . . . . . . . . . . . . . . . . . . 18
Eckert Seamans Cherin & Mellott . . . . . . . . . . . 45
Finnegan, Henderson, Farabow, Garrett & Dunner . . . 51
Foley Hoag . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Gadsby Hannah . . . . . . . . . . . . . . . . . . . . . . . . 21
Gibson & Behman . . . . . . . . . . . . . . . . . . . . . . 46
Goodwin Procter . . . . . . . . . . . . . . . . . . . . . . . . 4
Hanify & King . . . . . . . . . . . . . . . . . . . . . . . . 38
Hinckley, Allen & Snyder . . . . . . . . . . . . . . . . . 23
Holland & Knight . . . . . . . . . . . . . . . . . . . . . . 12
Jackson Lewis . . . . . . . . . . . . . . . . . . . . . . . . . 49
Keegan Werlin . . . . . . . . . . . . . . . . . . . . . . . . 46
Kirkpatrick & Lockhart Nicholson Graham . . . . . 14
Lawson & Weitzen . . . . . . . . . . . . . . . . . . . . . . 32
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . . 7
Morrison Mahoney . . . . . . . . . . . . . . . . . . . . . 16
Murphy, Hesse, Toomey & Lehane . . . . . . . . . . . 30
Nixon Peabody . . . . . . . . . . . . . . . . . . . . . . . . 11
Nutter McClennen & Fish . . . . . . . . . . . . . . . . 10
Prince Lobel Glovsky & Tye . . . . . . . . . . . . . . . 24
Proskauer Rose . . . . . . . . . . . . . . . . . . . . . . . . 18
Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . . 5
Ruberto, Israel & Weiner . . . . . . . . . . . . . . . . . 42
Rudolph Friedmann . . . . . . . . . . . . . . . . . . . . 41
Sherin and Lodgen . . . . . . . . . . . . . . . . . . . . . 26
Smith & Brink . . . . . . . . . . . . . . . . . . . . . . . . 40
Sugarman, Rogers, Barshak & Cohen . . . . . . . . . 44
Sullivan & Worcester . . . . . . . . . . . . . . . . . . . . 14
Todd & Weld . . . . . . . . . . . . . . . . . . . . . . . . . 31
WilmerHale . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

## Mergers & Acquisitions

Barron & Stadfeld . . . . . . . . . . . . . . . . . . . . . . 47
Bowditch & Dewey . . . . . . . . . . . . . . . . . . . . . 20
Brown Rudnick Berlack Israels . . . . . . . . . . . . . 15
Choate Hall & Stewart . . . . . . . . . . . . . . . . . . . 9

Davis, Malm & D'Agostine . . . . . . . . . . . . . . . . 28
Eckert Seamans Cherin & Mellott . . . . . . . . . . . 45
Foley Hoag . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Gadsby Hannah . . . . . . . . . . . . . . . . . . . . . . . . 21
Goodwin Procter . . . . . . . . . . . . . . . . . . . . . . . . 4
Hinckley, Allen & Snyder . . . . . . . . . . . . . . . . . 23
Holland & Knight . . . . . . . . . . . . . . . . . . . . . . 12
Keegan Werlin . . . . . . . . . . . . . . . . . . . . . . . . 46
Lawson & Weitzen . . . . . . . . . . . . . . . . . . . . . . 32
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . . 7
Morrison Mahoney . . . . . . . . . . . . . . . . . . . . . 16
Nixon Peabody . . . . . . . . . . . . . . . . . . . . . . . . 11
Nutter McClennen & Fish . . . . . . . . . . . . . . . . 10
Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . . 5
Ruberto, Israel & Weiner . . . . . . . . . . . . . . . . . 42
Rudolph Friedmann . . . . . . . . . . . . . . . . . . . . 41
Sullivan & Worcester . . . . . . . . . . . . . . . . . . . . 14
WilmerHale . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

## Nonprofit Organizations

Barron & Stadfeld . . . . . . . . . . . . . . . . . . . . . . 47
Bowditch & Dewey . . . . . . . . . . . . . . . . . . . . . 20
Casner & Edwards . . . . . . . . . . . . . . . . . . . . . . 34
Eckert Seamans Cherin & Mellott . . . . . . . . . . . 45
Gadsby Hannah . . . . . . . . . . . . . . . . . . . . . . . . 21
Hinckley, Allen & Snyder . . . . . . . . . . . . . . . . . 23
Holland & Knight . . . . . . . . . . . . . . . . . . . . . . 12
Lawson & Weitzen . . . . . . . . . . . . . . . . . . . . . . 32
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . . 7
Murphy, Hesse, Toomey & Lehane . . . . . . . . . . . 30
Nixon Peabody . . . . . . . . . . . . . . . . . . . . . . . . 11
Nutter McClennen & Fish . . . . . . . . . . . . . . . . 10
Ropes & Gray . . . . . . . . . . . . . . . . . . . . . . . . . . 5
Rudolph Friedmann . . . . . . . . . . . . . . . . . . . . 41
Sullivan & Worcester . . . . . . . . . . . . . . . . . . . . 14

## Personal Injury

Barron & Stadfeld . . . . . . . . . . . . . . . . . . . . . . 47
Boyle Morrissey & Campo . . . . . . . . . . . . . . . . 38
Campbell Campbell Edwards & Conroy . . . . . . . 36
Casner & Edwards . . . . . . . . . . . . . . . . . . . . . . 34
Conn Kavanaugh Rosenthal Peisch & Ford . . . . . 36
Cooley Manion Jones . . . . . . . . . . . . . . . . . . . . 34
Gibson & Behman . . . . . . . . . . . . . . . . . . . . . . 46
Keches & Mallen . . . . . . . . . . . . . . . . . . . . . . 50
Keegan Werlin . . . . . . . . . . . . . . . . . . . . . . . . 46
Lawson & Weitzen . . . . . . . . . . . . . . . . . . . . . . 32
Morrison Mahoney . . . . . . . . . . . . . . . . . . . . . 16
Rudolph Friedmann . . . . . . . . . . . . . . . . . . . . 41
Sugarman, Rogers, Barshak & Cohen . . . . . . . . . 44
Todd & Weld . . . . . . . . . . . . . . . . . . . . . . . . . 31