# Practice Areas By Law Firm

## Private Equity

Brown Rudnick Berlack Israels . . . . . 15
Choate Hall & Stewart . . . . . 9
Davis, Malm & D'Agostine . . . . . 28
Eckert Seamans Cherin & Mellott . . . . . 45
Goodwin Procter . . . . . 4
Hinckley, Allen & Snyder . . . . . 23
Holland & Knight . . . . . 12
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7
Morrison Mahoney . . . . . 16
Nixon Peabody . . . . . 11
Nutter McClennen & Fish . . . . . 10
Ropes & Gray . . . . . 5
Sullivan & Worcester . . . . . 14
WilmerHale . . . . . 6

## Products & Premises Liability/General Tort Law

Barron & Stadfeld . . . . . 47
Bowditch & Dewey . . . . . 20
Boyle Morrissey & Campo . . . . . 38
Campbell Campbell Edwards & Conroy . . . . . 36
Casner & Edwards . . . . . 34
Conn Kavanaugh Rosenthal Peisch & Ford . . . . . 36
Cooley Manion Jones . . . . . 34
Donovan Hatem . . . . . 18
Eckert Seamans Cherin & Mellott . . . . . 45
Foley Hoag . . . . . 8
Gibson & Behman . . . . . 46
Goodwin Procter . . . . . 4
Holland & Knight . . . . . 12
Keches & Mallen . . . . . 50
Keegan Werlin . . . . . 46
Lawson & Weitzen . . . . . 32
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7
Morrison Mahoney . . . . . 16
Nixon Peabody . . . . . 11
Nutter McClennen & Fish . . . . . 10
Ropes & Gray . . . . . 5
Rudolph Friedmann . . . . . 41
Smith & Brink . . . . . 40
Sugarman, Rogers, Barshak & Cohen . . . . . 44
Todd & Weld . . . . . 31
WilmerHale . . . . . 6

## Professional Liability/Medical Malpractice

Barron & Stadfeld . . . . . 47
Boyle Morrissey & Campo . . . . . 38
Campbell Campbell Edwards & Conroy . . . . . 36
Casner & Edwards . . . . . 34
Conn Kavanaugh Rosenthal Peisch & Ford . . . . . 36
Cooley Manion Jones . . . . . 34
Donovan Hatem . . . . . 18
Gibson & Behman . . . . . 46
Hanify & King . . . . . 38
Keches & Mallen . . . . . 50
Lawson & Weitzen . . . . . 32
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7
Morrison Mahoney . . . . . 16
Nutter McClennen & Fish . . . . . 10
Rudolph Friedmann . . . . . 41
Sugarman, Rogers, Barshak & Cohen . . . . . 44
Todd & Weld . . . . . 31
WilmerHale . . . . . 6

## Projects/Municipal

Bowditch & Dewey . . . . . 20
Casner & Edwards . . . . . 34
Cooley Manion Jones . . . . . 34
Foley Hoag . . . . . 8
Gadsby Hannah . . . . . 21
Gibson & Behman . . . . . 46
Holland & Knight . . . . . 12
Keegan Werlin . . . . . 46
Lawson & Weitzen . . . . . 32
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7
Morrison Mahoney . . . . . 16
Murphy, Hesse, Toomey & Lehane . . . . . 30
Nixon Peabody . . . . . 11
Ropes & Gray . . . . . 5

## Real Estate/Development/Land Use

Barron & Stadfeld . . . . . 47
Bowditch & Dewey . . . . . 20
Brown Rudnick Berlack Israels . . . . . 15
Casner & Edwards . . . . . 34
Choate Hall & Stewart . . . . . 9
Conn Kavanaugh Rosenthal Peisch & Ford . . . . . 36
Cooley Manion Jones . . . . . 34
Davis, Malm & D'Agostine . . . . . 28
Eckert Seamans Cherin & Mellott . . . . . 45
Foley Hoag . . . . . 8
Gadsby Hannah . . . . . 21
Gibson & Behman . . . . . 46
Goodwin Procter . . . . . 4
Hanify & King . . . . . 38
Hinckley, Allen & Snyder . . . . . 23
Holland & Knight . . . . . 12
Kirkpatrick & Lockhart Nicholson Graham . . . . . 14
Lawson & Weitzen . . . . . 32
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7
Morrison Mahoney . . . . . 16
Murphy, Hesse, Toomey & Lehane . . . . . 30
Nixon Peabody . . . . . 11
Nutter McClennen & Fish . . . . . 10
Prince Lobel Glovsky & Tye . . . . . 24
Ropes & Gray . . . . . 5
Ruberto, Israel & Weiner . . . . . 42
Rudolph Friedmann . . . . . 41
Sherin and Lodgen . . . . . 26
Sugarman, Rogers, Barshak & Cohen . . . . . 44
Sullivan & Worcester . . . . . 14
WilmerHale . . . . . 6

## Rental & Leasing Car Companies

Gibson & Behman . . . . . 46
Morrison Mahoney . . . . . 16
Smith & Brink . . . . . 40

## RICO Actions

Holland & Knight . . . . . 12
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7
Morrison Mahoney . . . . . 16
Nixon Peabody . . . . . 11
Ropes & Gray . . . . . 5
Smith & Brink . . . . . 40
Todd & Weld . . . . . 31

## Securities & Finance

Brown Rudnick Berlack Israels . . . . . 15
Casner & Edwards . . . . . 34
Cooley Manion Jones . . . . . 34
Davis, Malm & D'Agostine . . . . . 28
Dwyer & Collora . . . . . 47

Eckert Seamans Cherin & Mellott . . . . . 45
Foley Hoag . . . . . 8
Gadsby Hannah . . . . . 21
Goodwin Procter . . . . . 4
Hinckley, Allen & Snyder . . . . . 23
Holland & Knight . . . . . 12
Kirkpatrick & Lockhart Nicholson Graham . . . . . 14
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7
Morrison Mahoney . . . . . 16
Nixon Peabody . . . . . 11
Nutter McClennen & Fish . . . . . 10
Ropes & Gray . . . . . 5
Ruberto, Israel & Weiner . . . . . 42
Sullivan & Worcester . . . . . 14
WilmerHale . . . . . 6

## Sexual Harassment

Barron & Stadfeld . . . . . 47
Bowditch & Dewey . . . . . 20
Boyle Morrissey & Campo . . . . . 38
Brown Rudnick Berlack Israels . . . . . 15
Cooley Manion Jones . . . . . 34
Davis, Malm & D'Agostine . . . . . 28
Eckert Seamans Cherin & Mellott . . . . . 45
Foley Hoag . . . . . 8
Gadsby Hannah . . . . . 21
Gibson & Behman . . . . . 46
Jackson Lewis . . . . . 49
Morrison Mahoney . . . . . 16
Nutter McClennen & Fish . . . . . 10
Prince Lobel Glovsky & Tye . . . . . 24
Ropes & Gray . . . . . 5
Ruberto, Israel & Weiner . . . . . 42
Rudolph Friedmann . . . . . 41
Sugarman, Rogers, Barshak & Cohen . . . . . 44
Todd & Weld . . . . . 31

## Sports & Entertainment

Brown Rudnick Berlack Israels . . . . . 15
Campbell Campbell Edwards & Conroy . . . . . 36
Cooley Manion Jones . . . . . 34
Gibson & Behman . . . . . 46
Holland & Knight . . . . . 12
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7
Nixon Peabody . . . . . 11
Ropes & Gray . . . . . 5
Rudolph Friedmann . . . . . 41
WilmerHale . . . . . 6

## Syndication

Holland & Knight . . . . . 12
Nixon Peabody . . . . . 11
Nutter McClennen & Fish . . . . . 10

## Tax/Benefits/ERISA

Bowditch & Dewey . . . . . 20
Brown Rudnick Berlack Israels . . . . . 15
Casner & Edwards . . . . . 34
Choate Hall & Stewart . . . . . 9
Eckert Seamans Cherin & Mellott . . . . . 45
Foley Hoag . . . . . 8
Gibson & Behman . . . . . 46
Goodwin Procter . . . . . 4
Hinckley, Allen & Snyder . . . . . 23
Holland & Knight . . . . . 12
Jackson Lewis . . . . . 49
Lawson & Weitzen . . . . . 32
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7
Murphy, Hesse, Toomey & Lehane . . . . . 30
Nixon Peabody . . . . . 11
Nutter McClennen & Fish . . . . . 10
Ropes & Gray . . . . . 5
Ruberto, Israel & Weiner . . . . . 42
Sullivan & Worcester . . . . . 14
WilmerHale . . . . . 6

## Transportation

Boyle Morrissey & Campo . . . . . 38
Brown Rudnick Berlack Israels . . . . . 15
Campbell Campbell Edwards & Conroy . . . . . 36
Foley Hoag . . . . . 8
Gadsby Hannah . . . . . 21
Gibson & Behman . . . . . 46
Goodwin Procter . . . . . 4
Holland & Knight . . . . . 12
Keegan Werlin . . . . . 46
Morrison Mahoney . . . . . 16
Ropes & Gray . . . . . 5
Smith & Brink . . . . . 40

## Trusts & Estates

Bowditch & Dewey . . . . . 20
Brown Rudnick Berlack Israels . . . . . 15
Casner & Edwards . . . . . 34
Choate Hall & Stewart . . . . . 9
Conn Kavanaugh Rosenthal Peisch & Ford . . . . . 36
Cooley Manion Jones . . . . . 34
Davis, Malm & D'Agostine . . . . . 28
Foley Hoag . . . . . 8
Gadsby Hannah . . . . . 21
Gibson & Behman . . . . . 46
Hinckley, Allen & Snyder . . . . . 23
Holland & Knight . . . . . 12
Kirkpatrick & Lockhart Nicholson Graham . . . . . 14
Lawson & Weitzen . . . . . 32
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7
Murphy, Hesse, Toomey & Lehane . . . . . 30
Nixon Peabody . . . . . 11
Nutter McClennen & Fish . . . . . 10
Prince Lobel Glovsky & Tye . . . . . 24
Ropes & Gray . . . . . 5
Rudolph Friedmann . . . . . 41
Sullivan & Worcester . . . . . 14
WilmerHale . . . . . 6

## White Collar Criminal Defense

Choate Hall & Stewart . . . . . 9
Conn Kavanaugh Rosenthal Peisch & Ford . . . . . 36
Cooley Manion Jones . . . . . 34
Donovan Hatem . . . . . 18
Dwyer & Collora . . . . . 47
Eckert Seamans Cherin & Mellott . . . . . 45
Foley Hoag . . . . . 8
Gibson & Behman . . . . . 46
Goodwin Procter . . . . . 4
Hinckley, Allen & Snyder . . . . . 23
Holland & Knight . . . . . 12
Mintz Levin Cohn Ferris Glovsky and Popeo . . . . . 7
Murphy, Hesse, Toomey & Lehane . . . . . 30
Nixon Peabody . . . . . 11
Nutter McClennen & Fish . . . . . 10
Ropes & Gray . . . . . 5
Sullivan & Worcester . . . . . 14
Todd & Weld . . . . . 31
WilmerHale . . . . . 6

## Workers' Compensation

Boyle Morrissey & Campo . . . . . 38
Brown Rudnick Berlack Israels . . . . . 15
Davis, Malm & D'Agostine . . . . . 28
Gibson & Behman . . . . . 46
Keches & Mallen . . . . . 50
Lawson & Weitzen . . . . . 32
Morrison Mahoney . . . . . 16
Nixon Peabody . . . . . 11
Ropes & Gray . . . . . 5
Smith & Brink . . . . . 40
WilmerHale . . . . . 6

# 100 Largest Law Firms At A Glance

| | FIRM | Last Year's Ranking | MA Attorneys/ Total Attorneys | M/F Equity Partners | M/F New Hires | M/F Elevations | M/F Departures | Of Counsel | Paralegals/ Support Staff |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Goodwin Procter | 2 | 454/661 | 100/13 | 129/83 | 18/14 | N/R | 33 | 69/451 |
| 2. | Ropes & Gray | 1 | 439/731 | 115/32 | 15/18 | 6/1 | 29/28 | 44 | 44/532 |
| 3. | WilmerHale | 3 | 320/1,127 | 96/26 | 27/23 | 5/4 | 23/11 | 16 | 89/407 |
| 4. | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo | 4 | 289/457 | 43/5 | 20/11 | 6/4 | 25/19 | 13 | 38/295 |
| 5. | Bingham McCutchen | 5 | 282/847 | 91/22 | 23/19 | 2/2 | 24/24 | 26 | 38/359 |
| 6. | Edwards Angell Palmer & Dodge | N/A | 264/512 | 79/14 | 33/21 | 11/3 | 30/31 | 13 | 41/278 |
| 7. | Foley Hoag | 6 | 225/239 | 54/13 | 24/18 | 2/3 | 20/12 | 3 | 30/235 |
| 8. | Choate Hall & Stewart | 8 | 191/191 | 51/8 | 30/22 | 10/7 | 15/10 | 10 | 10/209 |
| 9. | Goulston & Storrs | 9 | 180/180 | 79/22 | 11/12 | 6/2 | 6/4 | 2 | 27/215 |
| 10. | Nutter McClennen & Fish | 11 | 151/151 | 42/8 | 8/15 | 4/4 | N/R | 14 | 15/192 |
| 11. | Nixon Peabody | 10 | 146/658 | 69/12 | 10/7 | 2/1 | N/R | 6 | 25/149 |
| 12. | Holland & Knight | 12 | 140/1,250 | 36/6 | 10/6 | 1/0 | 6/3 | 0 | 16/130 |
| 13. | Kirkpatrick & Lockhart Nicholson Graham | 15 | 130/1,000 | 42/6 | N/R | N/R | N/R | 13 | 13/85 |
| 14. | Sullivan & Worcester | 13 | 129/197 | 43/8 | 13/7 | 1/0 | 8/8 | 12 | 17/110 |
| 15. | Brown Rudnick Berlack Israels | 14 | 114/197 | 27/3 | 5/9 | 4/0 | 9/4 | 5 | 10/155 |
| 16. | Morrison Mahoney | 16 | 111/163 | 44/2 | 9/8 | 7/4 | 7/6 | 1 | 12/114 |
| 17. | Burns & Levinson | 19 | 102/135 | 57/11 | 4/3 | 0/1 | 6/0 | 10 | 15/124 |
| 18. | Fish & Richardson | 21 | 94/355 | 37/10 | 7/5 | 1/0 | 7/0 | 5 | 32/204 |
| 19. | Rubin and Rudman | 22 | 78/78 | 32/4 | 6/8 | 0/0 | N/R | 2 | 14/45 |
| 20. | McDermott Will & Emery | 18 | 76/1,029 | 20/1 | 11/5 | 2/1 | N/R | 7 | 9/70 |
| 21. | Riemer & Braunstein | 24 | 74/74 | N/R | N/R | N/R | N/R | 2 | 13/N/R |
| 22. | Seyfarth Shaw | 23 | 71/673 | 20/2 | 7/4 | 4/0 | 3/1 | 7 | 16/72 |
| 23. | Donovan Hatem | 24 | 68/68 | 17/2 | 9/11 | 2/1 | 7/9 | 4 | 9/70 |
| 24. | Greenberg Traurig | 33 | 66/1,500 | 24/3 | 19/6 | 3/1 | N/A | 7 | 12/60 |
| 25. | Proskauer Rose | 33 | 65/701 | 11/2 | 29/17 | N/A | N/A | 2 | 5/52 |

| | FIRM | Last Year's Ranking | MA Attorneys/ Total Attorneys | M/F Equity Partners | M/F New Hires | M/F Elevations | M/F Departures | Of Counsel | Paralegals/ Support Staff |
|---|---|---|---|---|---|---|---|---|---|
| 26. | Bowditch & Dewey | 24 | 64/64 | 19/2 | 3/5 | 1/0 | N/R | 3 | 14/78 |
| 26. | Gadsby Hannah | 28 | 64/64 | N/R | N/R | N/R | N/R | 5 | 9/55 |
| 28. | Hinckley, Allen & Snyder | 19 | 61/118 | 19/5 | 4/4 | 0/0 | 6/2 | 6 | 5/64 |
| 29. | Kopelman and Paige | 29 | 59/59 | 15/11 | 3/2 | 1/3 | 0/0 | 0 | 6/35 |
| 29. | Mirick O'Connell | 30 | 59/59 | N/R | N/R | N/R | N/R | 6 | 18/69 |
| 31. | Robinson & Cole | 31 | 55/225 | 16/2 | 2/4 | 1/1 | 5/1 | 0 | 5/45 |
| 32. | Posternak Blankstein & Lund | 36 | 52/52 | N/R | N/R | N/R | N/R | 8 | 5/41 |
| 33. | Prince Lobel Glovsky & Tye | 32 | 50/50 | 12/1 | 4/3 | 0/0 | 4/5 | 5 | 6/28 |
| 34. | DLA Piper Rudnick Gray Cary | 48 | 49/2,900 | N/R | 12/7 | 2/0 | 2/3 | 2 | 6/32 |
| 35. | Day, Berry & Howard | 39 | 47/245 | 16/4 | 6/4 | 0/0 | 2/2 | 3 | 6/55 |
| 36. | Skadden, Arps, Slate, Meagher & Flom | 35 | 46/1,800 | 9/1 | 6/8 | N/R | 6/3 | 0 | 21/43 |
| 37. | Foley & Lardner | 39 | 45/1,023 | 21/1 | 2/5 | 3/0 | 1/0 | 3 | 7/25 |
| 38. | Sherin and Lodgen | 38 | 44/44 | N/R | N/R | N/R | N/R | 3 | 7/46 |
| 39. | Peabody & Arnold | 36 | 43/43 | 15/4 | 1/1 | 0/2 | 2/1 | 9 | 5/30 |
| 39. | Rackemann Sawyer & Brewster | 42 | 43/43 | 17/4 | 1/3 | 1/1 | 1/0 | 1 | 8/ N/R |
| 41. | Bulkley, Richardson and Gelinas | 42 | 42/42 | 13/7 | N/R | N/R | N/R | 5 | 6/40 |
| 42. | Wolf, Greenfield & Sacks | 39 | 41/41 | 21/1 | N/R | 1/1 | 2/0 | 2 | N/R |
| 43. | Davis, Malm & D'Agostine | 45 | 37/37 | 22/4 | 0/1 | 0/1 | 0/1 | 2 | 4/26 |
| 43. | Hamilton, Brook, Smith & Reynolds | 47 | 37/39 | 10/7 | 3/3 | 5/3 | N/R | 1 | 24/74 |
| 45. | Cetrulo & Capone | 48 | 36/36 | 4/0 | 6/4 | N/R | 8/7 | N/A | 26/58 |
| 45. | Dechert | 48 | 36/934 | 6/3 | 5/4 | 0/0 | 8/2 | 3 | 5/26 |
| 45. | Fletcher, Tilton & Whipple | 52 | 36/36 | 19/2 | 2/2 | 1/0 | 0/0 | 9 | 32/24 |
| 48. | Bromberg & Sunstein | 53 | 35/35 | 14/3 | 3/4 | N/R | 3/3 | N/R | 9/31 |
| 48. | Murphy, Hesse, Toomey & Lehane | 42 | 35/35 | 12/4 | N/R | N/R | N/R | 0 | 4/37 |
| 48. | Weil, Gotshal & Manges | 68 | 35/ N/R | N/R | N/R | N/R | N/R | N/R | N/R |
| 51. | Murtha Cullina | 100 | 33/130 | N/R | 1/0 | 1/0 | 5/0 | 9 | 8/30 |

# 100 Largest Law Firms At A Glance

| | FIRM | Last Year's Ranking | MA Attorneys/ Total Attorneys | M/F Equity Partners | M/F New Hires | M/F Elevations | M/F Departures | Of Counsel | Paralegals/ Support Staff |
|---|---|---|---|---|---|---|---|---|---|
| 51. | Todd & Weld | 60 | 33/33 | 9/3 | 4/3 | 1/0 | 3/2 | 2 | 7/32 |
| 53. | Lawson & Weitzen | 56 | 32/32 | 2/0 | 1/1 | 2/0 | 0/1 | 0 | 3/27 |
| 53. | Morgan, Brown & Joy | 57 | 32/32 | N/R | 3/2 | N/R | 0/1 | N/R | N/R /10 |
| 55. | Casner & Edwards | 57 | 31/31 | 13/1 | 2/0 | 1/2 | 2/0 | 3 | 4/19 |
| 55. | Cooley Manion Jones | 57 | 31/36 | 8/1 | 4/2 | 0/0 | 1/2 | 5 | 11/20 |
| 55. | Duane Morris | 66 | 31/600+ | N/R | 1/1 | 0/0 | 0/0 | 2 | 4/25 |
| 55. | Lahive & Cockfield | 53 | 31/31 | 6/5 | 3/3 | 0/1 | 4/2 | 4 | 2/62 |
| 55. | Melick, Porter & Shea | 62 | 31/33 | 5/0 | 4/4 | 1/0 | 3/0 | 0 | 6/19 |
| 60. | Campbell Campbell Edwards & Conroy | 60 | 30/43 | 13/4 | 3/2 | 1/0 | 2/3 | 0 | 15/26 |
| 61. | Bacon & Wilson | 62 | 29/29 | 15/1 | 3/0 | 0/1 | 2/0 | 2 | 12/37 |
| 61. | Conn Kavanaugh Rosenthal Peisch & Ford | 74 | 29/29 | 13/2 | 2/3 | 1/0 | N/R | NR | 2/21 |
| 63. | Boyle Morrissey & Campo | 71 | 28/28 | 10/1 | 6/4 | 2/1 | 5/3 | 2 | 4/9 |
| 63. | Hanify & King | 55 | 28/28 | 12/1 | 1/3 | 0/0 | 4/1 | 2 | 5/22 |
| 63. | Hemenway & Barnes | 62 | 28/28 | 14/5 | N/R | N/R | N/R | 4 | 6/55 |
| 63. | Morse, Barnes-Brown & Pendleton | 66 | 28/28 | 13/1 | 3/2 | 1/0 | 3/2 | 3 | 5/9 |
| 67. | Bernkopf Goodman | 74 | 27/27 | 13/2 | 1/2 | 0/0 | 0/0 | 0 | 4/21 |
| 67. | Deutsch Williams Brooks DeRensis & Holland | 45 | 27/27 | 5/4 | N/R | N/R | N/R | 3 | 2/20 |
| 67. | Fuller, Rosenberg, Palmer & Beliveau | 71 | 27/27 | N/R | 0/2 | N/R | 0/1 | 0 | 4/33 |
| 70. | Marcus Errico Emmer & Brooks | 82 | 26/26 | 6/1 | 2/1 | 1/0 | N/R | 0 | 1/15 |
| 70. | Sloane & Walsh | 68 | 26/ N/R | N/R | N/R | N/R | N/R | N/R | N/R |
| 70. | Smith & Brink | 48 | 26/41 | 10/2 | 3/4 | 0/0 | N/R | 0 | 6/29 |
| 73. | Craig and Macauley | 71 | 25/25 | 8/1 | 0/0 | 0/0 | 0/0 | 3 | 5/13 |
| 73. | Rich May | 79 | 25/25 | 11/0 | 0/3 | 2/0 | 1/0 | 2 | 9/ N/R |
| 73. | Rudolph Friedmann | 79 | 25/25 | N/R | 2/2 | N/R | N/R | 4 | 2/8 |
| 76. | Adler Pollock & Sheehan | 100 | 24/65 | 12/3 | 3/2 | 1/0 | 0/0 | 1 | 25/13 |

| | FIRM | Last Year's Ranking | MA Attorneys/ Total Attorneys | M/F Equity Partners | M/F New Hires | M/F Elevations | M/F Departures | Of Counsel | Paralegals/ Support Staff |
|---|---|---|---|---|---|---|---|---|---|
| 76. | Doherty, Wallace, Pillsbury & Murphy | 79 | 24/24 | 14/3 | 1/0 | 0/1 | 2/0 | 2 | 8/25 |
| 76. | Martin, Magnuson, McCarthy & Kenney | 93 | 24/24 | 7/0 | 2/4 | N/R | 1/2 | 2 | 5/11 |
| 76. | Ruberto, Israel & Weiner | 68 | 24/24 | 12/1 | 1/1 | 0/2 | 2/1 | 3 | 2/18 |
| 76. | Sugarman, Rogers, Barshak & Cohen | 82 | 24/24 | 10/5 | 2/2 | 0/0 | 1/0 | 3 | 4/19 |
| 76. | Wynn & Wynn | 82 | 24/ N/R | N/R | N/R | N/R | N/R | N/R | N/R |
| 82. | Lynch, Brewer, Hoffman & Fink | N/A | 23/23 | N/R | N/R | N/R | N/R | N/A | 4/13 |
| 82. | Lynch & Lynch | 87 | 23/23 | N/A | 4/1 | N/A | N/A | 3 | 12/ N/R |
| 82. | Robins, Kaplan, Miller & Ciresi | 91 | 23/267 | 10/0 | 3/2 | 1/0 | 1/2 | 0 | 4/19 |
| 85. | Eckert Seamans Cherin & Mellott | 91 | 22/244 | 11/0 | 3/1 | 2/0 | N/A | 0 | 3/13 |
| 85. | Gibson & Behman | 93 | 22/39 | 2/0 | 0/4 | N/A | 1/1 | 7 | 4/12 |
| 85. | Keegan Werlin | 74 | 22/22 | 3/1 | 1/0 | 1/0 | N/R | 3 | 6/10 |
| 88. | Barron & Stadfeld | 93 | 21/21 | 10/2 | 2/1 | 0/0 | 1/1 | 2 | 8/24 |
| 88. | Dwyer & Collora | 74 | 21/21 | 7/3 | 2/1 | 1/0 | 2/2 | 0 | 6/14 |
| 88. | Looney & Grossman | 74 | 21/21 | 8/0 | 0/0 | 0/0 | 4/0 | 2 | 6/22 |
| 88. | Robinson Donovan | N/A | 21/21 | N/R | 1/1 | 0/0 | 2/1 | 1 | 10/20 |
| 92. | Cain Hibbard Myers & Cook | 87 | 20/20 | 6/3 | 0/2 | 0/1 | 1/1 | 1 | 8/20 |
| 92. | Cushing & Dolan | 87 | 20/20 | 1/0 | 3/3 | 0/0 | 4/3 | 1 | 19/10 |
| 92. | Gilmore, Rees, Carlson & Cataldo | 82 | 20/20 | 2/0 | N/R | 1/0 | N/R | 1 | 4/23 |
| 92. | Jackson Lewis | N/A | 20/380 | 9/1 | 1/2 | N/R | 0/1 | 0 | 1/15 |
| 92. | Lowrie, Lando & Anastasi | 96 | 20/20 | 9/1 | 3/2 | N/R | 2/0 | 1 | 6/19 |
| 92. | Pepe & Hazard | 62 | 20/ N/R | N/R | N/R | N/R | N/R | N/R | N/R |
| 92. | Tarlow, Breed, Hart & Rodgers | 87 | 20/20 | 7/0 | 0/2 | 1/0 | 2/1 | 1 | 3/26 |
| 99. | Donovan & O'Connor | 100 | 19/20 | 8/2 | 2/1 | N/A | 1/0 | 3 | 7/12 |
| 99. | Keches & Mallen | N/A | 19/19 | 6/1 | 0/1 | 1/0 | 1/1 | 3 | 8/21 |
| 99. | Sally & Fitch | N/A | 19/19 | 6/1 | N/R | N/R | N/R | N/R | N/R |
| | Finnegan, Henderson, Farabow, Garrett & Dunner | N/A | 15/302 | 2/1 | 0/1 | 0/1 | 0/0 | 0 | 3/21 |

# Top Ranking Outside Massachusetts

| | FIRM | Total No. of Attorneys Worldwide | MA Attorneys |
|---|---|---|---|
| 1. | DLA Piper Rudnick Gray Cary | 2,900 | 149 |
| 2. | Skadden, Arps, Slate, Meagher & Flom | 1,800 | 46 |
| 3. | Greenberg Traurig | 1,500 | 66 |
| 4. | Holland & Knight | 1,250 | 140 |
| 5. | WilmerHale | 1,127 | 320 |
| 6. | McDermott Will & Emery | 1,029 | 76 |
| 7. | Foley & Lardner | 1,023 | 45 |
| 8. | Kirkpatrick & Lockhart Nicholson Graham | 1,000 | 130 |
| 9. | Dechert | 934 | 36 |
| 10. | Bingham McCutchen | 847 | 282 |
| 11. | Ropes & Gray | 731 | 439 |
| 12. | Proskauer Rose | 701 | 65 |
| 13. | Seyfarth Shaw | 673 | 71 |
| 14. | Goodwin Procter | 661 | 454 |
| 15. | Nixon Peabody | 658 | 146 |
| 16. | LeBoeuf, Lamb, Greene & MacRae | 650+ | 18 |
| 17. | Duane Morris | 600+ | 31 |
| 18. | Edwards Angell Palmer & Dodge | 512 | 264 |
| 19. | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo | 457 | 289 |
| 20. | Littler Mendelson | 433 | 16 |
| 21. | Jackson Lewis | 380 | 20 |
| 22. | Fish & Richardson | 355 | 94 |
| 23. | Finnegan, Henderson, Farabow, Garrett & Dunner | 302 | 15 |
| 24. | Robins, Kaplan, Miller & Ciresi | 267 | 23 |
| 25. | Day, Berry & Howard | 245 | 47 |
| 26. | Eckert Seamans Cherin & Mellott | 244 | 22 |
| 27. | Foley Hoag | 239 | 225 |
| 28. | Robinson & Cole | 225 | 55 |
| 29. | Brown Rudnick Berlack Israels | 197 | 114 |
| 29. | Sullivan & Worcester | 197 | 129 |
| 31. | Morrison Mahoney | 163 | 111 |
| 32. | Burns & Levinson | 135 | 102 |
| 33. | Murtha Cullina | 130 | 33 |
| 34. | Hinckley, Allen & Snyder | 118 | 61 |
| 35. | Adler Pollock & Sheehan | 65 | 24 |
| 36. | Campbell Campbell Edwards & Conroy | 43 | 30 |
| 37. | Smith & Brink | 41 | 26 |
| 38. | Gibson & Behman | 39 | 22 |
| 39. | Cooley Manion Jones | 36 | 31 |
| 40. | Melick, Porter & Shea | 33 | 31 |

# Net Change In Firm Size At The Top 20

| | Firm | 2005 | 2006 | CHANGE 2005-2006 | CHANGE % |
|---|---|---|---|---|---|
| 1. | Goodwin Procter | 368 | 454 | 86 | 23.4% |
| 2. | Ropes & Gray | 439 | 439 | 0 | 0.0% |
| 3. | WilmerHale | 319 | 320 | 1 | 0.3% |
| 4. | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo | 303 | 289 | -14 | -4.6% |
| 5. | Bingham McCutchen | 292 | 282 | -10 | -3.4% |
| 6. | Edwards Angell Palmer & Dodge | N/A | 264 | N/A | N/A |
| 7. | Foley Hoag | 218 | 225 | 7 | 3.2% |
| 8. | Choate, Hall & Stewart | 172 | 191 | 19 | 11.0% |
| 9. | Goulston & Storrs | 171 | 180 | 9 | 5.3% |
| 10. | Nutter McClennen & Fish | 150 | 151 | 1 | 0.7% |
| 11. | Nixon Peabody | 157 | 146 | -11 | -7.0% |
| 12. | Holland & Knight | 133 | 140 | 7 | 5.3% |
| 13. | Kirkpatrick & Lockhart Nicholson Graham | 113 | 130 | 17 | 15.0% |
| 14. | Sullivan & Worcester | 123 | 129 | 6 | 4.9% |
| 15. | Brown Rudnick Berlack Israels | 116 | 114 | -2 | -1.7% |
| 16. | Morrison Mahoney | 108 | 111 | 3 | 2.8% |
| 17. | Burns & Levinson | 86 | 102 | 16 | 18.6% |
| 18. | Fish & Richardson | 83 | 94 | 11 | 13.3% |
| 19. | Rubin and Rudman | 75 | 78 | 3 | 4.0% |
| 20. | McDermott Will & Emery | 87 | 76 | -11 | -12.6% |

# Starting Salaries For New Hires At The 10 Largest Law Firms

| | FIRM | FALL 2004 | FALL 2005 | JANUARY 2006 | CHANGE (FALL '04 – FALL '05) | CHANGE % |
|---|---|---|---|---|---|---|
| 1. | Goodwin Procter | $125,000 | $125,000 | $125,000 | 0 | 0% |
| 2. | Ropes & Gray | $125,000 | N/R | N/R | – | – |
| 3. | WilmerHale | $125,000 | $125,000 | $125,000 | 0 | 0% |
| 4. | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo | $125,000 | $125,000 | $125,000 (increases to $135,000 effective April 1, 2006) | 0 | 0% |
| 5. | Bingham McCutchen | $125,000 | $125,000 | $125,000 | 0 | 0% |
| 6. | Edwards Angell Palmer & Dodge | N/A | $125,000 | $125,000 | Edwards & Angell and Palmer & Dodge merged in 2005, thus, a comparison cannot be made between the staring salaries in 2004 and 2005 | – |
| 7. | Foley Hoag | $125,000 | $125,000 | TBD | 0 | 0% |
| 8. | Choate Hall & Stewart | $125,000 | $125,000 | $125,000 | 0 | 0% |
| 9. | Goulston & Storrs | $125,000 | $125,000 | $125,000 | 0 | 0% |
| 10. | Nutter McClennen & Fish | $115,000 | $125,000 | $125,000 | $10,000 | 8.69% |




**New England**
Connecticut
Maine
Massachusetts
New Hampshire
Rhode Island
Vermont

**Midwest**
Illinois
Indiana
Kansas
Michigan
Missouri
Ohio
Wisconsin

**Atlantic Coast**
Delaware
Georgia
Maryland
North Carolina
South Carolina
Virginia

IN-HOUSE
from Lawyers Weekly, a division of Dolan Media
http://inhouse.lawyersweekly.com




# *It is hard to beat 3-of-a-kind*

**In-House Publications...**

Increasing your odds for success.

Three quarterly regional newspapers with critical information tailored to the practice needs of corporate counsel.

**To find out more about advertising in In-House:**
Contact Scott Ziegler, 800.444.5297 ext. 8118
or e-mail: scott.ziegler@lawyersweekly.com

# —VALUE PROPOSITION—

*Membership in the Massachusetts Bar Association can improve the bottom line of your practice and the top line of your career.*



## *Join today and reap the rewards of:*

- Unlimited, absolutely free online legal research with CASEMAKER.
- Job-search tools from our national LEGAL CAREER CENTER.
- INSURANCE plans designed exclusively for lawyers.
- Low-cost CLE to build or brush up your skills.
- LEGAL TECH TOOLS like our new Client Profile case management system and CompuWorks training.
- Make VALUABLE CONTACTS statewide thru sections, special events and more!




*Join today and take advantage all that Mass. Bar membership can do for you!*

VISIT ONLINE AT WWW.MASSBAR.ORG/MEMBERSHIP OR CALL 617-338-0530.



# Smith & Brink, P.C.

*Vision in Action*

For two decades, our vision has been constant: To exceed our clients' expectations by providing extraordinary customer service. We are proud of our reputation for aggressively representing insurers and businesses in civil litigation throughout New England, in both State and Federal Courts.

Smith & Brink has tripled in size in the past five years, yet retains the spirit of a small firm. Our trial attorneys consistently provide clients with cutting-edge, pragmatic solutions tailored to each case.

While Smith & Brink continues as a leader in assisting insurers in combating false claims – and successfully recovering stolen funds – our practice extends into many other areas including:

- **Alternative Dispute Resolution**
- **Appellate Practice**
- **Arbitration and Mediation**
- **Business Interruption**
- **Class Action Defense**
- **Construction Litigation**
- **Environmental**
- **Fidelity & Surety**
- **Food and Beverage**
- **General Casualty**
- **Health Care Fraud**
- **Insurance Coverage and Bad Faith**
- **Insurance Defense (including Products, Liquor and Municipal Liability)**
- **Insurance Fraud/Special Investigations**
- **Large Loss Recovery (Subrogation)**
- **Property, Fire and Theft Losses**
- **Rental and Leasing Car Companies**
- **RICO Actions**
- **Self-Insured Defense**
- **Trucking and Transportation**
- **Workers Compensation**

Our clients' confidence in our guidance is evident from our long-standing relationships. As you get to know us, we believe you will come to value our dedication to excellence, our expertise and our vision.

For more information, contact Litigation Manager, David O. Brink at (888) 770-2214, or visit us at **www.smithbrink.com**.

122 Quincy Shore Drive
Quincy, MA 02171
(617) 770-2214

One State Street
Suite 400
Providence, RI 02908
(401) 351-9970

191 Chestnut Street
Springfield, MA 01103
(413) 746-8122

99 Rosewood Drive
Danvers, MA 01923
(978) 646-9114

Attorneys licensed in Connecticut, Massachusetts, New Hampshire, and Rhode Island

The Rhode Island Supreme Court licenses all lawyers in the general practice of law.
The Court does not license or certify any lawyer as an expert or specialist in any field of practice.