# EXHIBIT K

# Westlaw CourtExpress

## LEGAL BILLING REPORT

**VOLUME 8, NUMBER 1**

**May 2006**

# BY REGION, BY FIRM

## PROFFESIONAL CODES

| Code | Description |
|---|---|
| A | Associate |
| AD | Administrative |
| ADV | Advisor |
| AMC | Assistant Managing Clerk |
| AN | Analyst |
| ASD | Associate Director |
| BS | Billing Specialist |
| C | Counsel |
| CA | Case Assistant |
| CC | Case Clerk |
| CL | Clerk |
| CM | Case Manager |
| CMA | Case Management Assistant |
| CON | Consultant |
| CRS | Corporate Research Specialist |
| CT | Contract Attorney |
| DC | Docket Clerk |
| DCC | Document Control |
| FLC | Foreign Legal Consultant |
| I | Investigator |
| IS | Information Specialist |
| IT | Information Technology |
| KA | Contract Attorney |
| LA | Legal Assistant |
| LC | Law Clerk |
| LCS | Law Clerk Supervisor |
| LI | Legal Intern |
| SU | Summer Associate |
| SUC | Summer Clerk |
| SUP | Support Staff |
| TS | Technology Services |
| VA | Visiting Attorney |
| MC | Managing Clerk |
| MCO | Managing Consultant |
| NL | Non-Legal |
| NYA | Not Yet Admitted |
| OC | Of Counsel |
| P | Partner |
| PA | Project Assistant |
| PP | Paraprofessional |
| PS | Professional Staff |
| PTA | Patent Agent |
| RSP | Research Specialist |
| SA | Senior Associate |
| SC | Senior Counsel |
| SCA | Special Category Attorney |
| SE | Senior Attorney |
| SLA | Senior Legal Assistant |
| SP | Special Partner |
| SPC | Specialist |
| SPC | Special Counsel |
| SPP | Summer Paralegal |
| SST | Senior Staff Attorney |
| ST | Staff Attorney |

## CONSULTANT CODES

| Code | Description |
|---|---|
| SVP | Senior Vice President |
| VP | Vice-President |
| AN | Analyst |
| ASD | Associate Director |
| ASST | Assistant |
| C | Consultant |
| CH | Chairman |
| CSA | Client Serving Associate |
| D | Director |
| ECO | Economist |
| EM | Experienced Manager |
| GC | General Counsel |
| I | Intern |
| M | Manager |
| MCO | Managing Consultant |
| MD | Managing Director |
| P | Partner |
| PC | Partner Consultant |
| PP | Paraprofessional |
| PR | Principal |
| RM | Research Manager |
| SA | Senior Associate |
| SC | Senior Consultant |
| SM | Senior Manager |
| SMD | Senior Managing Director |
| ST | Staff |
| SUP | Supervisor |

While we make every effort to assure the reliability of the data contained within, Westlaw CourtExpress does not warrant the accuracy of the information and assumes no liability for errors or omission.

Note: Calculations of 'Billing Rate' x 'Hours Billed' may not, in all cases, equal the 'Total Billed,' due to various items, such as a rate change during the billing period.

# New England Regional Report

| FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|
| **Casner & Edwards, LLP** | | | | | | |
| OC Murphy, Robert A. | 1966 | 1966 | MA | $ 250.00 | 11.70 | $ 2,925.00 |
| MA Mackenna, Donna | 1982 | 1983 | MA | 225.00 | 4.10 | 922.50 |
| A Murphy, Matthew T. | 1986 | 1987 | MA | 220.00 | 77.10 | 16,962.00 |
| PP Anderson, Angela R. | | | | 95.00 | 99.70 | 9,471.50 |
| PP VanDenHeide, Marci E. | | | | 95.00 | 4.20 | 399.00 |
| OC Murphy, Robert A. | 1966 | 1966 | MA | 95.00 | 0.05 | |
| **TOTAL** | | | | | 196.85 | $ 30,680.00 |

U.S.B.C., Delaware
*W.R. Grace & Co., et al 01-01139 (JKF)*

From the fee application covering
January 1, 2006 through January 31, 2006

NLJ Ranking: N/A
Firm Size: 29

| FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|
| **Foley Hoag LLP** | | | | | | |
| P Jaffe, Seth | 1975 | 1980 | MA | 465.00 | 19.60 | 9,114.00 |
| P Kahn, Adam | 1992 | 1981 | MA | 450.00 | 1.00 | 450.00 |
| PP Rice, Elizabeth | | | | 175.00 | 5.20 | 910.00 |
| **TOTAL** | | | | | 25.80 | $ 10,474.00 |

U.S.B.C., Delaware
*W.R. Grace & Co., et al 01-01139 (JKF)*

From the fee application covering
Fee Application Dates not provided

NLJ Ranking: N/A
Firm Size: N/A

| FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|
| **Kramer Levin Naftalis & Frankel LLP** | | | | | | |
| P Bentley, Philip | 1985 | 1984 | NY | 630.00 | 1.00 | 630.00 |
| SPC Becker, Gary M. | 1992 | 1992 | CT | 540.00 | 33.50 | 18,090.00 |
| A Koevary, Jonathan | 2005 | 2004 | NY | 360.00 | 0.20 | 72.00 |
| SPC Becker, Gary M. | 1992 | 1992 | CT | 270.00 | 4.00 | 1,080.00 |
| Gavigan, James C. | | | | 220.00 | 13.50 | 2,970.00 |
| **TOTAL** | | | | | 52.20 | $ 22,842.00 |

U.S.B.C., Delaware
*W.R. Grace & Co., et al 01-01139 (JKF)*

From the fee application covering
February 1, 2006 through February 28, 2006

NLJ Ranking: 143
Firm Size: 295

# Westlaw CourtExpress

## LEGAL BILLING REPORT

**VOLUME 8, NUMBER 1**

**May 2006**

## BY BILLING RATE

# New England Rate Report

| PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|
| P Bentley, Philip | Kramer Levin Naftalis & Frankel LLP | 1985 | 1984 | NY | $ 630.00 | 1.00 | $ 630.00 |
| SPC Becker, Gary M. | Kramer Levin Naftalis & Frankel LLP | 1992 | 1992 | CT | 540.00 | 33.50 | 18,090.00 |
| P Jaffe, Seth | Foley Hoag LLP | 1975 | 1980 | MA | 465.00 | 19.60 | 9,114.00 |
| P Kahn, Adam | Foley Hoag LLP | 1992 | 1981 | MA | 450.00 | 1.00 | 450.00 |
| A Koevary, Jonathan | Kramer Levin Naftalis & Frankel LLP | 2005 | 2004 | NY | 360.00 | 0.20 | 72.00 |
| SPC Becker, Gary M. | Kramer Levin Naftalis & Frankel LLP | 1992 | 1992 | CT | 270.00 | 4.00 | 1,080.00 |
| OC Murphy, Robert A. | Casner & Edwards, LLP | 1966 | 1966 | MA | 250.00 | 11.70 | 2,925.00 |
| MA Mackenna, Donna | Casner & Edwards, LLP | 1982 | 1983 | MA | 225.00 | 4.10 | 922.50 |
| A Murphy, Matthew T. | Casner & Edwards, LLP | 1986 | 1987 | MA | 220.00 | 77.10 | 16,962.00 |
| Gavigan, James C. | Kramer Levin Naftalis & Frankel LLP | | | | 220.00 | 13.50 | 2,970.00 |
| PP Rice, Elizabeth | Foley Hoag LLP | | | | 175.00 | 5.20 | 910.00 |
| PP Anderson, Angela R. | Casner & Edwards, LLP | | | | 95.00 | 99.70 | 9,471.50 |
| PP VanDerHeide, Marci E. | Casner & Edwards, LLP | | | | 95.00 | 4.20 | 399.00 |
| OC Murphy, Robert A. | Casner & Edwards, LLP | 1966 | 1966 | MA | | 0.05 | |

# CourtEXPRESS

## LEGAL BILLING REPORT

**VOLUME 6, NUMBER 1**

**May, 2004**

### BY REGION, BY FIRM

© Copyright 2004 RIS Legal Services, Inc.



**Attorney and Consultant Codes**

## ATTORNEY CODES

| Code | Description |
|---|---|
| A | Associate |
| AD | Administrative |
| ADV | Advisor |
| AN | Analyst |
| C | Counsel |
| CA | Case Assistant |
| CL | Clerk |
| CM | Case Manager |
| CON | Consultant |
| DC | Docket Clerk |
| FLC | Foreign Legal Consultant |
| I | Investigator |
| IT | Information Technology |
| KA | Contract Attorney |
| LA | Legal Assistant |
| LC | Law Clerk |
| LI | Legal Intern |
| LIB | Library |
| MA | Managing Attorney |
| MAO | Clerk - Managing Attys Ofc |
| MC | Managing Clerk |
| NL | Non-Legal |
| NYA | Not Yet Admitted |
| OC | Of Counsel |
| P | Partner |
| PA | Project Assistant |
| PP | Paraprofessional |
| PS | Professional Staff |
| RSP | Research Specialist |
| SA | Senior Associate |
| SC | Senior Counsel |
| SCA | Special Category Attorney |
| SLA | Senior Legal Assistant |
| SE | Senior Attorney |
| SP | Special Partner |
| SPC | Specialist |
| SPP | Summer Paralegal |
| ST | Staff Attorney |
| SU | Summer Associate |
| SUC | Summer Clerk |
| SUP | Support Staff |
| VA | Visiting Attorney |

## CONSULTANT CODES

| Code | Description |
|---|---|
| A | Associate |
| AN | Analyst |
| ASST | Assistant |
| C | Consultant |
| CH | Chairman |
| CSA | Client Serving Associate |
| D | Director |
| EM | Experienced Manager |
| GC | General Counsel |
| I | Intern |
| M | Manager |
| MD | Managing Director |
| P | Partner |
| PC | Partner Consultant |
| PP | Paraprofessional |
| PR | Principal |
| SA | Senior Associate |
| SC | Senior Consultant |
| ST | Staff |
| SM | Senior Manager |
| SUP | Supervisor |
| VP | Vice-President |

While we make every effort to assure the reliability of the data contained within, RIS Legal Services, Inc. does not warrant the accuracy of the information and assumes no liability for errors or omission.

Note: Calculations of "Billing Rate" x "Hours Billed" may not, in all cases, equal the "Total Billed," due to various items, such as a rate change during the billing period.

**CourtEXPRESS**

*The first web-site providing immediate access to our nation's courts.*
*Off-line searching, personal results page, automatic case tracking and on-line ordering of documents.*

© Copyright 2004 RIS Legal Services, Inc.

i

## New England Regional Report

*By Region, By Firm*

COURT/CASE
U.S.B.C., District of Delaware
KB Toys, Inc., et al.

From the fee application covering
January 14, 2004 through February 29, 2004

NLJ 250 Ranking: 71
Firm Size: 509

| FIRM | STATE | ADMITTED | RATE | HOURS | TOTAL |
|------|-------|----------|------|-------|-------|
| **Hale and Dorr LLP** | | | | | |
| P Giuliani, Richard | MA | 1969 | $ 595.00 | 5.8 | $ 3,451.00 |
| P Ritt, Roger | MA | 1977 | 595.00 | 26.4 | 15,708.00 |
| P Daley, Paul | MA | 1973 | 590.00 | 0.4 | 236.00 |
| P Polebaum, Mark | MA | 1979 | 590.00 | 220.1 | 129,859.00 |
| P Schmidt, William | MA | 1977 | 560.00 | 0.5 | 280.00 |
| P Sherman, Linda | MA | 1973 | 560.00 | 58.6 | 32,816.00 |
| P Contreras Jr., Jorge | MA | 1993 | 525.00 | 1.4 | 735.00 |
| P Appelbaum, Mitchel | MA | 1991 | 490.00 | 175.6 | 86,044.00 |
| P Rosenfeld, Jonathan | MA | 1995 | 480.00 | 7.3 | 3,504.00 |
| P Jenkins, Dennis | MA | 1997 | 380.00 | 128.4 | 48,792.00 |
| C Pandolfi, Michael | MA | 1998 | 360.00 | 23.6 | 8,496.00 |
| C Bormann, Amelia | MA | 1985 | 325.00 | 4.5 | 1,462.50 |
| A Verna, Melineh B. | DC | 1997 | 380.00 | 1.5 | 570.00 |
| A Balanoff, Jamie | NY | 2001 | 350.00 | 7.1 | 2,485.00 |
| A Cook, Heather | MA | 2002 | 330.00 | 13.7 | 4,521.00 |
| A Lemay, Nicola | MA | 2001 | 330.00 | 27.3 | 9,009.00 |
| A Shuster Jr., George | MA | 2001 | 310.00 | 36.6 | 11,346.00 |
| A Bennett, Steven | MA | 2002 | 275.00 | 16.2 | 4,455.00 |
| A Collins, Kristin | MA | 2002 | 250.00 | 136.7 | 34,175.00 |
| A Grasso, David | MA | 2002 | 250.00 | 1.3 | 325.00 |
| A Watkins, Jason | MA | 2003 | 215.00 | 216.6 | 46,569.00 |
| PP Dougal, Tina | | | 180.00 | 3.5 | 630.00 |
| PP Luongo, Louise | | | 150.00 | 86.4 | 12,960.00 |
| PP Kelly, Kathleen | | | 135.00 | 0.7 | 94.50 |
| CA Des Santos, Jose A. | | | 120.00 | 14.7 | 1,764.00 |
| CA Peacock, Elizabeth | | | 100.00 | 88.6 | 8,860.00 |
| CA Lake, Karen | | | 90.00 | 0.7 | 63.00 |
| LIB Menkin, Sara | | | 115.00 | 1.8 | 207.00 |
| **TOTAL** | | | | 1,306.0 | $ 469,417.00 |

# CourtEXPRESS

## LEGAL BILLING REPORT

VOLUME 6, NUMBER 2

August, 2004

# BY REGION, BY FIRM

© Copyright 2004 RIS Legal Services, Inc.

## New England Regional Report

By Region, By Firm

| FIRM | STATE | ADMITTED | RATE | | HOURS | TOTAL | |
|---|---|---|---|---|---|---|---|
| **Goodwin Procter LLP** | | | | | | | |
| P   Cleary, John | MA | 1974 | $ 575.00 | | 8.8 | $ 5,060.00 | |
| P   Glosband, Daniel | MA | 1969 | 550.00 | | 10.4 | 5,720.00 | |
| P   Remis, Shepard | MA | 1967 | 525.00 | | 1.3 | 682.50 | |
| P   Hadden, Jeffrey | MA | 1987 | 510.00 | | 5.9 | 3,009.00 | |
| P   Condon, Daniel | MA | 1982 | 500.00 | | 0.2 | 100.00 | |
| A   Webster, Scott | MA | 1996 | 385.00 | | 0.1 | 38.50 | |
| A   Doherty, Amy | MA | 1996 | 365.00 | | 7.2 | 2,628.00 | |
| A   Dinwoodey, Jonathan | MA | 2001 | 330.00 | | 8.9 | 2,937.00 | |
| A   Bilowz, P. | MA | | 245.00 | | 0.5 | 122.50 | |
| SPC   Legal Research Specialist | | | 210.00 | | 0.5 | 105.00 | |
| PP   Dulia, C. | | | 130.00 | | 2.0 | 260.00 | |
| **TOTAL** | | | | | **45.8** | **$ 20,662.50** | |
| | | | | | | | |
| **Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.** | | | | | | | |
| P   Mikels, Richard E. | MA | 1972 | $ 575.00 | 2 | 48.3 | $ 27,772.50 | |
| P   Mikels, Richard E. | MA | 1972 | 540.00 | 1 | 5.2 | 2,808.00 | |
| P   Langella, Timothy J. | MA | 1983 | 455.00 | | 0.6 | 273.00 | |
| P   Walsh, Kevin J. | MA | 1994 | 440.00 | 2 | 45.1 | 19,844.00 | |
| P   Walsh, Kevin J. | MA | 1994 | 425.00 | 1 | 11.9 | 5,057.50 | |
| P   Blute, Joseph G. | MA | 1982 | 420.00 | | 3.6 | 1,512.00 | |
| P   Bleck, Daniel S. | MA | 1989 | 398.00 | 2 | 26.7 | 10,646.50 | |
| P   Bleck, Daniel S. | MA | 1989 | 385.00 | 1 | 3.5 | 1,347.50 | |
| OC   Schein, Michael L. | NY | 1993 | 415.00 | | 3.9 | 1,618.50 | |
| OC   Schein, Michael L. | NY | 1993 | 395.00 | 1 | 7.1 | 2,804.50 | |
| A   Morrier, John T. | MA | 1994 | 365.00 | | 0.9 | 328.50 | |
| A   Pasulka, Margaret M. | MA | 1995 | 350.00 | | 2.6 | 910.00 | |
| A   Moskol, Scott H. | MA | 1992 | 340.00 | | 0.5 | 170.00 | |
| A   Hoos, Stephanie K. | NY | 1999 | 325.00 | 2 | 5.4 | 1,755.00 | |
| A   Hoos, Stephanie K. | NY | 1999 | 285.00 | 1 | 18.3 | 5,215.50 | |
| A   Walker, Adrienne K. | MA | 1998 | 315.00 | 2 | 271.0 | 85,365.00 | |
| A   Walker, Adrienne K. | MA | 1998 | 295.00 | 1 | 153.1 | 45,164.50 | |
| A   Cooper, Stephen E. | MA | 2000 | 270.00 | 2 | 6.1 | 1,647.00 | |
| A   Cooper, Stephen E. | MA | 2000 | 240.00 | 1 | 6.7 | 1,608.00 | |
| A   McCormack, Mary Beth | MA | 2001 | 270.00 | 2 | 17.3 | 4,671.00 | |
| A   McCormack, Mary Beth | MA | 2001 | 240.00 | 1 | 2.5 | 600.00 | |
| A   Slavin, Timothy G. | MA | 2001 | 270.00 | 2 | 24.1 | 6,507.00 | |
| A   Slavin, Timothy G. | MA | 2001 | 240.00 | 1 | 27.6 | 6,624.00 | |
| A   Azano, Charles | MA | 2001 | 245.00 | 2 | 100.3 | 24,573.50 | |
| A   Azano, Charles | MA | 2001 | 210.00 | 1 | 43.5 | 9,135.00 | |
| A   Caggiano, Allan | MA | 2002 | 195.00 | | 10.3 | 2,008.50 | |
| A   Cannata, Jacquelyn | MA | | 170.00 | 2 | 56.2 | 9,554.00 | |
| A   Cannata, Jacquelyn | MA | | 165.00 | 1 | 17.2 | 2,838.00 | |
| A   Wheeler, Megan A. | MA | | 150.00 | 2 | 64.6 | 9,690.00 | |
| A   Wheeler, Megan A. | MA | | 145.00 | 1 | 37.9 | 5,495.50 | |
| **TOTAL** | | | | | **1,022.0** | **$ 291,948.50** | |

**COURT/CASE**
**U.S.B.C., District of Delaware**
*W.R. Grace & Co., et al.*

From the fee application covering
February 1, 2004 through February 29, 2004

NLJ 250 Ranking: 73
Firm Size: 502

**U.S.B.C., District of Massachusetts**
*Enivid, Inc., et al.*

From the fee application covering
December 1, 2003 through February 29, 2004

NLJ 250 Ranking: 88
Firm Size: 422

1   2003 Rate
2   2004 Rate

# CourtEXPRESS

## LEGAL BILLING REPORT

**VOLUME 6, NUMBER 3**

November, 2004

# BY REGION, BY FIRM

© Copyright 2004 RIS Legal Services, Inc.

CourtEXPRESS

**LEGAL BILLING REPORT**

*Attorney and Consultant Codes*

## ATTORNEY CODES

| Code | Description |
|------|-------------|
| A | Associate |
| AD | Administrative |
| ADV | Advisor |
| AN | Analyst |
| AMC | Assistant Managing Clerk |
| C | Counsel |
| CA | Case Assistant |
| CL | Clerk |
| CM | Case Manager |
| CON | Consultant |
| DC | Docket Clerk |
| FLC | Foreign Legal Consultant |
| IT | Information Technology |
| IN | Investigator |
| KA | Contract Attorney |
| LA | Legal Assistant |
| LC | Law Clerk |
| LI | Legal Intern |
| LIB | Library |
| MA | Managing Attorney |
| MAO | Clerk - Managing Attys Ofc |
| MC | Managing Clerk |
| NL | Non-Legal |
| NYA | Not Yet Admitted |
| OC | Of Counsel |
| P | Partner |
| PA | Project Assistant |
| PP | Paraprofessional |
| PS | Professional Staff |
| RSP | Research Specialist |
| SA | Senior Associate |
| SC | Senior Counsel |
| SCA | Special Category Attorney |
| SRP | Senior Paraprofessional |
| SE | Senior Attorney |
| SP | Special Partner |
| SPC | Specialist |
| SPP | Summer Paralegal |
| ST | Staff Attorney |
| SU | Summer Associate |
| SUC | Summer Clerk |
| SUP | Support Staff |
| VA | Visiting Attorney |

## CONSULTANT CODES

| Code | Description |
|------|-------------|
| A | Associate |
| AN | Analyst |
| ASST | Assistant |
| C | Consultant |
| CH | Chairman |
| CSA | Client Serving Associate |
| CTL | Case Team Leader |
| D | Director |
| EM | Experienced Manager |
| GC | General Counsel |
| M | Manager |
| MD | Managing Director |
| P | Partner |
| PP | Paraprofessional |
| PR | Principal |
| S | Senior |
| SA | Senior Associate |
| SC | Senior Consultant |
| ST | Staff |
| SM | Senior Manager |
| SUP | Supervisor |

While we make every effort to assure the reliability of the data contained within, RIS Legal Services, Inc. does not warrant the accuracy of the information and assumes no liability for errors or omission.

Note:  Calculations of "Billing Rate" x "Hours Billed" may not, in all cases, equal the "Total Billed," due to various items, such as a rate change during the billing period.

**CourtEXPRESS**

*The first web-site providing immediate access to our nation's courts.*
*Off-line searching, personal results page, automatic case tracking and on-line ordering of documents.*

© Copyright 2004 RIS Legal Services, Inc.

# New England Regional Report

COURT/CASE
U.S.D.C., District of Connecticut
CB Liquidation Corp. a/k/a Cannondale Corporation

From the fee application covering
January 1, 2004 through April 30, 2004

NLJ 250 Ranking: 162
Firm Size: 245

U.S.B.C., Southern District of New York
Omni Facility Services, Inc.

From the fee application covering
June 9, 2004 through September 30, 2004

NLJ 250 Ranking: 235
Firm Size: 169

* New Rate Effective 8/1/04
^ New Rate Effective 9/1/04

| FIRM | | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|
| **Day Berry Howard** | | | | | | | |
| P | Goldberg, Thomas H. | 1979 | 1980 | CT | $ 375.00 | 39.6 | $ 14,850.00 |
| P | Werner, Kenneth E. | 1982 | 1983 | CT | 375.00 | 3.3 | 1,237.50 |
| P | Tropp, Jonathan B. | 1991 | 1991 | CT | 370.00 | 2.7 | 999.00 |
| C | O'Neill, Thomas J. | 1991 | 1991 | CT | 290.00 | 42.3 | 12,267.00 |
| A | Sullivan, Laura D. | 2002 | 2002 | CT | 205.00 | 24.8 | 5,084.00 |
| PP | Clancy-Boy, Karen S. | | | | 160.00 | 15.9 | 2,544.00 |
| PP | Zelesnick, Arlene | | | | 135.00 | 2.1 | 283.50 |
| PP | Carroll, Barbara E. | | | | 130.00 | 5.2 | 676.00 |
| | TOTAL | | | | | 135.9 | $ 37,941.00 |
| | | | | | | | |
| **Goulston & Storrs** | | | | | | | |
| P | Shulman, Donald | 1988 | 1969 | MA | $ 525.00 | 0.6 | $ 315.00 |
| P | Wallack, James F. | 1980 | 1980 | MA | 525.00 ^ | 126.1 | 66,202.50 |
| P | Wallack, James F. | 1980 | 1980 | MA | 500.00 | 324.9 | 162,450.00 |
| P | Fagen, Lester J. | 1982 | 1982 | MA | 480.00 | 7.4 | 3,552.00 |
| P | Avery, Daniel R. | 1988 | 1988 | MA | 470.00 | 6.1 | 2,867.00 |
| P | Reisch, Alan M. | 1978 | 1978 | MA | 435.00 | 18.7 | 8,134.50 |
| P | Rodin, Dana F. | 1977 | 1977 | MA | 415.00 | 0.7 | 290.50 |
| P | Wolfson, Jeffrey | 1979 | 1979 | MA | 415.00 | 2.6 | 1,079.00 |
| C | Dixon, Joshua M. | 1991 | 1992 | MA | 400.00 | 0.6 | 240.00 |
| A | King, Denis M. | 1983 | 1983 | MA | 400.00 | 23.6 | 9,440.00 |
| P | McKittrick, Neil V. | 1987 | 1988 | MA | 400.00 | 2.2 | 880.00 |
| P | Rosner, Douglas B. | 1991 | 1991 | MA | 400.00 | 6.3 | 2,520.00 |
| P | Getschman, Gregory J. | 1988 | 1988 | MA | 380.00 | 155.6 | 60,684.00 |
| P | Dillon, William H. | 1995 | 1995 | MA | 380.00 | 1.0 | 380.00 |
| P | Ferren, Andrew J. | 1991 | 1991 | MA | 380.00 | 0.2 | 76.00 |
| P | Lynch, Christine D. | 1994 | 1994 | MA | 370.00 ^ | 121.7 | 45,029.00 |
| P | Lynch, Christine D. | 1994 | 1994 | MA | 345.00 | 385.7 | 133,066.50 |
| C | Miller, Wayne H. | 1976 | 1977 | MA | 485.00 | 10.1 | 4,898.50 |
| C | Rogers, Mary Ellen W. | 1989 | 1989 | MA | 365.00 | 56.2 | 20,513.00 |
| A | Foster-Nolan, Elizabeth | 1990 | 1990 | MA | 365.00 | 19.5 | 7,117.50 |
| A | Sargent, Barbara S. | 1985 | 1985 | MA | 365.00 | 1.3 | 474.50 |
| A | Klotz, Rafael | 1998 | 1998 | MA | 335.00 | 273.1 | 91,488.50 |
| A | Ruddy, Kevin | 1998 | 1998 | MA | 335.00 | 9.3 | 3,115.50 |
| A | Dessantos, Deborah | 1998 | 1998 | MA | 330.00 | 4.8 | 1,584.00 |
| A | Dessantos, Deborah | 1998 | 1998 | MA | 270.00 | 0.6 | 162.00 |
| A | Urbano, Christian J. | 1999 | 1999 | MA | 290.00 | 199.8 | 57,942.00 |
| A | Lyons, Joseph C. | 1999 | 1999 | MA | 280.00 | 6.9 | 1,932.00 |
| A | Bilowz, Peter | 2001 | 2001 | MA | 285.00 | 143.1 | 37,921.50 |
| A | Schell, Gary R. | 2000 | 2000 | MA | 285.00 | 275.4 | 72,981.00 |
| A | Frehm, Martha Nahill J. | 2000 | 2000 | MA | 260.00 | 0.2 | 52.00 |
| A | Myers Azano, Elizabeth C. | 2002 | 2002 | MA | 235.00 | 0.5 | 117.50 |
| A | Zloch-Hill, Rachel | 2003 | 2003 | MA | 225.00 | 6.3 | 1,417.50 |
| PP | Belliveau, Ann E. | | | | 250.00 | 6.3 | 1,575.00 |
| PP | Coleman, Eleanor | | | | 210.00 | 15.9 | 3,339.00 |
| PP | Mordas, Stacey A. | | | | 185.00 | 131.4 | 24,309.00 |
| | TOTAL | | | | | 2,344.7 | $ 828,148.00 |

# New England Regional Report

By Region, By Firm

## Greenberg Traurig

| | FIRM | GRADUATED | ADMITTED | STATE | RATE | | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P | Weber, Thomas J. | 1978 | 1979 | NY | $615.00 | | 5.1 | $3,136.50 |
| P | Cousins, Scott D. | 1992 | 1992 | DE | 515.00 | | 15.4 | 7,931.00 |
| P | Wolf, Jeffrey M. | 1987 | 1987 | MA | 475.00 | | 26.3 | 12,492.50 |
| A | Loftin, Monica L. | 1995 | 1995 | DE | 400.00 | | 11.7 | 4,680.00 |
| A | Sankaran, Annapoorni | 1995 | 1995 | MA | 375.00 | | 21.8 | 8,175.00 |
| A | Counihan, Victoria Watson | 1996 | 1996 | DE | 370.00 | | 13.8 | 5,106.00 |
| A | Meloro, Dennis A. | 2003 | 2004 | DE | 230.00 | | 10.6 | 2,438.00 |
| PP | Lintott, Allyson | | | | 155.00 | | 6.7 | 108.50 |
| PP | Thomas, Elizabeth C. | | | | 135.00 | | 6.1 | 823.50 |
| | TOTAL | | | | | | 111.5 | $44,891.00 |

U.S.B.C., District of Delaware
*Factory 2-U Stores, Inc. et al.*

From the fee application covering January 22, 2004 through January 31, 2004

NLJ 250 Ranking: 12
Firm Size: 1023

## Holland & Knight

| | FIRM | GRADUATED | ADMITTED | STATE | RATE | | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P | Levitan, Shari | 1988 | 1988 | MA | $450.00 | | 0.40 | $172.00 |
| P | Monaghan, John | 1985 | 1985 | MA | 375.00 | 2 | 135.4 | 50,775.00 |
| P | Monaghan, John | 1985 | 1985 | MA | 360.00 | 1 | 8.5 | 3,060.00 |
| P | Kehoe, Kerry | 1988 | 1988 | MA | 350.00 | | 32.50 | 11,375.00 |
| A | Nohl, James | 1997 | 1997 | MA | 300.00 | | 0.2 | 60.00 |
| A | O'Brien, Pamela | | | | 300.00 | | 6.0 | 1,800.00 |
| A | Xerras, Lynne | 1996 | 1996 | MA | 290.00 | | 98.1 | 28,449.00 |
| A | Sobol, David | 2000 | 2001 | MA | 235.00 | | 105.9 | 24,886.50 |
| PP | Levelle, Ronald | | | | 145.00 | | 0.5 | 72.50 |
| PP | Grandy, Adam | | | | 140.00 | | 0.2 | 28.00 |
| PP | Riley, Katherine | | | | 135.00 | | 74.5 | 10,057.50 |
| | TOTAL | | | | | | 462.2 | $130,735.50 |

1 Lower Rate
2 Higher Rate

U.S.B.C., District of Massachusetts
*Bay Tower Inc.*

From the fee application covering September 19, 2003 through January 22, 2004

NLJ 250 Ranking: 9
Firm Size: 1164

## Jackson Lewis

| | FIRM | GRADUATED | ADMITTED | STATE | RATE | | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P | Krell, Susan K. | 1975 | 1975 | CT | $315.00 | | 4.8 | $1,512.00 |
| P | Petrie, Michael G. | | | CT | 180.00 | | 5.5 | 990.00 |
| PP | Harris, Rosemary M. | | | | 120.00 | | 19.2 | 2,304.00 |
| | TOTAL | | | | | | 29.5 | $4,806.00 |

U.S.B.C., District of Connecticut
*Country Home Bakers, Inc.*

From the fee application covering February 15, 2004 through August 31, 2004

NLJ 250 Ranking: 110
Firm Size: 358

## Palmer & Dodge

| | FIRM | GRADUATED | ADMITTED | STATE | RATE | | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P | Darcey, Jeanne P. | 1983 | 1983 | MA | $455.00 | 2 | 112.9 | $51,369.50 |
| P | Darcey, Jeanne P. | 1983 | 1983 | MA | 440.00 | 1 | 10.01 | 44,440.00 |
| A | Christel, Eddriard D. | 1991 | 1991 | MA | 395.00 | | 10.4 | 4,108.00 |
| A | Groves, Judy A. | 2001 | 2001 | MA | 285.00 | 2 | 43.25 | 11,028.75 |
| A | Groves, Judy A. | 2001 | 2001 | MA | 220.00 | 1 | 41.0 | 9,009.00 |
| A | Zuccarello, Amy A. | 2001 | 2002 | MA | 255.00 | 2 | 17.0 | 4,335.00 |
| A | Zuccarello, Amy A. | 2001 | 2002 | MA | 220.00 | 1 | 1.6 | 352.00 |
| PP | Pellender, Wilfred L. | | | | 145.00 | | 0.1 | 14.50 |
| PP | Rochleau, Charlotte P. | | | | 105.00 | | 145.5 | 15,277.50 |
| PP | Kali, Saori | | | | 95.00 | | 0.2 | 19.00 |
| | TOTAL | | | | | | 472.9 | $139,953.25 |

1 2003 Rate
2 2004 Rate

U.S.B.C., District of Massachusetts
*Possible Dreams Ltd.*

From the fee application covering October 22, 2003 through April 30, 2004

NLJ 250 Ranking: 231
Firm Size: 170

## New England Regional Report

| FIRM | | GRADUATED | ADMITTED | STATE | RATE | | HOURS | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|
| **Robinson & Cole** | | | | | | | | | |
| P | Clasen, Joseph L. | 1980 | 1981 | NY | $ 440.00 | | 0.9 | $ | 398.00 |
| P | Krantz, Richard A. | 1974 | 1975 | CT | 440.00 | | 26.2 | | 11,528.00 |
| P | Barth, Bruce B. | 1981 | 1981 | CT | 400.00 | | 2.4 | | 960.00 |
| P | Enright, Michael R. | 1981 | 1981 | CT | 400.00 | | 0.10 | | 40.00 |
| P | Moran, Brian E. | 1978 | 1978 | NY | 400.00 | | 0.7 | | 280.00 |
| C | Wargelas, Amy S. | 1987 | 1987 | CT | 320.00 | | 10.6 | | 3,392.00 |
| A | Ruel, James M. | 1999 | 1999 | CT | 200.00 | | 0.7 | | 140.00 |
| A | Martin, Charles, III | 2001 | 2001 | NY | 190.00 | | 0.6 | | 114.00 |
| A | Walsh, Kerri | | | CT | 200.00 | | 0.4 | | 80.00 |
| A | Bucci, Diane | 2001 | 2001 | CT | 190.00 | | 7.7 | | 1,463.00 |
| A | Doolan, Alaine | 2002 | 2002 | CT | 190.00 | | 6.1 | | 1,159.00 |
| A | Desimone, Kerin | 2004 | 2004 | CT | 160.00 | | 14.1 | | 2,256.00 |
| PP | Soulaine, A. | | | | 140.00 | | 0.9 | | 126.00 |
| | **TOTAL** | | | | | | 71.4 | $ | 21,934.00 |
| | | | | | | | | | |
| **Seyfarth Shaw** | | | | | | | | | |
| P | Hanlon, William | 1987 | 1987 | MA | $ 350.00 | | 88.1 | $ | 30,835.00 |
| A | Serafyn, Jennifer | 2001 | 2001 | MA | 225.00 | 2 | 32.8 | | 7,380.00 |
| LA | Carr, K. | | | | 145.00 | 2 | 3.6 | | 522.00 |
| LA | Carr, K. | | | | 140.00 | 1 | 19.9 | | 2,768.00 |
| LIB | Gelinder, O. | | | | 120.00 | | 1.5 | | 180.00 |
| LIB | Edwards, B. | | | | 95.00 | | 0.3 | | 28.50 |
| | **TOTAL** | | | | | | 146.2 | $ | 41,731.50 |

COURT/CASE
U.S.B.C., District of Connecticut
*Country Home Bakers, Inc.*

From the fee application covering
January 1, 2004 through May 6, 2004

NLJ 250 Ranking: 175
Firm Size: 224

U.S.B.C., District of Massachusetts
*Hunter-Southworth, Inc.*

From the fee application covering
August 20, 2003 through January 1, 2004

NLJ 250 Ranking: 63
Firm Size: 550

1 Lower Rate
2 Higher Rate

By Region, By Firm

# New England Regional Report

COURT/CASE
U.S.B.C., District of Vermont
*Fiber Mark, Inc. et al.*

From the fee application covering
March 30, 2004 through June 30, 2004

NLJ 250 Ranking: 58
Firm Size: 576

| FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|
| **Wilmer Cutler Pickering Hale & Dorr** | | | | | | |
| P  Tarr, Peter | 1978 | 1978 | MA | $ 600.00 | 34.8 | $ 20,880.00 |
| P  Sigel, John | 1980 | 1990 | MA | 590.00 | 19.1 | 11,269.00 |
| P  Schmidt, William | 1976 | 1977 | MA | 560.00 | 1.2 | 672.00 |
| P  Matuschak, Mark | 1984 | 1985 | MA | 550.00 | 16.9 | 9,295.00 |
| P  Jakubowski, Paul | 1988 | 1988 | MA | 525.00 | 19.1 | 10,027.50 |
| P  Young, Edward | 1975 | 1975 | MA | 525.00 | 8.3 | 4,357.50 |
| P  Appelbaum, Mitchel | 1991 | 1991 | MA | 490.00 | 67.5 | 33,075.00 |
| P  Kirsch, Robert | 1983 | 1983 | MA | 480.00 | 8.2 | 3,936.00 |
| P  Rosenfield, Jonathan | 1986 | 1986 | MA | 480.00 | 8.2 | 3,936.00 |
| P  Wilson, David | 1988 | 1988 | MA | 450.00 | 12.3 | 5,535.00 |
| P  Burton, Lisa | 1992 | 1992 | MA | 440.00 | 0.2 | 88.00 |
| P  Meade, Kenneth | 1985 | 1985 | MA | 440.00 | 23.8 | 10,472.00 |
| P  Hentlin, Mary Sue | 1985 | 1985 | MA | 425.00 | 3.6 | 1,530.00 |
| P  Cicherty, Monica | 1994 | 1994 | MA | 410.00 | 1.0 | 410.00 |
| P  Ferrera, Vinita | 1995 | 1996 | MA | 410.00 | 24.9 | 10,209.00 |
| P  Sapinman, Louis | 1994 | 1994 | MA | 395.00 | 1.3 | 513.50 |
| P  Balanoff, Jamie | 1999 | 1999 | MA | 350.00 | 7.1 | 2,485.00 |
| A  van der Voorn, Patrick | 1999 | 1999 | MA | 330.00 | 56.2 | 18,546.00 |
| A  Geeta, Jennifer | 1999 | 1999 | NY | 360.00 | 50.2 | 18,072.00 |
| A  Rienzi, Mark | 2000 | 2001 | DC | 320.00 | 5.3 | 1,696.00 |
| A  Strachan, C. Kenneth | 2000 | 2000 | | 320.00 | 4.8 | 1,536.00 |
| A  MacClary, Michael | 1998 | 1998 | | 310.00 | 8.9 | 2,759.00 |
| A  Bennett, Steven | 2001 | 2001 | MA | 275.00 | 101.8 | 27,995.00 |
| A  Kleiner, Sharr | 2000 | 2002 | MA | 275.00 | 0.6 | 165.00 |
| A  Whalen, Patricia | 1983 | 1983 | MA | 245.00 | 4.6 | 1,127.00 |
| A  Madigan, Sarah | 2003 | 2003 | NY | 215.00 | 12.3 | 2,644.50 |
| A  Watkins, Jason | 2003 | 2003 | MA | 215.00 | 15.9 | 3,418.50 |
| PP  Curley, Jean | | 1975 | | 170.00 | 1.0 | 170.00 |
| PP  Devine, Mark | | 2002 | | 150.00 | 4.0 | 600.00 |
| PP  Luonzo, Louise | | 1975 | | 150.00 | 18.3 | 2,745.00 |
| PP  Whitehead, Caroline | | | | 150.00 | 42.8 | 6,420.00 |
| PP  Taurazas, Jennifer | | | | 125.00 | 1.5 | 187.50 |
| PP  Napolitano, Sharon | | | | 90.00 | 1.5 | 135.00 |
| CA  Kim, Elizabeth | | | | 100.00 | 2.5 | 250.00 |
| CA  Peacock, Elizabeth | | | | 100.00 | 4.9 | 490.00 |
| LIB  Steniar, Anne | | | | 190.00 | 0.2 | 38.00 |
| **TOTAL** | | | | | 584.8 | $ 217,685.00 |

# CourtEXPRESS

## LEGAL BILLING REPORT

**VOLUME 7, NUMBER 1**

**May, 2005**

## BY REGION, BY FIRM

© Copyright 2005 RIIS Legal Services, Inc.

CourtEXPRESS

LEGALBILLINGREPORT

## ATTORNEY CODES

| | |
|---|---|
| A | Associate |
| AD | Administrative |
| ADV | Advisor |
| AN | Analyst |
| C | Counsel |
| CA | Case Assistant |
| CL | Clerk |
| CM | Case Manager |
| CON | Consultant |
| DC | Docket Clerk |
| FLC | Foreign Legal Consultant |
| I | Investigator |
| IT | Information Technology |
| KA | Contract Attorney |
| LA | Legal Assistant |
| LC | Law Clerk |
| LI | Legal Intern |
| LIB | Library |
| MA | Managing Attorney |
| MAO | Clerk - Managing Attys Ofc |
| MC | Managing Clerk |
| SMD | Senior Managing Director |

| | |
|---|---|
| NL | Non-Legal |
| NYA | Not Yet Admitted |
| OC | Of Counsel |
| P | Partner |
| PA | Project Assistant |
| PP | Paraprofessional |
| PS | Professional Staff |
| RSP | Research Specialist |
| SA | Senior Associate |
| SC | Senior Counsel |
| SCA | Special Category Attorney |
| SLA | Senior Legal Assistant |
| SE | Senior Attorney |
| SP | Special Partner |
| SPC | Specialist |
| SPP | Summer Paralegal |
| ST | Staff Attorney |
| SU | Summer Associate |
| SUC | Summer Clerk |
| SUP | Support Staff |
| VA | Visiting Attorney |
| SVP | Senior Vice President |

## CONSULTANT CODES

| | |
|---|---|
| A | Associate |
| AN | Analyst |
| ASST | Assistant |
| C | Consultant |
| CH | Chairman |
| CSA | Client Serving Associate |
| D | Director |
| EM | Experienced Manager |
| GC | General Counsel |
| I | Intern |
| M | Manager |
| MD | Managing Director |
| P | Partner |
| PC | Partner Consultant |
| PP | Paraprofessional |
| PR | Principal |
| SA | Senior Associate |
| SC | Senior Consultant |
| ST | Staff |
| SM | Senior Manager |
| SUP | Supervisor |
| VP | Vice-President |

*Attorney and Consultant Codes*

While we make every effort to assure the reliability of the data contained within, RIS Legal Services, Inc. does not warrant the accuracy of the information and assumes no liability for errors or omission.

Note: Calculations of "Billing Rate" x "Hours Billed" may not, in all cases, equal the "Total Billed," due to various items, such as a rate change during the billing period.

### CourtEXPRESS

*The first web-site providing immediate access to our nation's courts.*

*Off-line searching, personal results page, automatic case tracking and on-line ordering of documents.*

© Copyright 2005 RIS Legal Services, Inc.

i

## New England Regional Report

By Region, By Firm

| FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL | COURT/CASE |
|---|---|---|---|---|---|---|---|
| **Foley Hoag LLP** | | | | | | | U.S.B.C., District of Maryland |
| P  Sanoff, Robert | 1977 | 1981 | MA | $ 510.00 | 0.30 | $ 153.00 | _USGen New England, Inc._ |
| P  Jaffe, Seth | 1980 | 1981 | | 445.00 | 20.90 | 9,300.50 | |
| P  Polatin, Jacob N | 1972 | 1975 | | 440.00 | 168.10 | 73,964.00 | From the fee application covering |
| P  Gentleman, Mary Beth | 1986 | 1986 | MA | 435.00 | 5.80 | 2,523.00 | March 1, 2005 through March 31, 2005 |
| P  Kahn, Adam | 1992 | 1992 | MA | 430.00 | 49.30 | 21,199.00 | |
| P  Bucking, James W | 1991 | 1991 | MA | 400.00 | 23.60 | 9,440.00 | NLJ 250 Ranking: 154 |
| P  Mellott, Earl | 1992 | 2004 | MA | 395.00 | 0.10 | 39.50 | Firm Size: 262 |
| A  Canzoneri, Vincent | 1986 | 1986 | MA | 385.00 | 0.20 | 77.00 | |
| A  Kromm, Randall | 1998 | 1998 | MA | 350.00 | 0.40 | 140.00 | |
| A  Dean, George B. | 1979 | 1979 | MA | 340.00 | 0.50 | 170.00 | |
| A  Snyder, Susan A | 1997 | 1997 | MA | 305.00 | 6.30 | 1,921.50 | |
| A  Centomini, Claudia | 1983 | 1988 | MA | 240.00 | 0.40 | 96.00 | |
| A  DeLise, Elisabeth | 1998 | 1998 | MA | 230.00 | 99.70 | 22,931.00 | |
| A  Bernardo, Laura I | 2004 | 2004 | MA | 205.00 | 19.30 | 3,956.50 | |
| A  Duke, John | 1999 | 2003 | MA | 205.00 | 5.00 | 1,025.00 | |
| LA  Popadic, Lisa | | | | 170.00 | 6.20 | 1,054.00 | |
| LA  Carter, Andrea | | | | 170.00 | 0.20 | 34.00 | |
| LA  Hemeon, Jil | | | | 165.00 | 7.30 | 1,204.50 | |
| LA  Lee, Yongha | | | | 125.00 | 0.40 | 50.00 | |
| LA  Tassinari, Brianna | | | | 75.00 | 12.10 | 907.50 | |
| Palumbo, Joseph | | | | 65.00 | 3.00 | 195.00 | |
| **TOTAL** | | | | | 429.10 | $ 150,381.00 | |
| | | | | | | | |
| **Goulston & Storrs, P.C.** | | | | | | | U.S.B.C., Southern District of New York |
| D  Wallack, James F. | 1980 | 1980 | MA | $ 535.00 | 350.00 | $ 187,250.00 | _Omni Facility Services, Inc._ |
| D  Miller, Wayne H. | 1976 | 1976 | MA | 500.00 | 4.20 | 2,100.00 | |
| D  Eichel, Steven P. | 1985 | 1985 | MA | 485.00 | 2.30 | 1,115.50 | From the fee application covering |
| D  Reisch, Alan M. | 1978 | 1978 | MA | 455.00 | 14.10 | 6,415.50 | October 1, 2004 through January 31, 2005 |
| D  Wolfson, Jeffrey | 1979 | 1979 | MA | 430.00 | 0.10 | 43.00 | |
| D  McKittrick, Neil V | 1987 | 1987 | MA | 430.00 | 5.00 | 2,150.00 | NLJ 250 Ranking: 235 |
| D  Rosner, Douglas B. | 1991 | 1991 | MA | 430.00 | 0.30 | 129.00 | Firm Size: 169 |
| D  Seuch, William M. | 1990 | 1990 | MA | 420.00 | 1.30 | 546.00 | |
| D  Getschman, Gregory J. | 1988 | 1988 | MA | 410.00 | 59.70 | 24,477.00 | |
| D  Dillon, William H. | 1995 | 1995 | MA | 405.00 | 0.20 | 81.00 | |
| D  Ferren, Andrew J. | 1991 | 1991 | MA | 400.00 | 0.70 | 280.00 | |
| A  Lynch, Christine D. | 1994 | 1994 | MA | 385.00 | 322.90 | 124,316.50 | |
| A  Sargent, Barbara S. | 1985 | 1985 | MA | 375.00 | 2.10 | 787.50 | |
| A  Klotz, Rafael | 1998 | 1998 | MA | 385.00 | 104.70 | 38,215.50 | |
| C  Urbano, Christian J. | 1999 | 1999 | MA | 305.00 | 72.60 | 22,143.00 | |
| A  Schall, Gary R. | 2000 | 2000 | MA | 290.00 | 182.20 | 52,838.00 | |
| A  Bilowz, Peter | 2001 | 2001 | MA | 290.00 | 356.10 | 103,269.00 | |
| LA  Bellefontaine, Ann E. | | | | 275.00 | 0.50 | 137.50 | |
| LA  Coleman, Eleanor | | | | 220.00 | 3.50 | 770.00 | |
| LA  Nash, Andrew | | | | 195.00 | 59.90 | 11,680.50 | |
| LA  Mordas, Stacey A. | | | | 190.00 | 112.10 | 21,299.00 | |
| **TOTAL** | | | | | 1,654.50 | $ 600,043.50 | |

# CourtEXPRESS

## LEGAL BILLING REPORT

VOLUME 7, NUMBER 2

August 2005

## BY REGION, BY FIRM

© Copyright 2005 RIS Legal Services, Inc.

*By Billing Rate*

## ATTORNEY CODES

| Code | Description | Code | Description |
|---|---|---|---|
| A | Associate | NL | Non-Legal |
| AD | Administrative | NYA | Not Yet Admitted |
| ADV | Advisor | OC | Of Counsel |
| AN | Analyst | P | Partner |
| C | Counsel | PA | Project Assistant |
| CA | Case Assistant | PP | Paraprofessional |
| CL | Clerk | PS | Professional Staff |
| CM | Case Manager | RA | Research Assistant |
| CON | Consultant | RSP | Research Specialist |
| DC | Docket Clerk | SA | Senior Associate |
| FLC | Foreign Legal Consultant | SC | Senior Counsel |
| I | Investigator | SCA | Special Category Attorney |
| IN | Intern | SLA | Senior Legal Assistant |
| IT | Information Technology | SE | Senior Attorney |
| KA | Contract Attorney | SP | Special Partner |
| LA | Legal Assistant | SPC | Specialist |
| LC | Law Clerk | SPP | Summer Paralegal |
| LI | Legal Intern | ST | Staff Attorney |
| LIB | Library | SU | Summer Associate |
| M | Member | SUC | Summer Clerk |
| MA | Managing Attorney | SUP | Support Staff |
| MAO | Clerk - Managing Attys Ofc | VA | Visiting Attorney |
| MC | Managing Clerk | SVP | Senior Vice President |
| SMD | Senior Managing Director | | |

## CONSULTANT CODES

| Code | Description |
|---|---|
| A | Associate |
| ADM | Administrative |
| AN | Analyst |
| ASST | Assistant |
| C | Consultant |
| CH | Chairman |
| CSA | Client Serving Associate |
| D | Director |
| EM | Experienced Manager |
| GC | General Counsel |
| I | Intern |
| M | Manager |
| MD | Managing Director |
| P | Partner |
| PC | Partner Consultant |
| PP | Paraprofessional |
| PR | Principal |
| SA | Senior Associate |
| SC | Senior Consultant |
| ST | Staff |
| SM | Senior Manager |
| SUP | Supervisor |
| VP | Vice-President |

While we make every effort to assure the reliability of the data contained within, RIS Legal Services, Inc. does not warrant the accuracy of the information and assumes no liability for errors or omission.

Note: Calculations of "Billing Rate" x "Hours Billed" may not, in all cases, equal the "Total Billed," due to various items, such as a rate change during the billing period.

**CourtEXPRESS**

*The first web-site providing immediate access to our nation's courts.*
*Off-line searching, personal results page, automatic case tracking and on-line ordering of documents.*

© Copyright 2005 RIS Legal Services, Inc.

i

By Region, By Firm

## New England Regional Report

COURT/CASE

U.S.B.C., District of Maryland
*USGen New England, Inc.,* 03-30465

From the fee application covering
January 1, 2005 through March 31, 2005

NLJ 250 Ranking: 154
Firm Size: 282

| FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|
| **Foley Hoag LLP** | | | | | | |
| P   Jacobs, Wendy | 1981 | 1981 | MA | $ 510.00 | 10.00 | $  5,100.00 |
| P   Sanoff, Robert | 1977 | 1981 | MA | 510.00 | 20.50 | 10,455.00 |
| P   Benka, Richard | 1973 | 1975 | MA | 470.00 | 1.30 | 611.00 |
| P   Arnold, Beth | 1989 | 1990 | MA | 460.00 | 0.30 | 138.00 |
| P   Jaffe, Seth | 1975 | 1980 | MA | 445.00 | 60.80 | 27,056.00 |
| P   Polatin, Jacob N | 1972 | 1986 | MA | 440.00 | 512.70 | 225,588.00 |
| P   Gentleman, Mary Beth | 1966 | 1966 | MA | 435.00 | 36.50 | 15,877.50 |
| P   Kahn, Adam | 1982 | 1981 | MA | 430.00 | 139.00 | 59,770.00 |
| P   Buckley, James W | 1991 | 1991 | MA | 400.00 | 167.40 | 66,960.00 |
| P   Henderson, Malcolm | 1994 | 1998 | MA | 395.00 | 0.80 | 316.00 |
| P   Mellott, Earl | 1992 | 2004 | MA | 395.00 | 1.10 | 434.50 |
| A   Canzoneri, Vincent | 1986 | 1986 | MA | 385.00 | 29.50 | 11,357.50 |
| A   Kromm, Randall | 1998 | 1998 | MA | 350.00 | 19.20 | 6,720.00 |
| A   Dean, George B. | 1979 | 1979 | MA | 340.00 | 3.40 | 1,156.00 |
| A   Conroy, K. | 1999 | 1999 | MA | 305.00 | 1.30 | 396.50 |
| A   Snyder, Susan A | 1997 | 1997 | MA | 305.00 | 38.30 | 11,681.50 |
| A   Howard, Sheryl | 2001 | 2002 | MA | 275.00 | 1.50 | 412.50 |
| A   McDevitt, Alicia | 2002 | 2002 | MA | 260.00 | 17.90 | 4,654.00 |
| A   Karnholz, Scott | 2004 | 2004 | MA | 255.00 | 0.70 | 178.50 |
| A   Centomini, Claudia | 1983 | 1988 | MA | 240.00 | 31.20 | 7,488.00 |
| A   DeLisle, Elisabeth | 1998 | 2003 | MA | 230.00 | 254.80 | 58,604.00 |
| A   Adams, M. | 2002 | 2003 | MA | 215.00 | 10.20 | 2,193.00 |
| A   Benigno, Laura I | 2004 | 2004 | MA | 205.00 | 22.00 | 4,510.00 |
| A   Duke, John | 1999 | 2003 | MA | 205.00 | 12.30 | 2,521.50 |
| A   Fagenholz, Andrew | 2004 | 2004 | MA | 205.00 | 1.30 | 266.50 |
| PP  Amoroso, E. | | | | 175.00 | 8.80 | 1,540.00 |
| LA  Popadic, Lisa | | | | 170.00 | 14.30 | 2,431.00 |
| LA  Carter, Andrea | | | | 170.00 | 11.30 | 1,921.00 |
| LA  Herreon, Jil | | | | 165.00 | 9.00 | 1,485.00 |
| PP  Kelley, P. | | | | 160.00 | 1.70 | 272.00 |
| LA  Lee, Yongha | | | | 125.00 | 1.20 | 150.00 |
| Tassinari, Brianna | | | | 75.00 | 18.10 | 1,357.50 |
| Palumbo, Joseph | | | | 65.00 | 4.80 | 312.00 |
| **TOTAL** | | | | | **1,463.20** | **$  533,914.00** |

*By Region, By Firm*

## New England Regional Report

**COURT/CASE**

**U.S.B.C., Southern District of New York**
*Omni Facility Services, Inc.,* 04-13972 (BRL)

From the fee application covering
June 9, 2004 through April 3, 2005

NLJ 250 Ranking: 235
Firm Size: 169

| FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|
| **Goulston & Storrs, P.C.** | | | | | | |
| D  Wallace, James F. | 1980 | 1980 | MA | $ 536.00 | 893.30 | $ 477,915.50 |
| D  Shulman, Donald | 1971 | 1969 | MA | 525.00 | 0.60 | 315.00 |
| C  Miller, Wayne H. | 1976 | 1976 | MA | 500.00 | 15.70 | 7,850.00 |
| D  Eichel, Steven P. | 1985 | 1985 | MA | 485.00 | 3.50 | 1,697.50 |
| D  Fagen, Lester | 1982 | 1982 | MA | 480.00 | 7.40 | 3,552.00 |
| D  Avery, Daniel | 1988 | 1988 | MA | 470.00 | 6.10 | 2,867.00 |
| D  Reisch, Alan M. | 1978 | 1978 | MA | 455.00 | 34.70 | 15,788.50 |
| D  Wolfson, Jeffrey | 1979 | 1979 | MA | 430.00 | 2.70 | 1,161.00 |
| D  McKittrick, Neil V | 1987 | 1987 | MA | 430.00 | 7.20 | 3,096.00 |
| D  Rosner, Douglas B. | 1991 | 1991 | MA | 430.00 | 6.60 | 2,838.00 |
| D  Sauch, William M. | 1990 | 1990 | MA | 420.00 | 1.30 | 546.00 |
| D  Rodin, Dana | 1977 | 1977 | MA | 415.00 | 0.70 | 290.50 |
| D  Gelschman, Gregory J. | 1988 | 1988 | MA | 410.00 | 216.00 | 88,560.00 |
| D  Dillon, William H. | 1995 | 1995 | MA | 405.00 | 1.20 | 486.00 |
| D  Davis, Joshua | 1991 | 1992 | MA | 400.00 | 0.60 | 240.00 |
| D  Ferren, Andrew J. | 1991 | 1991 | MA | 400.00 | 0.90 | 360.00 |
| D  King, Denis | 1983 | 1983 | MA | 400.00 | 23.60 | 9,440.00 |
| D  Lynch, Christine D. | 1994 | 1994 | MA | 385.00 | 972.60 | 374,451.00 |
| A  Sargent, Barbara S. | 1985 | 1985 | MA | 375.00 | 2.10 | 787.50 |
| A  Foster-Nolan, Elizabeth | 1990 | | MA | 365.00 | 19.50 | 7,117.50 |
| A  Klotz, Rafael | 1998 | 1998 | MA | 366.00 | 104.70 | 38,215.50 |
| OC  Rogers, Mary Ellen | 1989 | 1989 | MA | 366.00 | 56.20 | 20,613.00 |
| A  Ruddy, Kevin | 1998 | | MA | 335.00 | 9.30 | 3,115.50 |
| A  Dossantos, Deborah | 1998 | 1998 | MA | 325.00 | 5.40 | 1,746.00 |
| A  Schall, Gary R. | 2000 | 2000 | MA | 290.00 | 480.00 | 139,200.00 |
| A  Bilowz, Peter | 2001 | 2001 | MA | 290.00 | 689.90 | 200,071.00 |
| A  Urbano, Christian | 1999 | | MA | 295.00 | 283.30 | 83,409.50 |
| A  Lyons, Joseph | 1999 | | | 280.00 | 6.90 | 1,932.00 |
| LA  Belelontaine, Ann E. | 1998 | | MA | 275.00 | 6.80 | 1,870.00 |
| A  Frahm, Martha Nahill | 2000 | 2001 | MA | 260.00 | 0.20 | 52.00 |
| A  Myers Azano, Elizabeth | 2002 | 2002 | MA | 235.00 | 0.50 | 117.50 |
| LA  Zoob-Hill, Rachel | 2003 | | | 225.00 | 6.30 | 1,417.50 |
| LA  Coleman, Eleanor | | | LA | 220.00 | 19.40 | 4,268.00 |
| LA  Nash, Andrew | | | | 195.00 | 66.80 | 13,026.00 |
| LA  Mordas, Stacey A. | | | | 190.00 | 298.20 | 56,658.00 |
| **TOTAL** | | | | | 4,250.20 | $ 1,564,970.50 |

## New England Regional Report

| FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL | COURT/CASE |
|------|-----------|----------|-------|------|-------|-------|------------|
| **Richards Layton & Finger PA** | | | | | | | U.S.B.C., District of Delaware |
| D DeFranceschi, Daniel | 1989 | 1989 | DE | $ 435.00 | 14.40 | $ 6,264.00 | *USG Corporation, et al.,* 01-02094 (JFK) |
| D Knight, John | 1994 | 1999 | DE | 425.00 | 1.00 | 425.00 | |
| A Heath, Paul | 1997 | 1998 | DE | 305.00 | 15.60 | 4,758.00 | From the fee application covering |
| Jerominski, Ann | | | | 150.00 | 69.50 | 10,425.00 | June 1, 2005 through June 30, 2005 |
| Lugano, Alfonse | | | | 145.00 | 1.40 | 203.00 | |
| Speaker, Rebecca | | | | 140.00 | 6.20 | 868.00 | |
| TOTAL | | | | | 108.10 | $ 22,943.00 | |
| | | | | | | | |
| **Young Conaway Stargatt & Taylor, LLP** | | | | | | | U.S.B.C., District of Delaware |
| P Waite, Joel | 1990 | 1990 | DE | $ 475.00 | 230.50 | $ 109,487.50 | *KB Toys, INC., et al.,* 04-10120 (JBR) |
| P Dorsey, John | 1991 | 1991 | DE | 450.00 | 7.00 | 3,150.00 | |
| P Cleary, M. Blake | 1996 | 1997 | DE | 386.00 | 117.90 | 45,391.50 | From the fee application covering |
| A Lunn, Matthew | 2001 | 2001 | DE | 285.00 | 88.10 | 25,108.50 | January 1, 2005 through March 31, 2005 |
| A Minella, Maribeth | 2001 | 2002 | DE | 285.00 | 0.30 | 85.50 | |
| A Viloch, Alfred | 2002 | 2003 | DE | 250.00 | 5.00 | 1,250.00 | |
| A Bowman, Donald | | 2003 | DE | 235.00 | 2.60 | 611.00 | |
| PP Mason, Dennis | | | | 175.00 | 96.40 | 16,870.00 | |
| PP Debbie, Laskin | | | | 175.00 | 1.50 | 262.50 | |
| LA Beck, Kim | | | | 145.00 | 0.60 | 87.00 | |
| PP Smith, Michelle | | | | 110.00 | 26.00 | 2,860.00 | |
| C Eichner, Brigitte | | | | 50.00 | 0.20 | 10.00 | |
| C Bennett, Blake | | | | 40.00 | 3.20 | 128.00 | |
| C Waller, Kristin | | | | 40.00 | 6.60 | 264.00 | |
| C Patsy, Petlock | | | | 40.00 | 2.10 | 84.00 | |
| TOTAL | | | | | 588.00 | $ 205,849.50 | |

*By Region, By Firm*

# CourtEXPRESS

## LEGAL BILLING REPORT

VOLUME 7, NUMBER 3

December 2005

# BY REGION, BY FIRM

© Copyright 2005 RIS Legal Services, Inc.

## PROFESSIONAL CODES

| | |
|---|---|
| A | Associate |
| AD | Administrative |
| ADV | Advisor |
| AMC | Assistant Managing Clerk |
| AN | Analyst |
| ASD | Associate Director |
| BS | Billing Specialist |
| C | Counsel |
| CA | Case Assitant |
| CC | Case Clerk |
| CL | Clerk |
| CM | Case Manager |
| CMA | Case Management Assistant |
| CON | Consultant |
| DC | Docket Clerk |
| DCC | Document Control |
| FLC | Foreign Legal Consultant |
| I | Investigator |
| IS | Information Specialist |
| IT | Information Technology |
| KA | Contract Attorney |
| LA | Legal Assistant |
| LC | Law Clerk |
| LI | Legal Intern |
| LIB | Library |
| LS | Litigation Support |
| MA | Managing Attorney |
| MAO | Clerk - Managing Attys Ofc |
| MC | Managing Clerk |
| MCO | Managing Consultant |
| NL | Non-Legal |
| NYA | Not Yet Admitted |
| OC | Of Counsel |
| P | Partner |
| PA | Project Assistant |
| PP | Paraprofessional |
| PS | Professional Staff |
| RSP | Research Specialist |
| SA | Senior Associate |
| SC | Senior Counsel |
| SCA | Special Category Attorney |
| SE | Senior Attorney |
| SLA | Senior Legal Assistant |
| SP | Special Partner |
| SPC | Specialist |
| SPC | Special Counsel |
| SPP | Summer Paralegal |
| ST | Staff Attorney |
| SU | Summer Associate |
| SUC | Summer Clerk |
| SUP | Support Staff |
| VA | Visiting Attorney |

## CONSULTANT CODES

| | |
|---|---|
| SVP | Senior Vice President |
| VP | Vice-President |
| AN | Analyst |
| ASD | Associate Director |
| ASST | Assistant |
| C | Consultant |
| CH | Chairman |
| CSA | Client Serving Associate |
| D | Director |
| ECO | Economist |
| EM | Experienced Manager |
| GC | General Counsel |
| I | Intern |
| M | Manager |
| MCO | Managing Consultant |
| MD | Managing Director |
| P | Partner |
| PC | Partner Consultant |
| PP | Paraprofessional |
| PR | Principal |
| RM | Research Manager |
| SA | Senior Associate |
| SC | Senior Consultant |
| SM | Senior Manager |
| SMD | Senior Managing Director |
| ST | Staff |
| SUP | Supervisor |

While we make every effort to assure the reliability of the data contained within, RIS Legal Services, Inc. does not warrant the accuracy of the information and assumes no liability for errors or omission.

Note: Calculations of 'Billing Rate' x 'Hours Billed' may not, in all cases, equal the 'Total Billed,' due to various items, such as a rate change during the billing period.

**CourtEXPRESS**

The first web-site providing immediate access to our nation's courts.
Off-line searching, personal results page, automatic case tracking and on-line ordering of documents.

© Copyright 2005 RIS Legal Services, Inc.

# New England Regional Report

| FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|
| **Casner & Edwards, LLP** | | | | | | |
| OC Murphy, Robert A. | 1996 | 1998 | MA | $ 250.00 | 35.50 | $ 8,875.00 |
| MA Mackenzie, Donna | 1982 | 1983 | MA | 225.00 | 20.30 | 4,567.50 |
| A Murphy, Matthew T. | 1998 | 1987 | MA | 220.00 | 74.60 | 16,412.00 |
| PP Anderson, Angela R. | | | | 65.00 | 285.10 | 28,084.50 |
| TOTAL | | | | | 428.80 | 67,888.00 |

U.S.B.C., Delaware
*W.R. Grace & Co., et al 01-01139 (JKF)*

From the fee application covering
July 1, 2005 through September 30, 2005

NLJ Ranking: N/A
Firm Size: 29

| FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|
| **Ferry, Joseph & Pearce, P.A.** | | | | | | |
| MA Theodore J., Tacconelli | 1988 | 1988 | DE | 240.00 | 162.20 | 38,928.00 |
| MA Miller, Rick S. | 1985 | 1985 | DE | 225.00 | 6.10 | 1,372.50 |
| A Cogdillo, Lisa L. | 2001 | 2002 | DE | 165.00 | 16.60 | 2,739.00 |
| A Weller, Steven G. | 2001 | 2004 | DE | 150.00 | 7.70 | 1,155.00 |
| LA Hadden, Margriet | | | | 100.00 | 25.40 | 2,540.00 |
| PP Hadden, Margriet | | | | 100.00 | 4.70 | 470.00 |
| LC Miller, Nicole | | | | 100.00 | 2.60 | 260.00 |
| TOTAL | | | | | 225.30 | 47,464.60 |

U.S.B.C., Delaware
*Federal Mogul Global Inc., T&N Limited, et al 01-10578 (RTL)*

From the fee application covering
July 1, 2005 through September 30, 2005

NLJ Ranking: N/A
Firm Size: 11

| FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|
| **McDermott, Will & Emery** | | | | | | |
| P O'Leary, Joseph E. | 1970 | 1970 | MA | 620.00 | 128.85 | 78,709.00 |
| P Pavlek, Steven | 1977 | 1977 | DC | 590.00 | 15.40 | 9,086.00 |
| P Richards Rahilly, Lisa | 1982 | 1983 | MA | 495.00 | 0.30 | 148.50 |
| TOTAL | | | | | 142.55 | 87,943.50 |

U.S.B.C., Delaware
*Kaiser Aluminum Corporation, et al 02-10429 (JKF)*

From the fee application covering
July 1, 2005 through October 31, 2005

NLJ Ranking: 13
Firm Size: 1002

## New England Regional Report

| FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|
| Young Conaway Stargatt & Taylor, LLP | | | | | | |
| P    Patton, James L. | 1983 | 1983 | DE | 600.00 | 0.90 | 540.00 |
| P    Harron, Edwin J. | 1985 | 1985 | DE | 420.00 | 6.10 | 2,562.00 |
| A    Minella, Maribeth | 2001 | 2002 | DE | 290.00 | 7.20 | 2,088.00 |
| A    Greecher, Sean T. | 2003 | 2004 | DE | 240.00 | 8.30 | 1,992.00 |
| PP   Boyle, Stefanie | | | | 145.00 | 2.30 | 333.50 |
| PP   Cathcart, Casey | | | | 115.00 | 0.40 | 46.00 |
| PP   Eden, Lisa | | | | 105.00 | 19.20 | 2,016.00 |
| CL   Lucey, Amy | | | | 50.00 | 7.10 | 355.00 |
| C    Weller, Kristin | | | | 50.00 | 2.80 | 140.00 |
| C    Patay, Patrick | | | | 50.00 | 0.10 | 5.00 |
| **TOTAL** | | | | | **54.40** | **$  10,077.50** |

By Region, By Firm

U.S.B.C., Delaware
*USG Corporation 01-02094 (JFK)*

From the fee application covering
September 1, 2005 through September 30, 2005

NLJ Ranking: N/A
Firm Size: 104