Goodwin Procter LLP - Attorney Directory                                  Page 1 of 2

**GOODWIN | PROCTER**                           HOME | SITE MAP | SITE SEARCH | CONTACT L

- PRACTICES
- KNOWLEDGE CENTER
- WHO WE ARE
- ATTORNEY DIRECTORY
- CAREERS

NEW SEARCH



**JOSEPH F. SAVAGE, JR.**
Partner

Exchange Place
Boston, MA 02109
617-570-1204
jsavage@goodwinprocter.com

vCard Download

Litigation > White Collar Crime & Government Investigations

**Areas of Practice**
Joe Savage, a partner in the firm's Litigation Group, concentrates his practice on white collar criminal defense, governmental investigations work and complex civil litigation. His practice involves representing individuals and companies in a wide variety of fraud, securities, health care, tax, public corruption, environmental and other investigations by federal, state and local law enforcement and government regulators as well as representing companies and individuals in civil litigation, especially complex commercial disputes.

**Work for Clients**
Mr. Savage has experience in litigating complex white collar criminal matters including fraud, tax, securities, healthcare, RICO, health and safety act, money laundering and public corruption matters. He has tried approximately 50 cases in U.S. District Courts in Massachusetts, New York, West Virginia, Missouri and the District of Columbia.

Mr. Savage has also handled sophisticated trade secret, Lanham Act, RICO, consumer fraud, business tort and other civil litigation, including multi-district class action litigation.

Mr. Savage counsels clients on establishing compliance programs, especially in the high tech, biotech, and health care fields.

**Professional Activities**
Mr. Savage is chairman of the New England Innocence Project, former chair of the Criminal Justice Section of the Federal Bar Association, co-chair of the Boston Bar Association Section on Individual Rights and Responsibilities, and a member of the Steering Committee of the Boston Bar Association Criminal Justice Section. He is also a member of various bar associations.

Mr. Savage has been selected for inclusion in *Boston Magazine: Top Ten Massachusetts Super Lawyers*, *Chambers USA: America's Leading Business Lawyers*, *International Who's Who of Business Crime Lawyers*, and *The Best Lawyers In America - Commercial Litigation*.

**Publications/Presentations**
Mr. Savage is a frequent lecturer and the author of more than 50 articles on a variety of compliance, securities and white collar criminal matters. He is a member of the Board of Editors of both the *White Collar Crime Reporter* and *Business Crimes Bulletin: Compliance and Litigation*. Mr. Savage is the author of the "Trademark, Copyright and Intellectual Property Crime" chapter of *White Collar Crime: Business and Regulatory Offenses*.

http://goodwinproctor.com/attorneydirectory2.asp?aID=1154                    2/8/2006

Goodwin Procter LLP - Attorney Directory                                Page 2 of 2

**Professional Experience**
Prior to joining Goodwin Procter, Mr. Savage was a partner in the Litigation Practice Group at Testa, Hurwitz & Thibeault, LLP in Boston, where he directed the group's white collar crime and governmental investigations work. He was a federal prosecutor in Massachusetts, New York, West Virginia and Missouri. Mr. Savage was also a law clerk for the Honorable A. David Mazzone, U.S. District Court, D.MA.

**Bar and Court Admissions**
Mr. Savage is admitted to the bars of Massachusetts and West Virginia; the U.S. District Court, District of Massachusetts; the U.S. District Court, Southern District of West Virginia; the U.S. Court of Appeals, First Circuit; the U.S. Court of Appeals, Second Circuit; and the U.S. Court of Appeals, Fourth Circuit.

**Education**
J.D., University of Virginia School of Law, 1981 (Order of the Coif)
B.A., Harvard College, 1978 (*magna cum laude*)

Selected Articles and Speeches

Copyright © 2006 Goodwin Procter LLP