Goodwin Procter LLP - Attorney Directory                                    Page 1 of 2

GOODWIN | PROCTER                              HOME | SITE MAP | SITE SEARCH | CONTACT L

PRACTICES
KNOWLEDGE CENTER
WHO WE ARE
> ATTORNEY DIRECTORY
CAREERS

---

NEW SEARCH          **DAVID S. SCHUMACHER**
                                        Associate

                                        Exchange Place
                                        Boston, MA 02109
                                        617-570-1911
                                        dschumacher@goodwinprocter.com

                                        vCard Download

Litigation > Commercial Litigation

**Areas of Practice**
David Schumacher, an associate in the firm's Litigation Department, focuses on
complex civil litigation, including general commercial disputes, white collar crime
and securities litigation.

Mr. Schumacher currently serves on Goodwin Procter's Hiring Committee. He joined
the firm in 2000.

**Work for Clients**
Mr. Schumacher has assisted with the representation of several large and small
corporations in a variety of litigation matters, such as New Balance Athletic Shoe,
Countrywide Home Loans, Philip Morris, Merrimack Pharmaceuticals and the A.D.
Makepeace Corporation.

Mr. Schumacher participates in a number of pro bono activities, primarily in the area
of criminal law. He served as a Special Assistant District Attorney in Middlesex
County (MA) from April 2004 through October 2004. Mr. Schumacher helped to
successfully overturn a death penalty conviction for an individual in Ohio and has
assisted in defending at trial indigent individuals accused of federal and state
crimes. In addition, he successfully represented a visually-impaired child in a dispute
with the City of Boston.

**Professional Activities**
Mr. Schumacher is a member of the American, Massachusetts and Boston Bar
Associations.

**Publications/Presentations**
Mr. Schumacher assisted Stephen D. Poss, P.C., in preparing a Securities Law Update
for the ABA Journal in 2001.

**Professional Experience**
Mr. Schumacher has also worked at the United States House of Representatives
Government Reform and Oversight Committee.

**Bar and Court Admissions**
Mr. Schumacher is admitted to practice in Massachusetts, and before the
Massachusetts Supreme Judicial Court and the District of Massachusetts.

**Honors and Awards**
Mr. Schumacher was a semifinalist in the William Minor Lile Moot Court Competition

http://goodwinproctor.com/attorneydirectory2.asp?aID=594                    2/8/2006

at the University of Virginia.

**Education**
J.D., University of Virginia, 2000
B.A., Syracuse University, 1993 (*magna cum laude*)

Copyright © 2006 Goodwin Procter LLP