Goodwin Procter LLP - Attorney Directory                           Page 1 of 1

# GOODWIN | PROCTER

HOME | SITE MAP | SITE SEARCH | CONTACT L

- PRACTICES
- KNOWLEDGE CENTER
- WHO WE ARE
- > ATTORNEY DIRECTORY
- CAREERS

NEW SEARCH



**ANITA BAPOOJI RYAN**
Associate

Exchange Place
Boston, MA 02109
617-570-1998
abapooji@goodwinprocter.com

vCard  Download

Litigation > Commercial Litigation

**Areas of Practice**
Anita Bapooji Ryan is an associate in the firm's Litigation Department. Ms Ryan joined Goodwin Procter in 2005. She concentrates in general corporate and commercial litigation, including health care fraud, pharmaceutical pricing litigation, securities litigation defense, white collar crime and M&A litigation.

**Work for Clients**
In addition to handling litigation matters, Ms. Ryan spends a significant amount of her time working with clients on insurance issues ranging from insurance coverage disputes, to advisory reviews of various insurance policies.

**Professional Activities**
Ms. Ryan serves on the Associates Advisory Committee of the Boston Lawyers Group - an inter-firm organization dedicated to promoting diversity in Boston's legal community. She also co-chaired the Business Litigation Section of the Boston Bar Association between 2003 and 2005. In 2005, Ms. Ryan was elected as a "Massachusetts Rising Star" as cited in *Boston Magazine*.

**Professional Experience**
Prior to joining Goodwin Procter, Ms. Ryan was an associate in the Litigation Practice Group at Testa, Hurwitz & Thibeault in Boston, where she was a member of the Securities Litigation Group and its Insurance Risk Management Team.

Between May and November 2003, Ms. Ryan served as a Special Assistant District Attorney in Middlesex County, Massachusetts, where she prosecuted cases and conducted approximately 20 criminal trials.

**Bar and Court Admissions**
Ms. Ryan is admitted to the bar in Massachusetts and Ontario, the U.S. District Court for the District of Massachusetts and the U.S. Court of Appeals for the First Circuit.

**Education**
LL.B., University of Toronto, 1997
B.A., Queen's University, 1994 (with distinction)

Copyright © 2006 Goodwin Procter LLP

http://goodwinprocter.com/attorneydirectory2.asp?aID=1215                  2/8/2006