Goodwin Procter LLP - Attorney Directory                          Page 1 of 1

# GOODWIN | PROCTER

HOME | SITE MAP | SITE SEARCH | CONTACT L

- PRACTICES
- KNOWLEDGE CENTER
- WHO WE ARE
- > ATTORNEY DIRECTORY
- CAREERS

NEW SEARCH



**JAMES R. SWEET**
Associate

Exchange Place
Boston, MA 02109
617-570-1275
jsweet@goodwinprocter.com

vCard Download

Litigation > Commercial Litigation

**Areas of Practice**
James Sweet is an associate in the firm's Litigation Department. He joined Goodwin Procter in 2003.

**Professional Activities**
Mr. Sweet is a member of the Boston Bar Association.

**Publications/Presentations**
Mr. Sweet is the author of "Opting-Out of Commercial Telemarketing: The Constitutionality of the National Do-Not-Call Registry," which is forthcoming in the *Tennessee Law Review*. While in law school, he was executive editor of the *Stanford Law Review*.

**Professional Experience**
Prior to joining Goodwin Procter, Mr. Sweet was a law clerk for the Honorable Judge Jane Roth of the Third Circuit Court of Appeals from 2002 to 2003. Before that, he clerked for the Honorable Judge Nina Gershon of the Eastern District of New York.

**Bar and Court Admissions**
Mr. Sweet is admitted to practice in Massachusetts, New York, the U.S. Court of Appeals for the Third Circuit, the U.S. District Court for the Eastern District of New York and the U.S. District Court for the Southern District of New York.

**Education**
J.D., Stanford Law School, 2000 (Order of the Coif)
B.S.F.S., Georgetown University, 1997 *(magna cum laude)*

Copyright © 2006 Goodwin Procter LLP

http://goodwinprocter.com/attorneydirectory2.asp?aID=892                2/8/2006