# EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER, )<br>)<br>Plaintiff )<br>)<br>V. )<br>)<br>ANDREA CABRAL, SUFFOLK )<br>COUNTY SHERIFF'S DEPARTMENT, )<br>SUFFOLK COUNTY, and )<br>CORRECTIONAL MEDICAL )<br>SERVICES, INC. )<br>)<br>Defendants ) | Civil Action No. 04-11935-DPW |

## DECLARATION OF DAVID S. SCHUMACHER

I, David S. Schumacher, depose and state the following:

1.      I am an attorney with the law firm Goodwin Procter LLP, Exchange Place, Boston, Massachusetts, 02109, and a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

2.      Goodwin Procter is counsel to Plaintiff Sheila Porter ("Ms. Porter") in the above-captioned proceeding. I submit this Declaration in support of Ms. Porter's Reply Brief in Further Support of her Motion for Attorneys' Fees.

3.      Attached hereto as Exhibit A is a substituted copy of the attorneys' fees for which Ms. Porter is seeking compensation in this matter.

4.      Attached hereto as Exhibit B is a copy of the printing and copying charges

incurred by Goodwin Procter LLP in this matter.

Signed under the penalties of perjury this 4th day of August, 2006.

/s/ David S. Schumacher
David S. Schumacher

LIBA/1721180.1