# EXHIBIT A

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|---|---|---|---|---|---|
| 6/16/2003 | Savage, Joseph | 380.00 | 0.10 | 38.00 | Telephone conference with Porter concerning discharge and possible claim. |
| 6/17/2003 | Savage, Joseph | 380.00 | 2.70 | 1,026.00 | Telephone conference with A. Forman (Testa labor department); emails to/from A. Forman; conference with Porter re: facts of barring. |
| 6/20/2003 | Savage, Joseph | 380.00 | 0.30 | 114.00 | Telephone conference with S. Porter re: facts of barring and relevant statutes. |
| 6/24/2003 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Telephone conference with S. Porter re: § 1983 claim and barring. |
| 6/24/2003 | Goddard, Jennifer | 240.00 | 0.50 | 120.00 | Meeting with J. Savage regarding possible § 1983 claim and strategy. |
| 6/25/2003 | Goddard, Jennifer | 240.00 | 2.50 | 600.00 | Review documents from Sheila; draft demand letter to Suffolk Sheriff's Department. |
| 6/26/2003 | Goddard, Jennifer | 240.00 | 0.10 | 24.00 | Continue drafting and revising demand letter. |
| 6/27/2003 | Goddard, Jennifer | 240.00 | 4.00 | 960.00 | Prepare for and have meeting with Sheila. |
| 7/2/2003 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Review letter to Cabral re: barring and request for relief. |
| 7/7/2003 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Telephone conference with S. Porter; email S. Porter concerning follow-up to barring. |
| 7/13/2003 | Savage, Joseph | 380.00 | 2.50 | 950.00 | Telephone conference with S. Porter re: facts of barring; update re: factual inquiry |
| 7/14/2003 | Savage, Joseph | 380.00 | 0.30 | 114.00 | Send letter to Cabral et al; telephone conference with S. Porter; email S. Porter re: status of demand, likely next steps. |
| 7/14/2003 | Goddard, Jennifer | 240.00 | 0.10 | 24.00 | Finalize and send demand letter to HOC. |

LibA/1720906_1.xls

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|---|---|---|---|---|---|
| 7/28/2003 | Goddard, Jennifer | 240.00 | 2.00 | 480.00 | Office conference with J. Savage regarding strategy relating to § 1983 suit; meeting with Sheila and Joe regarding same. |
| 7/30/2003 | Goddard, Jennifer | 240.00 | 0.20 | 48.00 | Draft follow up letter to HOC requesting response to demand letter and personnel file. |
| 8/5/2003 | Goddard, Jennifer | 240.00 | 0.20 | 48.00 | Begin drafting Complaint (§ 1983 portion). |
| 8/22/2003 | Goddard, Jennifer | 240.00 | 2.70 | 648.00 | Continue drafting and revising Complaint (§ 1983 portion); telephone call with Sheila regarding same and status; review HOC documents for same. |
| 9/4/2003 | Goddard, Jennifer | 240.00 | 1.60 | 384.00 | Meeting with J. Savage regarding strategy for Complaint and comments to same; conference call with JFS and Sheila regarding strategy and status; continue to revise Complaint; revising Complaint with Porter's comments. |
| 9/6/2003 | Savage, Joseph | 380.00 | 0.10 | 38.00 | Review draft Complaint (§ 1983 portion). |
| 9/8/2003 | Goddard, Jennifer | 240.00 | 0.40 | 96.00 | Emails with SP regarding status/strategy issues; conference with JFS regarding same; revise draft Complaint. |
| 9/25/2003 | Goddard, Jennifer | 240.00 | 1.10 | 264.00 | Continue revising Complaint; review additional docs from SP; emails and t/c with SP regarding her decision to take Essex NP position; advise re: law on mitigation of damages. |
| 10/7/2003 | Goddard, Jennifer | 240.00 | 0.10 | 24.00 | Calculate potential damages to be recovered (§ 1983 portion). |
| 1/12/2004 | Goddard, Jennifer | 240.00 | 0.10 | 24.00 | Emails with Sheila regarding new job interview |
| 9/8/2004 | Goddard, Jennifer | 240.00 | 0.50 | 120.00 | Attend to service issues; t/c the process server regarding proper parties to serve |

2

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|------------|-----------|-------------|
| 9/20/2004 | Goddard, Jennifer | 240.00 | 0.40 | 96.00 | Review transcript of Sheriff's debate for information regarding SP. |
| 9/23/2004 | Goddard, Jennifer | 240.00 | 0.10 | 24.00 | Strategize regarding anticipated deponents and other discovery items; meeting with JFS regarding same and overall case strategy (re: § 1983 portion). |
| 10/21/2004 | Goddard, Jennifer | 240.00 | 0.50 | 120.00 | Review and revise opposition to motion to dismiss; draft settlement proposals to defendants. |
| 10/25/2004 | Goddard, Jennifer | 240.00 | 1.10 | 264.00 | Continue revising settlement proposals; continue revising opposition to motion to dismiss; review research for same; conferences with MMJ and JB regarding same; review Baron decisions; draft outline of discovery schedule and other strategic matters for attorney conference. |
| 10/26/2004 | Goddard, Jennifer | 240.00 | 0.80 | 192.00 | Continue revising opposition to motion to dismiss and reviewing research regarding same; conference with JFS regarding comments to opposition, strategy regarding discovery and settlement, conferences with MMJ and JB regarding follow-up for opposition to dismiss; v-mail to Sheila regarding status. |
| 10/27/2004 | Goddard, Jennifer | 240.00 | 1.00 | 240.00 | T/c with Sheila regarding settlement, ADR status and strategy; t/c with Ellen C. regarding discovery issues; conferences with JFS regarding same. |

3

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|-----------|-----------|-------------|
| 10/28/2004 | Goddard, Jennifer | 240.00 | 2.00 | 480.00 | T/c's government counsel regarding discovery plan and agenda for court conference; t/c Sheila regarding same; revise joint statement; conferences JFS, MMJ and JB regarding same and discovery matters. |
| 11/2/2004 | Goddard, Jennifer | 240.00 | 0.10 | 24.00 | Prepare for motion to dismiss hearing. |
| 11/2/2004 | Savage, Joseph | 380.00 | 0.10 | 38.00 | Review motion for judgment on pleadings; email to/from S. Porter. |
| 11/3/2004 | Savage, Joseph | 380.00 | 2.00 | 760.00 | Conference with S. Porter; conference with Judge Woodlock; court hearing re: motion to dismiss; review Amended Complaint plans. |
| 11/16/2004 | Goddard, Jennifer | 240.00 | 0.40 | 96.00 | Review/revise auto disclosure; conference JMB regarding revising same. |
| 11/17/2004 | Goddard, Jennifer | 240.00 | 0.40 | 96.00 | T/c Sheila regarding facts and answers for Auto Disclosures; conference with J. Burns regarding finalizing same; review same. |
| 11/19/2004 | Savage, Joseph | 380.00 | 0.10 | 38.00 | Email Porter; review auto disclosure. |
| 12/1/2004 | Goddard, Jennifer | 240.00 | 0.20 | 48.00 | Revise discovery requests and Amended Complaint. |
| 12/3/2004 | Savage, Joseph | 380.00 | 0.10 | 38.00 | Review House of Corrections disclosure. |
| 12/14/2004 | Goddard, Jennifer | 240.00 | 0.20 | 48.00 | Revise written discovery requests; conferences with JMB regarding same; review motion to dismiss and answer. |
| 1/13/2005 | Goddard, Jennifer | 240.00 | 0.10 | 24.00 | T/c Ellen C. regarding request for extension to respond to discovery. |
| **STARTING GOODWIN TIME** | | | | | |
| 2/26/2005 | Savage, Joseph | 380.00 | 0.10 | 38.00 | Telephone conference with Mr. McNeil re: obtaining information for § 1983 claim. |

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|------------|-----------|-------------|
| 3/1/2005 | Savage, Joseph | 380.00 | 0.50 | 190.00 | Telephone conference with Mr. McNeil; email to and from Mr. Schumacher; email to and from Ms. Porter; review *Touhy* regulations. |
| 3/2/2005 | Schumacher, David | 240.00 | 5.50 | 1,320.00 | Telephone conference with client; review discovery responses; draft *Touhy* letter to Assistant United States Attorney. |
| 3/7/2005 | Schumacher, David | 240.00 | 0.10 | 24.00 | Draft and serve deposition notice |
| 3/8/2005 | Schumacher, David | 240.00 | 1.40 | 336.00 | Review Suffolk County documents; telephone conference with client; review client documents to respond to discovery requests. |
| 3/10/2005 | Schumacher, David | 240.00 | 1.70 | 408.00 | Draft responses to interrogatories (§ 1983 portion). |
| 3/11/2005 | Schumacher, David | 240.00 | 2.30 | 552.00 | Draft Touhy letter to FBI; draft memorandum regarding outline of proof. |
| 3/11/2005 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Emails to and from Mr. Schumacher regarding Touhy letter. |
| 3/13/2005 | Schumacher, David | 240.00 | 4.80 | 1,152.00 | Draft responses to interrogatories; communications with client and Mr. Savage regarding same. |
| 3/14/2005 | Schumacher, David | 240.00 | 5.80 | 1,392.00 | Draft responses to interrogatories and document requests, review documents to produce. |
| 3/15/2005 | Schumacher, David | 240.00 | 1.30 | 312.00 | Interview Dr. Singletary re: SP work history/SCHOC policy; draft memorandum to file regarding same. |
| 3/17/2005 | Schumacher, David | 240.00 | 0.70 | 168.00 | Prepare interrogatory responses and document request responses. |
| 3/17/2005 | Savage, Joseph | 380.00 | 0.10 | 38.00 | Emails with Mr. Schumacher regarding interrogatories; review Singletary Report. |
| 3/18/2005 | Schumacher, David | 240.00 | 0.40 | 96.00 | Prepare interrogatory responses and document request responses |
| 3/20/2005 | Schumacher, David | 240.00 | 3.20 | 768.00 | Prepare interrogatory responses and document request responses |

LibA/1720906_1.xls

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|------------|-----------|-------------|
| 3/20/2005 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Emails with Mr. Schumacher regarding Touhy regulations. |
| 3/21/2005 | Schumacher, David | 240.00 | 5.10 | 1,224.00 | Draft responses to discovery requests. |
| 3/22/2005 | Schumacher, David | 240.00 | 3.20 | 768.00 | Draft document responses; communications with Mrs. Porter regarding same |
| 3/22/2005 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Telephone conference with Mr. Giedt re: Touhy; email to and from Mr. Schumacher re: same. |
| 3/23/2005 | Schumacher, David | 240.00 | 1.80 | 432.00 | Prepare and file discovery responses. |
| 3/23/2005 | Sweet, James | 240.00 | 1.50 | 360.00 | Research grand jury secrecy and law enforcement privilege; draft memorandum regarding same in anticipation of questions and litigation about Mrs. Porter's communications with the FBI at and after Porter deposition. |
| 3/25/2005 | Schumacher, David | 240.00 | 1.20 | 288.00 | Draft supplemental Interrogatory responses; draft deposition notices; conference with Mr. Savage. |
| 3/29/2005 | Savage, Joseph | 380.00 | 0.10 | 38.00 | Telephone conference with Mr. Kiley regarding Ms. Mastrorilli. |
| 3/31/2005 | Schumacher, David | 240.00 | 0.30 | 72.00 | Telephone conference with client; telephone conference with Sheriff Rouse re: policy at HOC. |
| 4/4/2005 | Schumacher, David | 240.00 | 0.20 | 48.00 | Draft deposition notices; conference with Mr. Savage. |
| 4/7/2005 | Savage, Joseph | 380.00 | 0.10 | 38.00 | Email Mr. Schumacher; telephone conference with McNeil re: Touhy request. |
| 4/8/2005 | Schumacher, David | 240.00 | 0.30 | 72.00 | Telephone conference with opposing counsel regarding depositions and discovery. |
| 4/15/2005 | Schumacher, David | 240.00 | 0.20 | 48.00 | Conference with Mr. Savage regarding strategy; communications with opposing counsel regarding discovery. |

LibA/1720906_1.xls

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|-----------|-----------|-------------|
| 4/15/2005 | Savage, Joseph | 380.00 | 0.10 | 38.00 | Telephone conference with Mr. McNeil re: *Touhy* and USAO opposition; review FBI opposition. |
| 4/21/2005 | Schumacher, David | 240.00 | 2.00 | 480.00 | Review motion for stay by Cabral, research for Opposition to stay for Fifth Amendment reasons. |
| 4/22/2005 | Schumacher, David | 240.00 | 2.40 | 576.00 | Research for opposition to motion for stay based on 5th Amendment. |
| 4/22/2005 | Savage, Joseph | 380.00 | 0.30 | 114.00 | Emails with Mr. Schumacher; review motion for stay. |
| 4/24/2005 | Schumacher, David | 240.00 | 6.60 | 1,584.00 | Draft Opposition to motion for stay. |
| 4/25/2005 | Schumacher, David | 240.00 | 5.30 | 1,272.00 | Draft and file Opposition to motion for stay; prepare same. |
| 4/26/2005 | Schumacher, David | 240.00 | 3.20 | 768.00 | Prepare for hearing on motion to stay. |
| 4/27/2005 | Savage, Joseph | 380.00 | 2.20 | 836.00 | Attend hearing on motion to stay; prepare for same; emails regarding deposition schedule; deposition preparation. |
| 5/1/2005 | Savage, Joseph | 380.00 | 0.30 | 114.00 | Review section 1983 memorandum. |
| 5/3/2005 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Review *Touhy* letter; email Mr. Schumacher. |
| 5/4/2005 | Schumacher, David | 240.00 | 10.30 | 2,472.00 | Prepare for Cabral deposition; deposition scheduling. |
| 5/4/2005 | Savage, Joseph | 380.00 | 0.40 | 152.00 | Telephone conference with Mr. McNeil; telephone conference with Mr. Schumacher; deposition preparation; review document produced; prepare and discuss *Touhy* request. |
| 5/5/2005 | Schumacher, David | 240.00 | 9.60 | 2,304.00 | Prepare for Cabral deposition; conference with Ms. Jurdak; memo to file re: same; conference with client. |
| 5/5/2005 | Savage, Joseph | 380.00 | 2.90 | 1,102.00 | Prepare for Cabral deposition; review document production; telephone conference with Mr. Schumacher. |

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|-----------|-----------|-------------|
| 5/6/2005 | Savage, Joseph | 380.00 | 7.00 | 2,660.00 | Deposition of Ms. Cabral; prepare for same. |
| 5/9/2005 | Schumacher, David | 240.00 | 7.80 | 1,872.00 | Prepare for Keeley deposition; research re: medical records; schedule depositions. |
| 5/10/2005 | Schumacher, David | 240.00 | 8.10 | 1,944.00 | Conference with Ms. Mastrorilli; review documents and testimony to prepare for Keeley deposition. |
| 5/10/2005 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Telephone conference with Mr. Schumacher; telephone conference with Mr. Giedt re: *Touhy* . |
| 5/11/2005 | Schumacher, David | 240.00 | 10.60 | 2,544.00 | Conduct deposition of Ms. Keeley; prepare for same; communications with client and Mr. Savage regarding same. |
| 5/12/2005 | Schumacher, David | 240.00 | 3.60 | 864.00 | Prepare for Horgan deposition; schedule depositions; draft discovery deficiency letters. |
| 5/13/2005 | Schumacher, David | 240.00 | 7.10 | 1,704.00 | Conduct deposition of Gerard Horgan; prepare for same. |
| 5/16/2005 | Schumacher, David | 240.00 | 4.00 | 960.00 | Prepare for Porter deposition; review testimony and exhibits from previous depositions; research re: informant privilege. |
| 5/16/2005 | Savage, Joseph | 380.00 | 0.30 | 114.00 | Telephone conference with Mr. Schumacher; prepare for conference with Ms. Porter; review recently-decided Saugus s. 1983 case. |
| 5/17/2005 | Savage, Joseph | 380.00 | 2.40 | 912.00 | Conference with Mrs. Porter to prepare for deposition. |
| 5/17/2005 | Sweet, James | 240.00 | 0.60 | 144.00 | Research informant's privilege |
| 5/18/2005 | Schumacher, David | 240.00 | 0.60 | 144.00 | Prepare exhibit chart. |

8

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|---|---|---|---|---|---|
| 5/18/2005 | Savage, Joseph | 380.00 | 7.60 | 2,888.00 | Defend Porter deposition and prepare for same; telephone conference with Mr. Sinnott re: additional witnesses for § 1983 violations; telephone conference with Mr. Giedt re: *Touhy* opposition; conference with Mr. Schumacher re: same. |
| 5/19/2005 | Schumacher, David | 240.00 | 2.40 | 576.00 | Prepare exhibit chart for outline of proof; communications with Mr. Giedt regarding Touhy request; review recent memoranda on informer's privilege and § 1983. |
| 5/19/2005 | Savage, Joseph | 380.00 | 2.10 | 798.00 | Conference with Mr. Dolan et al.; review Baron decision; telephone conference with Mr. Schumacher; conference with Mr. Schumacher; telephone conference with Mr. Kiley re: Mastrorilli; telephone conference with Mr. Gormley re: Paul Davis' pending § 1983 suit; review Cabral deposition; prepare continued Cabral deposition. |
| 5/20/2005 | Schumacher, David | 240.00 | 4.10 | 984.00 | Review testimony and documents to prepare for Viktor Theiss deposition. |
| 5/20/2005 | Savage, Joseph | 380.00 | 1.20 | 456.00 | Mr. Schumacher emails regarding Touhy letter and case analysis; review Cabral deposition; prepare Cabral deposition II. |
| 5/21/2005 | Savage, Joseph | 380.00 | 0.90 | 342.00 | Review Cabral deposition; telephone conference with Mr. Schumacher re: additional Cabral information. |
| 5/22/2005 | Savage, Joseph | 380.00 | 0.40 | 152.00 | Review additional discovery provided by Cabral; deposition preparation. |
| 5/23/2005 | Schumacher, David | 240.00 | 3.30 | 792.00 | Prepare for Theiss deposition. |
| 5/23/2005 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Prepare for Ms. Porter's deposition. |

Lib/A/1720906_1.xls

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|------------|-----------|-------------|
| 5/24/2005 | Schumacher, David | 240.00 | 7.80 | 1,872.00 | Depose Viktor Theiss; prepare for same; communications with United States Attorney Office regarding Touhy request. |
| 5/24/2005 | Savage, Joseph | 380.00 | 0.50 | 48.00 | Prepare for Cabral deposition. |
| 5/25/2005 | Schumacher, David | 240.00 | 6.90 | 1,656.00 | Draft correspondence to opposing counsel and USAO; schedule depositions; telephone conference with client, opposing counsel and United States Attorney's Office; research; review Porter transcript |
| 5/26/2005 | Schumacher, David | 240.00 | 0.20 | 48.00 | Attend Ms. Porter's deposition; prepare for same |
| 5/26/2005 | Savage, Joseph | 380.00 | 6.30 | 2,394.00 | Prepare for and attend Ms. Porter's deposition; strategy meeting and emails w/Ms. Porter. |
| 5/30/2005 | Savage, Joseph | 380.00 | 1.10 | 418.00 | Review documents produced by Sheriff's Department |
| 5/31/2005 | Bapooji, Anita | 240.00 | 2.00 | 480.00 | Draft supplement to automatic disclosures; conference call with opposition counsel |
| 6/1/2005 | Schumacher, David | 240.00 | 0.20 | 48.00 | Draft deposition notices. |
| 6/1/2005 | Savage, Joseph | 380.00 | 0.40 | 152.00 | Review depositions; prepare depositions of Dacey, et al. |
| 6/1/2005 | Bapooji, Anita | 240.00 | 0.40 | 96.00 | Draft Supplemental R.26 Disclosure; email from client with names of witnesses |
| 6/2/2005 | Bapooji, Anita | 240.00 | 1.30 | 312.00 | Telephone calls with Ms. Caulo regarding depositions; voicemails to potential witnesses; draft letter with production of documents; emails with client regarding witnesses. |

10

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|------------|-----------|-------------|
| 6/3/2005 | Bapooji, Anita | 240.00 | 1.10 | 264.00 | Telephone call with client; telephone call with USAO regarding affidavit; conferences with opposing counsel regarding discovery. |
| 6/6/2005 | Bapooji, Anita | 240.00 | 0.40 | 96.00 | Emails with Mrs. Porter regarding discovery |
| 6/8/2005 | Bapooji, Anita | 240.00 | 2.30 | 552.00 | Telephone calls with Mr. Giedt regarding FBI affidavit; telephone call with Suffolk District Attorney's office and Boston TV Station regarding subpoenas; drafting subpoenas; drafting document requests; voicemail and telephone call with Ms. Porter regarding medical records; drafting notices for subpoenas. |
| 6/9/2005 | Savage, Joseph | 380.00 | 0.10 | 38.00 | Review letter from Ms. Caulo. |
| 6/9/2005 | Bapooji, Anita | 240.00 | 3.20 | 768.00 | Telephone call with Mr. Giedt regarding FBI affidavit; telephone call with Ms. Caulo regarding discovery issues; telephone call with moderator for Cabral/Murphy debate; telephone call with Mr. Katz regarding FBI affidavit; read and circulate FBI affidavit; telephone call with Mr. DeMeo; emails with client regarding discovery issues; working on discovery issues |
| 6/10/2005 | Bapooji, Anita | 240.00 | 2.90 | 696.00 | Finalize document requests to Defendant Ms. Cabral and Suffolk; draft cover letter for same; conference with Mr. Savage regarding discovery issues and strategy; telephone call and voicemail with Ms. Caulo regarding motion to quash; email to Mr. Savage regarding same; email to Ms. Porter regarding Mr. DiMeo's deposition |

11

LibA\1720906_1.xls

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|------------|-----------|-------------|
| 6/13/2005 | Bapooji, Anita | 240.00 | 0.70 | 168.00 | Voicemail to Ms. Caulo regarding discovery issues; conference with Ms. Caulo regarding discovery issues; work on discovery issues. |
| 6/14/2005 | Savage, Joseph | 380.00 | 1.20 | 456.00 | Review Theiss records; review DOJ depositions; telephone conferences with Mr. Katz, Ms. Bapooji and Mr. Schumacher re: *Touhy* and FBI affidavit. |
| 6/15/2005 | Savage, Joseph | 380.00 | 0.50 | 190.00 | Preparation for Dacey deposition. |
| 6/15/2006 | Bapooji, Anita | 240.00 | 0.80 | 192.00 | Voicemail to Ms. Caulo; draft letter to Ms. Caulo regarding confidential designation;telephone call and email with Ms. Porter regarding depositions and records. |
| 6/16/2005 | Savage, Joseph | 380.00 | 4.90 | 1,862.00 | Take Dacey deposition; conference with Ms. Porter. |
| 6/16/2005 | Bapooji, Anita | 240.00 | 2.10 | 504.00 | Conferences with Ms. Porter regarding discovery issues; review tape of Ms. Cabral/Mr. Murphy debate; emails with Mr. Savage regarding discovery issues; work on discovery issues. |
| 6/17/2005 | Schumacher, David | 240.00 | 4.10 | 984.00 | Review motion to quash; review transcripts and documents to prepare for Jurdak and Tompkins depositions. |
| 6/17/2005 | Bapooji, Anita | 240.00 | 0.20 | 48.00 | Conferences with Mr. Savage, Mr. Schumacher and Mr. Sweet regarding motion to quash and discovery; review federal rules and calculate due dates for discovery items and motions. |

12

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|---|---|---|---|---|---|
| 6/20/2005 | Bapooji, Anita | 240.00 | 0.80 | 192.00 | Telephone calls with Mr. DiMeo; voicemail to Mr. DiMeo's attorney; email and telephone call with Ms. Caulo regarding deposition scheduling; telephone call with Ms. Porter regarding discovery and summary judgment issues |
| 6/21/2005 | Bapooji, Anita | 240.00 | 0.80 | 192.00 | Telephone call with Mr. DiMeo's attorney; revise DiMeo deposition outline; work on discovery matters; revise task list; read Ms. Porter's medical records and emails regarding same. |
| 6/22/2005 | Savage, Joseph | 380.00 | 1.50 | 570.00 | Review letter from Ms. Caulo; conference with Ms. Bapooji; telephone conference with Mr. McNeil re:*Touhy*; deposition preparation. |
| 6/22/2005 | Bapooji, Anita | 240.00 | 5.20 | 1,248.00 | Prepare and take deposition of Mr. DiMeo; conferences with Ms. Porter on discovery and strategy issues; conferences with Ms. Caulo on discovery issues; read correspondence from Ms. Caulo regarding Ms. Powers and advice of counsel issues; work on discovery issues and emails with Mr. Savage regarding same. |

LibA\1720906_1.xls

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|-----------|-----------|-------------|
| 6/23/2005 | Bapooji, Anita | 240.00 | 4.50 | 1,080.00 | Draft letter to Ms. Caulo regarding document requests; telephone call with Ms. Caulo regarding discovery issues; telephone calls with Mr. Giedt regarding Sullivan subpoena and Touhy request; prepare and draft Sullivan subpoena and Touhy request; emails with Mr. Schumacher and Mr. Savage regarding discovery issues; conference with Mr. Savage and emails with Mr. Schumacher regarding Ms. Powers and advice-of-counsel issue. |
| 6/24/2005 | Savage, Joseph | 380.00 | 5.90 | 2,242.00 | Deposition of Cabral; review subpoena to Department of Justice; review damages chart. |
| 6/24/2005 | Bapooji, Anita | 240.00 | 0.20 | 48.00 | Conference with Ms. Porter regarding documents and Mr. DiMeo. |
| 6/25/2005 | Savage, Joseph | 380.00 | 0.50 | 190.00 | Prepare for Mastroilli deposition. |
| 6/26/2005 | Savage, Joseph | 380.00 | 2.30 | 874.00 | Prepare for Mastroilli deposition. |
| 6/27/2005 | Savage, Joseph | 380.00 | 4.10 | 1,558.00 | Mastroilli deposition and prepare for same. |
| 6/27/2005 | Bapooji, Anita | 240.00 | 2.10 | 504.00 | Revise and send letters to Ms. Caulo regarding videotapes; arrange for production of Ms. Porter's medical records and conferences with Ms. Boivin regarding same; telephone calls with Ms. Porter and emails with Mr. Savage regarding medical testimony; revise second set of document requests; emails with Mr. Savage regarding same. |
| 6/28/2005 | Schumacher, David | 240.00 | 7.90 | 1,896.00 | Take Steve Tompkins deposition; prepare for same; prepare 2nd set of discovery requests |

14

LibA/1720906_1.xls

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|------------|-----------|-------------|
| 6/28/2005 | Bapooji, Anita | 240.00 | 0.40 | 96.00 | Emails with Mr. Savage and Mr. Schumacher regarding meeting and Dr. Clemente regarding Ms. Porter damages/health; voicemail to Dr. Clemente and telephone calls with his office; voicemail and telephone calls with Ms. Porter regarding Dr. Clemente. |
| 6/29/2005 | Schumacher, David | 240.00 | 0.60 | 144.00 | Draft discovery requests; communications with opposing counsel. |
| 6/29/2005 | Bapooji, Anita | 240.00 | 3.10 | 744.00 | Telephone calls with Ms. Porter regarding discovery issues; revise document requests and emails with Mr. Schumacher regarding same; email and telephone call with Mr. Schumacher regarding supplemental initial disclosures; read fax from Ms. Porter; read correspondence from Ms. Caulo regarding document requests; draft letter to Ms. Caulo with second set of document requests; telephone call with Mr. Schumacher regarding requests for admissions; telephone call with Ms. Porter regarding discovery issues; review supplemental initial disclosures and email to Mr. Schumacher regarding same; work on discovery matters. |
| 6/30/2005 | Bapooji, Anita | 240.00 | 0.80 | 192.00 | Telephone calls with Ms. Porter regarding discovery items; telephone call with Ms. Porter regarding Dr. Clemente and emails with Mr. Savage and Mr. Schumacher regarding same; draft letter to Ms. Caulo |

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|------------|-----------|-------------|
| 7/1/2005 | Schumacher, David | 240.00 | 1.60 | 384.00 | Review Baron, Feliz and other materials from Jim Brady related to policy of retaliation/analyze and discuss Cabral approach w/Mr. Savage |
| 7/1/2005 | Savage, Joseph | 380.00 | 0.30 | 114.00 | Emails with Mr. Schumacher regarding discovery; telephone conference with Mr. Giedt; telephone conference with Mr. Schumacher. |
| 7/5/2005 | Bapooji, Anita | 240.00 | 4.00 | 960.00 | Emails with Mr. Savage and Mr. Schumacher regarding Mr. Rosario's injuries and discovery responses from U.S. Attorney's office; draft report for Dr. Clemente and research for same; email draft report to Mr. Savage, Mr. Schumacher and Ms. Porter; voicemail to Ms. Porter regarding same; read court order on motion to file under seal; emails with Mr. Schumacher regarding Dr. Clemente report |
| 7/7/2005 | Savage, Joseph | 380.00 | 0.30 | 114.00 | Emails with Mr. Schumacher; telephone conference with Mr. Katz (FBI). |
| 7/7/2005 | Bapooji, Anita | 240.00 | 0.20 | 48.00 | Telephone call with Mr. Giedt regarding discovery requests. |
| 7/12/2005 | Bapooji, Anita | 240.00 | 0.10 | 24.00 | Telephone call with Ms. Porter regarding status update. |
| 7/14/2005 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Telephone conference with AUSA B. Kelly regarding *Touhy* request. |
| 7/18/2005 | Schumacher, David | 240.00 | 0.50 | 120.00 | Review Sheriff Department's motion to compel; review protective order. |
| 7/21/2005 | Bapooji, Anita | 240.00 | 0.10 | 24.00 | Telephone call with Ms. Porter re: damages; email to Mr. Schumacher and Mr. Savage regarding same |
| 7/25/2005 | Schumacher, David | 240.00 | 0.20 | 48.00 | Communications with USAO re: *Touhy*. |

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|------------|-----------|-------------|
| 7/27/2005 | Schumacher, David | 240.00 | 1.30 | 312.00 | Communications with Mr. Giedt; review *Touhy* letter response; review Jurdak deposition. |
| 7/28/2005 | Savage, Joseph | 380.00 | 0.10 | 38.00 | Telephone conference with Mr. Schumacher regarding subsequent remedial measures/S220 application. |
| 8/1/2005 | Schumacher, David | 240.00 | 0.20 | 48.00 | Communications with Ms. Caulo re:motion to compel and other outstanding discovery issues. |
| 8/1/2005 | Bapooji, Anita | 240.00 | 0.10 | 24.00 | Telephone call with Ms. Porter regarding update re: informer's privilege and damages |
| 8/3/2005 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Review letter from the F.B.I.; telephone conference with Mr. Schumacher. |
| 8/9/2005 | Schumacher, David | 240.00 | 5.60 | 1,344.00 | Review depositions; review Suffolk County Sheriff's Department motion to compel; communications with Mr. Giedt; communications with Mr. Savage regarding motion to compel. |
| 8/11/2005 | Schumacher, David | 240.00 | 3.60 | 864.00 | Research and draft motion to compel discovery from FBI/USAO; telephone conference with Mr. Giedt. |
| 8/20/2005 | Savage, Joseph | 380.00 | 0.10 | 38.00 | Review Responses to Request for Admissions. |
| 8/22/2005 | Schumacher, David | 240.00 | 3.00 | 720.00 | Draft letter to Ms. Caulo; review discovery responses; telephone conference with Ms. Caulo re: discovery issues. |
| 8/26/2005 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Review letters to Ms. Caulo; telephone conference with Mr. Schumacher; emails with Mr. Schumacher regarding Cabral cross examination. |
| 8/28/2005 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Review motion to compel response by the Department of Justice. |

17

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|-----------|-----------|-------------|
| 8/29/2005 | Schumacher, David | 240.00 | 5.90 | 1,416.00 | Review FBI's response to motion to compel and document production; review correspondence from Ms. Caulo; communications with Mr. Savage and Ms. Porter. |
| 8/29/2005 | Savage, Joseph | 380.00 | 0.10 | 38.00 | Emails with Mr. Schumacher; review discovery produced by FBI. |
| 9/13/2005 | Schumacher, David | 240.00 | 3.10 | 744.00 | Draft and file motion to compel discovery from SCSD. |
| 9/14/2005 | Savage, Joseph | 380.00 | 0.10 | 38.00 | Conference with Mr. McNeil; emails and telephone conference with Mr. Schumacher regarding motion. |
| 9/21/2005 | Schumacher, David | 240.00 | 0.80 | 192.00 | Communications with Mr. Savage, Mr. Giedt, opposing counsel and client regarding motion hearing. |
| 9/26/2005 | Savage, Joseph | 380.00 | 1.00 | 380.00 | Conference with Mr. Schumacher; prepare for motion hearing; telephone conference with Mr. Giedt. |
| 9/27/2005 | Savage, Joseph | 380.00 | 3.30 | 1,254.00 | Prepare for motion hearing; telephone conference with Mr. Schumacher. |
| 9/28/2005 | Savage, Joseph | 380.00 | 3.40 | 1,292.00 | Prepare for and attend motion to compel hearing. |
| 9/29/2005 | Schumacher, David | 240.00 | 3.90 | 936.00 | Communications with opposing counsel and government regarding motions to compel; draft APA action; communications with client. |
| 9/29/2005 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Emails and telephone conference with Mr. Schumacher; review documents; telephone conference with Mr. Giedt. |
| 9/29/2005 | Sweet, James | 240.00 | 0.90 | 216.00 | Draft APA action. |
| 10/3/2005 | Savage, Joseph | 380.00 | 0.40 | 152.00 | Telephone conference with Mr. Giedt; review discovery material. |
| 10/3/2005 | Sweet, James | 240.00 | 2.60 | 624.00 | Draft APA action. |

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|---|---|---|---|---|---|
| 10/4/2005 | Savage, Joseph | 380.00 | 0.10 | 38.00 | Telephone conference with Ms. Caulo; emails with Ms. Porter regarding SCSD motion to compel (informant info). |
| 10/7/2005 | Savage, Joseph | 380.00 | 0.40 | 152.00 | Review U.S. Attorney's Office letter; emails with Ms. Porter regarding same; review date requests; emails with Ms. Porter; emails with Mr. Schumacher. |
| 10/11/2005 | Schumacher, David | 240.00 | 3.20 | 768.00 | Communications with Mr. Savage, Mr. Giedt, opposing counsel; review S-220 violations chart. |
| 10/12/2005 | Schumacher, David | 240.00 | 1.20 | 288.00 | Communications with Mr. Savage and Ms. Caulo regarding motion to compel. |
| 10/14/2005 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Review motion to compel; emails with Mr. Schumacher regarding discovery. |
| 10/15/2005 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Review grand jury disclosure memorandum. |
| 10/17/2005 | Savage, Joseph | 380.00 | 0.30 | 114.00 | Emails with Mr. Schumacher regarding 6(e) motion; conference with Mr. Schumacher regarding motion to compel. |
| 10/18/2005 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Telephone conference with Ms. Caulo; review summary judgment motion. |
| 11/2/2005 | Schumacher, David | 240.00 | 8.10 | 1,944.00 | Prepare summary judgment oppositions; review depositions; communications with witnesses. |
| 11/2/2005 | Sweet, James | 240.00 | 1.10 | 264.00 | Draft Section 1983 section of summary judgment opposition. |
| 114/2005 | Savage, Joseph | 380.00 | 0.10 | 38.00 | Review summary judgment issues. |
| 11/8/2005 | Schumacher, David | 240.00 | 3.80 | 912.00 | Draft Statement of Disputed Facts for SCSD summary judgment. Opposition |
| 11/15/2005 | Savage, Joseph | 380.00 | 0.70 | 266.00 | Conference with Mr. Schumacher re: summary judgment; telephone conference with Ms. Caulo; prepare for hearing. |

19

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|-----------|-----------|-------------|
| 11/16/2005 | Schumacher, David | 240.00 | 7.40 | 1,776.00 | Draft Opposition to motion to compel; research and draft petition for grand jury materials. |
| 11/16/2005 | Savage, Joseph | 380.00 | 0.40 | 152.00 | Emails with Mr. Schumacher regarding motions to compel; review motion response by Department of Justice. |
| 11/17/2005 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Conference with Mr. Giedt; emails with Mr. Schumacher. |
| 11/18/2005 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Review 6(e) motion; prepare for hearing |
| 11/21/2005 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Telephone conference with Mr. Schumacher, Mr. Giedt and Mr. McNeil. |
| 11/22/2005 | Savage, Joseph | 380.00 | 3.00 | 1,140.00 | Prepare for and attend motion hearing; telephone conference with Mr. McNeil. |
| 11/28/2005 | Savage, Joseph | 380.00 | 0.30 | 114.00 | Conference and telephone conference with Mr. Schumacher regarding motions by the U.S. Attorney's office; review Reply Brief by Suffolk County Sheriff's Department. |
| 11/30/2005 | Savage, Joseph | 380.00 | 0.40 | 152.00 | Emails regarding Summary Judgment; prepare for Summary Judgment hearing |
| 12/3/2005 | Savage, Joseph | 380.00 | 0.30 | 114.00 | Prepare for summary judgment argument. |
| 12/4/2005 | Savage, Joseph | 380.00 | 0.50 | 190.00 | Summary Judgment hearing preparation. |
| 12/5/2005 | Savage, Joseph | 380.00 | 2.20 | 836.00 | Conference with Mr. Schumacher; review *Touhy* response; prepare for summary judgment hearing; emails with Mr. Schumacher regarding same; telephone conference with Mr. McNeil. |
| 12/6/2005 | Savage, Joseph | 380.00 | 0.40 | 152.00 | Review *Touhy* responses; emails with Mr. Schumacher regarding same; prepare for hearing. |

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|---|---|---|---|---|---|
| 12/7/2005 | Savage, Joseph | 380.00 | 0.30 | 114.00 | Telephone conference with Mr. McNeil; emails with Mr. Schumacher regarding Keeley; emails regarding Keeley testimony; prepare summary judgment argument. |
| 12/8/2005 | Savage, Joseph | 380.00 | 0.40 | 152.00 | Review motion to strike; review response to motion to strike. |
| 12/12/2005 | Savage, Joseph | 380.00 | 2.10 | 798.00 | Prepare for summary judgment argument; conference with Mr. Schumacher regarding same. |
| 12/13/2005 | Sweet, James | 240.00 | 1.80 | 432.00 | Prepare research memoranda and talking points for Mr. Savage for summary judgment hearing; attn to Opposition to Motion to Strike |
| 12/14/2005 | Savage, Joseph | 380.00 | 2.10 | 798.00 | Prepare for summary judgment hearing; emails regarding same; review *Touhy* and grand jury materials for same. |
| 12/15/2005 | Schumacher, David | 240.00 | 3.90 | 936.00 | Attend summary judgment hearing, prepare for same. |
| 12/15/2005 | Savage, Joseph | 380.00 | 4.10 | 1,558.00 | Prepare for summary judgment; hearing on summary judgment; review Boston Phoenix article regarding SCSD and Porter. |
| 12/16/2005 | Savage, Joseph | 380.00 | 3.60 | 1,368.00 | Trial preparation: formulate witness list, review jury instructions; telephone conference with Mr. Schumacher; telephone conference with Ms. Caulo; conference with Mr. Schumacher; telephone conference with Mr. MacNeil; telephone conference with Mr. Giedt. |
| 12/17/2005 | Savage, Joseph | 380.00 | 1.90 | 722.00 | Trial preparation: draft opening; review witness list, identify exhibits; emails with Mr. Schumacher regarding same; emails with Ms. Porter. |

LibA/1720906_1.xls

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|-----------|-----------|-------------|
| 12/18/2005 | Savage, Joseph | 380.00 | 1.00 | 380.00 | Trial preparation; deposition review; emails with Mr. Schumacher regarding same; emails regarding Touhy; draft opening/closing; adjust witness order; select exhibits. |
| 12/19/2005 | Schumacher, David | 240.00 | 8.80 | 2,112.00 | Communications with clerk and opposing counsel regarding scheduling; begin drafting joint pre-trial memorandum; contact witnesses; review documents to pick exhibits. |
| 12/19/2005 | Savage, Joseph | 380.00 | 1.10 | 418.00 | Telephone conference and emails with Mr. Schumacher; trial preparation; review draft pretrial order. |
| 12/19/2005 | Sweet, James | 240.00 | 0.90 | 216.00 | Research punitive damages |
| 12/20/2005 | Schumacher, David | 240.00 | 7.80 | 1,872.00 | Trial preparation; create task list; review pretrial memoranda in other cases, review local rule on pretrial memorandum, draft pretrial memorandum, select exhibits, contact witnesses, review research and pleadings. |
| 12/20/2005 | Savage, Joseph | 380.00 | 6.00 | 2,280.00 | Trial preparation: deposition and document review; conference with Mr. Schumacher et al, consider stipulations; winnow exhibits; review pretrial memorandum draft. |
| 12/20/2005 | Sweet, James | 240.00 | 2.10 | 504.00 | Research municipal liability for deliberate indifference and for policy decision; draft memorandum regarding same. |
| 12/21/2005 | Schumacher, David | 240.00 | 9.70 | 2,328.00 | Trial preparation: draft pretrial memoranda, draft undisputed facts, choose exhibits, contact witnesses. |
| 12/21/2005 | Sweet, James | 240.00 | 5.60 | 1,344.00 | Draft statement of law; draft jury charge; discuss county liability with Mr. Savage. |

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|------------|-----------|-------------|
| 12/29/2005 | Schumacher, David | 240.00 | 13.10 | 3,144.00 | Trial preparation: draft motions in limine, final draft of pretrial memorandum; communications with witnesses, draft and serve subpoenas, conference with opposing counsel. |
| 12/29/2005 | Savage, Joseph | 380.00 | 10.70 | 4,066.00 | Trial preparation; conference with Porter family witnesses; conference with Caulo; review trial memorandum; voir dire; jury instructions. |
| 12/29/2005 | Sweet, James | 240.00 | 8.30 | 1,992.00 | Draft jury charge; draft voir dire; draft Motion in Limine (collateral estoppel); draft Motion in Limine (advice of counsel); discuss case with Ms. Caulo; research official v. individual capacity. |
| 12/29/2005 | Boivin, Andrea | 110.00 | 5.00 | 550.00 | Review Pre-Trial Order and Pre-Trial Memorandum; t/cs with Mr. Schumacher re same; review Proposed Witness and Exhibit List from opposing counsel; set up Witness Files; gather and copy all proposed exhibits; review pleadings for Mrs. Porter's interrogatory responses, copy and add to file. |
| 12/29/2005 | Boivin, Andrea | 110.00 | 4.50 | 495.00 | Add Evidentiary Memos to file, create Motions in Limine File, create Trial Exhibit List from all exhibits listed in Pre-Trial Memo, set up copies of Agreed To and Objected To Exhibits in files |
| 12/30/2005 | Schumacher, David | 240.00 | 8.80 | 2,112.00 | Trial preparation: draft and file pretrial memorandum, motions in limine, requests for jury instructions, communications with witnesses. |
| 12/30/2005 | Savage, Joseph | 380.00 | 9.90 | 3,762.00 | Preparation for trial: review depositions and documents; witness outlines. |
| 12/30/2005 | Sweet, James | 240.00 | 4.10 | 984.00 | Draft jury charge; draft verdict sheet; draft Opposition to Motion to Bifurcate. |

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|-----------|-----------|-------------|
| 12/31/2005 | Savage, Joseph | 380.00 | 7.60 | 2,888.00 | Trial preparation: review depositions and documents; witness outlines; identify cross-examination topics; prepare for potential defense witnesses; assemble cross-examination for each |
| 1/1/2006 | Schumacher, David | 240.00 | 6.80 | 1,632.00 | Trial preparation: review defendants' motions in limine, draft responses. |
| 1/1/2006 | Savage, Joseph | 380.00 | 8.40 | 3,192.00 | Trial preparation; witness outlines (direct and cross); continue preparation for opening and closing; revise order of witnesses; eliminate witnesses, prepare stipulations. |
| 1/2/2006 | Schumacher, David | 240.00 | 12.60 | 3,024.00 | Trial preparation: draft responses to motions in limine; draft witness outlines; update pretrial memo. |
| 1/2/2006 | Savage, Joseph | 380.00 | 11.30 | 4,294.00 | Trial preparation: witness preparation; strategy review re: witness order; review Cabral deposition; review Keeley witness outline; narrow exhibit list. |
| 1/2/2006 | Sweet, James | 240.00 | 1.60 | 384.00 | Review defendants' proposed jury instructions; review defendants' proposed voir dire. |
| 1/2/2006 | Boivin, Andrea | 110.00 | 6.50 | 715.00 | Meet with Litigation Technology Dept. re electronic issues |
| | | | | | Review document productions in Summation; mark each exhibit as Agreed To or Objected To; create index of all Porter reports |
| | | | | | Make copy set of all proposed exhibits for Mr. Savage's review |
| 1/3/2006 | Schumacher, David | 240.00 | 11.30 | 2,712.00 | Trial preparation: prepare witness outlines, attention to motions in limine; attend pretrial conference; conference with Ms. Mastrorilli. |

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|------------|-----------|-------------|
| 1/3/2006 | Savage, Joseph | 380.00 | 6.70 | 2,546.00 | Prepare for and attend pretrial conference; trial preparation: draft letter to Mr. Giedt; conference with Ms. Mastrorilli; conference with Ms. Porter |
| 1/3/2006 | Sweet, James | 240.00 | 1.30 | 312.00 | Draft Opposition to Jury Charge. |
| 1/4/2006 | Schumacher, David | 240.00 | 9.10 | 2,184.00 | Trial preparation: draft witness outlines, communications with witnesses, review exhibits, update pretrial memorandum. |
| 1/4/2006 | Boivin, Andrea | 110.00 | 5.50 | 605.00 | Per Pre-Trial Conference rulings, make further edits to Proposed Trial Exhibit List and adjust exhibits accordingly; issue code the document productions in Summation; create word index of Suffolk County's document production; prepare copies of Objected To exhibits; adjust exhibit binders with latest version of list for hearing; have documents recently produced by Suffolk County uploaded to Summation |
| 1/4/2006 | Savage, Joseph | 380.00 | 7.90 | 3,002.00 | Trial preparation: finalize opening; review and edit demonstrative exhibits; continue witness outlines |
| 1/4/2006 | Sweet, James | 240.00 | 1.10 | 264.00 | Draft Opposition to Jury Charge; draft Amended Opposition to Jury Charge; draft Motion to Reopen Theiss deposition. |
| 1/5/2006 | Schumacher, David | 240.00 | 14.90 | 3,576.00 | Attend final pretrial conference; trial preparation:review additional motions in limine, communications with witnesse, update witness outlines, review exhibits; prepare for Leone and Theiss depositions |

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|---|---|---|---|---|---|
| 1/5/2006 | Savage, Joseph | 380.00 | 9.10 | 3,458.00 | Attend final pretrial conference; Trial preparation: prepare for Leone/Theiss depositions; prepare opening; review exhibits |
| 1/5/2006 | Sweet, James | 240.00 | 0.40 | 96.00 | Draft Motion in Limine (Horgan) |
| 1/6/2006 | Schumacher, David | 240.00 | 11.80 | 2,832.00 | Gather documents for and attend Leone and Theiss depositions; compare Theiss testimony with previous testimony; prepare witness outlines |
| 1/6/2006 | Savage, Joseph | 380.00 | 10.50 | 3,990.00 | Take Leone and Theiss depositions; prepare for same; trial preparation: refine opening, review exhibits and witness list |
| 1/6/2006 | Sweet, James | 240.00 | 1.70 | 408.00 | Review and prepare exhibits; file Opposition to Jury Charge. |
| 1/7/2006 | Boivin, Andrea | 110.00 | 7.00 | 770.00 | Sticker trial exhibits; meet with Litigation Technology Dept. to have all exhibits scanned into Trial Director; emails to Mr. Berriman re same; have all documents in Summation database migrated to Trial Director |
| 1/7/2006 | Schumacher, David | 240.00 | 7.70 | 1,848.00 | Trial preparation: prepare for Leone and Theiss trial testimony; prepare other witness outlines; communications with witnesses. |
| 1/7/2006 | Savage, Joseph | 380.00 | 12.70 | 4,826.00 | Trial preparation: finalize witness selection; refine opening; outline presentation and exhibits. |
| 1/8/2006 | Schumacher, David | 240.00 | 9.20 | 2,208.00 | Trial preparation: finalize witness outlines; finalize exhibits; review new SCSD motions in limine; draft motion in limine (Snyder). |
| 1/8/2006 | Savage, Joseph | 380.00 | 11.70 | 4,446.00 | Trial preparation: finalize opening; outline presentation and exhibits. |

LibA/1720906_1.xls

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|-----------|-----------|-------------|
| 1/8/2006 | Boivin, Andrea | 110.00 | 7.50 | 825.00 | Create copies of Juror Trial Notebooks; re-mark exhibits based on latest changes to Trial Exhibit List; have all exhibits rescanned into Trial Director; prepare copies of exhibits for witnesses direct examinations; meet with Litigation Tech. Dept. to test laptops |
| 1/9/2006 | Schumacher, David | 240.00 | 13.50 | 3,240.00 | Review and organize all materials for trial Trial day 1: prepare for hearing re: contested exhibits; prepare for voir dire of Mr. Prince; finalize witness outlines |
| 1/9/2006 | Savage, Joseph | 380.00 | 11.80 | 4,484.00 | Trial day 1; final review of contested exhibits; voir dire of W. Prince; prepare for same; continue trial preparation (opening statement) |
| 1/9/2006 | Boivin, Andrea | 110.00 | 2.50 | 275.00 | Assist Mr. Berriman with electronic document issues; supervise transportation of materials from court to firm; upload latest deposition transcripts to Summation and Trial Director; set up Stipulations File; prepare copies of exhibits for witness direct examinations |
| 1/10/2006 | Schumacher, David | 240.00 | 10.60 | 2,544.00 | Trial day 2; trial preparation: finalize witness outlines; gather exhibits and demonstratives for opening; gather exhibits for initial witnesses |
| 1/10/2006 | Savage, Joseph | 380.00 | 13.10 | 4,978.00 | Trial day 2 (opening statements, Jurdak, Mastrorilli); trial preparation: review jury charge; review verdict sheet, prepare for upcoming witnesses |
| 1/10/2006 | Sweet, James | 240.00 | 0.30 | 72.00 | File proposed jury charge; draft Opposition to Verdict Sheet. |

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|---|---|---|---|---|---|
| 1/11/2006 | Schumacher, David | 240.00 | 12.20 | 2,928.00 | Trial day 3: direct examination of Amy Porter, Christa Snyder, Maureen Robinson stipulation; continue trial preparation: review notes on openings and Jurdak testimony; prepare exhibits and outlines for upcoming witnesses. |
| 1/11/2006 | Savage, Joseph | 380.00 | 14.20 | 5,396.00 | Trial day 3: Mastrorili, Keeley, trial preparation: prepare for upcoming witnesses, review exhibits |
| 1/11/2006 | Boivin, Andrea | 110.00 | 3.50 | 385.00 | Assist Mr. Berriman with electronic document issues; supervise transportation of materials from court to firm; review and print financial documents; print Rosario case file documents for Mr. Savage |
| 1/12/2006 | Schumacher, David | 240.00 | 11.80 | 2,832.00 | Trial day 4: direct examination of Amy Porter and John Porter; trial preparation: prepare for day 2 of Ms. Porter's testimony; review exhibits |
| 1/12/2006 | Savage, Joseph | 380.00 | 11.20 | 4,256.00 | Trial day 4: direct examination (Theiss, Leone, S. Porter); trial preparation: prepare for rest of S. Porter testimony; prepare for Cabral examination |
| 1/12/2006 | Sweet, James | 240.00 | 0.60 | 144.00 | Draft memorandum on charging conference. |
| 1/13/2006 | Schumacher, David | 240.00 | 9.60 | 2,304.00 | Trial day 5; trial preparation: prepare for Cabral testimony; review testimony to date |
| 1/13/2006 | Savage, Joseph | 380.00 | 8.90 | 3,382.00 | Trial day 5: finish S. Porter direct examination; trial preparation: prepare for Cabral cross; review exhibits; review testimony |
| 1/14/2006 | Savage, Joseph | 380.00 | 11.50 | 4,370.00 | Trial preparation: cross examination and closing; jury instructions; emails regarding same. |

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|-----------|-----------|-------------|
| 1/15/2006 | Savage, Joseph | 380.00 | 12.20 | 4,636.00 | Trial preparation: cross examination (Cabral); motions in limine; closing. |
| 1/16/2006 | Schumacher, David | 240.00 | 5.80 | 1,392.00 | Trial preparation: review notes of testimony; review Cabral deposition; prepare exhibits for Cabral cross-examination. |
| 1/16/2006 | Savage, Joseph | 380.00 | 10.20 | 3,876.00 | Trial preparation: prepare closing; prepare motions in limine. |
| 1/16/2006 | Boivin, Andrea | 110.00 | 2.70 | 297.00 | Prepare Rosario case file; prepare copies of exhibits for witness cross-examination; review list of admitted exhibits; substitute trial exhibits with redacted versions |
| 1/17/2006 | Savage, Joseph | 380.00 | 9.70 | 3,686.00 | Trial day 6: Cabral cross-examination; trial preparation: finalize closing argument; review testimony |
| 1/17/2006 | Schumacher, David | 240.00 | 11.30 | 2,712.00 | Trial day 6; trial preparation: review notes of testimony; prepare exhibits for closing argument; review jury instructions and research on damages. |
| 1/18/2006 | Savage, Joseph | 380.00 | 9.20 | 3,496.00 | Trial day 7: deliver closing argument; trial preparation: finalize closing, prepare for charge conference. |
| 1/18/2006 | Schumacher, David | 240.00 | 6.90 | 1,656.00 | Trial day 7; trial preparation: prepare exhibits for closing; research for charge conference; review testimony |
| 1/19/2006 | Savage, Joseph | 380.00 | 3.90 | 1,482.00 | Trial day 8: receive jury questions; receive jury verdict; conference with Ms. Porter; review exhibits. |
| 1/19/2006 | Schumacher, David | 240.00 | 3.80 | 912.00 | Trial day 8: receive jury questions; receive jury verdict; research attorneys fee petition |
| 1/20/2006 | Savage, Joseph | 380.00 | 2.20 | 836.00 | Research and communications re: attorneys' fee petition |

29

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|------------|-----------|-------------|
| 1/22/2006 | Savage, Joseph | 380.00 | 0.40 | 152.00 | Review materials re: fee petition; strategize re: post trial motions; emails regarding same. |
| 1/23/2006 | Schumacher, David | 240.00 | 2.50 | 600.00 | Research fee petition; communications with opposing counsel regarding settlement. |
| 1/23/2006 | Savage, Joseph | 380.00 | 1.00 | 380.00 | Review materials and communications re: fee petition |
| 1/23/2006 | Sweet, James | 240.00 | 0.50 | 120.00 | Draft Opposition to Motion for New Trial. |
| 1/24/2006 | Schumacher, David | 240.00 | 2.50 | 600.00 | Research and draft attorney fee petition; communications with opposing counsel regarding settlement. |
| 1/24/2006 | Savage, Joseph | 380.00 | 1.00 | 380.00 | Fee petition work; settlement conference call. |
| 1/25/2006 | Schumacher, David | 240.00 | 3.50 | 840.00 | Research attorneys' fee petition; communications with civil rights attorneys to discuss rates and hours. |
| 1/27/2006 | Schumacher, David | 240.00 | 2.80 | 672.00 | Research and draft fee petition; prepare Bill of Costs. |
| 1/27/2006 | Savage, Joseph | 380.00 | 0.50 | 190.00 | Review new trial motion; fee petition. |
| 1/30/2006 | Schumacher, David | 240.00 | 2.80 | 672.00 | Draft fee petition; communications with Ms. Caulo regarding settlement and confer on motions; review bill. |
| 1/31/2006 | Schumacher, David | 240.00 | 3.80 | 912.00 | Draft fee petition; draft Savage affidavit; draft affidavits; review bill. |
| 2/1/2006 | Schumacher, David | 240.00 | 1.80 | 432.00 | Draft affidavits for fee petition and draft fee petition; draft motion for extension. |
| 2/2/2006 | Schumacher, David | 240.00 | 1.50 | 360.00 | Draft affidavits; draft fee petition; communications with attorneys regarding same. |
| 2/2/2006 | Savage, Joseph | 380.00 | 1.00 | 380.00 | Fee petition; review post trial motions. |
| 2/2/2006 | Sweet, James | 240.00 | 0.50 | 120.00 | Review Motion for New Trial. |
| 2/3/2006 | Schumacher, David | 240.00 | 2.50 | 600.00 | Review opposition to new trial; draft affidavits for fee petition. |
| 2/3/2006 | Savage, Joseph | 380.00 | 0.50 | 190.00 | Work on new trial motion. |

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|------------|-----------|-------------|
| 2/3/2006 | Sweet, James | 240.00 | 3.00 | 720.00 | Review Motion for New Trial; draft opposition to same. |
| 2/5/2006 | Schumacher, David | 240.00 | 0.70 | 168.00 | Review withheld Mastrorilli memorandum; draft letter to opposing counsel regarding same. |
| 2/6/2006 | Sweet, James | 240.00 | 3.50 | 840.00 | Draft Opposition to Motion for New Trial. |
| 2/7/2006 | Schumacher, David | 240.00 | 1.50 | 360.00 | Submit bill to opposing counsel; draft fee petition. |
| 2/8/2006 | Savage, Joseph | 380.00 | 0.50 | 190.00 | New trial motion; fee petition. |
| 2/9/2006 | Schumacher, David | 240.00 | 2.50 | 600.00 | Draft opposition to motion for new trial. |
| 2/9/2006 | Sweet, James | 240.00 | 2.80 | 672.00 | Continue drafting Opposition to Motion for New Trial. |
| 2/11/2006 | Savage, Joseph | 380.00 | 1.20 | 456.00 | New trial brief. |
| 2/13/2006 | Schumacher, David | 240.00 | 3.50 | 840.00 | Draft opposition to motion for new trial; draft motion to defer fee petition. |
| 2/13/2006 | Sweet, James | 240.00 | 4.50 | 1,080.00 | Draft Opposition to Motion for New Trial. |
| 2/15/2006 | Schumacher, David | 240.00 | 3.00 | 720.00 | Draft Opposition to Motion for New Trial. |
| 2/15/2006 | Sweet, James | 240.00 | 3.80 | 912.00 | Continue drafting Opposition to Motion for New Trial. |
| 2/16/2006 | Schumacher, David | 240.00 | 1.80 | 432.00 | Draft and file opposition to motion for new trial. |
| 2/17/2006 | Schumacher, David | 240.00 | 0.50 | 120.00 | Communications with Ms. Caulo regarding attorneys fees; refine bill. |
| 2/22/2006 | Schumacher, David | 240.00 | 0.90 | 216.00 | Communications with Mr. Savage regarding fee petition; update fee petition; refine bill for conference with Ms. Caulo. |
| 3/8/2006 | Schumacher, David | 240.00 | 0.30 | 72.00 | Confer with Ms. Caulo regarding attorneys' fees; communications with Mr. Savage regarding same. |
| 3/9/2006 | Schumacher, David | 240.00 | 0.30 | 72.00 | Communications with Secretary of State regarding Public Records Act request for SCSD attorneys' fees |
| 3/15/2006 | Schumacher, David | 240.00 | 0.50 | 120.00 | Draft letter to opposing counsel regarding fee petition. |

LibA/1720906_1.xls

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|------------|-----------|-------------|
| 3/22/2006 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Emails with Ms. Porter regarding preparation of fee petition; review Ms. Caulo's letter re: refusal to settle |
| 3/28/2006 | Schumacher, David | 240.00 | 0.40 | 96.00 | Draft letter to Ms. Caulo. |
| 4/3/2006 | Schumacher, David | 240.00 | 0.40 | 96.00 | Draft letter to Ms. Caulo attaching recent Goodwin attorney fee decision. |
| 4/7/2006 | Schumacher, David | 240.00 | 0.80 | 192.00 | Telephone conference with Ms. Caulo regarding attorneys' fees and withheld document; draft letter regarding same; review letter from Ms. Caulo; communications with Mr. Kiley regarding Mastrolilli document. |
| 4/7/2006 | Savage, Joseph | 380.00 | 0.30 | 114.00 | Telephone conference with Mr. Schumacher regarding Ms. Caulo's response; emails regarding same; review letters from Ms. Caulo |
| 4/12/2006 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Review emails regarding SCSD staff changes |
| 4/14/2006 | Schumacher, David | 240.00 | 0.40 | 96.00 | Review Secretary's response to PRA request. |
| 4/24/2006 | Schumacher, David | 240.00 | 0.20 | 48.00 | Communications with Ms. Murphy regarding PRA; review correspondence regarding same. |
| 4/24/2006 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Emails and fax from Attorney General regarding PR request appeal. |
| 4/29/2006 | Savage, Joseph | 380.00 | 0.10 | 38.00 | Emails regarding recent s. 1983 verdict. |
| 5/1/2006 | Schumacher, David | 240.00 | 0.30 | 72.00 | Communications with Mr. Homsy regarding Public Records Act |
| 5/1/2006 | Savage, Joseph | 380.00 | 0.10 | 38.00 | Emails with Mr. Schumacher regarding records act response from SCSD |
| 5/3/2006 | Schumacher, David | 240.00 | 1.50 | 360.00 | Review Suffolk County Sheriff's Department billing records for fee petition |
| 5/10/2006 | Schumacher, David | 240.00 | 0.90 | 216.00 | Draft letter to Ms. Caulo regarding settlement; review letter in response. |

LibA/1720906_1.xls

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|------------|-----------|-------------|
| 5/11/2006 | Schumacher, David | 240.00 | 0.40 | 96.00 | Communications regarding attorney fee settlement. |
| 5/19/2006 | Schumacher, David | 240.00 | 1.00 | 240.00 | Update attorneys' fee bill |
| 5/22/2006 | Schumacher, David | 240.00 | 3.40 | 816.00 | Draft substituted opposition to motion for new trial; review transcript for same; update fees bill for Ms. Caulo |
| 5/23/2006 | Schumacher, David | 240.00 | 1.60 | 384.00 | Review transcripts for motion for new trial; disseminate correspondence to Ms. Caulo regarding attorney fees. |
| 5/24/2006 | Schumacher, David | 240.00 | 1.80 | 432.00 | Review transcript for opposition to motion for new trial |
| 5/24/2006 | Savage, Joseph | 380.00 | 0.10 | 38.00 | Court order regarding settlement issue; letter to Ms. Caulo regarding fees. |
| 5/26/2006 | Schumacher, David | 240.00 | 0.50 | 120.00 | Attend status conference |
| 5/27/2006 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Update on hearing; review fee petition; review proposal to settle; fee petition. |
| 5/30/2006 | Schumacher, David | 240.00 | 4.10 | 984.00 | Update attorneys' fee bill; draft settlement letter to Ms. Caulo; conference with Mr. Savage regarding same; research remittitur standard for motion for new trial. |
| 5/30/2006 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Conference with Mr. Schumacher regarding new trial motion; email/telephone call regarding fee petition settlement proposal. |
| 5/31/2006 | Schumacher, David | 240.00 | 1.50 | 360.00 | Attention to fee petition; update bill of costs and Mr. Berriman's fees; communications w/Mr. Savage re: Motion for a New Trial. |
| 6/1/2006 | Schumacher, David | 240.00 | 1.80 | 432.00 | Attention to fee petition; update bill and draft another settlement letter to Ms. Caulo. |
| 6/1/2006 | Savage, Joseph | 380.00 | 0.60 | 228.00 | Emails regarding Garcetti case; review same and prepare new trial motion response. |

LibA/1720906_1.xls

| Date | Attorney | Rates | Base Hours | Base Fees | Description |
|------|----------|-------|-----------|-----------|-------------|
| 6/8/2006 | Schumacher, David | 240.00 | 2.50 | 600.00 | Draft substituted opposition to motion for new trial. |
| 6/9/2006 | Schumacher, David | 240.00 | 2.60 | 624.00 | Draft and file opposition to motion for new trial; review SCSD motion; attention to fee petition. |
| 6/10/2006 | Savage, Joseph | 380.00 | 0.20 | 76.00 | Review new trial motion; email Mr. Schumacher regarding same. |
| 6/12/2006 | Schumacher, David | 240.00 | 1.20 | 288.00 | Review SCSD Motion for New Trial. |
| 6/12/2006 | Savage, Joseph | 380.00 | 0.10 | 38.00 | Conference with Mr. Schumacher regarding fee petition. |
| 6/19/2006 | Schumacher, David | 240.00 | 6.20 | 1,488.00 | Draft fee petition; prepare exhibits |
| 6/20/2006 | Schumacher, David | 240.00 | 2.60 | 624.00 | Draft fee petition; settlement conferences |
| 6/22/2006 | Schumacher, David | 240.00 | 4.80 | 1,152.00 | Draft fee petition; prepare exhibits |
| **Total** | | | 1020.30 | 287,305.00 | |

34