# EXHIBIT B

| Disb ID | Date | Tkpr | TKPR Name | Client | Matter | Status | Bill Num | Cost Code | H/S | Base Amt | Billed Amt | Tobill Amt | Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Duplicating Charges** | | | | | | | | | | | | | |
| 8369362 | 2/25/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $51.00 | $0.00 | $51.00 | |
| 8371297 | 2/26/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $9.75 | $0.00 | $9.75 | |
| 8375626 | 3/2/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $28.05 | $0.00 | $28.05 | |
| 8377773 | 3/3/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $192.00 | $0.00 | $192.00 | |
| 8378607 | 3/4/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $4.65 | $0.00 | $4.65 | |
| 8382613 | 3/5/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $0.30 | $0.00 | $0.30 | |
| 8387669 | 3/8/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $52.65 | $0.00 | $52.65 | |
| 8388488 | 3/9/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $20.85 | $0.00 | $20.85 | |
| 8390722 | 3/10/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $2.70 | $0.00 | $2.70 | |
| 8392027 | 3/11/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $12.75 | $0.00 | $12.75 | |
| 8396787 | 3/15/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $2.85 | $0.00 | $2.85 | |
| 8397936 | 3/16/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $112.50 | $0.00 | $112.50 | |
| 8410372 | 3/22/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $10.35 | $0.00 | $10.35 | |
| 8411915 | 3/23/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $0.45 | $0.00 | $0.45 | |
| 8414363 | 3/24/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $35.25 | $0.00 | $35.25 | |
| 8415313 | 3/25/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $5.10 | $0.00 | $5.10 | |
| 8419093 | 3/26/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $2.10 | $0.00 | $2.10 | |
| 8421764 | 3/29/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $19.65 | $0.00 | $19.65 | |
| 8424053 | 3/30/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $26.25 | $0.00 | $26.25 | |
| 8425724 | 3/31/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $134.85 | $0.00 | $134.85 | |
| 8429778 | 4/2/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $5.25 | $0.00 | $5.25 | |
| 8432154 | 4/5/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $9.30 | $0.00 | $9.30 | |
| 8432924 | 4/6/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $14.70 | $0.00 | $14.70 | |
| 8441409 | 4/12/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $1.20 | $0.00 | $1.20 | |
| 8444539 | 4/13/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $9.00 | $0.00 | $9.00 | |
| 8456119 | 4/16/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $4.95 | $0.00 | $4.95 | |
| 8458814 | 4/20/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $6.75 | $0.00 | $6.75 | |
| 8461953 | 4/21/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $2.55 | $0.00 | $2.55 | |
| 8467164 | 4/23/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $5.55 | $0.00 | $5.55 | |
| 8469694 | 4/26/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $123.45 | $0.00 | $123.45 | |
| 8481830 | 4/29/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $3.00 | $0.00 | $3.00 | |
| 8484365 | 5/2/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $0.90 | $0.00 | $0.90 | |
| 8486636 | 5/3/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $1.20 | $0.00 | $1.20 | |
| 8490576 | 5/4/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $179.55 | $0.00 | $179.55 | |
| 8492627 | 5/5/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $177.30 | $0.00 | $177.30 | |
| 8500086 | 5/6/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $184.80 | $0.00 | $184.80 | |
| 8501566 | 5/7/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $0.75 | $0.00 | $0.75 | |
| 8504653 | 5/10/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $0.30 | $0.00 | $0.30 | |
| 8506889 | 5/11/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $67.50 | $0.00 | $67.50 | |
| 8508881 | 5/12/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $18.15 | $0.00 | $18.15 | |
| 8511934 | 5/13/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $18.90 | $0.00 | $18.90 | |
| 8515914 | 5/14/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $49.50 | $0.00 | $49.50 | |
| 8521411 | 5/18/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $13.35 | $0.00 | $13.35 | |
| 8525864 | 5/19/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $16.80 | $0.00 | $16.80 | |
| 8528056 | 5/20/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $65.10 | $0.00 | $65.10 | |
| 8531158 | 5/21/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $146.25 | $0.00 | $146.25 | |
| 8537435 | 5/24/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $42.90 | $0.00 | $42.90 | |
| 8542101 | 5/26/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $16.50 | $0.00 | $16.50 | |
| 8547871 | 5/31/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $258.75 | $0.00 | $258.75 | |
| 8550869 | 6/1/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $143.40 | $0.00 | $143.40 | |
| 8553917 | 6/2/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $137.55 | $0.00 | $137.55 | |
| 8555770 | 6/3/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $12.90 | $0.00 | $12.90 | |
| 8557440 | 6/4/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $9.00 | $0.00 | $9.00 | |
| 8561054 | 6/8/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $14.25 | $0.00 | $14.25 | |
| 8561989 | 6/9/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $39.15 | $0.00 | $39.15 | |

| ID | Date | Code | Role | Num1 | Num2 | Type | Col1 | Col2 | Cur | Amount1 | Zero | Amount2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8564972 | 6/10/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $85.05 | $0.00 | $85.05 |
| 8567307 | 6/11/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $35.85 | $0.00 | $35.85 |
| 8570806 | 6/14/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $62.85 | $0.00 | $62.85 |
| 8573394 | 6/15/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $21.30 | $0.00 | $21.30 |
| 8575840 | 6/16/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $213.15 | $0.00 | $213.15 |
| 8577721 | 6/17/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $110.55 | $0.00 | $110.55 |
| 8582961 | 6/18/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $2.85 | $0.00 | $2.85 |
| 8586852 | 6/21/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $69.75 | $0.00 | $69.75 |
| 8589049 | 6/22/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $57.30 | $0.00 | $57.30 |
| 8592477 | 6/23/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $39.75 | $0.00 | $39.75 |
| 8596110 | 6/24/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $124.80 | $0.00 | $124.80 |
| 8597731 | 6/25/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $91.50 | $0.00 | $91.50 |
| 8600157 | 6/28/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $138.75 | $0.00 | $138.75 |
| 8601920 | 6/29/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $60.30 | $0.00 | $60.30 |
| 8604676 | 6/30/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $68.55 | $0.00 | $68.55 |
| 8606681 | 7/1/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $80.10 | $0.00 | $80.10 |
| 8609192 | 7/2/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $14.40 | $0.00 | $14.40 |
| 8613038 | 7/7/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $2.85 | $0.00 | $2.85 |
| 8614789 | 7/8/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $51.45 | $0.00 | $51.45 |
| 8622282 | 7/13/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $0.15 | $0.00 | $0.15 |
| 8629573 | 7/14/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $52.80 | $0.00 | $52.80 |
| 8633798 | 7/16/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $11.85 | $0.00 | $11.85 |
| 8635773 | 7/19/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $3.15 | $0.00 | $3.15 |
| 8637925 | 7/20/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $0.45 | $0.00 | $0.45 |
| 8639819 | 7/21/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $0.60 | $0.00 | $0.60 |
| 8641730 | 7/22/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $10.80 | $0.00 | $10.80 |
| 8645771 | 7/26/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $41.40 | $0.00 | $41.40 |
| 8654139 | 7/28/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $7.20 | $0.00 | $7.20 |
| 8662235 | 8/2/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $16.20 | $0.00 | $16.20 |
| 8664843 | 8/3/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $0.30 | $0.00 | $0.30 |
| 8668560 | 8/5/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $3.30 | $0.00 | $3.30 |
| 8672535 | 8/9/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $1.65 | $0.00 | $1.65 |
| 8675953 | 8/10/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $5.40 | $0.00 | $5.40 |
| 8711195 | 8/12/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $0.60 | $0.00 | $0.60 |
| 8713674 | 8/13/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $0.90 | $0.00 | $0.90 |
| 8715437 | 8/16/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $21.75 | $0.00 | $21.75 |
| 87177954 | 8/17/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $16.20 | $0.00 | $16.20 |
| 8721898 | 8/19/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $193.80 | $0.00 | $193.80 |
| 8723610 | 8/20/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $56.70 | $0.00 | $56.70 |
| 8725532 | 8/23/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $2.10 | $0.00 | $2.10 |
| 8730275 | 8/25/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $3.00 | $0.00 | $3.00 |
| 8731617 | 8/26/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $19.20 | $0.00 | $19.20 |
| 8762764 | 8/30/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $3.00 | $0.00 | $3.00 |
| 8765595 | 8/31/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $18.00 | $0.00 | $18.00 |
| 8768312 | 9/1/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $17.70 | $0.00 | $17.70 |
| 8771890 | 9/2/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $20.25 | $0.00 | $20.25 |
| 8778870 | 9/8/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $2.70 | $0.00 | $2.70 |
| 8786606 | 9/13/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $195.15 | $0.00 | $195.15 |
| 8789108 | 9/14/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $43.50 | $0.00 | $43.50 |
| 8797063 | 9/16/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $0.60 | $0.00 | $0.60 |
| 8802244 | 9/17/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $11.55 | $0.00 | $11.55 |
| 8807272 | 9/20/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $2.10 | $0.00 | $2.10 |
| 8810053 | 9/21/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $4.95 | $0.00 | $4.95 |
| 8812217 | 9/22/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $44.55 | $0.00 | $44.55 |
| 8818789 | 9/27/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $155.70 | $0.00 | $155.70 |
| 8821601 | 9/28/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $52.35 | $0.00 | $52.35 |
| 8830546 | 10/4/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | $ | $82.50 | $0.00 | $82.50 |

| ID | Date | Code | Type | Num1 | Num2 | P | 0 | Qty | S/H | Amount | Zero | Total | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8834260 | 10/6/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $101.10 | $0.00 | $101.10 | |
| 8844340 | 10/8/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $0.90 | $0.00 | $0.90 | |
| 8847508 | 10/12/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $3.15 | $0.00 | $3.15 | |
| 8849654 | 10/13/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $37.35 | $0.00 | $37.35 | |
| 8851611 | 10/14/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $1.05 | $0.00 | $1.05 | |
| 8853201 | 10/15/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $32.25 | $0.00 | $32.25 | |
| 8855749 | 10/18/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $56.25 | $0.00 | $56.25 | |
| 8857695 | 10/19/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $27.45 | $0.00 | $27.45 | |
| 8860017 | 10/20/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $56.70 | $0.00 | $56.70 | |
| 8865740 | 10/21/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $69.45 | $0.00 | $69.45 | |
| 8871403 | 10/25/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $1.80 | $0.00 | $1.80 | |
| 8896636 | 10/26/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $6.30 | $0.00 | $6.30 | |
| 8898614 | 10/27/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $3.45 | $0.00 | $3.45 | |
| 8902861 | 10/29/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $16.65 | $0.00 | $16.65 | |
| 8908389 | 11/2/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $1.35 | $0.00 | $1.35 | |
| 8909807 | 11/3/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $29.55 | $0.00 | $29.55 | |
| 8913940 | 11/5/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $0.30 | $0.00 | $0.30 | |
| 8916495 | 11/8/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $35.85 | $0.00 | $35.85 | |
| 8920030 | 11/9/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $0.60 | $0.00 | $0.60 | |
| 8923139 | 11/10/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $180.90 | $0.00 | $180.90 | |
| 8924706 | 11/11/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $378.75 | $0.00 | $378.75 | |
| 8926174 | 11/12/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $12.75 | $0.00 | $12.75 | |
| 8927353 | 11/14/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $18.75 | $0.00 | $18.75 | |
| 8931878 | 11/15/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $557.70 | $0.00 | $557.70 | |
| 8933393 | 11/16/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $121.50 | $0.00 | $121.50 | |
| 8940172 | 11/17/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $8.70 | $0.00 | $8.70 | |
| 8941547 | 11/18/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $26.10 | $0.00 | $26.10 | |
| 8943135 | 11/19/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $51.00 | $0.00 | $51.00 | |
| 8945148 | 11/22/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $106.65 | $0.00 | $106.65 | |
| 8947014 | 11/23/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $54.00 | $0.00 | $54.00 | |
| 8949478 | 11/24/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $6.15 | $0.00 | $6.15 | |
| 8966843 | 11/29/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $0.30 | $0.00 | $0.30 | |
| 8968365 | 11/30/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $165.60 | $0.00 | $165.60 | |
| 8969955 | 12/1/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $57.90 | $0.00 | $57.90 | |
| 8971579 | 12/2/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $13.95 | $0.00 | $13.95 | |
| 8977075 | 12/6/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $32.55 | $0.00 | $32.55 | |
| 8979147 | 12/7/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $75.75 | $0.00 | $75.75 | |
| 8982285 | 12/8/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $0.60 | $0.00 | $0.60 | |
| 8983463 | 12/10/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $51.90 | $0.00 | $51.90 | |
| 8993005 | 12/13/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $70.20 | $0.00 | $70.20 | |
| 8994496 | 12/14/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $75.90 | $0.00 | $75.90 | |
| 8996069 | 12/15/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $39.30 | $0.00 | $39.30 | |
| 9403741 | 6/5/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 2 | S | $29.40 | $0.00 | $29.40 | |
| 9004448 | 12/16/2005 | 9999 | Firm Attorney | 99997 | 120384 | P | 0 | 2 | S | $16.80 | | $16.80 | |
| 9005906 | 12/17/2005 | 9999 | Firm Attorney | 99997 | 120384 | W | 0 | 2 | S | $79.20 | $0.00 | $79.20 | |
| | | | | | | | | | | $7,693.50 | $0.00 | $7,693.50 | |
| **Binding Services** | | | | | | | | | | | | | |
| 8561326 | 6/8/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 12 | S | $1.50 | $0.00 | $1.50 | |
| 8630385 | 7/14/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 12 | S | $1.50 | $0.00 | $1.50 | |
| | | | | | | | | | | $3.00 | $0.00 | $3.00 | |
| **Outside Printing** | | | | | | | | | | | | | |
| 9154229 | 1/9/2006 | 478 | Firm Attorney | 99997 | 162197 | P | 0 | 54 | H | $131.25 | $0.00 | $131.25 | Color mount - 01/09/06 |
| 9154230 | 1/9/2006 | 478 | Firm Attorney | 99997 | 162197 | P | 0 | 54 | H | $262.50 | $0.00 | $262.50 | Color mount - 01/09/06 |
| 8927863 | 11/14/2005 | 8004 | Firm Attorney | 99997 | 162197 | P | 0 | 54 | H | $8.00 | $0.00 | $8.00 | Photocopies Legislative History Documents |
| 8641363 | 6/24/2005 | 5315 | Firm Attorney | 99997 | 162197 | P | 0 | 54 | H | $170.02 | $0.00 | $170.02 | 6/24/05 1,024 Black & White Copies, Labor & Tabs |
| 9154204 | 1/9/2006 | 5315 | Firm Attorney | 99997 | 162197 | P | 0 | 54 | H | $215.89 | $0.00 | $215.89 | 01/09/06 - Redwell Recreation - Heavy Litigation |
| 9154205 | 1/9/2006 | 5315 | Firm Attorney | 99997 | 162197 | P | 0 | 54 | H | $2,124.36 | $0.00 | $2,124.36 | B&W copies D -Heavy Litigation - 01/09/06 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9154228 | 1/5/2006 | 5315 | Firm Attorney | 99997 | 162197 | P | 0 | 54 | H | $224.71 | $0.00 | $224.71 | B&W Copies - Heavy Litigation - 01/05/06 |
| | | | | | | | | | | $3,136.73 | $0.00 | $3,136.73 | |

**Document Scanning plus PDF Converstion**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8907879 | 10/27/2005 | 5176 | Firm Attorney | 99997 | 162197 | P | 0 | 123 | S | $6.00 | $0.00 | $6.00 |
| | | | | | | | | | | $6.00 | $0.00 | $6.00 |

**Document Printing**

| Doc ID | Date | Code1 | Attorney | Code2 | Code3 | P | 0 | Qty | H | Amt | Zero | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8370114 | 2/25/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $0.30 | $0.00 | $0.30 |
| 8373146 | 2/28/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $0.60 | $0.00 | $0.60 |
| 8376345 | 3/2/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $3.15 | $0.00 | $3.15 |
| 8381326 | 3/4/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $0.90 | $0.00 | $0.90 |
| 8389325 | 3/9/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $7.35 | $0.00 | $7.35 |
| 8393259 | 3/11/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $3.00 | $0.00 | $3.00 |
| 8395844 | 3/14/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $4.50 | $0.00 | $4.50 |
| 8398908 | 3/16/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $18.90 | $0.00 | $18.90 |
| 8405912 | 3/18/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $0.30 | $0.00 | $0.30 |
| 8409489 | 3/21/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $0.15 | $0.00 | $0.15 |
| 8412821 | 3/23/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $10.95 | $0.00 | $10.95 |
| 8417725 | 3/25/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $22.95 | $0.00 | $22.95 |
| 8420782 | 3/28/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $3.60 | $0.00 | $3.60 |
| 8428160 | 4/1/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $7.05 | $0.00 | $7.05 |
| 8431150 | 4/4/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $1.80 | $0.00 | $1.80 |
| 8434835 | 4/7/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $0.75 | $0.00 | $0.75 |
| 8439299 | 4/9/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $3.15 | $0.00 | $3.15 |
| 8442163 | 4/12/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $9.60 | $0.00 | $9.60 |
| 8445271 | 4/13/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $14.25 | $0.00 | $14.25 |
| 8451729 | 4/14/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $1.65 | $0.00 | $1.65 |
| 8456781 | 4/16/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $1.80 | $0.00 | $1.80 |
| 8459594 | 4/20/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $1.20 | $0.00 | $1.20 |
| 8462733 | 4/21/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $0.60 | $0.00 | $0.60 |
| 8466314 | 4/22/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $16.80 | $0.00 | $16.80 |
| 8467880 | 4/23/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $28.80 | $0.00 | $28.80 |
| 8470511 | 4/26/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $19.65 | $0.00 | $19.65 |
| 8474461 | 4/27/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $0.60 | $0.00 | $0.60 |
| 8479563 | 4/28/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $5.10 | $0.00 | $5.10 |
| 8482660 | 4/29/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $5.25 | $0.00 | $5.25 |
| 8485278 | 5/2/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $18.90 | $0.00 | $18.90 |
| 8487263 | 5/3/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $5.40 | $0.00 | $5.40 |
| 8491327 | 5/4/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $7.65 | $0.00 | $7.65 |
| 8493386 | 5/5/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $8.25 | $0.00 | $8.25 |
| 8500835 | 5/6/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $22.80 | $0.00 | $22.80 |
| 8505398 | 5/10/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $4.50 | $0.00 | $4.50 |
| 8507644 | 5/11/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $7.80 | $0.00 | $7.80 |
| 8509564 | 5/12/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $6.60 | $0.00 | $6.60 |
| 8512662 | 5/13/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $16.35 | $0.00 | $16.35 |
| 8516561 | 5/14/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $22.35 | $0.00 | $22.35 |
| 8518994 | 5/17/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $4.80 | $0.00 | $4.80 |
| 8522155 | 5/18/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $18.30 | $0.00 | $18.30 |
| 8526580 | 5/19/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $50.40 | $0.00 | $50.40 |
| 8528820 | 5/20/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $16.35 | $0.00 | $16.35 |
| 8531810 | 5/21/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $0.30 | $0.00 | $0.30 |
| 8537700 | 5/24/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $0.30 | $0.00 | $0.30 |
| 8538361 | 5/24/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $23.25 | $0.00 | $23.25 |
| 8543068 | 5/26/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $20.10 | $0.00 | $20.10 |
| 8549059 | 5/31/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $40.95 | $0.00 | $40.95 |
| 8551711 | 6/1/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $24.90 | $0.00 | $24.90 |
| 8554494 | 6/2/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $49.35 | $0.00 | $49.35 |
| 8556459 | 6/3/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | S | $9.60 | $0.00 | $9.60 |

| ID | Date | Code1 | Role | Code2 | Code3 | P | N | Num | Cur | Amount1 | Zero | Amount2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8558075 | 6/4/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $5.40 | $0.00 | $5.40 |
| 8563258 | 6/9/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $34.65 | $0.00 | $34.65 |
| 8565670 | 6/10/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $11.25 | $0.00 | $11.25 |
| 8568000 | 6/11/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $17.25 | $0.00 | $17.25 |
| 8568868 | 6/13/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $13.65 | $0.00 | $13.65 |
| 8571458 | 6/14/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $4.35 | $0.00 | $4.35 |
| 8574079 | 6/15/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $28.95 | $0.00 | $28.95 |
| 8576489 | 6/16/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $16.20 | $0.00 | $16.20 |
| 8578375 | 6/17/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $16.35 | $0.00 | $16.35 |
| 8583627 | 6/18/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $23.40 | $0.00 | $23.40 |
| 8587558 | 6/21/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $21.00 | $0.00 | $21.00 |
| 8589783 | 6/22/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $14.40 | $0.00 | $14.40 |
| 8593200 | 6/23/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $21.30 | $0.00 | $21.30 |
| 8596743 | 6/24/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $19.35 | $0.00 | $19.35 |
| 8598323 | 6/25/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $21.75 | $0.00 | $21.75 |
| 8600844 | 6/28/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $11.85 | $0.00 | $11.85 |
| 8602640 | 6/29/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $17.70 | $0.00 | $17.70 |
| 8605427 | 6/30/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $37.20 | $0.00 | $37.20 |
| 8607423 | 7/1/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $17.55 | $0.00 | $17.55 |
| 8609755 | 7/2/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $1.50 | $0.00 | $1.50 |
| 8611795 | 7/6/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $1.80 | $0.00 | $1.80 |
| 8613904 | 7/7/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $5.55 | $0.00 | $5.55 |
| 8615411 | 7/8/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $15.90 | $0.00 | $15.90 |
| 8620196 | 7/12/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $0.15 | $0.00 | $0.15 |
| 8622985 | 7/13/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $1.80 | $0.00 | $1.80 |
| 8630224 | 7/14/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $5.55 | $0.00 | $5.55 |
| 8632383 | 7/15/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $0.15 | $0.00 | $0.15 |
| 8634370 | 7/16/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $13.20 | $0.00 | $13.20 |
| 8636398 | 7/19/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $0.75 | $0.00 | $0.75 |
| 8638624 | 7/20/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $27.00 | $0.00 | $27.00 |
| 8640486 | 7/21/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $38.10 | $0.00 | $38.10 |
| 8642443 | 7/22/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $5.10 | $0.00 | $5.10 |
| 8644472 | 7/23/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $10.20 | $0.00 | $10.20 |
| 8646430 | 7/26/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $7.20 | $0.00 | $7.20 |
| 8654856 | 7/28/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $12.00 | $0.00 | $12.00 |
| 8657868 | 7/29/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $3.45 | $0.00 | $3.45 |
| 8660200 | 7/30/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $1.80 | $0.00 | $1.80 |
| 8662876 | 8/2/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $4.20 | $0.00 | $4.20 |
| 8665535 | 8/3/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $7.95 | $0.00 | $7.95 |
| 8667316 | 8/4/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $5.70 | $0.00 | $5.70 |
| 8669274 | 8/5/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $7.05 | $0.00 | $7.05 |
| 8671048 | 8/8/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $2.70 | $0.00 | $2.70 |
| 8673222 | 8/9/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $0.75 | $0.00 | $0.75 |
| 8676662 | 8/10/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $6.60 | $0.00 | $6.60 |
| 8680828 | 8/11/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $3.30 | $0.00 | $3.30 |
| 8711905 | 8/12/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $2.55 | $0.00 | $2.55 |
| 8714293 | 8/13/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $8.10 | $0.00 | $8.10 |
| 8716113 | 8/16/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $1.65 | $0.00 | $1.65 |
| 8718634 | 8/17/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $9.75 | $0.00 | $9.75 |
| 8720713 | 8/18/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $6.60 | $0.00 | $6.60 |
| 8722567 | 8/19/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $16.80 | $0.00 | $16.80 |
| 8724194 | 8/20/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $2.40 | $0.00 | $2.40 |
| 8726040 | 8/23/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $1.35 | $0.00 | $1.35 |
| 8728079 | 8/24/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $2.10 | $0.00 | $2.10 |
| 8730866 | 8/25/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $8.10 | $0.00 | $8.10 |
| 8732227 | 8/26/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $17.55 | $0.00 | $17.55 |
| 8735404 | 8/27/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $0.30 | $0.00 | $0.30 |

| ID | Date | Code | Role | Num1 | Num2 | P | Zero | 124 | $ | Amount | Zero2 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8763368 | 8/30/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $1.65 | $0.00 | $1.65 |
| 8766248 | 8/31/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $0.30 | $0.00 | $0.30 |
| 8772506 | 9/2/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $0.60 | $0.00 | $0.60 |
| 8744567 | 9/3/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $2.40 | $0.00 | $2.40 |
| 8787275 | 9/13/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $18.60 | $0.00 | $18.60 |
| 8789771 | 9/14/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $10.50 | $0.00 | $10.50 |
| 8797759 | 9/16/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $16.35 | $0.00 | $16.35 |
| 8802811 | 9/17/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $3.15 | $0.00 | $3.15 |
| 8810754 | 9/21/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $14.85 | $0.00 | $14.85 |
| 8812917 | 9/22/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $0.30 | $0.00 | $0.30 |
| 8817600 | 9/26/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $0.30 | $0.00 | $0.30 |
| 8819448 | 9/27/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $14.40 | $0.00 | $14.40 |
| 8822290 | 9/28/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $2.25 | $0.00 | $2.25 |
| 8824650 | 9/29/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $2.10 | $0.00 | $2.10 |
| 8829613 | 10/1/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $4.65 | $0.00 | $4.65 |
| 8831175 | 10/4/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $8.85 | $0.00 | $8.85 |
| 8834890 | 10/6/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $12.30 | $0.00 | $12.30 |
| 8845762 | 10/11/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $0.45 | $0.00 | $0.45 |
| 8848229 | 10/12/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $4.65 | $0.00 | $4.65 |
| 8850291 | 10/13/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $6.15 | $0.00 | $6.15 |
| 8852224 | 10/14/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $6.30 | $0.00 | $6.30 |
| 8853805 | 10/15/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $8.55 | $0.00 | $8.55 |
| 8856452 | 10/18/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $36.90 | $0.00 | $36.90 |
| 8858376 | 10/19/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $104.55 | $0.00 | $104.55 |
| 8860719 | 10/20/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $120.45 | $0.00 | $120.45 |
| 8866451 | 10/21/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $67.80 | $0.00 | $67.80 |
| 8869007 | 10/22/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $0.45 | $0.00 | $0.45 |
| 8872105 | 10/25/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $1.95 | $0.00 | $1.95 |
| 8897289 | 10/26/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $12.00 | $0.00 | $12.00 |
| 8899319 | 10/27/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $15.30 | $0.00 | $15.30 |
| 8901182 | 10/28/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $22.95 | $0.00 | $22.95 |
| 8903503 | 10/29/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $7.50 | $0.00 | $7.50 |
| 8904209 | 10/31/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $3.15 | $0.00 | $3.15 |
| 8906113 | 11/1/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $2.40 | $0.00 | $2.40 |
| 8909033 | 11/2/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $10.95 | $0.00 | $10.95 |
| 8910466 | 11/3/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $27.60 | $0.00 | $27.60 |
| 8912488 | 11/4/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $4.80 | $0.00 | $4.80 |
| 8914516 | 11/5/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $7.65 | $0.00 | $7.65 |
| 8917223 | 11/8/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $10.50 | $0.00 | $10.50 |
| 8920767 | 11/9/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $9.60 | $0.00 | $9.60 |
| 8923870 | 11/10/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $14.10 | $0.00 | $14.10 |
| 8925361 | 11/11/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $65.70 | $0.00 | $65.70 |
| 8926762 | 11/12/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $45.45 | $0.00 | $45.45 |
| 8932597 | 11/15/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $199.95 | $0.00 | $199.95 |
| 8934081 | 11/16/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $29.85 | $0.00 | $29.85 |
| 8940783 | 11/17/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $127.95 | $0.00 | $127.95 |
| 8942229 | 11/18/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $3.00 | $0.00 | $3.00 |
| 8943789 | 11/19/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $93.60 | $0.00 | $93.60 |
| 8945848 | 11/22/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $51.90 | $0.00 | $51.90 |
| 8947753 | 11/23/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $19.95 | $0.00 | $19.95 |
| 8950021 | 11/24/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $5.55 | $0.00 | $5.55 |
| 8967548 | 11/29/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $19.20 | $0.00 | $19.20 |
| 8969090 | 11/30/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $24.60 | $0.00 | $24.60 |
| 8970683 | 12/1/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $11.10 | $0.00 | $11.10 |
| 8972271 | 12/2/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $13.35 | $0.00 | $13.35 |
| 8976091 | 12/3/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $1.35 | $0.00 | $1.35 |
| 8976807 | 12/5/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $9.90 | $0.00 | $9.90 |

| ID | Date | Code | Role | Num1 | Num2 | Type | Col | Num3 | Amount | Zero | Total | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8977744 | 12/6/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $30.90 | $0.00 | $30.90 |
| 8979862 | 12/7/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $5.10 | $0.00 | $5.10 |
| 8982994 | 12/8/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $1.50 | $0.00 | $1.50 |
| 8984629 | 12/9/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $6.60 | $0.00 | $6.60 |
| 8989042 | 12/10/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $31.20 | $0.00 | $31.20 |
| 8993699 | 12/13/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $40.50 | $0.00 | $40.50 |
| 8995197 | 12/14/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $2.55 | $0.00 | $2.55 |
| 8996763 | 12/15/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $13.20 | $0.00 | $13.20 |
| 9404338 | 6/5/2006 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 124 | $ | $7.80 | $0.00 | $7.80 |
| 9407179 | 6/6/2006 | 9999 | Firm Attorney | 99997 | 162197 | W | 0 | 124 | $ | $5.10 | $0.00 | $5.10 |
| 9409803 | 6/7/2006 | 9999 | Firm Attorney | 99997 | 162197 | W | 0 | 124 | $ | $14.55 | $0.00 | $14.55 |
| 9413390 | 6/8/2006 | 9999 | Firm Attorney | 99997 | 162197 | W | 0 | 124 | $ | $7.65 | $0.00 | $7.65 |
| 9415434 | 6/9/2006 | 9999 | Firm Attorney | 99997 | 162197 | W | 0 | 124 | $ | $20.25 | $0.00 | $20.25 |
| 9417509 | 6/10/2006 | 9999 | Firm Attorney | 99997 | 162197 | W | 0 | 124 | $ | $51.00 | $0.00 | $51.00 |
| 9422523 | 6/14/2006 | 9999 | Firm Attorney | 99997 | 162197 | W | 0 | 124 | $ | $1.50 | $0.00 | $1.50 |
| 9424665 | 6/15/2006 | 9999 | Firm Attorney | 99997 | 162197 | W | 0 | 124 | $ | $12.15 | $0.00 | $12.15 |
| 9427028 | 6/16/2006 | 9999 | Firm Attorney | 99997 | 162197 | W | 0 | 124 | $ | $1.95 | $0.00 | $1.95 |
| 9005089 | 12/16/2005 | 9999 | Firm Attorney | 120384 | 155588 | W | 0 | 124 | $ | $10.35 | | $10.35 |
| 9006516 | 12/17/2005 | 9999 | Firm Attorney | 120384 | 155588 | N | 0 | 124 | $ | $7.05 | $0.00 | $7.05 |
| | | | | | | | | | $ | $2,807.70 | $0.00 | $2,807.70 |

**Litigation Support Services: Document Services**

| ID | Date | Code | Role | Num1 | Num2 | Type | Col | Num3 | | Amount | Zero | Total | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8510990 | 3/31/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 150 | $ | $29.40 | $0.00 | $29.40 | LITIGATION SUPPORT 03/31/2005 |
| 8764683 | 7/26/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 150 | $ | $41.85 | $0.00 | $41.85 | LITIGATION SUPPORT 07/26/2005 |
| | | | | | | | | | | $71.25 | $0.00 | $71.25 | |
| 9025896 | 12/21/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 152 | $ | $228.10 | $0.00 | $228.10 | LITIGATION SUPPORT 12/21/2005 |
| | | | | | | | | | | $228.10 | $0.00 | $228.10 | |
| 8871096 | 10/19/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 156 | $ | $48.60 | $0.00 | $48.60 | LITIGATION SUPPORT 10/19/2005 |
| 9025909 | 12/22/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 156 | $ | $5.34 | $0.00 | $5.34 | LITIGATION SUPPORT 12/22/2005 |
| 9131662 | 1/5/2006 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 156 | $ | $0.87 | $0.00 | $0.87 | LITIGATION SUPPORT 01/05/2006 |
| | | | | | | | | | | $54.81 | $0.00 | $54.81 | |
| 9131674 | 1/6/2006 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 157 | $ | $15.00 | $0.00 | $15.00 | LITIGATION SUPPORT 01/06/2006 |
| | | | | | | | | | | $15.00 | $0.00 | $15.00 | |
| 8532846 | 4/29/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 160 | $ | $0.40 | $0.00 | $0.40 | LITIGATION SUPPORT 04/29/2005 |
| 8533036 | 5/13/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 160 | $ | $39.60 | $0.00 | $39.60 | LITIGATION SUPPORT 05/13/2005 |
| 8871088 | 10/19/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 160 | $ | $412.40 | $0.00 | $412.40 | LITIGATION SUPPORT 10/19/2005 |
| 9025904 | 12/22/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 160 | $ | $35.60 | $0.00 | $35.60 | LITIGATION SUPPORT 12/22/2005 |
| 9131654 | 1/5/2006 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 160 | $ | $5.80 | $0.00 | $5.80 | LITIGATION SUPPORT 01/05/2006 |
| 9131689 | 1/10/2006 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 160 | $ | $148.80 | $0.00 | $148.80 | LITIGATION SUPPORT 01/10/2006 |
| | | | | | | | | | | $642.60 | $0.00 | $642.60 | |
| 8565816 | 6/10/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 170 | $ | $1.95 | $0.00 | $1.95 | |
| 8605589 | 6/30/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 170 | $ | $0.90 | $0.00 | $0.90 | |
| 8831329 | 10/4/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 170 | $ | $1.05 | $0.00 | $1.05 | |
| 8903676 | 10/29/2005 | 9999 | Firm Attorney | 99997 | 162197 | P | 0 | 170 | $ | $1.80 | $0.00 | $1.80 | |
| | | | | | | | | | | $5.70 | $0.00 | $5.70 | |

**TOTAL: $14,664.39**