UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER,<br>    Plaintiff<br><br>v.<br><br>ANDREA CABRAL, SUFFOLK<br>COUNTY SHERIFF'S DEPARTMENT,<br>And SUFFOLK COUNTY,<br>    Defendants | Civil Action No. 04-11935-DPW |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Andrea Cabral, Suffolk County Sheriff's Department, and Suffolk County Defendants in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from the order of the District Court denying the Defendants' Motion for a New Trial pursuant to Fed. R. Civ. P. 59(a); and Motion for Remittitur pursuant to Fed. R. Civ. P. 59(a) entered in this action on the 21st day of February 2007.

>Respectfully Submitted,
>Andrea Cabral, Suffolk County Sheriff's
>Department and Suffolk County
>By their attorney
>
>/s/ Ellen M. Caulo
>Ellen M. Caulo, BBO #545250
>Deputy General Counsel
>Suffolk County Sheriff's Department
>200 Nashua Street
>Boston, MA 02111
>(617) 961-6681

Date: March 23, 2007

1

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF).

/s/ Ellen M. Caulo
Ellen M. Caulo