UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-11935

Sheila Porter

v.

Andrea Cabral, et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-36, 39, 42-49, 51-54, 57-59, 64, 65, 68, 71, 75-80, 85, 87, 91-123, 126-141, 145-147, 148, 149, 152, 157-165, 168-197, 199-210, 212-215, 217-23

and contained in VI Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/23/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 23, 2007.

Sarah A. Thornton, Clerk of Court

By:

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 4/23/07

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06