APPEAL

**United States District Court**
**District of Massachusetts (Boston)**
**CIVIL DOCKET FOR CASE #: 1:04-cv-11935-DPW**

Porter v. Cabral et al
Assigned to: Judge Douglas P. Woodlock
Related Case: 1:05-cv-12468-DPW
Cause: 42:1983 Civil Rights Act

Date Filed: 09/03/2004
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Sheila J. Porter**

represented by **Jennifer M. Goddard**
Testa, Hurwitz & Thibeault, LLP
125 High Street
Oliver Tower
Boston, MA 02110
617-248-7767
Fax: 617-790-0111
Email: goddard@tht.com
*TERMINATED: 03/11/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph F. Savage, Jr.**
Goodwin Procter, LLP
53 State Street
Boston, MA 02109
617-570-1204
Fax: 617-523-1321
Email: jsavage@goodwinprocter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David S. Schumacher**
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
617-570-1911
Fax: 617-523-1231
Email:
dschumacher@goodwinprocter.com
*ATTORNEY TO BE NOTICED*

**Maura Jakola Gerhart**
Holland & Knight LLP
10 St. James Avenue

Boston, MA 02116
617-573-5858
Fax: 617-523-6850 (Main)
Email: maura.gerhart@hklaw.com
*TERMINATED: 03/11/2005*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Andrea Cabral**

represented by **Russell T. Homsy**
Suffolk County Sheriff's Department
Suffolk County House of Correction
20 Bradston Street
Boston, MA 02128
617-961-6535
Fax: 617-961-6581
Email: rhomsy@scsdma.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Davin**
Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA 02114
617-961-6679
Fax: 617-961-6693
Email: jdavin@scsdma.org
*ATTORNEY TO BE NOTICED*

**Paige A. Scott Reed**
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
617-456-8000
Fax: 617-456-8100
Email: PAScottReed@plgt.com
*ATTORNEY TO BE NOTICED*

**Walter B. Prince**
Prince, Lobel Glovsky & Tye LLP
100 Cambridge Street
Suite 2200
Boston, MA 02114
617-456-8000
Fax: 617-456-8100
Email: wbprince@plgt.com
*ATTORNEY TO BE NOTICED*

**Ellen Caulo**

Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA 02114
617-961-6681
Fax: 617-961-6693
Email: Ecaulo@scsdma.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Suffolk County Sheriff's Department** represented by **Russell T. Homsy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Davin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paige A. Scott Reed**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Walter B. Prince**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ellen Caulo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Suffolk County** represented by **Russell T. Homsy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Davin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paige A. Scott Reed**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Walter B. Prince**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ellen Caulo**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Correctional Medical Services, Inc.** represented by **Alexandra B. Harvey**
Adler, Cohen, Harvey, Wakeman & Guekguezian LLP
75 Federal Street
10th Floor
Boston, MA 02110
617-423-6674
Fax: 617-423-7152
Email: abh@achwg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russell T. Homsy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Norton**
Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP
230 Congress Street
Boston, MA 02110
617-423-6674
Fax: 617-423-7152
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**FBI** represented by **Anton P. Giedt**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3309
Fax: 617-748-3967
Email: anton.giedt@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**USAO** represented by **Anton P. Giedt**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John T. McNeil**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3242
Fax: 617-748-3951
Email: john.mcneil@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Globe Newspaper Company, Inc.** represented by **Jonathan M. Albano**
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617-951-8000
Fax: 617-951-8736
Email: jonathan.albano@bingham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 58435, filed by Sheila J. Porter. (Attachments: # 1 Part 2)(Rynne, Michelle) (Entered: 09/07/2004) |
| 09/03/2004 | | Summons Issued as to Andrea Cabral, Correctional Medical Services, Inc., Suffol County, Suffolk County Sheriff's Department. (Rynne, Michelle) (Entered: 09/07/2004) |
| 09/03/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Ryn Michelle) (Entered: 09/07/2004) |
| 09/17/2004 | 2 | SUMMONS Returned Executed Andrea Cabral served on 9/8/2004, answer due 9/28/2004. (Rynne, Michelle) (Entered: 09/21/2004) |
| 09/17/2004 | 4 | SUMMONS Returned Executed Suffolk County served on 9/8/2004, answer due 9/28/2004. (Attachments: # 1)(Rynne, Michelle) (Entered: 09/21/2004) |
| 09/17/2004 | 5 | SUMMONS Returned Executed Correctional Medical Services, Inc. served on 9/8/2004, answer due 9/28/2004. (Rynne, Michelle) (Entered: 09/21/2004) |
| 09/21/2004 | 3 | SUMMONS Returned Executed Suffolk County Sheriff's Department served on 9/8/2004, answer due 9/28/2004. (Rynne, Michelle) (Entered: 09/21/2004) |
| 09/28/2004 | 6 | ANSWER to Complaint with jury demand by Andrea Cabral, Suffolk County, Su County Sheriff's Department.(Caulo, Ellen) Additional attachment(s) added on 10/5/2004 to correct electronic signature.(Rynne, Michelle). (Entered: 09/28/200 |

| | | |
|---|---|---|
| 09/28/2004 | 7 | MOTION to Dismiss *Complaint* by Andrea Cabral, Suffolk County, Suffolk Cou Sheriff's Department.(Caulo, Ellen) Additional attachment(s) added on 10/5/2004 correct electronic signature(Rynne, Michelle). (Entered: 09/28/2004) |
| 09/28/2004 | 8 | MEMORANDUM in Support re 7 MOTION to Dismiss *Complaint* filed by Andr Cabral, Suffolk County, Suffolk County Sheriff's Department. (Caulo, Ellen) Additional attachment(s) added on 10/5/2004 to correct electronic signature. (Ry Michelle). (Entered: 09/28/2004) |
| 09/28/2004 | 9 | NOTICE of Scheduling Conference: Scheduling Conference set for 11/3/2004 at PM in Courtroom 1 before Judge Douglas P. Woodlock. (Greenberg, Rebecca) (Entered: 09/28/2004) |
| 10/06/2004 | 10 | STIPULATION *to Extend Time to Respond to Motion to Dismiss* by Sheila J. Por (Jakola, Maura) (Entered: 10/06/2004) |
| 10/19/2004 | 11 | ANSWER to Complaint with Jury Demand by Correctional Medical Services, In (Rynne, Michelle) (Entered: 10/21/2004) |
| 10/26/2004 | 12 | Opposition re 7 MOTION to Dismiss *Complaint* filed by Sheila J. Porter. (Jakola Maura) (Entered: 10/26/2004) |
| 10/28/2004 | 13 | JOINT STATEMENT re scheduling conference. (Jakola, Maura) (Entered: 10/28/2004) |
| 10/28/2004 | 14 | CERTIFICATION pursuant to Local Rule 16.1 by Sheila J. Porter.(Jakola, Maur (Entered: 10/28/2004) |
| 10/29/2004 | 15 | CERTIFICATION pursuant to Local Rule 16.1 by Andrea Cabral, Suffolk Count Suffolk County Sheriff's Department.(Caulo, Ellen) (Entered: 10/29/2004) |
| 11/02/2004 | 16 | CERTIFICATION pursuant to Local Rule 16.1 by Correctional Medical Services Inc. (Barrette, Mark) (Entered: 11/18/2004) |
| 11/02/2004 | 17 | MOTION for Judgment on the Pleadings With Respect to Counts IV, V, and VII Plaintiff's Complaint by Correctional Medical Services, Inc. (Barrette, Mark) (Entered: 11/19/2004) |
| 11/02/2004 | 18 | CERTIFICATE OF CONSULTATION Pursuant to Local Rule 7.1 (A)(2) by Correctional Medical Services, Inc. (Barrette, Mark) (Entered: 11/19/2004) |
| 11/03/2004 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock Scheduling Conference held on 11/3/2004, ; Fact discovery by May 31, 2005, Ex - plaintiffs by July 1, 2005 and defendants by August 1, 2005, Depositions by September 15, 2005, Dispositive motions by August 17, 2005; motions to dismis denied without prejudice; leave given to the plaintiff to amend the complaint no l than 30 days from today.Motions terminated: 7 MOTION to Dismiss *Complaint* f by Suffolk County, Suffolk County Sheriff's Department, Andrea Cabral. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 12/20/2004) |
| 11/19/2004 | 19 | MOTION to Amend 11 Answer to Complaint by Andrea Cabral, Correctional Medical Services, Inc., Sheila J. Porter, Suffolk County, Suffolk County Sheriff's Department.(Nici, Richard) Additional attachment(s) added on 11/22/2004 (Nici, Richard). (Entered: 11/22/2004) |

| | | |
|---|---|---|
| 12/03/2004 | 20 | AMENDED COMPLAINT against all defendants, filed by Sheila J. Porter. (Attachments: # 1 # 2 # 3 # 4)(Jakola, Maura) (Entered: 12/03/2004) |
| 12/13/2004 | 21 | *Answer to Amended Complaint* ANSWER to Complaint with Jury Demand by Ar Cabral, Suffolk County, Suffolk County Sheriff's Department.(Caulo, Ellen) (Ent 12/13/2004) |
| 12/13/2004 | 22 | MOTION to Dismiss by Andrea Cabral, Suffolk County, Suffolk County Sheriff: Department.(Caulo, Ellen) (Entered: 12/13/2004) |
| 12/13/2004 | 23 | MEMORANDUM in Support re 22 MOTION to Dismiss filed by Andrea Cabral. Suffolk County, Suffolk County Sheriff's Department. (Caulo, Ellen) (Entered: 12/13/2004) |
| 12/20/2004 | 24 | Judge Douglas P. Woodlock : ORDER entered SCHEDULING ORDER: Status Conference set for 11/17/2005 02:20 PM in Courtroom 1 before Judge Douglas P Woodlock. Discovery due by 5/31/2005. Motions due by 8/17/2005. Status report 11/10/05.(Rynne, Michelle) (Entered: 12/20/2004) |
| 12/20/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 19 Motion to Amend answer (Rynne, Michelle) (Entered: 12/20/2004) |
| 12/28/2004 | 25 | MOTION for Extension of Time to 1/11/05 to File Response/Reply *to Defendant. Partial Motion to Dismiss* by Sheila J. Porter.(Jakola, Maura) (Entered: 12/28/20( |
| 01/07/2005 | 26 | Judge Douglas P. Woodlock : ORDER entered. Amended SCHEDULING ORDER:Summary Judgment Motions due by 10/17/2005. All other dates remain unchanged. (Rynne, Michelle) (Entered: 01/07/2005) |
| 01/12/2005 | 27 | STIPULATION of Dismissal *of Count VI of Plaintiff's Amended Complaint As O Against Defendants Suffolk County Sheriff's Department and Suffolk County* by S J. Porter. (Jakola, Maura) (Entered: 01/12/2005) |
| 01/13/2005 | | Judge Douglas P. Woodlock : ElectronicORDER entered finding as moot 22 Mot to Dismiss, finding as moot 25 Motion for Extension of Time to File Response/R in light of STIPULATION of Dismissal of Count VI filed this date. (Rynne, Mich (Entered: 01/13/2005) |
| 01/13/2005 | 28 | AMENDED DOCUMENT by Sheila J. Porter. Amendment to 27 Stipulation of Dismissal *With Prejudice of Count VI of Plaintiff's Amended Complaint as Only Against Defendants Suffolk County Sheriff's Department and Suffolk County*. (Jak Maura) (Entered: 01/13/2005) |
| 01/31/2005 | 29 | ANSWER to Amended Complaint by Correctional Medical Services, Inc..(Norto Jennifer) (Entered: 01/31/2005) |
| 02/09/2005 | 30 | First MOTION for Extension of Time to 2/23/05 to File Response/Reply *to Plain Discovery Requests* by Correctional Medical Services, Inc..(Norton, Jennifer) (Entered: 02/09/2005) |
| 02/15/2005 | 31 | Withdrawal of motion: 30 First MOTION for Extension of Time to 2/23/05 to Fil Response/Reply *to Plaintiff's Discovery Requests* filed by Correctional Medical Services, Inc.,.. (Norton, Jennifer) (Entered: 02/15/2005) |
| 02/18/2005 | | Motions terminated: 17 MOTION for Judgment on the Pleadings filed by |

| | | |
|---|---|---|
| | | Correctional Medical Services, Inc. (Rynne, Michelle) (Entered: 02/18/2005) |
| 02/24/2005 | 32 | NOTICE of Appearance by David S. Schumacher on behalf of Sheila J. Porter (Schumacher, David) (Entered: 02/24/2005) |
| 03/03/2005 | 33 | STIPULATION by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County. (Attachments: # 1 Text of Proposed Order Protective Order)(Caulo, Ellei (Entered: 03/03/2005) |
| 03/09/2005 | 34 | Judge Douglas P. Woodlock : ORDER entered. STIPULATION AND ORDER (Attachments: # 1 Protective Order)(Nici, Richard) (Entered: 03/09/2005) |
| 03/11/2005 | 35 | NOTICE of Withdrawal of Appearance Attorney Jennifer M. Goddard terminatec (Jakola, Maura) (Entered: 03/11/2005) |
| 03/11/2005 | 36 | NOTICE of Withdrawal of Appearance Attorney Maura M. Jakola terminated. (Jakola, Maura) (Entered: 03/11/2005) |
| 04/21/2005 | 37 | MOTION to Stay by Andrea Cabral. FILED UNDER SEAL(Nici, Richard) (Ente 04/21/2005) |
| 04/21/2005 | 38 | MEMORANDUM in Support re [37] MOTION to Stay filed by Andrea Cabral. ( Richard) (Entered: 04/21/2005) |
| 04/21/2005 | 39 | MOTION to Quash by Andrea Cabral, Suffolk County Sheriff's Department, Suff County. (Attachments: # 1 # 2)(Caulo, Ellen) (Entered: 04/21/2005) |
| 04/21/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered re [37] MOTION to St 39 MOTION to Quash. Responses due by noon on 4/25/2005. (Rynne, Michelle) (Entered: 04/21/2005) |
| 04/25/2005 | 40 | Opposition re 39 MOTION to Quash filed by Sheila J. Porter. FILED UNDER SI (Rynne, Michelle) (Entered: 04/25/2005) |
| 04/25/2005 | 41 | Opposition re [37] MOTION to Stay filed by Sheila J. Porter. FILED UNDER SE (Rynne, Michelle) (Entered: 04/25/2005) |
| 04/25/2005 | | NOTICE of Hearing on Motion [37] MOTION to Stay, 39 MOTION to Quash: Motion Hearing set for 4/27/2005 09:00 AM in Courtroom 1 before Judge Dougl Woodlock. (Rynne, Michelle) (Entered: 04/25/2005) |
| 04/26/2005 | 42 | NOTICE of Appearance by Jennifer A. Norton on behalf of Correctional Medical Services, Inc. (Norton, Jennifer) (Entered: 04/26/2005) |
| 04/27/2005 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock Motion Hearing held on 4/27/2005 re [37] MOTION to Stay, 39 MOTION to Qu Motion to stay Denied; motion to quash denied; parties to continue on discovery schedule as previously set. (Court Reporter Valerie O'Hara.) (Rynne, Michelle) (Entered: 04/27/2005) |
| 05/12/2005 | 43 | Joint MOTION for Extension of Time to June 30, 2005 to Complete Discovery b Sheila J. Porter, Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County, Correctional Medical Services, Inc..(Schumacher, David) (Entered: 05/12/2005) |
| | | |

| | | |
|---|---|---|
| 05/12/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 43 Motion for Extension of Time to Complete Discovery. Discovery due by 6/30/2005. All othe deadlines remain as previously set. (Rynne, Michelle) (Entered: 05/12/2005) |
| 05/23/2005 | 44 | MOTION for Judicial Order To Produce Certified Copies Of Medical Records *(Unopposed)* by Sheila J. Porter. (Attachments: # 1 Exhibit A)(Savage, Joseph) (Entered: 05/23/2005) |
| 05/25/2005 | 45 | Judge Douglas P. Woodlock : ORDER TO PRODUCE CERTIFIED MEDICAL RECORDS ENTERED. (Nici, Richard) (Entered: 05/26/2005) |
| 05/26/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered terminating 44 Motion Produce copies of Medical records (Nici, Richard) (Entered: 05/26/2005) |
| 06/07/2005 | 46 | NOTICE of Change of Address by Jennifer A. Norton (Norton, Jennifer) (Enterec 06/07/2005) |
| 06/16/2005 | 47 | MOTION to Quash by Andrea Cabral, Suffolk County Sheriff's Department, Sufl County.(Caulo, Ellen) Additional attachment(s) added on 6/21/2005 (Nici, Richai (Entered: 06/16/2005) |
| 06/16/2005 | 48 | MEMORANDUM in Support re 47 MOTION to Quash filed by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County. (Attachments: # 1 # 2 # 3 # 5)(Caulo, Ellen) (Entered: 06/16/2005) |
| 06/21/2005 | | Notice of correction to docket made by Court staff. Correction: Docket entry #47 corrected because: the document selected was incorrect and replaced with the cor document. (Nici, Richard) (Entered: 06/21/2005) |
| 06/29/2005 | 49 | Assented to MOTION to Seal Document [40] Opposition to Motion *To Quash* by Sheila J. Porter. (Attachments: # 1 Exhibit A)(Savage, Joseph) (Entered: 06/29/2( |
| 06/29/2005 | 50 | Plantiff's MEMORANDUM in Opposition re 47 MOTION to Quash filed by She Porter. FILED UNDER SEAL (Nici, Richard) (Entered: 06/30/2005) |
| 07/05/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 49 Motion to Document. (Rynne, Michelle) (Entered: 07/05/2005) |
| 07/15/2005 | 51 | MOTION to Compel by Andrea Cabral, Suffolk County Sheriff's Department, Su County.(Caulo, Ellen) (Entered: 07/15/2005) |
| 07/15/2005 | 52 | MEMORANDUM in Support re 51 MOTION to Compel filed by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County. (Attachments: # 1 # 2 # 3 # 5 # 6 # 7 # 8 # 9)(Caulo, Ellen) (Entered: 07/15/2005) |
| 07/29/2005 | 53 | MOTION for Extension of Time to August 10, 2005 to File Response/Reply as tc MOTION to Compel, 52 Memorandum in Support of Motion by FBI.(Giedt, Ant (Entered: 07/29/2005) |
| 08/02/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 53 Motion for Extension of Time to File Response/Reply re 51 MOTION to Compel. Responses by 8/10/2005 (Rynne, Michelle) (Entered: 08/02/2005) |
| 08/03/2005 | 54 | MOTION for Leave to File A Document under seal by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County, Correctional Medical Services, Inc |

| | | |
|---|---|---|
| | | (Nici, Richard) (Entered: 08/04/2005) |
| 08/03/2005 | 55 | MOTION to Compel TESTIMONY by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County, Correctional Medical Services, Inc.. FILED UNDE SEAL(Nici, Richard) (Entered: 08/04/2005) |
| 08/03/2005 | 56 | MEMORANDUM in Support re [55] MOTION to Compel SEALED MOTION f by Andrea Cabral. FILED UNDER SEAL (Nici, Richard) (Entered: 08/04/2005) |
| 08/10/2005 | 57 | MOTION for Extension of Time to August 26, 2005 to File Response/Reply as tc [55] MOTION to Compel SEALED MOTION, [56] Memorandum in Support of Motion, 51 MOTION to Compel, 52 Memorandum in Support of Motion by FBI. (Giedt, Anton) (Entered: 08/10/2005) |
| 08/18/2005 | 60 | Plaintiff's MOTION to Compel Testimony and Documents from the Federal Bure of Investigation and the Office of the U.S. Attorney by Sheila J. Porter.(Nici, Ricl Modified on 8/24/2005 (Nici, Richard). FILED UNDER SEAL (Entered: 08/24/2 |
| 08/18/2005 | 61 | MEMORANDUM in Support re [60] MOTION to Compel filed by Sheila J. Port FILED UNDER SEAL (Nici, Richard) (Entered: 08/24/2005) |
| 08/18/2005 | 62 | AFFIDAVIT of David S. Schumacher by Sheila J. Porter. FILED UNDER SEAL (Nici, Richard) (Entered: 08/24/2005) |
| 08/18/2005 | 63 | Plaintiff's MOTION to impound her motion to compel testimony and documents the federal bureau of investigation and the office of the U.S. Attorney by Sheila J Porter.(Nici, Richard) (Entered: 08/24/2005) |
| 08/23/2005 | 58 | First MOTION to Modify Protective Order by Globe Newspaper Company, Inc.. (Albano, Jonathan) (Entered: 08/23/2005) |
| 08/23/2005 | 59 | First MEMORANDUM in Support re 58 First MOTION to Modify Protective Or filed by Globe Newspaper Company, Inc.. (Albano, Jonathan) (Entered: 08/23/20 |
| 08/25/2005 | 64 | MOTION for Extension of Time to September 15, 2005 to File Response/Reply a 58 First MOTION to Modify Protective Order by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County.(Caulo, Ellen) (Entered: 08/25/2005) |
| 08/26/2005 | 66 | MEMORANDUM in Opposition re [60] Motion to compel. FILED UNDER SEA (Nici, Richard) Modified on 8/29/2005 (Nici, Richard). (Entered: 08/29/2005) |
| 08/26/2005 | 67 | EXHIBITS 2&3 re [66] Memorandum in Opposition to Motion by FBI. FILED UNDER SEAL (Nici, Richard) (Entered: 08/29/2005) |
| 08/29/2005 | 65 | MOTION of respondents Federal Bureau of Investigation and the U.S. Attorney's Office to file Opposition Under Seal by Andrea Cabral.(Nici, Richard) Modified 8/31/2005 (Nici, Richard). (Entered: 08/29/2005) |
| 08/29/2005 | 68 | MOTION for Extension of Time to September 15, 2005 to File Response/Reply a 58 First MOTION to Modify Protective Order by Sheila J. Porter.(Schumacher, David) (Entered: 08/29/2005) |
| 08/30/2005 | 69 | Respondent's Assented-to MOTION. FILED UNDER SEAL (Nici, Richard) (Entered: 08/31/2005) |
| | | |

| | | |
|---|---|---|
| 08/30/2005 | 70 | Respondent's NOTICE of Clerical error re [66] Memorandum in Opposition to Motion (Nici, Richard). FILED UNDER SEAL (Entered: 08/31/2005) |
| 09/01/2005 | 71 | MOTION for Extension of Time to September 16, 2005 to File Response/Reply a [60] MOTION to Compel. [61] Memorandum in Support of Motion *to Compel* by USAO, FBI.(Giedt, Anton) (Entered: 09/01/2005) |
| 09/07/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 64 Motion for Extension of Time to File Response/Reply re 58 First MOTION to Modify Protec Order, granting 68 Motion for Extension of Time to File Response/Reply re 58 Fi MOTION to Modify Protective Order. Responses due by 9/15/2005 (Rynne, Michelle) (Entered: 09/07/2005) |
| 09/07/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 71 Motion for Extension of Time to File Response/Reply re [60] MOTION to Compel. Respons due by 9/16/2005. (Rynne, Michelle) (Entered: 09/07/2005) |
| 09/07/2005 | | Motions terminated: 57 MOTION for Extension of Time to August 26, 2005 to F Response/Reply as to [55] MOTION to Compel SEALED MOTION, [56] Memorandum in Support of Motion, 51 MOTION to Compel, 52 Memorandum i Support of Motion filed by FBI,. (Rynne, Michelle) (Entered: 09/07/2005) |
| 09/07/2005 | | NOTICE of Hearing on ALL PENDING MOTIONS: [69] MOTION for Leave tc Excess Pages, 58 First MOTION to Modify Protective Order, 51 MOTION to Compel, [60] MOTION to Compel, 63 MOTION to Seal, 54 MOTION for Leave File / Seal Document, [55] MOTION to Compel SEALED, 65 MOTION to Seal, MOTION to Quash: Motion Hearing set for 9/28/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 09/07/2005) |
| 09/13/2005 | 72 | Plaintiff's MOTION to Compel Discovery by Sheila J. Porter. FILED UNDER SI (Nici, Richard) (Entered: 09/14/2005) |
| 09/13/2005 | 73 | MEMORANDUM in Support re [72] MOTION to Compel Discovery filed by Sh J. Porter. (Nici, Richard) Modified on 9/14/2005 (Nici, Richard). FILED UNDER SEAL (Entered: 09/14/2005) |
| 09/13/2005 | 74 | AFFIDAVIT in Support re [72] MOTION to Compel Discovery. FILED UNDER SEAL(Nici, Richard) (Entered: 09/14/2005) |
| 09/13/2005 | 75 | MOTION to impound plaintiff's motion to compel discovery by Sheila J. Porter.( Richard) (Entered: 09/14/2005) |
| 09/15/2005 | 76 | MEMORANDUM in Opposition re 58 First MOTION to Modify Protective Orde filed by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County. (Caulo, Ellen) (Entered: 09/15/2005) |
| 09/15/2005 | 77 | MOTION for Extension of Time to September 22, 2005 to File Response/Reply a [60] MOTION to Compel by FBI, USAO.(Giedt, Anton) (Entered: 09/15/2005) |
| 09/15/2005 | 78 | RESPONSE to Motion re 58 First MOTION to Modify Protective Order filed by Sheila J. Porter. (Savage, Joseph) (Entered: 09/15/2005) |
| 09/20/2005 | | Judge Douglas P. Woodlock : ElectronicORDER entered granting 77 Motion for Extension of Time to File Response/Reply re [60] MOTION to Compel. Respons |

| | | |
|---|---|---|
| | | due by 9/22/2005. (Rynne, Michelle) (Entered: 09/20/2005) |
| 09/20/2005 | | NOTICE of RESCHEDULING Hearing on ALL PENDING MOTIONS (TIME CHANGE ONLY) [69] MOTION for Leave to File Excess Pages, [72] MOTION Compel MOTION for Discovery MOTION to Seal Document, 58 First MOTION Modify Protective Order, 51 MOTION to Compel, 75 MOTION to Seal, [60] MOTION to Compel, 63 MOTION to Seal, 54 MOTION for Leave to File MOTI to Seal Document, [55] MOTION to Compel SEALED MOTION, 65 MOTION t Seal, 47 MOTION to Quash: Motion Hearing set for 9/28/2005 10:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 09/20/2005) |
| 09/20/2005 | 79 | First MOTION for Leave to File *Reply Brief* by Globe Newspaper Company, Inc. (Albano, Jonathan) (Entered: 09/20/2005) |
| 09/20/2005 | 80 | First REPLY to Response to Motion re 58 First MOTION to Modify Protective Order, 79 First MOTION for Leave to File *Reply Brief* filed by Globe Newspaper Company, Inc.. (Attachments: # 1 Exhibit Judicial Decision)(Albano, Jonathan) (Entered: 09/20/2005) |
| 09/21/2005 | 81 | Plaintiff's MOTION to Compel desposition preparation materials from the Suffol County Sheriff's Department by Sheila J. Porter.FILED UNDER SEAL(Nici, Richard) (Entered: 09/21/2005) |
| 09/21/2005 | 82 | AFFIDAVIT of David Shumacher re [81] MOTION to Compel by Sheila J. Porte (Nici, Richard)FILED UNDER SEAL (Entered: 09/21/2005) |
| 09/23/2005 | 83 | MOTION of respondents United States Attorney's Office and the FBI to file opposition and Motion to Quash UNDER SEAL(Nici, Richard) Modified on 9/26/2005 (Nici, Richard). (Entered: 09/23/2005) |
| 09/23/2005 | 84 | MEMORANDUM in Opposition of the United States Attorney's Office and the F to Plaintiff's re [81] MOTION to Compel, 47 MOTION to Quash filed by USAO. (Nici, Richard) (Entered: 09/26/2005) |
| 09/23/2005 | 85 | Defendant's MOTION to Seal their memorandum in opposition to Plaintiff's moti to Compel Discovery by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County.(Nici, Richard) (Entered: 09/26/2005) |
| 09/23/2005 | 86 | MEMORANDUM in Opposition re [72] MOTION to Compel MOTION for Discovery MOTION to Seal Document filed by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County.FILED UNDER SEAL (Nici, Richard) (Entered: 09/26/2005) |
| 09/26/2005 | 87 | MOTION to Compel *Plaintiff's Testimony* by Andrea Cabral, Suffolk County She Department, Suffolk County.(Caulo, Ellen) (Entered: 09/26/2005) |
| 09/26/2005 | 88 | MEMORANDUM in Support re 87 MOTION to Compel *Plaintiff's Testimony* fil by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County. (Attachments: # 1 # 2)(Caulo, Ellen) (Entered: 09/26/2005) |
| 09/27/2005 | 89 | AFFIDAVIT in Support re 48 Memorandum in Support of Motion *to Quash*. (Ca Ellen) (Entered: 09/27/2005) |
| | | |

| | | |
|---|---|---|
| 09/28/2005 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock Motion Hearing held on 9/28/2005 re ALL PENDING MOTIONS,Court addresse Motion to modify protective order filed by Boston Globe. Allowed only to the ex that procedures are established for filing confidential documents: Motion to seal s be filed with redacted and unredacted versions of document. Redacted version wi added to docket at time of docketing. Motion to seal shall give specific reasons, w good cause shown, why document should continue to be sealed. Attorney Albano shall submit a proposed order by 10/5/05. Court expects to unseal government's response (Tuohey letters). Suffolk County defendants have until 10/3/05 to specif reasons why it should remain sealed. If parties file separate APA cases, they shou be directed to this court. [83] motion to compel is under advisement. To the exten that the parties are pressing the subpoena re: US, a response is due 10/5/05. [69] motion for leave to file excess pages ALLOWED, 79 motion for leave to file repl brief ALLOWED. All other pending motions DENIED WITHOUT PREJUDICE be resubmitted, if appropriate, in accordance with the procedures outline today. Sealed documents related to motions to seal that have been denied will be returne the parties. Motions terminated: 65 MOTION to Seal, 85 MOTION to Seal, [55] MOTION to Compel SEALED MOTION, 47 MOTION to Quash, 87 MOTION t Compel *Plaintiff's Testimony*, [72] MOTION to Compel MOTION for Discovery MOTION to Seal Document, [81] MOTION to Compel, 51 MOTION to Compel. MOTION to Seal, [60] MOTION to Compel, [83] MOTION to Quash MOTION Leave to File, 63 MOTION to Seal, 54 MOTION for Leave to File MOTION to S Document. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 09/28/200 |
| 09/28/2005 | 90 | NOTICE by USAO. FILED UNDER SEAL (Nici, Richard) (Entered: 09/28/2005 |
| 10/05/2005 | 91 | MOTION for Extension of Time to October 10, 2005 to File proposed modificati protective order by Globe Newspaper Company, Inc..(Albano, Jonathan) (Enterec 10/05/2005) |
| 10/07/2005 | | Judge Douglas P. Woodlock : ElectronicORDER entered granting 91 Motion for Extension of Time to 10/11/05 to submit proposed modification of protective ord (Rynne, Michelle) (Entered: 10/07/2005) |
| 10/10/2005 | 92 | Proposed Document(s) submitted by Globe Newspaper Company, Inc.. Documen received: Proposed Modification of Protective Order. (Attachments: # 1 Text of Proposed Order Modification to Protective Order)(Albano, Jonathan) (Entered: 10/10/2005) |
| 10/12/2005 | 93 | Judge Douglas P. Woodlock : ORDER entered. MODIFICATION TO PROTECT ORDER(Nici, Richard). (Entered: 10/12/2005) |
| 10/17/2005 | 94 | MOTION for Summary Judgment by Correctional Medical Services, Inc..(Harvey Alexandra) (Entered: 10/17/2005) |
| 10/17/2005 | 95 | Assented to MOTION for Leave to File Excess Pages *to Memorandum of Law In Support of Motion For Summary Judgment* by Correctional Medical Services, Inc (Harvey, Alexandra) (Entered: 10/17/2005) |
| 10/17/2005 | 96 | MEMORANDUM in Support re 94 MOTION for Summary Judgment filed by Correctional Medical Services, Inc.. (Harvey, Alexandra) (Entered: 10/17/2005) |
| 10/17/2005 | 97 | STATEMENT of facts re 94 MOTION for Summary Judgment *by Correctional* |

| | | |
|---|---|---|
| | | *Medical Services, Inc.*. (Harvey, Alexandra) (Entered: 10/17/2005) |
| 10/17/2005 | 98 | NOTICE by Correctional Medical Services, Inc. re 97 Statement of facts *re: Atta Exhibits Filed in Paper Form with Clerk's Office* (Harvey, Alexandra) Modified o 10/20/2005 (Nici, Richard). Exhibits have been received by the Clerk's office. Redacted version will be available in Clerk's office records department. (Entered: 10/17/2005) |
| 10/17/2005 | 99 | MOTION to Seal Document 97 Statement of facts *Re: Exhibit I attached to State of Undisputed Facts* by Correctional Medical Services, Inc..(Harvey, Alexandra) (Entered: 10/17/2005) |
| 10/17/2005 | 100 | MOTION for Summary Judgment by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County.(Caulo, Ellen) (Entered: 10/17/2005) |
| 10/17/2005 | 101 | MEMORANDUM in Support re 100 MOTION for Summary Judgment filed by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County. (Attachme # 1)(Caulo, Ellen) (Entered: 10/17/2005) |
| 10/17/2005 | 102 | MOTION for Leave to File Excess Pages by Andrea Cabral, Suffolk County Sher Department, Suffolk County.(Caulo, Ellen) (Entered: 10/17/2005) |
| 10/17/2005 | 103 | MOTION for Extension of Time to 10/18/2005 to File by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County.(Caulo, Ellen) (Entered: 10/17/200 |
| 10/18/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered returning SEALED DOCUMENTS : 34-1,47,48 + Exhibit1& 2, 50,51,52,52-1,54,55,56,58,59,60,61,62,63.64,65,66,67,68,69,70,72,73,74,81,82,83,84,85,86,8 1 to Ellen Caulo VIA CERTIFIED MAIL.(Nici, Richard) (Entered: 10/18/2005) |
| 10/18/2005 | 104 | EXHIBIT re 101 Memorandum in Support of Motion *for Summary Judgment* by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County. (Attachme # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10)(Caulo, Ellen) (Entered: 10/18/2005) |
| 10/18/2005 | 105 | EXHIBIT re 101 Memorandum in Support of Motion *for Summary Judgment* by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County. (Attachme # 1 Exhibit 11 B# 2 Exhibit 11 C# 3 Exhibit 11 D# 4 Exhibit 11 E)(Caulo, Ellen) (Entered: 10/18/2005) |
| 10/18/2005 | 106 | EXHIBIT re 101 Memorandum in Support of Motion *for Summary Judgment* by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County. (Attachme # 1 Exhibit 13# 2 Exhibit 14 A# 3 Exhibit 14 B# 4 Exhibit 15 A# 5 Exhibit 15 B# Exhibit 16# 7 Exhibit 17# 8 Exhibit 18)(Caulo, Ellen) (Entered: 10/18/2005) |
| 10/18/2005 | 107 | EXHIBIT re 101 Memorandum in Support of Motion *Summary Judgment* by Anc Cabral, Suffolk County Sheriff's Department, Suffolk County. (Attachments: # 1 Exhibit 19 B# 2 Exhibit 19 C# 3 Exhibit 19 D# 4 Exhibit 19 E)(Caulo, Ellen) (Entered: 10/18/2005) |
| 10/18/2005 | 108 | EXHIBIT re 101 Memorandum in Support of Motion *for Summary Judgment* by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County. (Attachme # 1 Exhibit 21# 2 Exhibit 22# 3 Exhibit 23# 4 Exhibit 24# 5 Exhibit 25# 6 Exhibi |