|  |  |  |
|---|---|---|
|  |  | 26# 7 Exhibit 27# 8 Exhibit 28)(Caulo, Ellen) (Entered: 10/18/2005) |
| 10/18/2005 | 109 | EXHIBIT re 101 Memorandum in Support of Motion *for Summary Judgment* by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County. (Attachme # 1 Exhibit 19 B)(Caulo, Ellen) (Entered: 10/18/2005) |
| 10/18/2005 | 110 | EXHIBIT re 101 Memorandum in Support of Motion *for Summary Judgment* by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County. (Attachme # 1 Exhibit 19 D# 2 Exhibit 19 E)(Caulo, Ellen) (Entered: 10/18/2005) |
| 10/19/2005 | 111 | MOTION to Seal Document by Andrea Cabral, Suffolk County Sheriff's Departm Suffolk County.(Caulo, Ellen) (Entered: 10/19/2005) |
| 10/20/2005 | 112 | MOTION for Extension of Time to November 14, 2005 to File Response/Reply a 94 MOTION for Summary Judgment, 100 MOTION for Summary Judgment *(Sh J. Porter's Unopposed Motion to Extend Deadline to Respond to Defendants' Mo for Summary Judgment)* by Sheila J. Porter.(Schumacher, David) (Entered: 10/20/2005) |
| 10/24/2005 | 113 | Receipt #2 of 4 for Sealed Documents. (Nici, Richard) (Entered: 10/24/2005) |
| 10/24/2005 | 114 | Receipt #3 of 4 for Sealed Documents. (Nici, Richard) (Entered: 10/24/2005) |
| 10/24/2005 | 115 | Receipt #4 of 4 for Sealed Documents. (Nici, Richard) (Entered: 10/24/2005) |
| 10/24/2005 |  | Judge Douglas P. Woodlock : ElectronicORDER entered granting 112 Motion fo Extension of Time to File Motion for summary judgment. Motions due 11/14/05. (Rynne, Michelle) (Entered: 10/24/2005) |
| 10/24/2005 |  | Set/Reset Scheduling Order Deadlines: Motions due by 11/14/2005. (Rynne, Michelle) (Entered: 10/24/2005) |
| 10/24/2005 | 116 | Receipt #1 of 4 for Sealed Documents. (Nici, Richard) (Entered: 10/24/2005) |
| 10/24/2005 | 117 | Signed receipt for Sealed documents. (Nici, Richard) (Entered: 10/24/2005) |
| 10/25/2005 | 118 | Letter/request (non-motion) from Jennifer Ann Norton. (Nici, Richard) Mailed redacted version or exhibits back to Jennifer Norton on 10/27/2005 (Nici, Richard (Entered: 10/26/2005) |
| 10/26/2005 |  | Motions terminated: 99 MOTION to Seal Document 97 Statement of facts *Re: E I attached to Statement of Undisputed Facts* filed by Correctional Medical Servic Inc.,. (Nici, Richard) (Entered: 10/26/2005) |
| 10/26/2005 |  | NOTICE *** COURTESY COPIES REQUIRED *** In addition to electronicall filing any pleading, all parties and counsel shall file all submissions relating to motions and dispositive matters with the Court in hard copy, clearly marked "Courtesy Copy - Do Not Scan" on the cover page of each pleading/ submission (notations in a cover letter not deemed sufficient). Courtesy copies of Joint Staten shall also be provided. (Nici, Richard) (Entered: 10/26/2005) |
| 10/28/2005 | 119 | MOTION to Compel by Andrea Cabral, Suffolk County Sheriff's Department, Su County.(Caulo, Ellen) (Entered: 10/28/2005) |
| 10/28/2005 | 120 | MEMORANDUM in Support re 119 MOTION to Compel filed by Andrea Cabra |

| | | |
|---|---|---|
| | | Suffolk County Sheriff's Department, Suffolk County. (Attachments: # 1 # 2)(Car Ellen) Additional attachment(s) added on 11/3/2005 (Nici, Richard). (Entered: 10/28/2005) |
| 10/31/2005 | 🌀 | NOTICE of Hearing on 100 MOTION for Summary Judgment: Motion Hearing for 12/14/2005 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 10/31/2005) |
| 11/02/2005 | 🌀 121 | MOTION to Compel *(Plaintiff Sheila Porter's Motion To Compel REDACTED F The Suffolk County Sheriff's Department)(Redacted)* by Sheila J. Porter.(Schumac David) Modified on 11/9/2005 (Nici, Richard). Received Originals on 11/2/05 (Entered: 11/02/2005) |
| 11/02/2005 | 🌀 122 | AFFIDAVIT of David S. Schumacher re 121 MOTION to Compel *(Plaintiff Shei Porter's Motion To Compel REDACTED From The Suffolk County Sheriff's Department)(Redacted)* by Sheila J. Porter. (Attachments: # 1 Exhibits 1 - 12) (Schumacher, David) Modified on 11/9/2005 (Nici, Richard). Received Original 11/2/05 (Entered: 11/02/2005) |
| 11/02/2005 | 🌀 123 | MOTION to Seal motion to compel by Sheila J. Porter.(Nici, Richard) (Entered: 11/02/2005) |
| 11/02/2005 | 🌀 124 | Duplicate of #121 MOTION to Compel by Sheila J. Porter. FILED UNDER SEA (Nici, Richard) Modified on 11/3/2005 (Nici, Richard). (Entered: 11/02/2005) |
| 11/02/2005 | 🌀 125 | Duplicate of #122 AFFIDAVIT of David S. Schumacher re [124] MOTION to Compel by Sheila J. Porter. FILED UNDER SEAL (Nici, Richard) Modified on 11/3/2005 (Nici, Richard). (Entered: 11/02/2005) |
| 11/03/2005 | 🌀 | Motions terminated: [124] MOTION to Compel filed by Sheila J. Porter,. (Nici, Richard) (Entered: 11/03/2005) |
| 11/08/2005 | 🌀 126 | Assented to MOTION for Extension of Time to November 21, 2005 to File Response/Reply as to 119 MOTION to Compel by Sheila J. Porter.(Schumacher, David) (Entered: 11/08/2005) |
| 11/08/2005 | 🌀 | Judge Douglas P. Woodlock : ElectronicORDER entered granting in part 126 Mo for Extension of Time to File Response/Reply re 119 MOTION to Compel. Responses due by NOON on 11/16/2005. (Rynne, Michelle) (Entered: 11/08/200 |
| 11/11/2005 | 🌀 127 | MOTION to Compel *Discovery From Andrea Cabral, Suffolk County Sheriff's Department And Suffolk County* by Sheila J. Porter. (Attachments: # 1 Exhibit A ([Proposed] Order))(Schumacher, David) (Entered: 11/11/2005) |
| 11/11/2005 | 🌀 128 | DECLARATION re 127 MOTION to Compel *Discovery From Andrea Cabral, Suffolk County Sheriff's Department And Suffolk County (Declaration of David S. Schumacher)* by Sheila J. Porter. (Attachments: # 1 Exhibit 1 - 6# 2 Exhibit 7 - 12 Exhibit 13 - 26)(Schumacher, David) (Entered: 11/11/2005) |
| 11/14/2005 | 🌀 | Judge Douglas P. Woodlock : ElectronicORDER entered terminating [83] Motion Quash, granting 95 Motion for Leave to File Excess Pages, granting 102 Motion Leave to File Excess Pages, granting 103 Motion for Extension of Time to File on day late. (Rynne, Michelle) (Entered: 11/14/2005) |
| | 🌀 | |

| 11/14/2005 | | Set/Reset Deadlines as to 94 MOTION for Summary Judgment. Motion Hearing for 12/14/2005 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 11/14/2005) |
|---|---|---|
| 11/14/2005 | 129 | STATUS REPORT by Sheila J. Porter, Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County, Correctional Medical Services, Inc.. (Caulo, Ellen) (Entered: 11/14/2005) |
| 11/14/2005 | 130 | Assented to MOTION for Leave to File Excess Pages *(Plaintiff Sheila Porter's Assented-To Motion For Leave To File Brief In Excess Of 20 Pages)* by Sheila J. Porter.(Schumacher, David) (Entered: 11/14/2005) |
| 11/14/2005 | 131 | MOTION to Seal Document *(Plaintiff Sheila Porter's Motion to Impound Her Opposition to the Suffolk Defendants' Motion for Summary Judgment)* by Sheila J Porter.(Schumacher, David) (Entered: 11/14/2005) |
| 11/14/2005 | 132 | Assented to MOTION for Leave to File Excess Pages *(Plaintiff Sheila Porter's Assented-To Motion for Leave to File Brief in Excess of 20 Pages)* by Sheila J. Po (Schumacher, David) (Entered: 11/14/2005) |
| 11/14/2005 | 133 | Response by Sheila J. Porter *to Defendants Andrea Cabral, Suffolk County Sherif Department and Suffolk County Statement of Undisputed Facts Pursuant to Loca Rule 56.1.* (Schumacher, David) (Entered: 11/14/2005) |
| 11/14/2005 | 134 | Opposition re 94 MOTION for Summary Judgment filed by Sheila J. Porter. (Sav Joseph) (Entered: 11/14/2005) |
| 11/14/2005 | 135 | Opposition re 100 MOTION for Summary Judgment *(REDACTED)* filed by Shei Porter. (Savage, Joseph) (Entered: 11/14/2005) |
| 11/14/2005 | 136 | Response by Sheila J. Porter *to Correctional Medical Services, Inc.'s Statement o Undisputed Facts.* (Savage, Joseph) (Entered: 11/14/2005) |
| 11/14/2005 | 137 | DECLARATION re 134 Opposition to Motion, 135 Opposition to Motion *(Declaration of David S. Schumacher)* by Sheila J. Porter. (Attachments: # 1 Exh 1 - 2# 2 Exhibit 3 - 5# 3 Exhibit 6 - 10# 4 Exhibit 11 - 14# 5 Exhibit 15# 6 Exhib - 20# 7 Exhibit 21 - 25# 8 Exhibit 26 - 35# 9 Exhibit 36 - 40# 10 Exhibit 41 - 46# Exhibit 47# 12 Exhibit 48 - 50)(Schumacher, David) (Entered: 11/14/2005) |
| 11/16/2005 | 138 | Opposition re 121 MOTION to Compel *(Plaintiff Sheila Porter's Motion To Com REDACTED From The Suffolk County Sheriff's Department)(Redacted) Testimon From the Plaintiff* filed by USAO. (Giedt, Anton) (Entered: 11/16/2005) |
| 11/16/2005 | 139 | Opposition re 119 MOTION to Compel *(Sheila Porter's Opposition To The Suffo Defendants' Motion To Compel Discovery And Cross-Motion For Protective Ord* filed by Sheila J. Porter. (Schumacher, David) (Entered: 11/16/2005) |
| 11/16/2005 | 140 | DECLARATION re 139 Opposition to Motion *(Declaration Of David S. Schumacher)* by Sheila J. Porter. (Attachments: # 1 Exhibit 1# 2 Exhibit 2 - 6) (Schumacher, David) (Entered: 11/16/2005) |
| 11/16/2005 | ● | NOTICE of Rescheduling Status conference and Hearing on Motion 131 *(Plainti Sheila Porter's Motion to Impound Her Opposition to the Suffolk Defendants' Mo for Summary Judgment)*, 127 MOTION to Compel *Discovery From Andrea Cabr* |

| | | |
|---|---|---|
| | | *Suffolk County Sheriff's Department And Suffolk County*, 119 MOTION to Comp< 121 *(Plaintiff Sheila Porter's Motion To Compel REDACTED From The Suffolk County Sheriff's Department)(Redacted)*, 123 MOTION to Seal: Status conferenc and Motion Hearing set for 11/22/2005 11:00 AM in Courtroom 1 before Judge J Douglas P. Woodlock. (Rynne, Michelle) (Entered: 11/16/2005) |
| 11/16/2005 | 141 | MEMORANDUM in Opposition re 127 MOTION to Compel *Discovery From Andrea Cabral, Suffolk County Sheriff's Department And Suffolk County* filed by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County. (Attachme # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15)(Caulo, Ellen) (Entered: 11/16/2005) |
| 11/16/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 130 Motion fc Leave to File Excess Pages, granting 132 Motion for Leave to File Excess Pages. (Rynne, Michelle) (Entered: 11/16/2005) |
| 11/17/2005 | | *****NOTICE Providing paper Courtesy Copies with this Court: In addition to electronically filing any pleading, all parties and counsel shall also file all submissions relating to motions and dispositive matters with the Court in hard co] clearly marked "Courtesy Copy - Do Not Scan and *****ALSO INCLUDE THE DOCKET NUMBER PROVIDED BY THE CM/ECF System " on the cover page each pleading/submission (notations in a cover letter is not deemed sufficient). Courtesy copies of Joint Statements shall also be provided. (Nici, Richard) Modif on 11/17/2005 (Nici, Richard). (Entered: 11/17/2005) |
| 11/18/2005 | 142 | MOTION to Seal petition by Sheila J. Porter.(Nici, Richard) Modified on 11/21/2 (Nici, Richard). (Entered: 11/21/2005) |
| 11/18/2005 | 143 | Petition for disclosure by Sheila J. Porter to [142] MOTION to Seal. (Nici, Richa Modified on 11/21/2005 (Nici, Richard).FILED UNDER SEAL (Entered: 11/21/2005) |
| 11/18/2005 | 144 | DECLARATION of David S. Schumacher re [142] MOTION to Seal, [143] Petit by Sheila J. Porter. FILED UNDER SEAL (Nici, Richard) (Entered: 11/21/2005) |
| 11/21/2005 | 145 | NOTICE by Sheila J. Porter re 127 MOTION to Compel *Discovery From Andrea Cabral, Suffolk County Sheriff's Department And Suffolk County (Sheila Porter's Notice Of Partial Withdrawal Of Motion To Compel Discovery From Andrea Cal Suffolk County Sheriff's Department And Suffolk County)* (Schumacher, David) (Entered: 11/21/2005) |
| 11/22/2005 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock Motion Hearing held on 11/22/2005 re 119 MOTION to Compel filed - DENIED MOTION to Seal Document - DENIED, 121 *Plaintiff Sheila Porter's Motion To Compel REDACTED From The Suffolk County Sheriff's Department(Redacted)* - RESERVED, 127 MOTION to Compel *Discovery From Andrea Cabral, Suffolk County Sheriff's Department And Suffolk County* - DENIED EXCEPT TO THE DEGREE THAT PARTIES HAVE AGREED UPON DISCLOSURES, 131 *Plai) Sheila Porter's Motion to Impound Her Opposition to the Suffolk Defendants' Mo for Summary Judgment*- DENIED. Government shall respond to [142] SEALED PETITION by Tuesday 11/29/05. Government's answer in related MBD matter is no later than 12/5/05. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 11/22/2005) |

| | | |
|---|---|---|
| 11/28/2005 | 146 | MOTION for Leave to File by Andrea Cabral, Suffolk County Sheriff's Departme Suffolk County.(Caulo, Ellen) (Entered: 11/28/2005) |
| 11/28/2005 | 147 | REPLY to Response to Motion re 146 MOTION for Leave to File filed by Andre Cabral, Suffolk County Sheriff's Department, Suffolk County. (Attachments: # 1 3 # 4 # 5 # 6 # 7 # 8)(Caulo, Ellen) (Entered: 11/28/2005) |
| 11/29/2005 | 150 | MOTION for Leave to File Under Seal by Andrea Cabral, Suffolk County Sheriff Department. FILED UNDER SEAL(Nici, Richard) (Entered: 11/30/2005) |
| 11/29/2005 | 151 | OPPOSITION of Suffolk County Sherriff Cabral, Elizabeth Keeley, Viktor Theis and Suffolk County Sherriff's Department to Sheila Porter's Petition by Andrea Cabral, Suffolk County Sheriff's Department. FILED UNDER SEAL (Nici, Richa (Entered: 11/30/2005) |
| 11/29/2005 | 153 | MOTION to Seal Document by USAO.(Rynne, Michelle) (Entered: 12/02/2005) |
| 11/29/2005 | 154 | Response by USAO to [143] Petition for disclosure. FILED UNDER SEAL. (Ryı Michelle) (Entered: 12/02/2005) |
| 11/29/2005 | 155 | MOTION to Seal EX PARTE Document by USAO.(Rynne, Michelle) (Entered: 12/02/2005) |
| 11/29/2005 | 156 | EX PARTE SUPPLEMENTAL Response by USAO to [143] Petition for disclosu FILED UNDER SEAL. (Rynne, Michelle) (Entered: 12/02/2005) |
| 11/30/2005 | 148 | NOTICE of Appearance by Walter B. Prince on behalf of Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County (Prince, Walter) (Entered: 11/30/20 |
| 11/30/2005 | 149 | NOTICE of Appearance by Paige A. Scott Reed on behalf of Andrea Cabral, Suf County Sheriff's Department, Suffolk County (Scott Reed, Paige) (Entered: 11/30/2005) |
| 12/01/2005 | 152 | NOTICE of Appearance by John T. McNeil on behalf of USAO (McNeil, John) (Entered: 12/01/2005) |
| 12/02/2005 | 157 | MOTION for Costs *Incurred in Preparing Portion of Defendant's Motion for Summary Judgment Regarding Plaintiff's Claim for Intentional Infliction of Emotional Distress* by Correctional Medical Services, Inc.. (Attachments: # 1 Affidavit of Alexandra B. Harvey)(Harvey, Alexandra) (Entered: 12/02/2005) |
| 12/02/2005 | 158 | NOTICE by Correctional Medical Services, Inc. re 157 MOTION for Costs *Incur in Preparing Portion of Defendant's Motion for Summary Judgment Regarding Plaintiff's Claim for Intentional Infliction of Emotional Distress re Exhibit A to Affidavit of Alexandra B. Harvey Filed With Clerk's Office* (Harvey, Alexandra) (Entered: 12/02/2005) |
| 12/02/2005 | 159 | MOTION to Strike *Declaration of Sheila Porter Submitted In Support of Plaintiff Opposition To Correctional Medical Services, Inc.'s Motion for Summary Judgmı* by Correctional Medical Services, Inc..(Harvey, Alexandra) (Entered: 12/02/2005 |
| 12/02/2005 | 160 | NOTICE by Correctional Medical Services, Inc. re 159 MOTION to Strike *Declaration of Sheila Porter Submitted In Support of Plaintiff's Opposition To Correctional Medical Services, Inc.'s Motion for Summary Judgment re: Exhibits Filed with Clerk's Office* (Harvey, Alexandra) (Entered: 12/02/2005) |

| | | |
|---|---|---|
| 12/02/2005 | 161 | MOTION to Strike by Andrea Cabral, Suffolk County Sheriff's Department, Suff County. (Attachments: # 1 # 2 # 3)(Caulo, Ellen) (Entered: 12/02/2005) |
| 12/09/2005 | 162 | Opposition re 159 MOTION to Strike *Declaration of Sheila Porter Submitted In Support of Plaintiff's Opposition To Correctional Medical Services, Inc.'s Motion Summary Judgment (Sheila Porter's Opposition To Correctional Medical Service Inc.'s Motion To Strike Declaration Of Sheila Porter)* filed by Sheila J. Porter. (Schumacher, David) (Entered: 12/09/2005) |
| 12/09/2005 | 163 | Opposition re 161 MOTION to Strike *(Sheila Porter's Opposition To Suffolk Defendants' Motion To Strike Materials Included In Plaintiff's Opposition To Defendant's Motion for Summary Judgment)* filed by Sheila J. Porter. (Schumach David) (Entered: 12/09/2005) |
| 12/09/2005 | 164 | DECLARATION re 162 Opposition to Motion,, 163 Opposition to Motion, *(Declaration Of David S. Schumacher)* by Sheila J. Porter. (Attachments: # 1 Exh 1 - 3)(Schumacher, David) (Entered: 12/09/2005) |
| 12/09/2005 | 165 | NOTICE by Sheila J. Porter *of Dismissal of Count VII* (Schumacher, David) (Ent 12/09/2005) |
| 12/14/2005 | | NOTICE of Hearing on Motions for Summary Judgment and all other pending mattersreset for 12/15/2005 02:30 PM in Courtroom 22 before Judge Douglas P. Woodlock. Parties should be prepared to address all outstanding issues. (Rynne, Michelle) (Entered: 12/14/2005) |
| 12/15/2005 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock Motion Hearing held on 12/15/2005 re 94 MOTION for Summary Judgment filed Correctional Medical Services, Inc. - ALLOWED; 157 MOTION for Costs *Incur in Preparing Portion of Defendant's Motion for Summary Judgment Regarding Plaintiff's Claim for Intentional Infliction of Emotional Distress* filed by Correctic Medical Services, Inc. - DENIED; 100 MOTION for Summary Judgment filed by Suffolk County,, Suffolk County Sheriff's Department,, Andrea Cabral - ALLOW except as to the alleged violation of 42 U.S.C. 1983 claim and Tortious Interferen with Advantageous Relations Claims and taken under advisement as to the Defamation Claim; 159 MOTION to Strike *Declaration of Sheila Porter Submitt Support of Plaintiff's Opposition To Correctional Medical Services, Inc.'s Motion Summary Judgment* filed by Correctional Medical Services, Inc.- DENIED; 161 MOTION to Strike filed by Suffolk County,, Suffolk County Sheriff's Departmen Andrea Cabral- DENIED. Jury trial expected to last 8 days. Parties shall report to court by 12/19/05 their availability to start Jury Trial on 1/9/06 at 9:00 am. (Cour Reporter Pam Owens.) (Rynne, Michelle) (Entered: 12/15/2005) |
| 12/19/2005 | 166 | Government's Ex Parte Submission and MOTION to Seal by USAO. FILED UNI SEAL(Nici, Richard) (Entered: 12/19/2005) |
| 12/20/2005 | 167 | Judge Douglas P. Woodlock : SEALED ORDER entered. (Rynne, Michelle) (Entered: 12/20/2005) |
| 12/23/2005 | 168 | NOTICE of Appearance by James M. Davin on behalf of Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County (Davin, James) (Entered: 12/23/20( |
| 12/27/2005 | 169 | Judge Douglas P. Woodlock : ORDER entered. PROCEDURAL ORDER re |

| | | |
|---|---|---|
| | | pretrial/trial: Final Pretrial Conference set for 1/3/2006 10:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. Pretrial filings due 12/30/05. Jury Trial set fo 1/9/2006 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock.(Rynne, Michelle) (Entered: 12/27/2005) |
| 12/28/2005 | 170 | TRANSCRIPT of Hearing held on December 15, 2005 before Judge Woodlock. ( Reporter: Pamela R. Owens. The original transcripts are maintained in the case fi the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/28/2005) |
| 12/30/2005 | 171 | MOTION to Bifurcate by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County.(Caulo, Ellen) (Entered: 12/30/2005) |
| 12/30/2005 | 172 | MEMORANDUM in Support re 171 MOTION to Bifurcate filed by Andrea Cabr Suffolk County Sheriff's Department, Suffolk County. (Caulo, Ellen) (Entered: 12/30/2005) |
| 12/30/2005 | 173 | MOTION in Limine *Re. Stern et al* by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County.(Caulo, Ellen) (Entered: 12/30/2005) |
| 12/30/2005 | 174 | MOTION in Limine *RE: Grand Jury* by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County.(Caulo, Ellen) (Entered: 12/30/2005) |
| 12/30/2005 | 175 | MOTION in Limine *RE: S220* by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County.(Caulo, Ellen) (Entered: 12/30/2005) |
| 12/30/2005 | 176 | MOTION in Limine *RE: Prior Discipline* by Andrea Cabral, Suffolk County She Department, Suffolk County.(Caulo, Ellen) (Entered: 12/30/2005) |
| 12/30/2005 | 177 | MOTION in Limine *RE: FBI* by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County.(Caulo, Ellen) (Entered: 12/30/2005) |
| 12/30/2005 | 178 | PRETRIAL MEMORANDUM by Sheila J. Porter, Andrea Cabral, Suffolk Count Sheriff's Department, Suffolk County. (Savage, Joseph) (Entered: 12/30/2005) |
| 12/30/2005 | 179 | Proposed Jury Instructions by Sheila J. Porter. (Savage, Joseph) (Entered: 12/30/2005) |
| 12/30/2005 | 180 | Proposed Voir Dire by Sheila J. Porter. (Savage, Joseph) (Entered: 12/30/2005) |
| 12/30/2005 | 181 | Proposed Jury Verdict by Sheila J. Porter. (Savage, Joseph) (Entered: 12/30/2005 |
| 12/30/2005 | 182 | MOTION in Limine *To Preclude Defendants From Introducing Any Evidence Regarding Advice of Counsel* by Sheila J. Porter. (Attachments: # 1 Exhibits A-C (Savage, Joseph) (Entered: 12/30/2005) |
| 12/30/2005 | 183 | MOTION in Limine *to Exclude Collateral Source Evidence* by Sheila J. Porter. (Savage, Joseph) (Entered: 12/30/2005) |
| 12/30/2005 | 184 | MOTION in Limine *to Preclude Testimony of Witness First Identified on Decemb 30, 2005* by Sheila J. Porter.(Savage, Joseph) (Entered: 12/30/2005) |
| 12/30/2005 | 185 | MOTION in Limine *to Exclude Expert Opinion Testimony and Certain Lay Opin Testimony* by Sheila J. Porter. (Attachments: # 1 Exhibits A-B)(Savage, Joseph) (Entered: 12/30/2005) |

| | | |
|---|---|---|
| 12/30/2005 | 186 | MOTION in Limine *Regarding Changes to Policy S-220* by Sheila J. Porter. (Attachments: # 1 Exhibits A-F)(Savage, Joseph) (Entered: 12/30/2005) |
| 12/30/2005 | 187 | MOTION in Limine *to Preclude Defendants from Relitigating the Existence of a Retaliatory Custom* by Sheila J. Porter.(Savage, Joseph) (Entered: 12/30/2005) |
| 12/30/2005 | 188 | MOTION in Limine *to Exclude Evidence of Mary Ellen Mastrorilli's Prior "Bad Acts"* by Sheila J. Porter. (Attachments: # 1 Exhibits A-B)(Savage, Joseph) (Entered: 12/30/2005) |
| 12/30/2005 | 189 | MOTION in Limine *to Exclude Testimony By Stan Wojtkonski* by Sheila J. Porter (Attachments: # 1 Exhibits A-B)(Savage, Joseph) (Entered: 12/30/2005) |
| 12/30/2005 | 190 | MOTION to Decide Various Issues as a Matter of Law by Sheila J. Porter.(Savage, Joseph) (Entered: 12/30/2005) |
| 01/02/2006 | 191 | Proposed Jury Instructions by Andrea Cabral, Suffolk County Sheriff's Departme Suffolk County. (Caulo, Ellen) (Entered: 01/02/2006) |
| 01/02/2006 | 192 | Proposed Jury Questions by Andrea Cabral, Suffolk County Sheriff's Department Suffolk County. (Caulo, Ellen) (Entered: 01/02/2006) |
| 01/03/2006 | 193 | Opposition re 173 MOTION in Limine *Re. Stern et al (Plaintiff Sheila Porter's Opposition to Defendants' Motion In Limine to Exclude Evidence of Alleged Neg Conduct of the Prior Administration)* filed by Sheila J. Porter. (Attachments: # 1 Exhibits A-E)(Savage, Joseph) (Entered: 01/03/2006) |
| 01/03/2006 | 194 | Opposition re 171 MOTION to Bifurcate filed by Sheila J. Porter. (Attachments: Exhibits A - C)(Savage, Joseph) (Entered: 01/03/2006) |
| 01/03/2006 | 195 | Opposition re 174 MOTION in Limine *RE: Grand Jury (Plaintiff Sheila Porter's Opposition to Defendants' Motion In Limine to Exclude Evidence of Grand Jury Transcripts and Any Evidence of Grand Jury Investigation Concerning the Circumstances Surrounding the Barring of Plaintiff)* filed by Sheila J. Porter. (Attachments: # 1 Exhibit A)(Savage, Joseph) (Entered: 01/03/2006) |
| 01/03/2006 | 196 | Opposition re 177 MOTION in Limine *RE: FBI (Plaintiff Sheila Porter's Opposi to Defendants' Motion In Limine to Exclude Evidence of Plaintiff's Relationship the FBI)* filed by Sheila J. Porter. (Attachments: # 1 Exhibit A)(Savage, Joseph) (Entered: 01/03/2006) |
| 01/03/2006 | 197 | Opposition re 176 MOTION in Limine *RE: Prior Discipline (Plaintiff Sheila Por Opposition to Defendants' Motion In Limine to Exclude Evidence of Discipline Imposed Upon Department Employees and Barments of Nonemployees)* filed by Sheila J. Porter. (Savage, Joseph) (Entered: 01/03/2006) |
| 01/03/2006 | 198 | Letter/request (non-motion) from Joseph Savage Jr. with exhibits 1-4 (Nici, Rich FILED UNDER SEAL AND NOT SCANNED (Entered: 01/03/2006) |
| 01/03/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock Motion Hearing held on 1/3/2006 re 188 MOTION in Limine *to Exclude Evidenc Mary Ellen Mastrorilli's Prior "Bad Acts"* ALLOWED in light of defendants' representation that this will not be raised, 189 MOTION in Limine *to Exclude Testimony By Stan Wojtkonski* - Government shall file an affidavit, 190 MOTION |

| | | |
|---|---|---|
| | | Decide Various Issues as a Matter of Law -ALLOWED. 171 MOTION to Bifurca filed by Suffolk County,, Suffolk County Sheriff's Department,, Andrea Cabral- DENIED 173 MOTION in Limine *Re. Stern et al* ALLOWED as stated in open c 174 MOTION in Limine *RE: Grand Jury* ALLOWED as stated in open court, 17 MOTION in Limine *RE: S220* ALLOWED, 176 MOTION in Limine *RE: Prior Discipline* - Parties shall file supplemental argument by close of business 1/4/06, MOTION in Limine *RE: FBI* - DENIED as stated in open court, 182 MOTION ir Limine *To Preclude Defendants From Introducing Any Evidence Regarding Advi Counsel* ALLOWED in light of represenation that defendant will not offer, 183 MOTION in Limine *to Exclude Collateral Source Evidence* ALLOWED as statec open court, 184 MOTION in Limine *to Preclude Testimony of Witness First Iden on December 30, 2005* - MOOT, 185 MOTION in Limine *to Exclude Expert Opi. Testimony and Certain Lay Opinion Testimony* ALLOWED as stated in open cou 186 MOTION in Limine *Regarding Changes to Policy S-220* DENIED, 187 MOTION in Limine *to Preclude Defendants from Relitigating the Existence of a Retaliatory Custom* ALLOWED. [198] Letter to AUSA Geidt UNSEALED. Government shall file affidavit, ex parte incamera recounting meeting focusingon what Sheriff Cabral and staff said were reasons for barring Ms. Porter. Summary Judgment ALLOWED for defendants re: defamation claims. Further pretrial conference set for 1/5/06 at 3:30 p.m. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 01/03/2006) |
| 01/04/2006 | 199 | Emergency MOTION for Leave of Court *to Reopen the Deposition of Viktor The* by Sheila J. Porter.(Savage, Joseph) (Entered: 01/04/2006) |
| 01/04/2006 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock Parte Conference held on 1/4/2006 with AUSA Geidt re: the availability of representative from the government during trial. AUSA Henderson will be availa during the trial. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 01/04/2006) |
| 01/04/2006 | 200 | MOTION in Limine by Andrea Cabral, Suffolk County Sheriff's Department, Sui County.(Caulo, Ellen) (Entered: 01/04/2006) |
| 01/04/2006 | 201 | Supplemental Opposition re 176 MOTION in Limine *RE: Prior Discipline (Plair Sheila Porter's Supplemental Opposition to Defendants' Motion In Limine to Exci Evidence of Discipline Imposed Upon Department Employees and Barments of Nonemployees* filed by Sheila J. Porter. (Attachments: # 1 Exhibit A# 2 Exhibit B Part 1 of 2# 3 Exhibit B - Part 2 of 2# 4 Exhibit C)(Savage, Joseph) (Entered: 01/04/2006) |
| 01/05/2006 | 202 | MOTION in Limine *RE: Defamation* by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County.(Caulo, Ellen) (Entered: 01/05/2006) |
| 01/05/2006 | 203 | MOTION in Limine *RE: Medical Evidence* by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County.(Caulo, Ellen) (Entered: 01/05/2006) |
| 01/05/2006 | 204 | PRETRIAL MEMORANDUM by Sheila J. Porter, Andrea Cabral, Suffolk Count Sheriff's Department, Suffolk County. (Savage, Joseph) (Entered: 01/05/2006) |
| 01/05/2006 | 205 | MOTION in Limine *to Exclude Gerard Horgan's Testimony in its Entirety* by Sh J. Porter. (Attachments: # 1 Exhibit A)(Savage, Joseph) (Entered: 01/05/2006) |

| | | |
|---|---|---|
| 01/05/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock Camera Hearing held on 1/5/2006 with AUSA Geidt and AUSA Henderson. (Cou Reporter Pam Owens.) (Rynne, Michelle) (Entered: 01/09/2006) |
| 01/05/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock Final Pretrial Conference held on 1/5/2006, Motions terminated: 205 MOTION ir Limine *to Exclude Gerard Horgan's Testimony in its Entirety* -ALLOWED, subje review. 199 Emergency MOTION for Leave of Court *to Reopen the Deposition o Viktor Theiss* - ALLOWED, limited to meeting of 6/16, 200 MOTION in Limine ALLOWED as to directed, may come in in cross, 202 MOTION in Limine *RE: Defamation*- ALLOWED, limited to what was said or authorized by Sheriff Cabr; 203 MOTION in Limine *RE: Medical Evidence*. Motion to quash subpoena re: W Prince - voir dire of witness scheduled for Monday 1/9/06. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 01/09/2006) |
| 01/06/2006 | 🔵206 | Response by Sheila J. Porter to 191 Proposed Jury Instructions *(Plaintiff Sheila Porter's Opposition to Defendants' Proposed Jury Instructions)*. (Savage, Joseph) (Entered: 01/06/2006) |
| 01/06/2006 | 🔵211 | MOTION to Seal by USAO. FILED UNDER SEAL(Nici, Richard) (Entered: 01/10/2006) |
| 01/06/2006 | 🔵212 | Ex Parte NOTICE by USAO FILED UNDER SEAL. (Nici, Richard) (Entered: 01/10/2006) |
| 01/08/2006 | 🔵207 | MOTION in Limine by Andrea Cabral, Suffolk County Sheriff's Department, Suf County.(Caulo, Ellen) (Entered: 01/08/2006) |
| 01/09/2006 | 🔵208 | MOTION in Limine *Relative To Proposed Stipulation Regarding Christa Snyder* Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County.(Davin, Jar (Entered: 01/09/2006) |
| 01/09/2006 | 🔵209 | MOTION in Limine *to Exclude Reference to Certain Topics in Defendants' Open Statement* by Sheila J. Porter.(Savage, Joseph) (Entered: 01/09/2006) |
| 01/09/2006 | 🔵210 | Response by Sheila J. Porter *(Memorandum In Opposition to Motion to Quash Subpoena Served on Walter B. Prince)*. (Attachments: # 1 Exhibits A-E)(Savage, Joseph) (Entered: 01/09/2006) |
| 01/09/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock Final Pretrial Conference held on 1/9/2006. Court addresses contested exhibits. (( Reporter Debra Joyce.) (Rynne, Michelle) (Entered: 01/09/2006) |
| 01/09/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock Pretrial conference held. Motions terminated: 207 MOTION in Limine, 208 MOTION in Limine *Relative To Proposed Stipulation Regarding Christa Snyder*. MOTION in Limine *to Exclude Reference to Certain Topics in Defendants' Open Statement*, Voir dire of Walter Prince scheduled for 4:00 p.m. 1/9/06; Jury Trial h on 1/9/2006. Jury pool sworn; Voir Dire begun; Panel of twelve juror selected an¢ sworn; Jurors excused for the day at 12:30 p.m. to return 1/10/06 at 9:00 am. Furt Pretrial conference held re: Agent Sneider: live testimony may be required absent stipulation. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 01/09/200 |
| 01/09/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock |

| | | |
|---|---|---|
| | | Hearing held re: Motion to quash subpoena on 1/9/2006. Walter Prince testifies. Motion to Quash subpoena ALLOWED. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 01/09/2006) |
| 01/10/2006 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock Jury Trial DAY 2 held on 1/10/2006. Opening statements; plaintiff calls Donna Jurdak, Mary Ellen Mastrorilli. Jury trial continued to 1/11/06 at 9:00 am. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 01/10/2006) |
| 01/10/2006 | 213 | Amended Proposed Jury Instructions by Sheila J. Porter. (Savage, Joseph) (Entered 01/10/2006) |
| 01/10/2006 | 214 | Proposed Document(s) submitted by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County. Document received: Proposed Jury Verdict Form. (Davin, James) (Entered: 01/10/2006) |
| 01/11/2006 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock Jury Trial DAY 3 held on 1/11/2006. Elizabeth Mastrorilli continues testifying. Plaintiff calls Elizabeth Keeley, Christa Snyder. Stipulation of Maureen Robinsor read. Plaintiff calls Amy Porter. Trial continued to 1/12/06 at 9:00 am. (Court Reporter Pam Owens.) (Entered: 01/11/2006) |
| 01/12/2006 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock Jury Trial Day 4 held on 1/12/2006. Amy Porter continues testifying. Plaintiff cal Viktor Theiss, Gerard Leone, John Porter, Sheila Porter. Jury Trial continued to 1/13/06 at 9:00 am. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 01/12/2006) |
| 01/13/2006 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock Jury Trial DAY 5 held on 1/13/2006. Sheila Porter continues testifying. Plaintiff Defendant calls Sheriff Andrea Cabral. Jury trial continued to 1/17/06 at 9:00 am. (Court Reporter Cheryl Dahlstrom.) (Rynne, Michelle) (Entered: 01/13/2006) |
| 01/17/2006 | 215 | MOTION in Limine *to Permit Cross-Examination of Sheriff Cabral Regarding a Statement Made with Her Knowledge to the U.S. Attorney* by Sheila J. Porter. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Savage, Joseph) (Entered: 01/17/2006 |
| 01/17/2006 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock Jury Trial DAY 6 held on 1/17/2006. Sheriff Andrea Cabral resumes testifying. Defendant rests. Jury dismissed for day at 12:05 pm to return at 9:00 am on 1/18/ Jury will only sit from 9 am to 1:30 pm on 1/18/06. Charge conference held with counsel. Conference continued to 8:45 am on 1/18/06. (Court Reporter Pam Owe (Rynne, Michelle) (Entered: 01/17/2006) |
| 01/17/2006 | 216 | TRANSCRIPT of Jury Trial Day Five held on January 13, 2006 before Judge Woodlock. Court Reporter: Cheryl Dahlstrom. The original transcripts are mainta in the case file in the Clerk's Office. Copies may be obtained by contacting the co reporter at 617/951-4555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/17/2006) |
| 01/17/2006 | 217 | Proposed Document(s) submitted by Sheila J. Porter. Document received: Jury Instruction Regarding Punitive Damages. (Attachments: # 1 Exhibit A# 2 Exhibit (Savage, Joseph) (Entered: 01/17/2006) |

| | | |
|---|---|---|
| 01/18/2006 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock Jury Trial DAY 7 held on 1/18/2006. 8:50 am Charge conference held with couns Jurors in at 9:00 am. Defendant and plaintiff closing. Compensation Chalk marke Jury exhibit 1. Excerpt from exhibit #3 marked Jury Exhibit 2. Jury chage 10:30 a 11:30 am. Juror #1 selected as Foreperson. Jurors begin deliberation at 11:30. Jur question (Jury exhibit #3) at 11:45 am. Hearing held with counsel. Court endorse jury question. Jury back in at 1:30 and dismissed for day to return 1/19/06 at 9:00 (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 01/18/2006) |
| 01/19/2006 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock Jury Trial DAY 8 completed on 1/19/2006. Jury deliberations continued. Jury question (Jury Exhibit #4) received at 11:05am. Hearing with counsel held. Court endorses question. Verdict returned at 4:20 p.m. Verdict for Plaintiff, Sheila Porte Damages $360,000, punitive damages $250,000. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 01/19/2006) |
| 01/19/2006 | 218 | Exhibit List. (Note: Exhibits returned to plaintiff's counsel at conclusion of trial) (Rynne, Michelle) (Entered: 01/19/2006) |
| 01/19/2006 | 219 | Witness List. (Rynne, Michelle) (Entered: 01/19/2006) |
| 01/19/2006 | 220 | JURY VERDICT in favor of Plaintiff against Defendant. (Rynne, Michelle) (Ente 01/19/2006) |
| 01/20/2006 | 221 | Judge Douglas P. Woodlock : ORDER entered. MEMORANDUM to Jurors regarding Request for Juror Names and Addresses. (Rynne, Michelle) (Entered: 01/20/2006) |
| 01/23/2006 | 222 | Judge Douglas P. Woodlock : Electronic ORDER entered. JUDGMENT in favor Plaintiff against Defendant.Judgment for the Plaintiff Sheila Porter against the Defendants Andrea Cabral and Suffolk County Sheriff's Department, jointly and severally, for compensatory damages in the amount of three hundred sixty thousa dollars ($360,000.00) ; Judgment for the Plaintiff Sheila Porter against the Defen Andrea Cabral for punitive damages in the amount of two hundred fifty thousand dollars ($250,000.00); Judgment for Defendant Correctional Medical Services In against the Plaintiff Sheila Porter.(Rynne, Michelle) (Entered: 01/23/2006) |
| 02/01/2006 | 223 | MOTION for Extension of Time to File Motion for Attorneys' Fees by Sheila J. Porter.(Schumacher, David) (Entered: 02/01/2006) |
| 02/01/2006 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 223 Motion fc Extension of Time to file Motion for Attorneys' Fees. Motion for Attorneys' Fees by 2/27/06. (Rynne, Michelle) (Entered: 02/01/2006) |
| 02/02/2006 | 224 | MOTION for New Trial by Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County.(Caulo, Ellen) (Entered: 02/02/2006) |
| 02/02/2006 | 225 | MOTION to Alter Judgment *Remittitur* by Andrea Cabral, Suffolk County Sherif Department, Suffolk County.(Caulo, Ellen) (Entered: 02/02/2006) |
| 02/02/2006 | 226 | MEMORANDUM in Support re 224 MOTION for New Trial, 225 MOTION to / Judgment *Remittitur* filed by Andrea Cabral, Suffolk County Sheriff's Departmen Suffolk County. (Attachments: # 1 # 2 # 3 # 4)(Caulo, Ellen) (Entered: 02/02/200 |

| | | |
|---|---|---|
| 02/02/2006 | 227 | MOTION for Leave to File Excess Pages by Andrea Cabral, Suffolk County Sher Department, Suffolk County.(Caulo, Ellen) (Entered: 02/02/2006) |
| 02/09/2006 | ○ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 227 Motion fc Leave to File Excess Pages (Rynne, Michelle) (Entered: 02/09/2006) |
| 02/13/2006 | 228 | MOTION to Defer Filing of Motion for Attorneys' Fees by Sheila J. Porter. (Schumacher, David) (Entered: 02/13/2006) |
| 02/15/2006 | 229 | Opposition re 228 MOTION to Defer Filing of Motion for Attorneys' Fees filed b Andrea Cabral, Suffolk County Sheriff's Department, Suffolk County. (Attachme # 1)(Caulo, Ellen) (Entered: 02/15/2006) |
| 02/16/2006 | 230 | Assented to MOTION for Leave to File *Brief In Excess of 20 Pages* by Sheila J. Porter.(Schumacher, David) (Entered: 02/16/2006) |
| 02/16/2006 | 231 | MEMORANDUM in Opposition re 224 MOTION for New Trial, 225 MOTION Alter Judgment *Remittitur* filed by Sheila J. Porter. (Attachments: # 1 Exhibit A# Exhibit B# 3 Exhibit C)(Savage, Joseph) (Entered: 02/16/2006) |
| 02/21/2006 | ○ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 230 Motion fc Leave to File,granting 228 Motion to Defer Filing of Motion for Attorneys' Fees - Allowed pending hearing on motion for new trial. (Rynne, Michelle) (Entered: 02/21/2006) |
| 05/09/2006 | 232 | MOTION For Attachment of Real Estate by Sheila J. Porter. (Attachments: # 1 W of Attachment)(Schumacher, David) (Entered: 05/09/2006) |
| 05/09/2006 | 233 | DECLARATION re 232 MOTION For Attachment of Real Estate by Sheila J. Pc (Attachments: # 1 Exhibit 1, Part 1# 2 Exhibit 1, Part 2# 3 Exhibit 2# 4 Exhibit 3# Exhibit 4, Part 1# 6 Exhibit 4, Part 2# 7 Exhibit 4, Part 3# 8 Exhibit 5)(Schumach David) (Entered: 05/09/2006) |
| 05/17/2006 | 234 | TRANSCRIPT of Jury Trial Day One held on January 9, 2006 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are mainta in the case file in the Clerk's Office. Copies may be obtained by contacting the co reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 05/17/2006) |
| 05/17/2006 | 235 | TRANSCRIPT of Jury Trial Day Two held on January 10, 2006 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are mainta in the case file in the Clerk's Office. Copies may be obtained by contacting the co reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 05/17/2006) |
| 05/17/2006 | 236 | TRANSCRIPT of Jury Trial Day Four held on January 12, 2006 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are mainta in the case file in the Clerk's Office. Copies may be obtained by contacting the co reporter at 617/443-0008or the Clerk's Office. (Scalfani, Deborah) (Entered: 05/17/2006) |
| 05/17/2006 | 237 | TRANSCRIPT of Jury Trial Day Three held on January 11, 2006 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are mainta in the case file in the Clerk's Office. Copies may be obtained by contacting the co |

| | | |
|---|---|---|
| | | reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 05/17/2006) |
| 05/17/2006 | 238 | TRANSCRIPT of Jury Trial Day Six held on January 17, 2006 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are mainta in the case file in the Clerk's Office. Copies may be obtained by contacting the co reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 05/17/2006) |
| 05/17/2006 | 239 | TRANSCRIPT of Jury Trial Day Seven (Jury Question) held on January 18, 200€ before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcrij are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 05/17/2006) |
| 05/17/2006 | 240 | TRANSCRIPT of Jury Trial Day Eight (Jury Question and Verdict) held on Janu; 19, 2006 before Judge Woodlock. Court Reporter: Pamela R. Owens. The origina transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 05/17/2006) |
| 05/24/2006 | 241 | NOTICE of Appearance by Russell T. Homsy on behalf of all defendants (Homs) Russell) (Entered: 05/24/2006) |
| 05/24/2006 | 242 | Opposition re 232 MOTION For Attachment of Real Estate filed by Andrea Cabr (Attachments: # 1 Affidavit Affidavit of Sheriff Cabral# 2 Supplement Exhibit A Cabral Affidavit# 3 Supplement Exhibit B of Cabral Affidavit# 4 Supplement Ex C of Cabral Affidavit# 5 Affidavit Affidavit of Ellen M. Caulo# 6 Supplement Exhibit A of Caulo Affidavit)(Homsy, Russell) (Entered: 05/24/2006) |
| 05/25/2006 | | ELECTRONIC NOTICE of Hearing on 232 MOTION For Attachment of Real Estate: Motion Hearing set for 5/26/2006 10:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 05/25/2006) |
| 05/26/2006 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock Motion Hearing held on 5/26/2006 re 232 MOTION For Attachment of Real Esta filed by Sheila J. Porter - DENIED. Substitued memorandum with transcript designation re: motion for new trial due by 6/9/06. Motion for attorney fees due b 6/23/06. Opposition due 7/21/06. Court will schedule hearing. Parties shall advise court by 6/6/06 if any Touhy issues are still being pressed. (Court Reporter Pam Owens.) (Rynne, Michelle) Text Modified on 5/26/2006 (Rynne, Michelle). (Ent€ 05/26/2006) |
| 05/31/2006 | | ELECTRONIC NOTICE of Hearing on 224 MOTION for New Trial, 225 MOTI to Alter Judgment *Remittitur*: Motion Hearing set for 8/16/2006 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 05/31/2006) |
| 06/01/2006 | | ELECTRONIC NOTICE of RESCHEDULING Hearing on 224 MOTION for Ne Trial, 225 MOTION to Alter Judgment *Remittitur*: Motion Hearing reset for 8/17/2006 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne Michelle) (Entered: 06/01/2006) |

| Date | Doc # | Description |
|---|---|---|
| 06/09/2006 | 243 | MEMORANDUM in Support re 224 MOTION for New Trial, 225 MOTION to Judgment *Remittitur* filed by Andrea Cabral, Suffolk County Sheriff's Departmen Suffolk County. (Caulo, Ellen) (Entered: 06/09/2006) |
| 06/09/2006 | 244 | Opposition re 224 MOTION for New Trial, 225 MOTION to Alter Judgment *Remittitur (Plaintiff Sheila Porter's Substituted Opposition To Defendants' Motio. For A New Trial And Remittitur)* filed by Sheila J. Porter. (Savage, Joseph) (Ente. 06/09/2006) |
| 06/23/2006 | 245 | MOTION for Attorney Fees by Sheila J. Porter.(Savage, Joseph) (Entered: 06/23/2006) |
| 06/23/2006 | 246 | MEMORANDUM in Support re 245 MOTION for Attorney Fees filed by Sheila Porter. (Attachments: # 1 Exhibits A-I# 2 Exhibit J (Part 1)# 3 Exhibit J (Part 2)# Exhibit J (Part 3)# 5 Exhibit J (Part 4)# 6 Exhibit K# 7 Exhibits L-N)(Savage, Jos (Entered: 06/23/2006) |
| 07/21/2006 | 247 | MEMORANDUM in Opposition re 245 MOTION for Attorney Fees filed by An Cabral, Suffolk County Sheriff's Department, Suffolk County. (Attachments: # 1 3 # 4 # 5 # 6 # 7 # 8 # 9)(Caulo, Ellen) (Entered: 07/21/2006) |
| 08/07/2006 | 248 | Assented to MOTION for Leave to File *Reply Brief In Further Support Of Her Motion For Attorneys' Fees* by Sheila J. Porter. (Attachments: # 1 Exhibit A (Rep 2 Exhibit 1 to Reply# 3 Exhibit A to Exhibit 1 to Reply# 4 Exhibit 2 to Reply# 5 Exhibit 3 to Reply# 6 Exhibit A to Exhibit 3 to Reply# 7 Exhibit B to Exhibit 3 tc Reply)(Savage, Joseph) (Entered: 08/07/2006) |
| 08/15/2006 |  | ELECTRONIC NOTICE of RESCHEDULING Hearing on 225 MOTION to Alt Judgment *Remittitur*, 224 MOTION for New Trial, 245 MOTION for Attorney F Motion Hearing RESET for 8/17/2006 01:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (TIME CHANGE ONLY)(Rynne, Michelle) (Entered: 08/15/2006) |
| 08/17/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock Motion Hearing held on 8/17/2006 re 245 MOTION for Attorney Fees, 224 MOT for New Trial, 225 MOTION to Alter Judgment *Remittitur*. Motions taken under advisement. Touhy Issues addressed. 05cv12022-DPW and 05cv12468-DPW dismissed. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 08/17/2006 |
| 08/30/2006 | 249 | MOTION to apply interest to attorneys' fee award by Sheila J. Porter.(Savage, Jos (Entered: 08/30/2006) |
| 10/03/2006 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting 248 Motion fc Leave to File; Counsel using the Electronic Case Filing System should now file tl document for which leave to file has been granted in accordance with the CM/EC Administrative Procedures. Counsel must include - Leave to file granted on (date order)- in the caption of the document. (Rynne, Michelle) (Entered: 10/03/2006) |
| 10/04/2006 | 250 | REPLY to Response to Motion re 245 MOTION for Attorney Fees ; *Reply Brief Further Support of Motion for Attorney's Fees* filed by Sheila J. Porter. (Attachm # 1 Exhibit 1- Declaration of Wendy Kaplan# 2 Exhibit A to Declaration of Wen Kaplan# 3 Exhibit 2- Copy of Court Order# 4 Exhibit 3- Declaration of David Schumacher# 5 Exhibit A to Declaration of David Schumacher# 6 Exhibit B- to |

| | | |
|---|---|---|
| | | Declaration of David Schumacher)(Savage, Joseph) (Entered: 10/04/2006) |
| 02/12/2007 | 251 | Supplemental MOTION for Attorney Fees by Sheila J. Porter. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Schumacher, David) (Entered: 02/12/2007) |
| 02/13/2007 | 252 | Opposition re 251 Supplemental MOTION for Attorney Fees filed by Andrea Ca[l] Suffolk County Sheriff's Department, Suffolk County. (Caulo, Ellen) (Entered: 02/13/2007) |
| 02/21/2007 | 253 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER entered denying Motion for New Trial, denying 225 Motion to Alter Judgment, granting 245 Moti[on] for Attorney Fees, granting 249 Motion for Interest on Attorneys Fees and Costs, granting 251 Motion for Attorney Fees in the amount of $275,437.24, interest on award shall run from this day. (Woodlock, Douglas) (Entered: 02/21/2007) |
| 03/23/2007 | 254 | NOTICE OF APPEAL as to 253 Order on Motion for New Trial, Order on Motio[n to] Alter Judgment, Order on Motion for Attorney Fees, Order on Motion for Miscellaneous Relief,,,,,, by Andrea Cabral, Suffolk County Sheriff's Department[,] Suffolk County NOTICE TO COUNSEL: A Transcript Report/Order Form, whic[h] can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and subm[itted] to the Court of Appeals. Appeal Record due by 4/12/2007. (Caulo, Ellen) (Entere[d:] 03/23/2007) |
| 03/23/2007 | | Filing fee: $ 455, receipt number 79018 for 254 Notice of Appeal,, (York, Steve) (Entered: 03/23/2007) |