UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA PORTER<br><br>      Plaintiff,<br><br>v.<br><br>ANDREA CABRAL, SUFFOLK COUNTY SHERIFF'S DEPARTMENT and SUFFOLK COUNTY<br><br>      Defendant. | Civil Action No.04-11935-DPW |

### [PROPOSED] MEMORANDUM

November ___, 2007

WOODLOCK, D.J.

      Following the procedure prescribed in *Commonwealth of Puerto Rico v. The S.S. Zoe Colcotroni*, 601 F.2d 39, 42 (1st Cir. 1979), and after reviewing the Joint Motion for Relief from Judgment filed by the parties to the above-captioned action, the Court determines that it is inclined to grant the Motion.

                                              _____
                                              DOUGLAS P. WOODLOCK
                                              United States District Judge